Tuesday, September 27, 2022

### (22-00407) Criminal Mischief, University Courtyard #2

- TSU affiliate Vassall, Nahjea (Residential Assistant) reported that someone damaged the entrance door to the building by shattering the glass. Video patrol was contacted and requested to see if there is video footage. The amount of damage has not yet been reported, the case remains open.

### (22-00408) Motor Vehicle Accident, City Street @3216 Blodgett St.

Two TSU Non-Affiliates (1) Richardson, Ida (2) Smith, Justin- were involved in a two- car minor accident. No injuries were reported. A Crash Report was completed. Closed

### (22-00409) Motor Vehicle Accident, City Street

- ** VOID Case number generated in error

### (22-00410) Possession of Drugs, Student Center

- Employee of Sodexo reported that another employee Douglass, Deon (Non-TSU affiliate) was in possession of marijuana and asked if she wanted to buy some. The reportee contacted TSU PD. The officers found a green leafy substance (weighing .29oz) inside of a green and black fanny pack. Deon received a citation, referral to Marijuana Diversion Program and was terminated. Closed

### (22-00411) Assault on a Peace Officer, DLP Proper Apartments (Off Campus) 4971 Matin Luther King Street #1226.

- Officers were dispatched to DL Proper initially for a disturbance between roommates. Upon arriving officers were interviewing the complainant Clark, Ralen (T00722798) who informed that he and his roommate had been having issues and his life had been threatened by his roommate as well. During the interview his roommate walked in and was identified by Ralen. The roommate then turned and walked away. The officers went to detain roommate identified as Sample, Jabari (T00649461) who became combative and resisted being detained, once detained Jabari spat in the face of Cpl. Auzenne. Closed by Arrest.

### (22-00412) Terroristic Threat, DLP Proper Apartment (Off Campus) 4971 Martin Luther King Street #1226.

- **See (22-00411) Above

Wednesday, September 28, 2022

### (22-00413) Harassment, General Services Building (Walk-In)

- TSU student Thompson, Makayla (T00773924) reported that her ex-roommate Watson, Iyuanna (T00762419) was bragging about getting her mother a citation and criminally trespassed from TSU property as well as she was posting pictures of her on social media without her permission.  This was from a previous incident which occurred between the two which resulted in Makayla moving out of the apartment and her mother assaulting Iyuanna. Both were advised to no longer have contact with the other, and student referrals were completed.

### (22-00414) Accidental Injury, Parking Lot B

- TSU Affiliate Sanchez, Deyanira (T00459281) was walking out of the Student Center and fell walking down the stairs. Deyanira had an abrasion to her left upper forehead. HPD RE10 arrived and Deyanira refused medical attention.  Closed

### (22-00415) Sexual Assault, University Towers

- TSU Student A.W.  (T00777492) reported that her roommate invited two males to their apartment, and they engaged in sex that was not consensual and that Non-TSU Affiliate Anders, Demond failed to stop when she requested. A.W. did not wish to file charges and advised she would have a friend drive her to the hospital for a SANE exam.  Student Referral Completed

Thursday, September 29, 2022

### (22-00416) Criminal Trespass, Student Center

- Officer was dispatched to Student Center for two males attempting to fight. Upon arrival the Officer spoke to Non-Affiliate Johnson, Damion who first stated he was a student, but a check in TCLAW showed he was not. Damion was issued a Criminal Trespass Warning and escorted off campus. Closed

### (22-00417) Lost Property, General Services Building (Walk-In)

- TSU Student Chapman, Alyssa(T0075509) reported that she lost her white Air-Pods and case, house key, pink glitter mase, identification, and debit card. The value of the lost items was $200 and have not been located. Closed

## Friday, September 30, 2022

### (22-00418) Assault by Threat, University Towers

- TSU Student Sterling, Javonte (T00772157) reported that he was assaulted by his boyfriend Keon, Dabanga (Non-TSU Affiliate) because he became angry at him, thinking he was texting someone else. R.A. Goree, Kaleb (T0069957) reported that he had asked Dabankah to leave property and he used vulgar langue towards him. Dabankah received a Citation and Criminal Trespass Warning. Student witness(s) were Olguin, Marlon (T00737791) – Taylor, Tyrik (T00732844) – Nickerson, Amarion (T00755877) Referrals were issued. Case Closed

### (22-00419) Aggravated Assault, Transformation Village (Weapon Involved)

- TSU Student Johnson, Nylah (T00755876) reported that her ex-boyfriend, Non-TSU Affiliate Williams, Dailyn verbally and physically assaulted her and pulled a gun and was waving it at her making the statement "you got five seconds or I'mah air this bitch out." Also taking her cell phone, refusing to give it back and stating " you got five seconds or I'muh brake it" Dailyn was contacted and refused to come in to make statement, D.A. was contacted charges of Aggravated Assault with a deadly weapon were accepted. Open pending T0-Be-Warrant.

### (22-00420) Motor Vehicle Accident, 3600 Blodgett

- Two TSU Non-Affiliates had a minor accident on Blodgett & Canfield. (1) Harris, Daniel (2) Brown, Treyon. No injuries were reported Crash Report completed. Closed.

## Saturday, October 01, 2022

### (22-00421) Motor Vehicle Accident, Rosewood & Scott

- Two TSU Non-Affiliates had a minor accident on Rosewood & Scott. (1) Gordon, Tara (2) Rhodes, Dominic. EMS #25 on location, both refused treatment (no visible injuries) Closed.

## Sunday, October 02, 2022

### ** No Reports

**** End of Report****

10/19/21

# SUPERVISOR MEETING

# AGENDA



| | |
|---|---|
| Lt. J Starks–Sick | Sgt. B. Brown |
| Lt. J. Bridges | Sgt. M. Allison |
| Sgt. S. James–Vacation | Cpl. B. Huseman |
| Sgt. B. McCray | Cpl. S. St. Romain |
| Sgt. I. Jones | Cpl. N. Onubogu |
| Sgt. D. Barnett | Cpl. J. Valverde–Delayed; meeting with Chief |
| Sgt. T. Dorsey | Cpl. B. Auzenne |
| Sgt. J. Hilliard - Late (1628) | Cpl. J. Howard |
| Sgt. C. John-Miller | Mr. L. Dunn- Absent |

**Command –** Chief Young, Deputy Chief Brown, Captain Etheridge

- **Homecoming Debriefing**
- **Uniform Fitting**
- **Compensation Request Forms**
- **Upcoming Events**

**Round Table Discussion:**

1) **Lt. J. Starks–OUT**
2) **Lt. J. Bridges**
   a. **Homecoming Comments:**
      i. The weather helped a lot with ending the parade. Helped make a smooth transition to the ending. Even the buses got in and out. (Response to Huseman). We talked about Sawyer. We should have reasonable barricades. Utilize them May need to have a conversation with who arrange alumni event the same night of the comedy show. Talk about proximity. Entrance on that tailgate into S-1. Maybe have a checklist so we know is approved. Radios for EMS. I didn't take into planning for that. Need to look at strategically planning of EMS. Incident to parade, and

they didn't make it to the individual. We were very flexible. As things change, we adjust. Captain hit on the marshals for the parade. When officers weren't there, that's when we saw the gap. May need more segways out.

3) Sgt. S. James-VACATION

4) Sgt. B. McCray

    a. Homecoming Comments:

        i. We can do better. No shootings. Maybe start putting on the flyer no weapons, no dogs, etc. so people will know we are looking for those so people do not bring it. Always communicate better within the department so information is relayed up the chain. Better to debrief sooner so can remember details.

    b. I say no for the slab thing. We don't know where to put them, not enough time to put in, not sure of the count of people, the type of people. Barnett is messing with y'all.

    c. Commencement is December 11th.

5) Sgt I. Jones

    a. Homecoming Comments:

        i. Commend Brown and Allison. Know y'all worked a lot together on logistics. Captain and DC as well. Didn't see a lot of events, because we had coverage. The Football game went well. WE won. As far as after the game, we probably need more porta potties in different places. I feel the ones we had were just trash. The tailgate went well. Didn't see any major events to get them hurt. Think we paired officers well. We just must get better with parking situation on Blodgett. Parking signs clearly posted from Ennis to Tierwester down Blodgett. Cars parked down Wichita. City towed, and we got blamed for it. It comes with the territory. We must better with keeping Blodgett clear for Metro and emergencies.

    b. I didn't know what a slab is. I had to look it up. I say no. The music is too loud. The kids must study.

6) Sgt. Barnett

    a. Homecoming Comments:

        i. Piggybacking off Sgt. Allison. It happened at the comedy show. We must control that traffic. WE need barricades up to the front door. Put them out before any mass event. Suggest we keep that in mind. WE must have barricades. It will take time to wand. Secondly, homecoming went well. But when we have regents walking around asking how things are going, it is not the time to go into what's wrong. How does that make dept, Chief, or President look? It is not the time. That is a training issue. It is embarrassing. If there are any questions, pass that up to the administrative team. Opinions do not matter.

    b. Yes, remember the Slab show.

    c. Excuse me chief you have a time sensitive text. Can you read it? At about 6p. The President wants to be picked up and go off campus at 6p. It is not on her calendar. Off Davis Street.

    d. I say let them do it in lot M. East side garage.

7) Sgt. T. Dorsey

- a. Homecoming Comments:
  - i. Communication is important. WE cannot wait the day of. Communicate with departments before the day of. Get a contact person. They don't. (Response to Captain)

8) Sgt. J. Hilliard
  - a. She just wants security inside of the buildings. She knows we are there, because we are getting complaints about writing tickets. Yes, I assign someone, because there is an RA. If I don't put someone there, you will get a complaint. No, didn't think to ask that question.

9) Sgt. C. John-Miller
  - a. Homecoming Comments:
    - i. Commend Brown for getting all the people he did to get extra people to help with set up. This is the first time that I was so involved. Whoever started the rain, must do a better job. I was soaking wet at the end😊 We need a bit more mobility with having a cart going around. I don't think the parade location was bad, the information could've been better. People that got through. We need to be consistent. If we are going to do something, we cannot change it. Let the feud be with the public, not with us. Homecoming went well. Didn't hear any negative.
  - b. I was told we have no students in Lanier West. Yes, there are no students.
  - c. I take off my vest before I get in my car.

10) Sgt. B. Brown
  - a. Homecoming Comments:
    - i. By the time homecoming came, I was on OP plan #6. It changed each day. It wasn't on our end. Even on the day of we had to adjust. They were supposed to drop off in front of Yates and kids walk around. That didn't happen. Rode the route a few times, but still missed some cone placement. Would block off, they would take entrances of business to get onto the roadway anyways. Scheduled two security companies to help. But it was a tremendous help. We were able to put more people into homecoming area. Tried to mend fences with outside agencies. Had about 20 people agreeing to help. Then last-minute cancellations. Some no shows. Some stayed faithful. I hope that transitions to good word of mouth. Working to make sure they get their money. Barricades for comedy show are a definite need. We got housing covered and no individual was violated. There was a funeral service in the middle. We were able to coordinate that in the middle of this. Appreciate this. Walking with my guys helped me put things down to paper. We have some good officers.
  - b. St. Romain got him home. I spoke with him and got him on the phone with the chaplain. The chaplain agreed to go with him. Bello said he has never experienced a death that close, and he doesn't know what to do. With that in mind the funeral service is Monday. Is that his off day?

11) Sgt. M. Allison
  - a. Homecoming Comments:
    - i. Sgt. Brown was very helpful with cone movement. Captain as well. Negative was comedy show. Was set up to let in 10 ppl at a time for hand wands. Get word not to let anyone else in from event personnel. Turning

folks around, get things situation. Then Dr. McKinney wanted to let one person in before everyone. She caved in and let another person in. It caused a major ruckus. The same thing happened with Chief. Got it settled, then Chief let someone in, and it caused a ruckus. We need to have a better formality and not change rules in front of a crown causing an upset. Did the porta potty have any kinds of signs, because people just walked by them?

    b.   No, short notice. The loud music. Slabs will have music in the trunk.

12) Cpl. B. Huseman
    a.   Homecoming Comments:
        i.   Between rounds at the range, DC and I talked about suggestions. The way the beginning of the parade wasn't good. All kinds of crowding on Canfield with slingshot cars, float cars (convertibles), plus floats on Cleburne. I've never worked the beginning and not sure if worked better on Sampson, but this year's start did not work. I believe other works better. No one lives on Sampson from Alabama to Wheeler. We block this off for move-in, can't see this as a problem for a parade. Even Mr. Coe said it wasn't a good start. Sometimes you must just cause a halt to entrance. Sometimes you stop entry for fire marshal concerns. We needed to call a halt to those that came in late for tailgating. We want to start the parade, but we had a line. Want to commend whoever came up with the parade route. Did the route end well? Was a bottleneck? Soon of later we just have to say know. There are safety measures we must keep in place.

13) Cpl. A. St. Romain
    a.   Homecoming Comments:
        i.   Only the parade. Keep it moving. People started losing interest. Big gaps.
    b.   Yes, took A. Bello home.
    c.   No to Coachella, cause Sgt. Jones said so.

14) Cpl. N. Onubogu
    a.   Homecoming Comments:
        i.   Entrance gate for reserved people. Kala Ellis was supposed to be there. Caused traffic jams and confusion. Need to have better accountability. Football game with people on the track. A better barrier to keep them from crossing. Probably falls us on, because of security. Barriers on field keep things from transpiring.
    b.   Slab event would be a hood crowd.

15) Cpl. J. Valverde
    a.   Homecoming Comments:
        i.   The only big issue was the Blodgett issue. I think we needed more signs coming. The Hiccup was the motor home that didn't have the proper documentation and held up the line. Over thought it was an awesome job. No, because they were nice (Response to Allison)

16) Cpl. B. Auzenne
    a.   Homecoming Comments:
        i.   This was my first one. Positive is no one was seriously hurt. Parking on Blodgett. Be sure to get the information out to the officers. Get some better enforcement. Maybe some signage. A good learning experience.

17) Cpl. J. Howard
   a.   Homecoming Comments:
      i.   Commend Sgt. Brown and everyone putting it together. Observed some of
           the streets weren't covered. Captain came through to make sure cones
           were in place. Were there weren't coverage people pulled together. Better
           communicate cut off times. Our trucks were moving still setting up. We
           had players all over the place after the game, communicate with Coach
           better to get guys together safely inside.
18) Mr. L. Dunn-ABSENT
19) Command Staff
   a.   Captain:
      i.   Debriefing for homecoming.
           1.   Not sure if you heard. Grambling had a shooting and Southern.
                There are suggestions we have. Yes and no, because limited
                number of parade marshals. Must make sure we talking to them.
                Only issues were the parade? No homecoming (St. Romain)? Who
                should be held accountable for barriers on track? (Onubogu).
                Clarify on not good (Huseman). That's fault of ours. Once we
                shut down Tierwester, we should've cleared out the streets. We
                control that. People told them that officers told them they could
                just park there. That's communications. Once we know better, we
                do better. Everyone should know who to contact. Your supervisor.
                No officer should be calling anyone from another department.
                Want to thank everyone. I know I was a pain, but Sgt. Brown, you
                stepped up. It was my suggestion to put night shift on the
                beginning of the parade so once that ended, they could go. Will
                definitely put someone on nights in the meeting so they can better
                relay the planning. Moving forward will have someone part of the
                conversation. Must be some type of standards of procedures for
                certain events and vehicles. Along with tailgating. Kala is a team of
                1 or 2. He can't be there all night and then be back. It is a lot. We
                must work together. It always comes back to us. Everyone must
                have a set spot number or whatever. We must come up with
                something. There is a time and place for everything. At an event is
                not a time to vent to a regent or President. Too much info is not
                good. Telling someone to park there and we won't tow is not
                acceptable. We opened garages. Logistics is US. We just got 140
                barricades. If there is going to be an event, then logistically, you
                need to make sure everything is set up. If you are in charge, you
                should know everything. It was mentioned that was too much
                chaos from controlling crowd and then Teresa letting someone in.
                Someone needs to be there with a counter. If there are too many
                people, we will be blamed if something goes wrong. We need to
                ensure that stuff. Structure of event. Needs more structure. We
                must learn to go with the flow. WE cannot control what other
                departments are doing. Unless it's a safety issue, we cannot
                control. We can just offer suggestions. Try to work around it.

Forgot the eye in the sky. Rented the eye in the sky from U of H. Think that is an awesome tool. Need more lighting between S-1 and Student Center. Mentioned the officers that no called, no show just scratch them off your list. That's why I shifted personnel. If you are on a post with 3 people, see a post with no one, move down. Called Allison about cones. Popped them in my truck, and placed cones. People were using people's driveways. Mentioned being able to be able to go and grab things on post. That is not how that works. If you need a raincoat and don't have one, buy one. Don't wait. Buy what you need. Have it ready on post. Did anyone not have a car. Had a car at major intersections. Should've had a change of clothes, lunch, etc. We can't wait for everything. Sgt. Brown came with a backpack full of stuff and handed out. Come prepared. If Chief feeds you, it is a plus. Majority of time everyone goes home on time. Thank God nothing major happened. It was one day we got our money's worth out of most of you. Haven't seen Hicks. Meant to thank him. Gave him instructions and he held it down alone. Or have a combination of them. We need to space them out. The biggest thing is having the barricades set the night of or the day before.

    ii. Yes, I remember that. (Response to Chief). Did it during Spring fest.

    iii. Need to keep account of folks' extra jobs.

    iv. Where would we do it? (Question for slab location)

    v. Are they doing dorms, because I don't see the entries in their pass down? I don't want to go back to hard scans. If we are short security, we must fill in there. Dorms are our priority. If we are short a post, an officer must fill in.

b. DC

    i. Homecoming Comments:

        1. At the end of the tailgate, asked everyone what we could do better. One from Briscoe. It's good to hear that everyone felt safe. Heard comments about communication. Yes, we need to have better communication. Yes, some last-minute changes. Even internally, we need better communications. Better with passing information. Sgt. Brown, you did an outstanding job. I could tell you tried to fill as much as possible. We were short. I know the person that talked to the Board of Regents shouldn't have answered. That wasn't their place. But we were short. Because people didn't show. We had to improvise. We had to adjust and get it done. I want to thank everyone, because homecoming is a major undertaking. WE didn't get anyone seriously hurt. It was by the grace of God nothing happened. How many people is enough to guarantee nothing happens? Want to thank everyone for the effort. Even admins. Everyone did their part.

    ii. Why don't they move the RA to another building? I did see on nightshift an officer at 705 with their vest in their hand heading to their car. Just saying. It was Mark.

c.   Chief

    i.   Homecoming Comments:

        1.   I don't know anything about the board of regent's question. Don't tell me now. I've been on several meeting calls and went to several homecomings. We did a tremendous job. Please share with your officers they did a tremendous job. Our whole goal is to provide safety. We are the thinkers of safety. We can't look at others in the University to provide safety. That is our job. We knew we were going to have a crowd. Always plan a large event. Prior to the event, everyone was anticipating a cancellation. The administration did not say any such thing. WE have been full capacity since July. We must plan as such. Don't get frustrated with last minute requests. Bet you didn't know that the band was going to San Antonio tomorrow St. Romain and Howard. We are going to get last minutes requests that deals with safety and logistics. It is our job as supervisors to get them and plan accordingly. If we complain, then it trickles down. This is the field that was chosen. This is what we do. Often than not, we will get last minute changes. A misunderstanding of location changes, weather changes, etc. We are better than that. If those under us don't have faith in us, then that probably why the Regents asked that questions. They probably heard us say it. We are not the only school that had a homecoming. We must stop putting our burdens and complaints on other people. You could've called in. But you came. And your officers came. I don't know how it feels to work night shift, but you came. This is a testament for people that work under you. Sgt. Barnett has been working with the President. I would say he doesn't complain.... but.... He works 12 hours and doesn't put in his time. Made a point to tell him to put in his time. Sgt. Brown, it is a testament to your leadership when you have people wanting to walk with you to find solutions. I went to Grambling, and I was exhausted. Drove out there, stood on the field the whole time, and led the buses back without complaints. And we are complaining about a location change. We better than that. We know they were going to complain about parking. We towed a U-Haul full of food, but we got more compliments than complaints. Grambling, what could y'all have done differently? After the game Saturday, they had 8 more shootings with 3 deaths. It didn't matter if they had 200 people or 20, whatever your plan was, those were your plans. There was nothing they could've done differently. They suggested maybe not to get Lil Boosie to perform, because he tends to bring a certain crowd. They went with him anyways. I don't want us to think we lack with planning. Things change. We must change with them. Talked to Howard about protest and walkout. What could you have done differently? If people are planning and preparing, don't get discouraged. Howard currently has one way in and one way out. Last night it took 55 officers on a Monday at Southern. What y'all gone do

tomorrow before y'all tire people out? How many people are you going to use? That's a lot. They have 110 officers. They are not having tailgate. If you are not a student, you cannot come on campus.

ii.  Event tomorrow at 1p. I don't know anything about that event. This is dead week. Not supposed to be any events. 6p tomorrow supposed to have 3 rappers do a tabletop to discuss what to do if you want to rap. Only 20 students that will be a part of this event. Will be in the recording studio. Will be a meet and greet with 100 students that comes through tutorials. Student Center will funnel through to KTSU, get a gift bag, and they will leave. Mathew, Bell did a walkthrough. 6p-9p. Waiting on additional information. At KTSU. This slab motorcycle motorcade, idk what they are talking about. Can we set up a call? No. We do not have the space. We supposedly did it the first year in lot M. You remember that? What about the senator coming into town? You not in that Brown? Barnett? Darius Brown. Y'all don't have that? Fred or Leslie? He is coming to Law School L2 pinning. Ada, please send it out.

iii.  Voting going on. How are officers being paid? Have you gotten with Chrystal? It comes out our budget. We need a spreadsheet that shows what officers worked so that we get our money back. When it is time to put in timesheets, it helps Mrs. Scruggs know that this is an event pay. Get with Scruggs and Chrystal to discuss event pay. Make sure that you get reliable people to work. I would rather leave the spot open and available than to have it filled with someone that calls off all the time. Some people call off for anything. You need to stop accepting any type of excuses. Be creative. Tell them you can take off Monday, but can you stay over T/W to make it up. Cause they're taking advantage of the system, and it is not going through call off properly. Especially in dispatch. Hopefully we can start back hiring. We still have 2 people interested. A lot of people were rushing to Harris County to become patrol officers, but everyone must work the jail first. All officers must work the jail one day a week.

iv.  We have a lot of officers that have never been to an officer funeral, never been out alone, or never experienced the death of an officer. On Saturday precinct 4 officers ambushed. He was a classmate of officer Bello and Philips. Bello couldn't drive his car home yesterday. IF you know this refer them to employee services. We must get them help. Bello doesn't have any time off, on worker's comp (not really). He has no time. He can't call off sick. He is not put in a pool by the university. I understand he is distraught. You can't keep calling off. You are letting the University know you are not needed. Can't make concessions for one and not another. Our department is not set up for light duty. We do not have that type of department. Give him information he can use. Do not tell him he can call off. No sense in saying docking the pay. It doesn't help our department. Help each other. He can come to work on Friday to be off on Monday. It is customary for classes to go to funerals. You can adjust his shift on Monday to accommodate the funeral. I think the funeral starts as 11.

Come in 11-7 and his assignment can be the funeral. Clearly that is up to you. Anyone think we can have this?

v.   The band is using our band for this Coachella thing. Doing a whole production. Didn't get the permit in time to shut down Westheimer. Don't know why TSU is listed. Pretty sure someone said TSU, and we don't have a street that goes through our campus. That's another permit that I am not ready to put in. That's us to shut down the street. Y'all said no? I am okay either way. If it is a hard no, I respond so. We don't have a location. Timing, because we don't have enough time to relocate those with permits. We are not able to do that. We have midterms, voting. That's a no. We don't have the space or timing to accommodate.

vi.   The band is supposed to open for the Spurs tomorrow.

vii.   They will have a full commencement in Fall. Redlined. December Commencement is not as bad. Two commencements. It is Meg the Stallion's graduation. We won't know who the guest speaker is. Usually an Alum. Nate Griffin and (?-Cannot Rememeber).

viii.   Hilliard, what's going on with housing? Do we assign someone when there are no students? No, we are not doing that. Why is the RA there? Y'all not going to ask this question? That didn't cross your mind for real. I know one person is not sitting over there (8) hours. That makes no sense.

26

11/2/21

# SUPERVISOR MEETING

## AGENDA



| | |
|---|---|
| Lt. J Starks | Sgt. B. Brown–On a Call, arrived later |
| Lt. J. Bridges | Sgt. M. Allison |
| Sgt. S. James–On a Call, arrived later | Cpl. B. Huseman |
| Sgt. B. McCray | Cpl. S. St. Romain |
| Sgt. I. Jones | Cpl. N. Onubogu- Vacation |
| Sgt. D. Barnett-Out | Cpl. J. Valverde |
| Sgt. T. Dorsey | Cpl. B. Auzenne |
| Sgt. J. Hilliard | Cpl. J. Howard |
| Sgt. C. John-Miller- Absent | Mr. L. Dunn |

**Command –** Chief Young, Deputy Chief Brown, Captain Etheridge

- Voting
- LLC
- Law School
- Uniforms

**Round Table Discussion:**

1) Lt. J. Starks
   a. That's not true, DC. It may have been miscommunicated. The call came across as a found marijuana call. I was in a meeting and asked Howard to swing by. The RA called it in. No, don't want to that. I thought we just did that for last year. What happened, because we use to have lights? Depends on what comes from DA. Sits there until case is disposed. I must ask C. John-Miller.
2) Lt. J. Bridges
   a. Yes, I have told all the supervisors to start planning to take off. Something similar to the three shifts. 7-3, 3-11,11-7. M. Allison told to get a schedule from J. Hillard with a housing schedule. From Thanksgiving to those 11 days until commencement, we have students. We are supposed to get an order of destruction from a Justice of the Peace. Have not seen one yet.

3) **Sgt. S. James**
   a. We have not seen it in four years, but we have had it (Response to Chief regarding lights on the Tigerwalk). Sounds like they don't want to do it. Posting a guy until midnight. (Response to possible solutions for suspect terrorizing library)

4) **Sgt. B. McCray**
   a. Football last home game is next weekend, November 13th. (Response to Chief)

5) **Sgt I. Jones**
   a. Over 4oz, you cannot be in the diversion program.
   b. Yes ma'am, I am. Philips is there now while I am here. I talked to him. He said he got it.

6) **Sgt. Barnett–OUT**

7) **Sgt. J. Hilliard**
   a. It wasn't dispatched. Not yet (response to Chief's question about lead selection for Housing) No ma'am, I am not in Lanier. I have not heard anything from Mrs. Barker, but I will get back to you.

8) **Sgt. C. John-Miller-ABSENT**

9) **Sgt. B. Brown**
   a. Yes ma'am. (Response to Chief's statement: You cannot do it all by yourself) They are responsible for their own transportation? (Question regarding tickets to Travis Scott events)
   b. Student removed from UAV and to the hospital. Marijuana taken and tagged. He may come back. Off meds. He is a big guy. Approximately 300lbs. We tag it and place in the room. (Response to Chief regarding process of disposal)

10) **Sgt. M. Allison**
   a. I'm afraid to guess. I just need to know how many we will leave on each shift.

11) **Sgt. T. Dorsey**
   a. Both Lieutenants, or just night shift? (Question to DC regarding mandate for Lieutenants to make the scene)

12) **Cpl. B. Huseman**
   a. I make my scene. Lieutenant and I only work together 3 times a week. (Response to DC regarding how often do you make the scene) Is it going to be mandatory time off? (Question to Chief regarding holiday schedule) We have a lot of people that want to work for the money. That Thursday and Friday. (Response to Chief regarding Thanksgiving holiday) Make sure maintenance check parking lot lights for daylight savings time.

13) **Cpl. A. St. Romain**
   a. They didn't have any units. (Response to Chief's question regarding why a call for assist was not answered)

14) **Cpl. N. Onubogu- VACATION**

15) **Cpl. J. Valverde**

16) **Cpl. B. Auzenne**

17) **Cpl. J. Howard**

18) **Mr. L. Dunn**

19) **Command Staff**
   a. Captain:

      i.  It was my daily paperwork. (Response to J. Starks stating he was doing paperwork) I don't like the stripes on the shoulder. (Response to uniform discussion)

  b.  DC

      i.  Pass-on/Reports: Supervisors (Night shift particular) why are we not making the scene? Are we that busy on nights? The pass on is not reflecting that. Referring to marijuana case. West had a question. Why don't we make this scene? Is everyone familiar with the diversion program? Is everyone familiar with how many grams you can possess before you are not acceptable into the program. Because Lt. Starks didn't know. That's not what was said. (Response to J. Starks) You said you didn't think so. I told you to look it up. I also talked to you about C. West. I told you C. West just started working, how can you refer to C. West? I told you to ask J. Howard, because he made the scene. J. Starks, you said you thought he was in a diversion program, because you caught him on the roof. You think they will let him in the program, and he has violated before? You said yes, because they have allowed it before. Then you send an email and said he was eligible. You asked why they didn't come to us? You have been a police officer; you know students aren't going to snitch on other students. From here on out, every incident the Lieutenant needs to make that scene. I do not care if other are making the scene. When I asked why you didn't make the scene, you said you were doing paperwork. I didn't know you were in a meeting. Captain was sitting there and asked what paperwork, so I asked. Just night shift. If I have a feeling and I have to follow-up on it, that's bad. I expect you to tell me the truth. If you must lie to me, I do not need you.

  c.  Chief

      i.  If you are over 4oz, you cannot be in the diversion program. Did everyone know that? Why didn't you make the scene? So y'all are tag teaming? (Question to DC and Captain) This is why it is important to be there. Business is better done in person. Sometimes phone conversations can be misconstrued. Put your eyes on it so you know what needs to be done. If the sergeants cannot come to you guys, then they will bypass you to go to the Captain. We are trying to see why you are not playing a more pivotal role with the officers. There should not be a conversation where DC is asking a question dealing with the law and the lieutenant does not know. If you don't know, then say so and figure it out. Don't MSU. It is ok not to know, but not ok not to do something about it. It is a reason why you are in here as leaders. There is no way in the world where there should be a mandate for lieutenant to make the scene. Lieutenants should have faith that their sergeant is going to get all the information. If you do not have the faith your sergeants are going to get all the information, then make the scene. We need to practice not being on the phone when others are talking. There should never be a time a lieutenant does not have an answer for the Deputy Chief. We are only getting information from the pass down, because you know we weren't here last night. We still must know what's going on during your shift, and we are trying to figure out

why. What's going on? Do we need to fix this shift? Do we need to move someone around? Are we the only one that sees it? We were in a meeting, and we were told that a lieutenant told a sergeant to not put that in paperwork, put this. The sergeant knew what to put. I told you I do not deal with crookedness. When I leave this uniform, I want my history to be impeccable. If they come to you Valverde, they want answer. They don't expect you to change. They don't expect you to say don't put that info, put this right here. It only takes one for you to not do your job. Stop listening to people that do not have your best interest. Moving forward, continue to do the right thing. Don't make up stuff. We have enough resources and people to help you. You don't have to reinvent anything here. Start implementing, or you going to get caught up. There are some things that we can catch and counsel. Some we can't. This is our first warning. I don't want another supervisor to come to my office and tell me there were told to lie. That will be your last day. I would rather take 10 honest, truthful people than 50 that lie. That was a ridiculous meeting. Does everyone know what it means when another agency calls and asks for an assist? Dorsey, do you have enough faith in your dispatchers? If Dispatcher Supervisors doesn't have faith in a request to assist an officer, then we have a problem. A whole hour, and no assistance. They disregarded us. That's because no one answered the call! Except for Allison, Mr. Dunn, Hilliard, and Ada, wouldn't you think that is an assist? Why didn't the supervisor or officer know it was an assist. The supervisor thought they were going to dump their stuff on us because they dumped it before. Why are we going backwards, because we know what to do?! U of H doesn't have any of their students over here, but TSU has students at U of H, but we couldn't help them. I heard those recordings, and I was embarrassed. They kept giving the location, and we asked where is that, do y'all need us? They called (3) times. We do not want to create that distance within agencies. I do not care what agency or what you are doing, you need to respond, because I would hope if you dropped an assist that they respond. I do not want not responding to start here. If you unview an incident, you do not call another agency to take it. If you do not want to handle, get out of the uniform. We are note the only agency working with few people. There's always something going on. It doesn't take that long to do a report. We don't take our time to do anything. How you have a burglarized of a motor vehicle, but the vehicle is not included? We don't hold each other accountable. We don't even read reports or pass downs. If you are corrected, you get defensive. We must stop that. We can't go backwards. I hate copy and paste. It's a habit here. It happened to Chrystal. We just do it. We don't read over it, don't let anyone check it. 458p, they gone (talking about my admin now). Someone said why don't we get rid of lieutenants and add two more sergeants. That doesn't look fair. What y'all going to do, because y'all not doing lieutenants' work. Y'all need to turn it up. Or do you think you are on the same level as Captain? Oh no! So, when are you going to step up? If you are doing the work, I am not talking about you. If you not, then I am talking about you. Y'all are lacking in that position. That's why the things under y'all are

lacking. Corporals, you know those are appointed positions, because we believe at that appointed time, we felt you could move the needle. We wanted to have a number to match sergeants, because you do similar work. Y'all must do appointed work too. I have yet to see any of you ignite that fire for where you are over. Do we need the corporals' position, because if we do not need it, then we have enough positions? If we need it, then I need you to tweak it up too. Jones, Brown, and Allison thank you, because every time I tell you something, it is handled. I told Brown you cannot be the superman of everything around here. He wants to work everything, I asked him where is your help?! Basketball games are coming. Assign everyone a game to work. They going to work it. We are not going to work one person. That's not fair and that sounds selfish. Sgt. Brown you work you off days on Sundays too at the law school?! He said yes. You mean to tell me we cannot find anyone from 5p-9p at $40 an hour?! If I tell Law school to stop paying extra and we include it in our duty, it will mess up some overtime. We let West work it every day, but what about his health? Start putting down names on the list for games and the law school, but eventually it will be mandatory. I hate forcing people to work. I'll wait Sgt. Hilliard, because I cannot find you at night. I don't know what's going on with housing. I told Cpl. Howard and Cpl. Huseman that if I don't see Hilliard, I don't see y'all. Have you assigned a lead person yet? Our best defense is visibility. If they see you, they're moving. Are you still in Lanier? Have y'all checked? Don't make up nothing. You have not checked. Don't lie to me and I would not lie to you. Sgt. Hilliard does not need to be in Lanier, because no one is there. On your daily checks, go by and check. If you see him in Lanier, ask him to move. We must hold each other accountable.

ii.   Today is the last thing of the voting. That another thing, has anyone offered to help him? That cannot be your answer Brown. Even if you got it. That cannot be your answer. Somebody must step up and say no, I will take some from you. It is unfair. I haven't heard anyone to volunteer to help paint on a Saturday. His guys helped. It is getting done, because they see their supervisor doing it too. Sgt. Brown, you can't do it on your own. When is football over? See, you have two free guys! We must share the responsibilities.

iii.  Lieutenant and Captain going on training this week. I am gone next week. DC is gone the week after. That doesn't change any of the operations of the department. Nothing should stop. Whether we have supervisor's meeting, does not mean we stop working hard and planning. We need to start planning. We know the university gives off two holidays. We are going to figure out now! Don't come to me with me doing it for you. Come to me with your plans. Come with your numbers and why? We have holiday times as well. We can change those things. Talk it over with your officers. They must work it, not you. You know most of the people probably won't have seniority to take it off. The least senior officers will work the holiday. Not every holiday. May work Thanksgiving and not Christmas. Give your senior officer the opportunity to have first pick. I do not if everyone will leave this year. Last year we left in November. How

many people do they anticipate in the dorm? When is the Thanksgiving holiday? Remember that holiday stuff. I am ok if you all want to modify your times coming in. We don't have a problem with that. During the holiday, we don't do a tiger shift. From Thanksgiving to New Years. We don't use tiger shift from Thanksgiving to New Years to just have 3 shifts. I am not opposed to Tiger shift becoming day shift. Ask the people that will work. This is not about you. Don't make it personal. Don't persuade them. Do a survey. We will do what's best for the department no matter what.

iv.  When the Astros win tonight, TSU will open the game the next day. If you see cameras running around, that's why. We also have tickets to Travis' Scott's celebrity softball game Thursday night. A perk for coming would be to come to the concert Friday with backstage passes. Also open to housing. Want to randomly give out to students, so we are not responsible for traveling. Maybe get with Student Services or give out to family. Let me know tomorrow. We have (80). Yes, don't want to be responsible for that. Also, December 1st is National Aids Day, which happens to be Ada's birthday, will be a big event at the Sam Houston Park. I will get more info. Also, call to check up on people. Let people know you care. It is important. Make sure we are checking on people during the gray day. When we are doing training, we still come back and do PowerPoints and show what we learned. I am still waiting on PowerPoints from S. James and J. Valverde.

v.  Uniforms: If they did not come for their fitting, do not email. Except for two people (Hopkins) do not ask about uniforms. They had ample time. Captain, we were outvoted by me and DC. Ada, please get the shirts for dispatch for sample and quote for jackets.

vi.  Don't forget this weekend is daylight savings time. Our goal is to light up the Tiger walk for the holidays. There is no power on the tiger walk, so looking into battery operated lights. When was this? Why is this guy terrorizing the library? We are trying to keep departments from asking for personal security. What are we doing when we running people off? Are we not documenting? We must help ourselves. These ladies say they're there until midnight. What do you think we need to do? Thanks for volunteering. The process on found marijuana. We tag it. What happens next? John-Miller is out. I need us all to know the process. I don't want us to say we just tagged it and we do not know what happens. Let's make that our homework.

Meeting time: 544p>6p

27

# SUPERVISOR MEETING

# AGENDA



| | |
|---|---|
| Lt. J Starks | Sgt. B. Brown |
| Lt. J. Bridges | Sgt. M. Allison |
| Sgt. S. James | Cpl. B. Huseman-Vacation |
| Sgt. B. McCray | Cpl. S. St. Romain |
| Sgt. L Jones | Cpl. N. Onubogu |
| Sgt. D. Barnett | Cpl. J. Valverde |
| Sgt. T. Dorsey | Cpl. B. Auzenne |
| Sgt. J. Hilliard | Cpl. J. Howard |
| Sgt. C. John-Miller | Mr. L. Dunn |

**Command -** Chief Young, Deputy Chief Brown, Captain Etheridge

- Holiday Schedule
- Winter Commencement
- Reports

**Round Table Discussion:**

1) Lt. J. Starks
   a. Make more patrols by tiger house. We were already doing 3 on Nights. Do more than that. (Response to T. Dorsey number of patrols for Tiger House)
   b. These are planned well in advance (Response to N. Onubogu's video)
   c. They (R. Clayton and T. Reece) both work nights with me. (Response to Captain's question to M. Allison)
   d. The face page and the associate page are very important. Make sure we are looking at these pages. There is a portion when you are in the hard portion of ARMS. Officers putting time they arrive/leave scene as to and from. They should put the start of crime and stop of the crime there. Make sure trespassing, or referrals are attached to the report. Many are scanning and just attaching the referrals. (Response to S. James) Need to get with OIT because using the old link. Basically, a placeholder for things not criminal. Shouldn't be doing it anymore.

    e.   Can't think of an example (Response to Chief on when you title a report "Information").

2) Lt. J. Bridges

    a.   So, these are not being posted with the information Kala put out? Is this in the student center last week? (Question to N. Onugobu).

    b.   The quote has been sent to Chrystal, but may need to be refreshed. (Response to Captain regarding Segway training)

    c.   On the new referral link, they go straight to Title IX. (Response to Chief on process of Student Referrals) I'm still getting referral notifications from old link. I have heard there are two different ways. That has to be done the day of the report, not the next day. It should not be a separate thing.

    d.   Will address holiday schedule later. (Response to N. Onubogu) Holidays will only be 3 shifts. No Tiger shift. Thanksgiving schedule will go out. Start working on Christmas schedule soon. Mobility is going 7a-3p shift for the holidays. Number of officers to be used during holidays has been discussed. DARs go to the Captain, shift, LTs. Vehicles inspections go to shift, Captain, LTs, and St. Romain. I am not paying OT for anyone trying to compete DARs. DARs should be completed during shift. The dorm checks are supposed to be for housing. Information reports will be taken out of ARMS. If I see actions in a video and do not see a supplement, this will be an issue. This goes for supervisors making the scene. I will be visiting all roll calls with new EJ forms. This will probably start next week. This goes for everyone in the department including civilians. You will have a permit number for each E.J. What is adequate time for leave being approved? I have to get with Hillard about his people. Have to get with and compare what's in the red book. Questions on vehicles. How many down? Just one?

3) Sgt. S. James

    a.   Training coming up Dec. 3rd at U of H. Trauma informed Police training. Spoke to Lt. Bridges. You may or may not need to take the course. May or may not get credit. It is only for 3 hours. (Response to Captain) They have a couple of sessions for two of the days. (Response to Captain) Also, we were going to team up and TCOLE 4800 and coming here that Friday. Will be December 3rd. Will send a list of who needs training and who wants to go back through it. U of H was supposed to come, but U of H will have all of their people in trauma informed training. Will be in LLC 203. Will have our own computer. Will have 8 hours. 5 days to complete. Open book test. Make sure Sergeants look at schedules to make sure we have coverage. Class is from 8a-5p on December 3rd. (Response to T. Dorsey) Students are becoming brazen. We have manpower. We did put into place the officers are doing more walk throughs for the dorms and LLC. It is really occurring after 2p. Asked if people want FTO and CFO training. I have a book that identifies training that's coming up that the officer can clear off time with their supervisor. Issues at the end of the year. Coverage is important. We did put into place more tours in the dorms. (Response to Captain)

    b.   I will be on vacation next week. Going to VA. She does.

    c.   Is the referral, how are we attaching referrals that's going to the dean? (Question to J. Starks) With the new ones, they go straight to Student services. Trying to see the quickest way for us. We used to get an email. Don't know unless we ask about it.

    **d.**  Valverde, Bell, C. Jones. (Response to Chief on who is working holiday) Mentioned the Trauma informed training. Sent information to Supervisors. All hands-on deck to cover shifts to complete training for TCOLE 4800.

**4)**  **Sgt. B. McCray**

    **a.**  Yes, ma'am. (Response to Captain) Been updating call up list. If I am approaching you, I need updated information. Each shift is not sharing information. We need to communicate better. We talk about it a lot. Issues should not get above us and then we find a solution. Yes ma'am, but it is not as bad. (Response to Chief) If you are on a fixed post, step out of your building. Say something when you clear building. Say something in the notes. Yes, we have been sending that to Mrs. Barker.

**5)**  **Sgt I. Jones**

    **a.**  The new hire, A. Chambers, wants to be trained in Segway.

    **b.**  B. McCray and I were on our way to that, at Tierwester when the drill was cancelled. But we were not aware.

    **c.**  Biggest thing is the work DC and I talked about. The crane supposed to be here at 6a tomorrow morning on Lot E. Hot water coils 2, 3, 4th, and roof of Public Affairs. Instructed to get a call when crane is 30-minutes out to be escorted in properly. Will stage the crane between the two buildings. Will have to cone off area. Will last 4-6 hours. Spaces 14, 15, 16 will be utilized. These are reserved spots.

    **d.**  Reports

        **i.**  We have quite a few reports out. We have to approve these reports. The first part may be approved, but waiting on approval of follow-ups and supplements. Make notates and send officer emails for corrections especially for critical information. Stay on top of that. The fact that they did a referral should be included in the officer's actions. (Response to S. James)

        **ii.**  What is the use of information reports? I sent an email in regard to that today. It got that call Chief was talking about. This is the issue. The report he read with his lawyer was not the report in the system. He described everyone out there and called them by name. I heard the end time. What is the start time? Talked to her and had not agreed on a start time. M. Allison and I talked about it today. They will risk parking in her spot for Starbucks. Tiger shift moved to 7a-3p. Most have it off Thur-Fri anyways. I will be work.

**6)**  **Sgt. Barnett**

    **a.**  Student center has volunteers downstairs. They are taking up can goods in the student center. Please donate if you can. 12p–4p. I can take them if outside of your office hours. Doing it all this week. Will have to get a cut-off date. If past this week, will let you know.

    **b.**  Situation at Tiger House. 4 young men in hoodies knocked on President's door. Spooked her. We have a new TR code for reporting purposes. Emphasis to your shift the significance to show our faces in the area.

    **c.**  We will be decorating Eastside for Christmas. Not sure what Chief is doing as far as holiday season. Feel free to bring your own decorations. Keep in mind that someone here may be spending the holidays without a loved one.

      d.   Something noteworthy that Chief wanted, but not an incident. (Response to Chief on why we would title a report "information")

      e.   How did he get the report that fast? (Question to Chief on incident with counterfeit money)

      f.   Bell and Lawton (Response to Chief's question on who is working on your shift for the holidays)

**7)** Sgt. J. Hilliard

      a.   Once completed, do they have to redo? Housing is the same schedule. G. Jones, Alley, Sennette in video patrol. Housing is the same.

**8)** Sgt. C. John-Miller

      a.   At night they do not park there. Maybe they pull in. No (response to Chief). Whenever a vehicle is left on campus, we let dispatch and video patrol know.

**9)** Sgt. B. Brown

      a.   I put a hold on the bike, because the vin was sticker. It was not etched. It was not a metal plate. (Response to Chief) Those were questions. There were four bikes in question. When the gentleman called, he described the bike being sold on campus. Dispatch got the call that business partner took bike, did report at HPD for theft. The bikes looked similar. The guy at the dealer plays middleman. I couldn't pinpoint to say who the bike went to. Couldn't find the metal plate. There was a young lady on campus playing the seller. He didn't have a title.

      b.   The one for Halloween was legit. (Response to Chief about Hump Day Events) I didn't see that one last week. That should be Nov. 10th. Three events this evening in Student Center. Meeting with Kala on new meeting presentation for Sawyer auditorium. Sunday Roughly 1200 people. Working with local elementary to provide 3 families with turkey and thanksgiving. Onubogu, Cantu, Mathew off. Everyone else will be here.

**10)** Sgt. M. Allison

      a.   Lot E will have 3 spaces (Reserved) closed for a crane between Public Affairs building and LLC. It will run from 6a–12p. Spot holders have been notified. Will have (3) officers in the area to make sure students do not walk in the area. Coordinating that with I. Jones.

      b.   S-1 is still offline due to Triumph doing cabling; kind of messed up the parking system. Spoke with PSX today, because PSX will now be a subcontractor under Triumph. Yes, part of the OIT work. (Response to Captain) Due to subcontracting, should be fixed next week. OIT forgot that some of the IT items belonged to parking.

      c.   Chad picked up golf carts today to do a consultation on repairs. That is correct, quote has been sent to Chrystal. Correction the quote has been sent to J. Bridges. (Response to Captain regarding seqway quotes) Refreshing the quotes will not be a problem. (Response to J. Bridges) Have 3 people. C. John-Miller, you were one, correct? For security I have two. R. Clayton and T. Treece. No. (Response to Captain regarding Issa and Moore interests) I will circle back with them. No ma'am, different parking options for ticket. Will talk to him. No ma'am, different person in Dr. Woo's spot. Have placed cones in that area. Briscoe, Barnes, Salaam. Right, moving to work mobility. Staff council will do pies again on Dec. 16th.

**11)** Sgt. T. Dorsey

    a.   Elevation troubles vs Elevator entrapment:
         i.   If elevator trouble (i.e., malfunctioning), call Bertran Harrison.
        ii.   If elevator entrapment, call Bertran Harrison and Mr. Dove. They (B. Harrison or Mr. Dove) call elevator company (EMR).
             1.   If EMS required (medical emergency), Dispatch will call the fire department and officer stand by.
                 a.   An officer will have to assess the scene.
                 b.   Do NOT call HFD if not a medical emergency. This is because there is a contract with EMR.
       iii.   If after hours, give EMR a 30-minute window. (Response to Onubogu). No checklist (Response to Captain)
       iv.   Officers will call dispatch, and dispatch will call the correct party.
             1.   If Mr. Harrison does not answer, it is notated in CAD, and they will try to contact Mr. Dove. We do not contact EMR at all.
             2.   No, dispatch does not have the checklist for facilities any longer for the elevator. (Response to Captain)

    b.   Asked for at least 2 shifts do patrol by Tiger House. (Response to D. Barnett Tiger House concerns). Will change to 3 on days as well.

    c.   What time is training, because we will have coverage in dispatch? (To S. James).

    d.   There was supposed to be a fire drill today in UC, but it was postponed to Thursday. Mr. Holts informed an officer. J. Sawyer. (Response to Captain) They will be expected to evacuate with the students. Both UCs.

    e.   I will be working with McAfee. Wiggins off.

12) Cpl. B. Huseman- Vacation

13) Cpl. A. St. Romain

    a.   Received information on another recall. Rear tow leak. There is no fix for it currently. Don't tow anything. (Response to Captain) Started on Chief's truck. Hoping it will be ready tomorrow.

    b.   We haven't done it in so long, so I don't know. Just one vehicle and Chief's truck. We are sticking with Fords. WE lost the opportunity for Chevys. Waiting on the approval. We want to order at least twelve more. Twelve new ones. Trade in (7) and get (5) more. We want (12) total. I have to look at it again. They say they can sale all of them. I have (6) white cars that do not work. (8) working. (1) ghost. Yes. (15) marked, (7) unmarked. Enterprise is waiting on whomever approves our car purchases.

14) Cpl. N. Onubogu

    a.   What about after hours? (Question to T. Dorsey and elevator issues) Mr. Harrison does not answer the phone often after hours.

    b.   It is becoming a habit for advisor and Student Government Associations to have a reverse Hump Day without asking for asking for additional security. It is drawing out crowds of 200-400 people. This is drawing out our patrol which is affecting our visibility. Issues in the student center (Response to Captain on where issues are occurring). Every Wednesday they are having reverse hump day, and they are not hiring proper security presence. It is the guy that took Mrs. Bennett place. This is the one that happened last week (referring to the video emailed to A. Ratliff to show during meeting. Gatewood has sent emails to Chief the morning

of (he has claimed). Started at 7p. Anywhere from 2-200 people. The video is from last Wednesday. They had bottle girls too. Close to 200 people. From 8p-10p, doors opened at 7p.

c. Have we decided on holiday schedules?

15) Cpl. J. Valverde

    a. Had a call Saturday. B. Brown and J. Valverde were that. Mad an arrest. Have not had this in a while. It was on a stolen firearm.  Had cash and $5000 counterfeit money confiscated as well. Counterfeit was tagged here, and secret service will come get from here. Call HPD. No one has contacted me yet. Want to apologize, Lt. Starks. Forgot to contact Lt. Bridges. Thought he would see in pass down. Remember the girl dealing with the guy in California. HPD said confiscate, tag the money, and secret service will pick up. We have the money here. Secret service will pick up. I called them. The back was in Asian writing. I am, St. Romain, and Bell.

16) Cpl. B. Auzenne

    a. Yes, that's the question: I am curious, what do you do for a living? (Response to Captain's question for the Tiger House)

    b. (2) PPOs on shift. Takang is progressing well. Bello is with me. Also got with S. James to get our currently acting FTOs to get formal training. Seem interested. Yes, refresher. Only 5 days. Access. Then send up to Command.

17) Cpl. J. Howard

    a. I recently updated the forms. Make sure we are checking the doors and looking down stairwells. We want to make sure the students are safe and there aren't any facility issues. Use CAD. There is a criminal trespass form being put out once completed.

18) Mr. L. Dunn

    a. We not going to work. She sent an email to you and not me. I talked to Brown.

19) Command Staff

    a. Captain:

        i. That means an officer will have to stand by (question to T. Dorsey and elevator entrapments) Why? (Question to T. Dorsey regarding calling HFD). Right, HFD will come and just bust open the elevator. (Response to T. Dorsey & why you don't call HFD if it is not a medical emergency) Do y'all not have the check list for facilities? (Question to T. Dorsey) If Mr. Harrison does not answer, then call Mr. Bennett. Please put that checklist down so officers know when they are working dispatch. (Response to T. Dorsey)

        ii. Make sure you ask what you do for a living. (Additional information for Tiger House concerns) Told by our younger officers there is Tiktok going around asking what you do for a living. Keep that in mind.

        iii. Where are the events taking place? How do you know are the RAs? Did Chief reply? (Questions to N. Onubogu on reverse Hump Day issues) These are questions to ask when people advise of events. Are these notifications just for FYI or are they for approval? Let's pin this until Chief arrives.

        iv. Is this part of the OIT work going on? (Question to M. Allison) Have we looked into moving officers to Segway and gotten a quote. Definitely need to

looking training on segways, because it may be cheaper to get Segway training instead of waiting on golf carts to come back. Then golf carts come back, you will have more mobility around. Have you taken a survey on who is interested in doing Segway? (Question to M. Allison) No, for security (Response to M. Allison on people who are interested in Segway training) R. Clayton and T. Treece both work what shift? (Question to M. Allison) Have we asked? What about Issa and Moore? (Question to M. Allison) May be no, now, and they are on foot. I would rather have more people with more options available than people that limit their options. (Response to M. Allison regarding Issa and Moore)

v.   **What information/solutions do you have for the recall? (Question to S. St. Romain)**

vi.   The training is for one day? (Question to S. James) So they are doing it for three days, and you can pick a session? (Question to S. James) How do you suggest we cover it? (To S. James). Especially if you find room doors open.

vii.   B. McCray, don't you have an extra assignment?

viii.   Informed what officer? Did anyone else know about that? (Question to T. Dorsey about Fire Drill notification)

ix.   Just like when you upload supplements, you have to upload reports.

x.   Was there a question of one person saying it was his bike and who the bike was coming up to?

xi.   Make sure everyone is using updated form. Yes, you will have to redo each extra job permit. Trying to a carbon copy. Is everyone aware of the Band complaint with Ms. Jackson.

xii.   The community is not pleased with band noise after hours. The band stops at 10p. The director advised sometimes students practice late. If they do, do a student referral for noise. Now I understand that the band is starting at 9a. I understand they were practicing before a game. Remind them to go inside. Don't do it outside at 9a. Treat these very seriously. When they were sitting outside, where was that? If they are doing it outside, do a referral. End time has not been confirmed. They should be inside regardless.

xiii.   Information is not being sent up in a timely manner. Pass downs are not timely fashion. Urgent matters should be passed up. Even if you spoke to Command, still pass it up. Don't wait until the incident is over. Do it in real time.

xiv.   Commencement: Ops plan start working on. Lt. Bridges too. Is it possible to get the more elaborate magtometer.

xv.   OIT has started re-wiring. Everyone should know who they are.

xvi.   Suicides are up this time of the year. Please check on your people. Tow slips. He is generating his own tow slips. It has our name on the tow slip that he created. It is nothing in the contract. DC talked to him about changing things without Chief's permission.

xvii.   Outside of TSU: Barker Family Foundation. If interested, will send information. We are turning in (7) marked units and get (7) marked back. Then purchase (5) more marked vehicles.

b.   DC

    i. That's a common problem. If you come in here with a problem, we are looking for what plan can we put into place to correct the issue. I ask this all the time. What have you done as a supervisor to mitigate the issue? (Response to S. James) Identify the problem, solve the problem.

    ii. Captain, Chief, did you know about it? (Question about Fire Drill notification) First of all, Mr. Holts should not be notifying officers. It gets lost. I will talk to Mr. Holts. (Response regarding Fire Drill notifications to T. Dorsey)

    iii. I added T. Jones and C. Jones, so they get the info as well. (Response to Chief) That make sense, Chief. That's why I included them. They were not getting all of the information.

    iv. Only saw an event from 5p–8p: Meet your next ex event. 125 expected on the 3ʳᵈ floor of the Student Center. (Response to

    v. It was by Lot L. (Response to Captain) They are taking the chairs right to that little entrance. Tell your officers it's just like gossiping without the lying and embellishment. It's telling a story. All reports should be completed before the shift ends. If the report is done on your shift, and you should have read within 24 hours.  We used to print out, put in supervisor's box, and return.

c. Chief

    i. Are we still doing that? Not communicating people are off and people are just showing up? (Question to B. McCray)

    ii. Why are we doing it two ways? Is it on the website and need to be removed? (Question to supervisors and referral link) We can get with Brittney to remove it. Ada, please call Brittney to the EOC. What's wrong with that way? We can tell everyone to upload your referral. Any supervisor knows an attachment is there. Let's all talk in that language. They are us. We should not be doing a report the next day. If you allow it, you will begin to see more paperwork. You know for a fact you are not reading referrals. You all are not doing what you are supposed to as supervisors. It shows all of the time. You are doing piss poor work. We have roughly 6 weeks and we cannot get on the same page with referrals. It makes no sense.

        1. Brittney, can you please look at the website for the link to student referrals. Supervisors has link that goes straight to Title IX. If you have the new one, send it to Brittney. Delete the old one.

    iii. What's the use of information reports? I got the disposition and why we use information. Not use information for a title of a report. I am asking why we use title of a report= Information. You cannot call a report information. Stop copying and paste. That report J. Bridges, B. Brown, and S. Jones read was horrible. It stemmed from an arrest. The guy was adamant that he saw 12 officers and he was on the scene for 5 hours. He knows everyone to the C. Bell copied and pasted her statement, H. Mathews statement, and her statement again. Then it comes back that the motorcycle comes back to the owner. Then you let an officer count money on the scene?! DO NOT LET OFFICERS TO COUNT MONEY ON THE SCENE. THAT IS YOUR JOB. If you believe it is counterfeit money, then

count it, put it back in his pocket. If it is counterfeit, they will take it at the jail. We are doing crazy piss pour work for no reason. Cannot become lazy. If you don't know, say so and get assistance. I expect when you do not know, that you find the answer. If you see something wrong, call them at that time. We don't go home and then do reports.

iv.  I have not seen any community service officer go into the dorms and do a crime prevention activity. Every morning at 8a we have tows. That means night shift is not patrolling. Check every lot. Especially lot L. Every morning y'all go look at reserve spots? That's what I am saying. Start. From 6a-7a, check the lots. We are getting to many calls on reserve spots.

v.  Somebody gave him the report. (Response to D. Barnett) It is a totally different report than he has now. That's why we need to do it right then and there. Who put a 72 hour hold on the bike? Did the bike come up as stolen? (Question to B. Brown) Did we ever find a manufacturer VIN? Why the hold? We have to know the difference between a civil matter and a criminal matter. Things that deal with property and money= civil. All the other charges, tow the bike. You only want to put him in jail on things you can clearly articulate. You can't articulate that the bike was stolen. Can't put our personal things into enforcing the law. How y'all know it was counterfeit? These conversations are not private. There are no secrets here. Share the information. Speaking of reports, why do y'all put T. Jones and C. Jones in y'all summary? There is a Corporal on it. You are supposed to share the summary with the people under you? There is no group better than the next group. I do not like division. Division causes problems. I need everyone to know the same thing. I understand why DC did it, but we cannot have division. If you wish you had a better group working under you, then look at yourself. No reverse hump day. They had an event last week for Camp Tiger. Is this every Wednesday? (Not to my knowledge). B. Philips will do walkthrough with you, B. Brown. (Regarding event this weekend)

vi.  Can you get with housing to see if they have a student here that has a family in need? (Question to B. Brown and Thanksgiving giveaway) St. Lukes want to sponsor a family in need. They particularly want a student we have that has family back home. Let me know by Friday. Next week is his (3) week. So, they are taking chairs to Lot L. Especially if charges involved. (Reports) Ticket writing in a handicap. Did LeBlanc speak to you? (Question to M. Allison) The tiger stripes are a no parking. He said would get with M. Allison, so everyone writes the same ticket. Talk with him. Sent that info about Dr. Woo's spot. The training that we have to have before the 31st? (Question to S. James) Had 200k approved. Didn't quite spend it all. Like $40k was left. Put in for parking trucks, fire extinguishers, restriping lots, simulators, and 3D printer. Waiting on a truck from the Auctions as well for mobility.

vii.  Based on the fleet we have now, we want to buy (5) more cars. How many marked cars do we have? (Question to S. St. Romain) We want (15) marked units. St. Romain, please get a total of all marked cars. Contact

Enterprise and cc' Chief. Email him with all of the info.  St. Romain, follow up on ID machine. M. Allison, put that in an email

viii.   December Commencement

    1.   I will help with this ops plan. M. Stallion is graduating. A lot of things are happening and will be a go. Hottie concert the week before commencement. Winners invited to campus. Maybe 100 people to graduate. Will sit in KTSU. Will watch screening. She has 50 people from her family coming to watch inside. No one on the floor. They are switching how schools graduate. Her school goes first. So, once she walks, she can leave. My suggestion is to have seat fillers. Have an officer there to sit in the seat. Have her in the back. Haven't talked to Coach Cooper. (**Proposed, haven't confirmed**). As her college is called up, she will come up. She will do something. Comes back, goes back behind curtain, and she is gone. Things will probably change the day of. Don't think TSU has had anyone this big since Michael Strahan graduate. It will be a more intense ops plan. They prefer hand wands. This commencement won't be that packed. Fewer people graduating. Still have to have a ticket to get in. Not using the museum. Things as usual. Come from Fairchild, take picture and go inside. Spring may look different.

ix.   Holiday schedule

    1.   Make sure you include Ada and Mrs. Scruggs on the holiday schedule. We need to know who is working. My preference is to have new people work than old heads. It costs less. Yall want to work cause of the OT, but this sends a bad signals to new folks, because yall give them all of the holidays off. They have to earn these holidays. We have enough holidays for them to take off. Have yall put together a holiday schedule? People should know who is off. Time needs to match what goes to C. Scruggs and what Ada brings to me to sign off. Yall don't even know who working. Everyone has to leave campus in December except Athletes. Make sure that you copy C. Scruggs and Ada so I can see it. You can work, because we have been getting a lot of complaints on locks and doors. You on emails and didn't respond. The email she sent in September; you did not respond. She sent an email in October, you did not respond. She sent it again and cc'd me. I sent it to DC to get you to respond.

x.   New officer

    1.   A. Chambers started today. Have approval for another officer. Present like you have 50 people.

xi.   Holiday celebration.

    1.   Command is still working on their items. Start thinking for Christmas. Let Brittney know your ideas so she can put it on the calendar. We are doing secret tiger.

Meeting time end: 630p

28

11/30/21

# SUPERVISOR MEETING

# AGENDA



| | |
|---|---|
| Lt. J Starks | Sgt. B. Brown |
| Lt. J. Bridges | Sgt. M. Allison |
| Sgt. S. James-Late (Playing mama :) | Cpl. B. Huseman |
| Sgt. B. McCray | Cpl. S. St. Romain |
| Sgt. I. Jones | Cpl. N. Onubogu |
| Sgt. D. Barnett | Cpl. J. Valverde |
| Sgt. T. Dorsey | Cpl. B. Auzenne |
| Sgt. J. Hilliard-Late | Cpl. J. Howard-Out |
| Sgt. C. John-Miller-Out | Mr. L. Dunn |

**Command -** Chief Young, Deputy Chief Brown, Captain Etheridge

- Staff Shortages
  - o Staff Retiring
- Winter Commencement

**Round Table Discussion:**

1) Lt. J. Starks
   a. Are we putting those on every car? Because, this is a concern if you single out cars. Want it to be uniform. (Response to I. Jones and leaving safety notes)
   b. There hasn't been much going on except the turning off of the lights. I know we don't really check the elevators, so I have my guys checking them more. We have some burn damage to one, but we don't know when or how. We need to make sure we are checking the roof of garages in those caps. People hang out up there sometimes. We know is the time of the year with elevated crime. People trying to finish off grudges or money for holidays. On ARMs people are doing better with filling out forms.

    c.   We were short at that time. The officers were right outside of that event. The second one, an officer was 20ft away, but he was alone. Traditionally, evening shift is the thickest because so much happens. We had a shift from 6p-2a called the power shift.

    d.   Are there physical tickets? I am concerned for if we become over capacity. That's why it would be good to have tickets.

2)  Lt. J. Bridges

    a.   She came back when? Did you ask D. Wiggins for a full doctor's release? (Question to T. Dorsey)

    b.   From my understanding, the first one started as an email for a former student that turned into a capital murder suspect. The second one that started at gateway that involves a lady that is a TSU student.  Those are the two you are talking about. **(Response to DC and J. Valverde)**

    c.   On DARs make sure officers are documenting dorms and building checks. Also, vehicle inspections, make sure we know how to check oil. Make sure we are letting S. St. Romain know if there is a problem.

    d.   C. Bell reported the door not working in the dorms. Yes, at the Towers. (Response to Chief) She did say the entire break. She reported it Sunday. A student reported to C. Bell. She did not gear towards one shift. It was for all of us. The DARs have to match that we are out there. If we check it, like the sliding doors come off track. Reset it.

    e.   It is that time of the year for our annual reports to be due again. Our racial profile numbers will go up, because we did make more stops.

    f.   So basically, anyone that leaves, we cannot fill? (Question to Chief)

    g.   S. James, let's get together after meeting to go over schedule for coverage with the training occurring. Tiger shift. we been trying to fill the gaps between days and evenings. (Response to Chief)

    h.   Will extra masks be available? (Question to Chief) Are we using the admin on the floor? Geneva helped before. Genell helped as well. They were like ushers. They were on the floor. Officers helped. We used them in the beginning.

3)  Sgt. S. James

    a.   What about cars? Special events are another issue. We had an officer that only because they called me at 4p, and I went to one of my regular people and told them I needed them at the museum. It was after the poetry event. When you don't have the manpower to be around these events as they move, issues can occur. We will have to bring back these events.

    b.   Training starts Wednesday and Thursday. It is a 3 hour course. If they miss, they have to take it online. Training in LLC on the 2ⁿᵈ floor at 8a on Friday for course. We are going to be tight. T. Dorsey, we may have to help cover dispatch.

    c.   She did cancel her concert. Will we have shuttles or trams? (Question to Chief) Who is responsible for tickets? (Question to Chief) There should be an officer at the door.

4)  Sgt. B. McCray

    a.   The schedules are out all the way through the end of December. Working on getting them posted. Updating every time a leave form comes in. Up to today all of the leaves and red book are updated. Should have the schedule up to date and

put out in a few days. We are telling officers to come out the post to check the building. My apologies for not letting supervisors know. They are not abandoning post. They were asked to come out to be more visible.

5) Sgt L Jones

    a.  Back on hooding. Spoke with Ms. Coleman (?). They want to use the tram. Just one for sure, have both available. Make sure we have that ready on Friday. M. Allison touched on the parking lot. We did ride through parking lots and noticed several vihicles with window down. Plan to make a check list and leave a note for drivers.

    b.  Yes ma'am, G. Jones didn't find anything on her shift, but Kofi found something. I sent an email. (Response to Chief about finding out what happened to the lights in front of TSU)

    c.  Everyone should be on the channel that you are working. (Response to D. Barnett and extra jobs)

    d.  We can put out hand sanitizer and masks and they can use it. Are they still using the students room? (Question to Chief)

6) Sgt. Barnett

    a.  Dec. 2rd & 3rd Dilliards is giving discounts. 20% off for Hero's day. B. Cantu is near the area of Nabrits. Regent Carter is getting booster shot on campus.

    b.  Saw that email. (Response to J. Bridges and vehicle checks). Should have responded. Not everyone knows how to check oil. Maybe we can train officers.

    c.  I've taught that policy in depth. And that is not what I teach, but everyone in this room has practiced at some point. I've always been able to call the lieutenants or captain, and they would okay it if they knew the operations if it an emergency. I always request the officer follow-up with a permit. If you say that practice is terminated, then we won't do it. I am going to start a committee and chair it. I do agree with lieutenant on officers SOing.

    d.  We don't have to go that far. Go April 2020 when we were manning temp stations and a lady was beat at a metro stop, the suspect walked away, and an ambulance picked her up and we never saw her.

7) Sgt. J. Hilliard

    a.  Read an email regarding doors supposedly not working during the break. It acts up sometimes, but it is working. If it is held open, it must reset. Students. (Response to

    b.  We should have by Friday which dorms they are using for the Winter holidays. It should be just international students and athletes.

    c.  Yes ma'am, Mr. Ward was selected.

    d.  What about off duty officers that come with their weapons? (Question to Chief)

8) Sgt. C. John-Miller-OUT

9) Sgt. B. Brown

    a.  December 10th is Law school hooding. It will be posted today. Dec. 11th is the commencement. Will have everything completed and to Chief once walkthrough is completed today. Make sure we are assigning a dorm for officers to check.

    b.  Will M. stallion still have the 100 tickets for her fans since the concert is canceled? (Question to Chief)

10) Sgt. M. Allison

   a.   **Lot A constructions is almost complete. They are starting to fill what they removed. The work should be complete by the end of the day. Lot L closure is cancelled for the 2nd. It has been changed to 13-17 and the 20th -24th of December. Staff Counsel: They are petitioning to have Cleburne changed to Thomas Freeman blvd. A great idea for Dr. Freeman. It will be discussed tomorrow for staff counsel.**

   b.   We can side bar for parking. I am not sure what you are talking about.

   c.   We usually park them behind HPE in lot F pointing out.

**11) Sgt. T. Dorsey**

   a.   We are still short staff. They (Triumph) are still doing the wiring. D. Wiggins did return to the office. She came back last night (Response to J. Bridges) No, I was not aware of a full release needed. She is not due to go back until Friday. So I need to tell her I need a full release? I will tell her. (Response to J. Bridges)

**12) Cpl. B. Huseman**

   a.   Nothing processing in firearms. We are slowly getting more stock. It is never too early to get it if you know you are going to need. Nothing where I seen entire trees become vacant. We are doing what we can. Taking care of buildings, making sure they are locked up. Lights are currently a secondary problem. I wont 😔 (Response to DC)

   b.   What about regents, because we used Lot AB.

**13) Cpl. A. St. Romain**

   a.   Has been checking every week on the recall. There still is not a fix for that tow link. The tow link on the patrol cars. There is still not a fix currently.

**14) Cpl. N. Onubogu**

   a.   It is close to the end of the school year. We have to remain vigilant. It is that time of the year for students to try to settle grudges. Please be aware. Try to have high visibility in the housing and student center.

   b.   In 2016 there were 3 homicides on campus. 7 people shot. The argument was made and they refuse to budge prior to the shooting. You may be able to use that argument. Lack of manpower, lack of staff.

   c.   What's the exact verbiage for mask mandates? (Question to Chief)

**15) Cpl. J. Valverde**

   a.   Still working on that homicide case and backgrounds. The one from this weekend. On the one that started out as a wellness check.

**16) Cpl. B. Auzenne**

   a.   FTO program progressing with E. Takang. Spoke to B. Cantu and E. Takang seems to be progressing just fine. Unfortunately, major issue with him is the language barrier. He does get a little frustrated when people do not understand his dialect. Working on ways to address this to him. He is progressing fine with his knowledge of police work.

   b.   Called TCOLE. Confirmed that B. Auzenne has the criteria to teach some of the general course for TCOLE. For field training, if we have a relationship with another agency, that would help. Yes ma'am, is TCOLE certified as an instructor. (Response to Chief)

   c.   Sunday-Monday I am here alone, but we should get A. Bello to help with coverage. (Response to Chief)

**17) Cpl. J. Howard-OUT**

18) Mr. L. Dunn
   a.   Right, Chief.
19) Command Staff
   a.   Captain: OUT
   b.   DC:
      i.   Yes. (Response to T. Dorsey) Which one is it, because after talking to J. Bridges discovered there was two different ones. (Question to J. Valverde) Anything happening on night shift? Are they stealing Christmas lights off of the Tiger walk? (Questions to B. Huseman) Don't say that to Chief (Response to B. Huseman) Thank you T. Dorsey and B. Auzenne. I have heard E. Takang as well on the radio, and I have heard his frustration. Thank you for your patience. Who is holding the door open? (Question to J. Hilliard) We have to be very visible this time of the year. Especially in Houston.  As much as possible. Night shift, you have to wake up. Get up. I am not sure if you saw there was a bomb threat at a high school. How would we respond to a bomb threat? Start to think about that. It can happen. We have had it happen before. Supervisors be careful when you say it is a practice. When you say that, you weaken our department policy. Soon as you say that and everyone cosigns, you weaken the policy. I am not sure if you thought about that, but that's what happens. I am investigating who started this comment, because you are weakening Chief's policy. It is a practice for a Sergeant to give a one-day approval to work an extra job. It came from an officer appealing the denial of working an extra job. I am searching to find out if that is true, because when I am told that, I search the policy. It will help your case. They gave me a supervisor's name, but that supervisor isn't here today. I was going to ask. Officers, when you turn in an extra job permit, it is your job to follow-up on it. Not your supervisor, captain, or lieutenant. Thank you for that honesty, but I am still researching on some of the circumstances. (Response to D. Barnett). Depending on what Chief says, and if she chooses to, we can put it in writing so it becomes a policy. This is probably a good time to revisit the permit numbers to match the extra job. Who takes the lead on submitting the changes? I did have a question for that video you made. When is it going to be on our website? I wanted to show to someone, but it wasn't there. I asked Mr. Dunn questions three times, and he act like he didn't hear me.
      ii.  If you feel like all hope is gone, that's what officers will take from you. People feed off your body language and actions.
      iii. Yes, we may have to look at that. (Response to Chief)
      iv.  We know Travis Scott was supposed to be routine. Something will be different this time. If we have it ready by Friday, we will do a supervisor's walkthrough on Tuesday.
   c.   Chief:
      i.   Are you TCOLE certified as an instructor? (Question to B. Auzenne)
      ii.  I am not checking oil. That is for St. Romain and the University Fleet coordinator can assist. There is a sensor that alerts you. Notify S. St.

Romain. Chad can also assist. We are not training y'all to be mechanics and y'all tear up more cars. Notify St. Romain, and he can handle.

iii. Is it the Towers? Is it just for thanksgiving? Because the doors were open for Thanksgiving until 10p at night. (Questions to J. Bridges about doors being held open)

iv. Did we check the cameras, I. Jones? (Question to I. Jones)

v. Can you provide an example? (Question to DC about who started practice for extra job approvals)I will say this, I understand extra jobs. We may need to relook at the policy so we can address this impractical practice we are doing. I do not want to take anyone's money. We still need to make sure we are doing what we have written down. If we do something and it is not in policies, we are open to lawsuits. This is why I do not do take home cars for anyone lower than a lieutenant. But this is how we need to address changes. Some of our polices are out of date. The laws change. Every two years. If you bring something to me, it has to make sense, and not just for you. Submit something to me in writing. Do not catch me in passing. So it can become formal and we can set it down. We can change policies. It is hard to fight lawsuits when we are wrong. For now, stop doing your own practices. Follow the practices. By show of hands, do we need to revisit the extra job policy? Ok, we will revisit. If you are off duty, you are good to go work an extra job. If you do not get off and the time comes up, they you have to wait until you are off. Ask you officers to see what they want changed about the policy. MAPPs are also being updated, because some of them just don't fit our department. We have to careful that we don't confuse the sick policy with the extra job policy. You cant keep calling in sick and go work an extra job. We are not changing that. It is non-negotiable. If you too sick to come to work, you are too sick to go work somewhere else. If you use your vacation, that's fine. I don't care if you are using your FMLA. That is a university policy as well. Only your supervisor can approve Extra jobs outside of the department per the University policy. I just need to know it's not a strip club, revenue come from majority alcohol. D. Barnett will. He just said he teaches it to new hires. (Response to DC)

vi. Everyone be clear that that's what the radio is for. If you need help, radio for it. It does not matter if you are in Harris County district or HPD district. You know where you are working. Ex: If you are working Herman parking, you know that's south central. If you see something suspicious, you get on the radio and call it in. They will come to your location. Key up your location and get assistance. Don't ever think you cannot use your radio for an assist. D. Barnett, make sure you talk about that. They may not know and are calling into dispatch. Thank you for volunteering. You don't check your emails? (Question to D. Barnett) You have to check your emails even on your day off. A lot of things happen on our day off.  Now that I do know you all do not check your emails, I am going to make sure I send an email purposely. Mr. Dunn comes up here on his day off. I can call Mr. Dunn when he is home, he will answer his phone, check his emails, and volunteer to come back to campus.

vii. Supervisors' meetings are mandatory. Sometimes we cannot stop to talk each officers. Unless you are off or you are not at work (DC I am saying this for your Captain), the meetings are mandatory. If you are able to come to work, it is mandatory. J. Starks, let C. John-Miller and J. Howard know that these meetings are mandatory.

viii. S. James is retiring as of December 31st as well Mr. Ben Johnson along with 300 other employees. An email was sent out to department heads that said vacancies cannot be filled until possibly September 2022. We were also told no other vacancies can be filled at this time. I feel some type of way, because it is hard to run a department on minimum staff to make these ends meet. I am not sure what else to show people other than what our department stands for. If we cannot stand at full capacity, it dampens what we can do. They are talking about taking on UAV, more people at basketball games, and B. Brown talked about commencement with 2 trams. No one else sees it. We have until Friday to respond how we will operate with minimum staff until September 2022. I know we are tired. Imagine your officers. They barely want to work 8 hours. We are not going to 12 hours. We are not doing that to accommodate others. We will have to work with 5 sergeants, Mr. Ben's tram spot will be open, and we will have just the 4 dispatchers. I don't have an answer or the strength to ask you how we will do. I know we just make it happen. But I don't want us to just make it happen, because we kick ourselves. B. McCray called me on Saturday. Student with a violent domestic relationship. From Chicago. Didn't tell father. The guy she was with is wanted for murder. She did not know until he threatened her entire family. She had to move. We had to reach out to HPD homicide and SWAT arrested the guy. It is not over. Two other students here connected with the capital murder warrant he had previously. I don't want us to become our own individual hero. No, we will operate how we need to operate. Safety is important. Our goal is to come home. Our guys have needs and wants. We cannot punish them because we are short staffed. I know a lot of officers are helping dispatch, but they are tired too. Imagine just three people of it. That's T. Dorsey and Hillard's fault, because I told them they have to train others to work the area. G. McAfee has been here as long as T. Dorsey. I am not saying that is your second in command, but indoctrinate her. Have you picked someone J. Hilliard? Ok, you need to invite Mr. Ward and G. McAfee to these meetings as well. Y'all, tell Ada happy birthday, because you won't be able to tell her anything tomorrow. 😊 We still have more people than when we started. We just can't hire staff when officers leave. We still know how to do our job and be great officers. We are more trained. Don't relax. I just want us to keep doing what we are doing. Keep in mind officers may just be tired. I need project coordinators to go out to the tiger walk and hand out pamphlets. Everyone must do their job.

ix. That is a mandatory course. Legislation mandated that Trauma Informed course is required for officers work on campus. Must be taken by December 31st every year. TCOLE requires.

x.   We may have to add overtime in place to cover not having coverage. May
have to play with that. If you come on your off day it may be an extra job.
If you are here, then it OT. The extra job would be at $40 an hour. DC?

xi.   Friday-Saturday nights, Sunday-Monday days are short. Mathew is
leaving. When Bello and Chambers qualify, they will be there. Chambers is
going into training.

xii.   Commencement

1.   Megan the Stallion announced her commencement is December
11th on social media. She received a million likes from her posting.
They are only allowing 8 tickets. She gets 25 tickets. We know
when we get volunteers, but when we don't have them, the
volunteers become us. There is a meeting next week for volunteers
and their process. Next Monday December 6th. We are not
changing anything about operations. We will put food in West
garage for breakfast and lunch. There is always a pile up in H&PE.
We will keep 155 after the faculty leaves out and put students and
choir there. Faculty will be put in classrooms. 109 is still Covid
site. Dignitaries will just go upstairs to be robbed. All staff is
working. We will be in West garage officers. The administrative
staff will. Confirm with Chrystal that Andy Frank is helping with
wanting. M. Allison, people make sure officers are taught even if
we have to hold a class. 30m confirmed media for the
commencement. This is a big deal for TSU. We will make sure
credentials for the floor. I don't think we are registered for drones,
especially with FAA. If we are outside and you don't go so far we
should be ok, but your drone should be registered. The list of
unacceptable items are the same. The drop off is the same. Just
have to turn up a notch, because more people. I am not sure if they
are physical tickets. Make sure Terry and Brittney are in on the A-
Frames creation and signage put up. We don't need to buy new
things. Are still in agreement we will change that parking comes in
Lot F to exit Blodgett. When Lot F filled, it is barricaded. The
over flow is always S-1. We are doing a shuttle. Check with
Chrystal, Ada, that she ordered two additional shuttle buses. We
must make sure S-1 does not open until 7a. We will be there at 6a.
I need to send a list, because I am not sure what we need to have.
Any suggestions. We will come up with a menu. They are not
making masks mandatory. Graduates will have mask. We cant
really social distance. Should we do every other row? We will be
the ones directing traffic. If we cannot accommodate, and we want
people to just grab a mask, and sit wherever? Should we even ask
Ms. D and her team to redo H&PE? This is for basketball season
too. There is no mask mandate. We can require something to show
safety is still paramount. Currently signage says masks are
suggested. That was J. Bridges' question. The meeting next week
with volunteers. I believe OIT is responsible for tickets. (Response
to S. James) M. Stallion is supposed to have a press conference

tomorrow. She canceled her concert out of respect for victims. There are like 15 cars coming together. I. Jones and M. Allison, we need that lined out. We can suggest, but we have to find a way to secure the cars in Lot F. She has to get out as fast as possible. Can we take them down the tiger walk? We are using the locker room. (Response to I. Jones) We have roughly one week to get this done. Make sure we ask guys if they have their ties if they are working inside. We must make certain we are realistic about who is wearing Class A. I am not sure if we using admin for that. Ada, can we look into the blazers? We will accommodate officers. Thank you, J. Bridges and S. James for volunteering. Officer in Lot M, Lot F, and Lot (AB). If you are not using officers outside, let us know so we can use them inside. Parking will be crazy. We are not putting anyone in front of that TSU sign. That is the drop off and pick up for handicap. If we have regents, they can park in lot F and we can provide an escort. We know we will have congressman and congresswomen. We should have a preliminary out by the end of the week. It shouldn't be a long meeting next week. After next week, we shouldn't have a meeting until January. We will pick names on Tuesday.

    a.   I know Geneva cannot fit any of the blazers. We tried that as well. (ADA)

xiii.   The band is performing Sunday at the Texans game. Think they have to be there at 8a. It has to be 2 people. You will have to escort. AT forms must be completed for that as well.

**Follow-Up:**

1. Chrystal and Shuttle order
2. Chrystal and Andy Frank
3. Blazers for ushers
4. List of food for lunch/breakfast.

Meeting ending: 545pm

29

12/8/21

# SUPERVISOR MEETING

## AGENDA



| | |
|---|---|
| Lt. J Starks | Cpl. B. Huseman |
| Lt. J. Bridges | Cpl. S. St. Romain |
| Sgt. S. James | Cpl. N. Onubogu |
| Sgt. B. McCray | Cpl. J. Valverde |
| Sgt. I. Jones | Cpl. B. Auzenne |
| Sgt. D. Barnett | Cpl. J. Howard |
| Sgt. T. Dorsey | Mr. L. Dunn |
| Sgt. J. Hilliard | G. McAfee |
| Sgt. C. John-Miller | J. Ward |
| Sgt. B. Brown | J. Holiday |
| Sgt. M. Allison | |

**Command -** Chief Young, Deputy Chief Brown, Captain Etheridge

- Commencement
- DSP Event Approvals

Round Table Discussion:

1) Lt. J. Starks
   a. A group get together and turn off the lights. Definitely fun. (Commentary on lights on the Tiger Walk). Everyone needs to do a better job at taking care of that restroom. That many people, we need someone to come 3xs a day. (Response to Valverde). Students believe that if they have been victimized at the University, then the University will reimburse them. It is a commonality this time of the year. My mom is a coordinator and it was really special to me. There was an old man that tried to take B. Philips home. Thank you to everyone in the department. It was a lot. We expected one truck. It winded out being two big trucks with huge pallets. It went from being one box to multiple. It was great. Wish we could've videotaped it. Thank you for the lights. I have gotten in more steps and see more

guys on shift. Be mindful for classroom etiquette for the training. Even for TCOLE, if you are late, they will send you home. It's so small in policing. Everyone knows someone. I do not like being embarrassed. It was like getting a call from my mama. Lt. Bridges and I are looking at profile data. It has been pretty good. Make sure as you are going over reports, make sure you are spot checking video. Review the entire video for incidents. Utilize video for training. You will learn something. How does our radio contract work? Did we get more red books ordered? Have yall talked about the Build back better from President Biden?(Question for M. Allison) Are we running the freight elevator? (Question to Chief for Commencement)

2) Lt. J. Bridges

    a. Contacted Mr. Bennett, because he was not aware that the water was still off. Had been off since Monday evening. (Response to Chief) The city had turned it off. They were going back and forth, but the city got it back on. Contractors had to come back out. Leak sprung, so they turned it off. It will be back on in another hour. The contractors found the second leak. (Response to Dorsey) Waiting on walkthrough for commencement. Still waiting on call for water. Sitting down with Chambers and Auzenne. Auzenne for FTO program. Chambers has gotten most of everything done. We talked about sawyer. She has been released and taking phone calls. She is recuperating. She wants to thanks everyone for prayers. We still exchange them with Harris County. The supervisor needs to verify. It has to be dropped off. We don't necessarily get one back. I have to get with Ada on the batteries we have. (Response to Lt. Starks) Just swapped to test. (Response to Chief) No ma'am. (Response to Chief) No ma'am, I have her radio. Since Friday. We have not had a chance to swap back. (Response to Chief)

    b. Have we talked to the Church? (Question to Chief about commencement parking)

3) Sgt. S. James

    a. When is the last day for the students in the dorms, any updates? (Question to J. Hilliard). I am happy that we got the mobile access class done. Full access is 24hr, mobile access is 8, less than full access is 16hrs. It is important that we keep in up on our training. Stay on top of that. Follow-up to make sure the class is done. We were not the only agency with the issue. We went to U of H for trauma informed training. With those partnerships, we need to take advantage of them. J. Howard and corporals, if you are not busy and there is something online, do it. A lot of agencies shutting down, and there will not be training. Bell and Campbell did not get training, they need to do it online. Some of us did not go on time. It showed over there. Three agencies there, we did not look as a unit. When away from home, you behave. You should take pride when you are away from home. Chief does a lot to put us on blast. We are someone, and we should take pride in that. He was the same one from Precinct 1 with that warrant?(Question to Onubogu) So an email for doors at Tierwester 5. Yes, it happened off campus. (Response to J. Ward) We talked about insurance Chief, as crime prevention. Captain, I will also prepare a list of other areas I cover. Will start on that tomorrow.

4) Sgt. B. McCray

    a. Patrols/shifts are doing better job at communicating. Let's continue that. Writing in the red book is one of the big issues. We approve vacation or holidays, but forget to put it in the book. We need to do a better job at putting things in

the book. Also, if you approve off days for an officer on someone elese's shift, please keep that supervisor in the loop so they are not looking for them.

  b. Mr. January is at fault, because he was going the wrong way. The arrows dictate the direction. Maybe not in the initial, but possibly the supplement. But it is there. (Response to Chief) The driver did not see him. That is an issue for the ladies insurance. (Response to Captain)

5) Sgt I. Jones

  a. We are receiving a lot of last-minute requests. For example, lot closures on certain parking lot. I want to commend M. Allison and J. Holiday for handling. Not much that we can do. I take full responsibility for what happened with the professor. I know that we(J. Bridges, B. McCray, and I) talked about J. Sawyer being out, and we do not know when she will be back. Didn't mention for confidentiality. (Response to Chief and possible building changes) We are a couple bodies short.

  b. If we are going the wrong way, we are wrong regardless.

6) Sgt. D. Barnett

  a. Learned something new in Hannah Hall. Got a call from Executive Harper that a student didn't want to leave. If a student does not get to graduate, students go to Hannah Hall and demand to graduate. Cheyanne has advised she even gets cursed out. Did not know that. Was not aware of this issue at Hannah Hall. You hit the key word: empathy. (Response to Onubogu) Be compassionate when you respond to calls. Regardless of DPS circumstances, we are not letting us down. It was horrible, but it was special. (Reference to a holiday activities)We are talking post-covid, retirement, hiring freezes, etc. Is it possible to move suburbans from G to east side? It will free parking spaces.

7) Sgt. T. Dorsey

  a. The water was off at East side. It is back on. I want us to be more heath conscious. Especially with what J. Sawyer and D. Wiggins are experiencing. Just be mindful. Keep us all lifted in prayer. Want to thank all shifts for helping in dispatch with our shortage. A lot of people has stopped by to sign a name. Please be sure to do so. (Response to Secret Tiger) I did ask her, and I spoke to Lt. Bridges. (Response to Chief about radio)

8) Sgt. J. Hilliard

  a. No sir, nothing. (Response to DC for roundtable)

  b. No ma'am, you can leave security at UAV (Response to Chief)

  c. Yes. It varies. Not always. (Response to Chief and Courtyard) Yes (Response to Mr. Ward on starting females in Courtyard 1)

9) Sgt. C. John-Miller

  a. Trying to increase visibility near LLC and where students cross over for the garage. Due to exams there are more students out late. Also providing escorts to make sure they are safe. Also for the dorms with students moving out. It is a gate that went offline. (Response to S. James) What buildings? (Question from John-Miller)

10) Sgt. B. Brown

  a. We got to event and it turned out to be ginormous. Just to hit Mr. Mohammed, if you look him up, just in 10th grade he was 6'1. He's still living in the mindset that he's going to the NFL. Actually thinks he is in it. His mom was there the entire

time. There was time when she was saying just do what you have to. I said no, we need to take our time. She was adamant about him going to hospital. Has a broken relationship with his father. He really has legitimate issues. He will talk, but he won't comply. Everyone was hands on to make sure he didn't hurt us, and we didn't hurt him, it seemed like a lot, because everyone that knocked on the door with something different.

11) Sgt. M. Allison

    a.  Just a reminder lot L will be closed for the entire day tomorrow. The rocket launchers delayed for weather. GMA will not be on campus tomorrow. Pie giveaway from 3p-5p on Driday. Recommending walk-up in LLC. First come first serve. Mrs. Armitage has coordinated with Staff counsel to set aside some for night crew. There are plans for renovations to Terry Library and two new buildings on S-4. President is interested in buying property moving towards to 288. From my understanding grey hall will go in those buildings. (Response to John-Miller) No one knew west garage was converted to card access only. Upgrading technology to create revenue in parking. Nothing to my understanding. (Response to J. Starks) The reserves in Lot L are moved to park in Lot F next tp the REC Center. They can also park on the 1st floor of the West garage. (Reference to the lot closures)

    b.  Weather: It is supposed to have rain come in 7a. (Response to Chief for Weather)

    c.  No ma'am, no directional signs, (Response to Chief)

    d.  President hit on that today. Some of the renovations coming from that.

    e.  Messages boards can be worked out later. (Response to Holiday)

    f.  Yes ma'am, that was for commencement. I did get with her to provide verbiage. I can look into places that do signage.  (Response to Captain) We have the normal amount (8). (Response to J. Starks) What about tickets?

12) Cpl. B. Huseman

    a.  DC, you brought up a great aspect about visibility. More visibility, less victims, less reports. Still trying to keep an eye out on things and help B. Brown with all of these lights out. Mainly in the parking lots. We are getting very creative with efficiently turning things off each night.

13) Cpl. A. St. Romain

    a.  We got the presidents suburban back. The battery and fuel modulator was out. Got it back this morning (Response to Chief) One more truck in the shop. Cadillac convertor went out. Meeting with Enterprise. Pretty much can only get explorers or F150s. Too many problems with explorers. The same day you sent it over. I called Dana, Chevy, two people from Ford. Talked to PV. The two people from Ford never called me back. $20 a car on Almeda. Need the quote to send up. (Response to Chief and mobile detail)

14) Cpl. N. Onubogu

    a.  When it gets to graduation, they need to make the announcement louder. The professors need to provide checklists so the students know what they need to graduate. It is unorganized, so it will be frustrating. (Response to D. Barnett and HH situation with graduate) Mr. Mohammad incident this weekend. Mental crisis. B. Brown, myself, A. Hinton, and H.Mathew were there.  Called HPD. The guy was like 6'7 300lbs lean. He used to play football. We didn't have enough people to take him down. We had to

wait for several units. He was like the incredible hulk. We were able to get him. Ms. Cooper was contacted, and she would contact Dr. McKinney. Yes, I believe so. (Response to S. James)

15) Cpl. J. Valverde
   a.   Even before the restroom incident. Can y'all remember to flush to toilet? (Question to group) Thank M. Allison and his officers for taking care of us on Thanksgiving.

16) Cpl. B. Auzenne
   a.   Ofc. Takang rode with me yesterday. Very thoroughly checks buildings, and he knows the area well. Identify a few areas to work on B. Cantu. Working on accepting constructive criticism. E. Takang likes to debate his point, but I believe I nipped that in the bud.

17) Cpl. J. Howard
   a.   Let's be mindful of not just coworkers, but also community. They may be dealing with the loss of a loved one. Try to be encouraging. As supervisors, let be mindful that we are leaders, and that we need to lead by example. I can assure you that officers are watching you.

18) Mr. L. Dunn
   a.   We are clear and doing preventive maintenance. We are checking things like the Bell building key that we did not get another question. That was a good statement you sent DC. We have not received any additional response.

19) G. McAfee
   a.   Stepping up to help with overtime. Other than helping dispatchers, no sir. (Response to DC)

20) J. Holiday
   a.   As far as mobility, we have seen a reduction in requests for ticket and tows. Being more visible has helped others not parking in reserved spaces. Has helped students and staff be more aware of not parking in reserved spaces.
   b.   Message board? Anything particular? (Question to M. Allison)

21) J. Ward
   a.   Thank for whomever chose me. Thank you C. John-Miller, J. Starks, and J. Hilliard for touching on health thing. They know my issues. We are sitting down on night shift and address. Whatever I can address to my sergeant and communicate better. You said someone stole a Cadillac converter? (Question to S. James) They need to put rental insurance for the students as well.
   b.   We can handle whatever is thrown to us, but we don't have enough people. (Response and UAV)
   c.   Courtyard 1 is. Courtyard is co-ed. Yes, ma'am. J. Hilliard, is that ok, we start that tonight?
   d.   What long sleeves? Can we not get the long sleeved anymore?

22) Command Staff
   a.   Captain:
      i.   If you notice it not cleaned, make a call. (Response to Valverde and restrooms) You called everyone, because you told me you called two? (Question to St. Romain) What about testing in B lot? (M. Allison). We did a meeting with A. Bello. Sometimes people won't say they are ready to come off, but the answers to their questions will alert us. Communication

is one of the big things that has been talked about. One of the big things is walking in the dorm. Do a little bit better job of explaining why we walk the dorms. I asked A. Bello, and he didn't know why. Nobody really dictates how the officers patrol. What you should share in the pass on, it what happened. Ask sometimes. Otherwise, it is status quo. As I am looking at DARs, I did not see much activity. I am looking at you step up with your troops. Show them how to do a walkthrough a dorm or thoroughly explain. It doesn't have to be every time they go. They shouldn't question why officers are there. It should be second nature. If you give a directive, explain why. With someone leaving, we do have the position of the tack coordinator opening. Has been told it has to be a classified person. Someone in this room will get the task. Congratulations, J. Starks. We will train a back-up. When do you plan on getting that to us? (Question to S. James) We are still on a hiring freeze and losing some people. We are aware. We will have to manage as is. We've gone through this before when we are short on man-power. We are counting bodies. After commencement, I know the tiger shift has changes. So better coverage. We are aware. We have been interviewing and backgrounds. The last four did not make cut.

    ii. Is there a right a-way when you are pulling out of a space? We did not see who was at fault. Sometimes you still have to yield. What if it wasn't someone driving? You still have to look both ways. I know Brittney was working on signage. Was that for commencement? Let's start putting that together so we can create pre-ordered verbiage.

b. DC

    i. Welcoming of the new joiners to the meeting and general house rules: Thank you for attending and how to address problems in the meeting as well as any solutions. Mr. Dunn is referring to the key at the Bell building. Once of the supervisors wanted key to all doors in her area. The questions was to her does everyone in the area that reports to her have a key. If they have a key, then why do you need a key? We do not routinely give access. No response. If they forget a key, we will unlock for that day if they contact us. If you lose the key, then a police report is required. I called Mr. Harrison and asked him why is everything last minute. Why can't we receive advance notice? He put it on the contractors. I asked J. Hilliard, and he said nothing. If J. Ward has something, this is an issue. We are moving on. (Response to S. James asking if J. Hillard is sure he doesn't have anything for round table in his area) If an officer does not show up, and they are not in the book, the supervisor will look for them. We are leaders. Everyone in this room is a leader. Everyone is watching. If you are calling in sick, what do you think others are doing? You are compromising your ability to supervise. Whether you like it or not, you are an example. If you increase visibility, you will decrease your reports. Just an FYI. (Response to C. John-Miller's roundtable) Bet that will keep you up at night. (Response about B. Huseman and lights) Do you see something's that would help your area(Question to McAfee, Holiday, and Ward). Guys, when we are visiting another agency, you represent TSU. Act accordingly. We do not want to draw attention, especially negative, to us. There has

been a lot that goes into that image. All of y'all put some skin in this branding. When you go somewhere, act like you been somewhere. Any other vendors we can look into? (Question to St. Romain on fleet) Lieutenants, next meeting can yall give an update on accreditation. Also, the discussion of UAV. We will be taking over UAV. December 20th, we will be taking over.

c. Chief

    i. How long had the water been off? (Question to J. Bridges) We have to. It is crazy, 2021 and we have one bathroom for so many people. Our goal is to obtain a bigger location. Let's still clean up after ourselves. (Response to J. Valverde and bathroom concerns in the garage) What was wrong with her car? When did you call the list? (Question to St. Romain) I sent that list so we could have a discussion first. It came from their fleet coordinator. They are probably able to get the cars that people say the vendor can't get us. Mainly when I forward something, I just want you to see. If you get an invite, it will come from Ada. I personally think we need F150s, because it rains in 3rd ward. We need to look into having 2-3 in our fleet. We still need to transport people, so explorers are still needed. I am not an F150 person, but based on things that can happen. I want to sit down and speak with that consultant. DC, can you set up meeting? Lt. Starks is already certified for training. We don't have time to train anyone else. (Response to Captain and selecting a new training with S. James leaving)

    ii. UAV

        1. December 20th, UAV comes back to the university. Everything that we do for the other dorms, we will do for UAV. The staff and the security have been allowed to stay until December 31st. I do not like people losing their jobs in the holidays. J. Hilliard, if you don't feel we need to make those changes. What the UAV used to be, is no longer the case. January 1st we must have our people in place. I have talked to Mrs. Barker. We will have one shift for security. 11p-7a. We are not adding a shift. She understands.

        2. Is courtyard an all-female dorm? Do only females work courtyard 1? There was a reason for having a female work the female dorm. Remember the complaint? (Questions to housing) We should have some female presence on each shift. Do we have the ability to put a female at the all-female dorm? Let's utilize the females we have. Let's start that immediately.

    iii. Mobile detail.

        1. S. St. Romain failed to mention, but we have obtained a mobile detail vendor. It is $40. It is a service. He is not giving us anything. That is a price that has to be paid. Patrol cars will go under contract, but personal cars come out your pocket. The car wash on OST is $5. Trying to see how much Reggie will charge for our cars.

    iv. Moving suburban

     1.   The president's car and unmarked will stay in G. We are the police, and we have to navigate things. (Response to D. Barnett)

  v.  Weather this weekend

     1.   Rain on Friday. What about Saturday? Some rain on Saturday, so that means more people inside. Assignments will be issued tomorrow. Make certain you share possibilities of rain. We have a few covers are in the uniform room. You can make an appointment to try on covers. Ada, are we set up for going down to vendor for raincoats? We did a check, didn't we on who has raincoats? It should only be new hires. (Question to Ada) You are asking if we can have an alternate material for long sleeves?(Question to J. Ward)

       a.   Not at this time. (Vendor Question)

       b.   Yes ma'am. I will check with Chrystal to see if the complete order for raincoats was processed.

  vi.  Radios

     1.   What do you mean you gave yours up? (Question to J. Bridges) Was there something wrong with her radio? (J. Bridges) Did we do that with D. Lawton? Do you see a problem with her radio? When did it happen? Why do you still have her radio? (Questions to J. Bridges) This is an issue. We have to do better as supervisors. We have to be cognizant. We cannot site back on things that make sense. Dispatch, you should be on top of that.

  vii.  B. McCray, are you familiar with the accident with Mr. January and a female? Who was at fault? She is saying the photos uploaded are not correct. The lady has made several attempts to get her car fixed. Did not see the information in the report. Okay, we need to make a meeting with Mrs. Patrong about the incident. If we are at fault, we are at fault. We have to make sure we are following the same rules as everyone else. We cant cut off traffic. We are paying the most for insurance. It is not cheap to get cars fixed. I've never seen anything $500. We are paying out every time. We cannot keep paying for things. Probably have to pay this lady $1500 for damage. Can we meet with Mrs. M. Patrong, Mr. January tomorrow? On private property, if that person is going the wrong way, they are at fault. Are there signs that say one-way? For the president circle, put get cones out.

  viii.  Supplies

     1.   If you did not reply to the supply list, we are not going back.

       a.   I (Ada) sent out a supply request to all supervisors.

  ix.  Law School/Commencement

     1.   Friday for law school for hooding. Did you get enough officers to work that? (Question to M. Allison). We got one shuttle wrapped. Things are very fluid with graduation. Just an update.

     2.   Chrystal was able to get security. Andy Frank. West garage will be where food is. Admin will handle. Please tell people if they have an assignment, stick to it. We are note leaving early. We are working 6a-2p. We have already put in the time. This is for everyone.

EVERYBODY. Saturday is our busiest day. More media than normal. Time Magazine doing a story. Local media as well. Bring extra clothes. We are not letting anyone leave. If you call EMS, you need to be transported. We are not doctors. We called EMS and drover her home?! And she was admitted for a heart attack. Let them transport you, because if not, we become liable. Heaven forbid if she had died while we were driving her home, that would've been bad. If you call EMS, let them transport. We do not ever put another officer in a situation. We go out an speak on Friday on what graduates cannot be brought. Allison, DC, Captain (make sure you come). A letter goes out in case anyone misses. It happens on Friday in case things change.

    a.   Ada: I went last time.

3. KSTU will have a load in Lot M at 10a on Friday. Stallion will have a private view for her graduation. 3 officers in that lot. KTSU is handling. Not open to the public. Chief will select people. Must go smoothly. Didn't say the type of truck. Same thing for Saturday. Redoing the entire look at TSU to make it a hottie look. Reconfiguring KTSU to look like her site.

4. The 40 volunteers will park in lot B. No one in A (The post office parking lot). Mrs. Coach Riley and Dr. Reynolds can park in the lower level of the garage. Graduate park in the garage. Overflow is S-1. No one start in S-1. No one on the street. Cone that out Friday. Problem with people parking on street? Go ahead and block that off. In front of Lot F and HPE. The church parking lot is for the media only or Megan's people. (Response to J. Bridges) Can use Lot F frank for her people. She may use a tram or black SUV to go to KTSU for hottie event. We do not want anyone parking in front of the TSU sign.

5. First one is 930a-1230p (Start of Commencement)

6. To my knowledge they have 40 volunteers handling tickets. They are not letting in anyone that does not have a ticket. (Response to Allison). At the Sallie port, there will be color coded ticket for VIPS. Everyone else is white.

7. Mr. Johnson is working elevator. Not sure if we are using. Also Mr. Dove's last day is December 31st.

8. Covid protocols. All signs have been pulled. Police is not pushing social distancing.

x. Good Morning America launch is postponed until Saturday. A lot is going on. Michael Strahan is going into space.

xi. We have one meeting in December. We can either choose Dec 16 or Dec 21st. Commencement is this weekend. If we have our last meeting next week, we will have our shift gatherings that same day. What day? That's when you get your own menu together. Is that enough time? The last supervisor meeting will be December 15th and the Christmas event will be December 16th.

    1.   16th is a Thursday,  because cabinet and shop with a cop.

    xii.  S. James' Retirement

        1.  Will be in January 25, 2022. Please add to your calendar. Will be worked on with Project coordinators. Will send evites with the date.

    xiii.  Last Days

        1.  Johnson's last day is December 17th (a celebration for Mr. Johnson)

           a.  3p for time, because that's his lunch break. (tentative)

        2.  S. James last day is December 23rd.

    xiv.  Community Service Events

        1.  Kudos. I was wondering who approved it, because though we are community service driven, everyone is not community service. Brittney did a video and sent pictures. They let me know that yall really worked.

    xv.  Instagram post

        1.  DC and I spoke with management. We know rumors will be spread. Let's not get out of our comfort zone of who we are. I heard the entire thing. The kids needs assistance. He is note the first.

Notes:

Leads from dispatch, mobility, and housing in attendance for their first meeting.

Order pine-o-pine. Each shift put some in toilet.

Order red books for supervisors.

Follow-up on raincoat order with C. Robinson-Davis

>>>>Field trip 622p

https://bluejeans.com/791162945/9992?src=calendarLink&flow=joinmeeting

**30**

12/15/21

# SUPERVISOR MEETING

## AGENDA



| | |
|---|---|
| Lt. J Starks-Out | Cpl. B. Huseman |
| Lt. J. Bridges | Cpl. S. St. Romain |
| Sgt. S. James | Cpl. N. Onubogu |
| Sgt. B. McCray | Cpl. J. Valverde |
| Sgt. I. Jones | Cpl. B. Auzenne |
| Sgt. D. Barnett-Out | Cpl. J. Howard |
| Sgt. T. Dorsey | Mr. L. Dunn |
| Sgt. J. Hilliard-Out | G. McAfee |
| Sgt. C. John-Miller | J. Ward |
| Sgt. B. Brown | J. Holiday |
| Sgt. M. Allison | |

**Command -** Chief Young, Deputy Chief Brown, Captain Etheridge

- Commencement Follow-up
- DSP Event Approvals
- ETSEC

Round Table Discussion:

1) Lt. J. Starks-Out
2) Lt. J. Bridges
   a. Anyone we use has to go through the application process. Captain and I called about the roll-call app with Hector Ortiz. He spoke to Captain and myself. He was not available for an appointment. (Response to N. Onubogu and extra job presentation)
   b. Graduation commencement was a success for me. My first one with a celebrity. It was a bit different. Filled up all the lots. Did it once before with the relays.
   c. S. James and I have a history. Not going to tell it all. Will save until January.
3) Sgt. S. James

a. Just want to thank God for this opportunity. Honored that Texas Southern University took a chance on me. I love working with people. Love to hear when my bosses say great job. Retirement event is January 25th from 2p-4p. Working on a few resolutions.

b. **Extra job presentation**

   i. **N. Onubogu thinks out his presentations. It is very appreciated.**

4) Sgt. B. McCray

a. Every meeting yall hear me harp on communication. We are getting better. That's the only way we get better. B. Brown, thank you for everything you do. Y'all help TSU shine. Since the day one you have walked through the door. S. James communicate. Sometimes she does not know when to stop talking. I remember the opportunity you gave me. Even for the new officer who talks too much. Don't change. On that note, open your mouth. Say something. Sawyer is doing much better. She should be back at work Tuesday. Take care of yourself.

5) Sgt I. Jones

a.

6) Sgt. D. Barnett-Out

7) Sgt. T. Dorsey

a. With communication, we also have teamwork. I want to thank the guys cause they are happy to come help. Wanting to know what else to do. The teamwork they have done is greatly appreciated. Communication is getting better between dispatch and officers, but getting better. Thank you to the Command staff. Thank y'all for having our back. Suggestion: Contact dispatch and let them know where you are. You can call dispatch via the phone and sign on to special assignment and OD as well. (Response to EJ)

8) Sgt. J. Hilliard-Out

9) Sgt. C. John-Miller

a. So far everything is good on our shift. Night shift has been awesome. J. Starks has helped me out and a few corporals. In reference to B. Brown, I understood being on 2nd shift. He's been doing great. He keeps me up to date with what happened on their shift. In reference to what happened Saturday, we didn't hear when the event ended and then started. Something we can look at. In reference to S. James, I say Chief hired me, but I say it was S. James. She would call me and keep following up. I came in and she helped me all the way through. This environment was new to me. It is really excited. Not really happy to see you go, but you're leaving for a good reason.

10) Sgt. B. Brown

a. This Saturday we have an event. Program for combating domestic violence. They give away 300 bikes every year. Met her through B. McCray. Will go out and represent TSU. We have met our goals, but there are a few more things I want to do. If you want to be a part, let me know. I am these kids. I promote a life I've lived and they lived in. We always give back. Give something worthwhile. I appreciate the support.

11) Sgt. M. Allison

a. Thank you everyone for the work at graduation. B. Brown, you were everywhere. You too I. Jones, moving on that segway. J. Hilliard for logistics that were dropped. B. Chaney, thank you for the signs. Didn't get to do SWAC. We did a

gift give away and the pie give away. Hope you got a pie, if not , be quicker next year. Lot L is closed for the rest of the year. S. James, thank you. YOu told me a long time ago you told me to be a sergeant, you have to start acting like one. I love you. Call me, cause Im going to call you.

12) Cpl. B. Huseman

   a. I came to TSU in 2005. I may look different than a lot of my co-workers, but I've never felt more at home. It all started right here with S. James. I had just come from a bad situation, I told her, and her response was stuff happens. I knew then this would be the place for me. Her and everyone here has made this feel special. Let's keep our weapons in working order. It has been a while since we shot; just keep it in mind.

13) Cpl. A. St. Romain

   a. All of the cars are out of the shop as of today. We finally got the last three registrations. Friday. Zoom call. The same thing we been talking about. About fleet we are trying to get. (Response to Chief) They are not available to order. (Just the F-150s) Havent heard from Ford.

14) Cpl. N. Onubogu

   a. I'm normally a person of few words. S. James, it's been almost 15 years. She's like a mam to me. She helped me tone down my firmness. I remember when I got hired. Want to give B. Brown his props for graduation. He put that thing together. He helped coached me. I would like to thank night shift for staying over and working to 4p. I don't know what y'all drank 😊 But you held out.

   b. Would like to present an idea for Extra jobs policy changes. No, it is free. (Response to C. Robinson-Davis)

      i. (Ada pulled up presentation)

15) Cpl. J. Valverde

   a. I was so proud of seeing yall at the community event. This was my first commencement. DC moves around.

16) Cpl. B. Auzenne

   a. Initially, community service was out of my comfort zone. With Chief's encouragement, I joined and I am glad. It has been amazing.

17) Cpl. J. Howard

   a. I am thankful being able to work in all of those areas. Thanks for assistance and communication. I hate that I missed SWAC. It is an awesome experience. Anything that I can do, don't hesitate to ask me. S. James, we came in together. You will be missed.

18) Mr. L. Dunn

   a. What I need to talk to you about is about compensentory. Not police related.

19) G. McAfee

   a. Appreciate the invite. Excited for holidays. When officer are out on call. I need the information to put into CAD. Especially to make notifications. Communication is main concern.

20) J. Holiday

   a. It's been a great week. It's been busy. We have a successful Fall graduation. When we work together, we achieve together. My first experience with Shop with a cop. A rewarding experience. Thank you to Command Staff. Rewarding to see community coming together.

21) J. Ward
   a. Just excited to be part of the goupd and learning. Looking forward to it.We are good on night shift. But we need a few more people. (Response to DC)

22) Command Staff
   a. Captain-Out
   b. DC
      i. If you have never been to one of those events. The expression on the kids faces. (Response to J. Holiday and SWAC) You good on the night shift, because I don't see J. Hilliard here? You good in housing? (Questions to J. Ward) Will get to B. Cantu, but want to thank y'all community service for what you do. M. Robinson, what is Generation 1? (Question to M. Robinson) You talking about expressions on children's faces?! You shoulve seen when they rode them. Is that the shetland pony ?(Question to D. Lawton) Also, all of these events we should thank our admin for all they do. G. Garcia couldn't come, because someone had to be here. It takes everyone to make this department work. I didn't forget about you A. Chambers. The bike think at Generation 1 was beautiful. I. Jones was Santa Clause at SWAC. The word was that wasn't a real Santa. Thank you Sergeant for holding it together. (To T. Dorsey) We need to know where you are. If you submit the suggestion through the chain of command, we can go from there. (Response to N. Onugobu's presentation) We have a meeting at 1p Thursday with possibilities. Not with Enterprise. Someone else that may be able to help with fleet. (Response to S. St. Romain) Thank everyone for what you did on commencement. It was a long day. Did see them doze off, because that slept that night.
   c. Chief
      i. Will have gumbo for meeting today for the supervisors. Less than 3 weeks before ETSEC launching. There are only two programs in the nation like it. One in Virginia, and the other is here. Did yall change to tahoes? I wasn't on the call last week. What about F-150 and explorers (Question to St. Romain)
      ii. Shift luncheon is tomorrow. Not mandatory to buy a gift. We will make it work. Everyone will receive something. We know everyone does not believe or celebrate. We respect that. It is just a token of appreciation.
      iii. Mr. Dunn, I will talk to you separately about a key. May ned you during the holidays. It is for an unlock. For a whole building.
      iv. Supervisors, please assist. Received a message from C. Scruggs.Timesheets open at midnight. Make sure you do it. This includes for commencement. Must be completed by midnight the 16th. We wanted to make sure for the 1st two hours of working, you were paid special rate. Day shift and tiger shift, I appreciate you for not complaining. Things may not come when you want it, but it is always on time. Many people will leave, but we will not go down. Keep Captain in your prayers. She lost her mother in law. Keep C. Robinson-Davis, she lost a relative. Keep J. Starks, he was in a minor accident. We found out recently that J. Valverde is leaving as well. We're ok.
      v. We are trying to get some new vehicles. So you aware.

vi.   We are working on ETSEC. If you were impressed by SWACSWJ, just wait until you see ETSEC. Give yourself a short-term goal. What do you want to do for the first 30 days of 2022? We have to start thinking about things for ourselves. If you cant think of yourself as inspirational, how do you expect other to see you?

vii.  Tomorrow is our department celebration. Take that time out to get to know each other. Use that time. We may not see each other all the time. Reflect on that. During the holidays is when we reflect on those that are no longer here. Though the holidays are great and sentimental to you, it may not be for someone else. Watch our health. We will do more things and have more food. We are turning it up in 2022. I believe the 20th is when everyone is supposed to be out of the dorms, but that is also when we take over UAV.

viii. Retirement for S. James.
   1.   Have a few things we want to do. Can you make it short for her?

ix.   Keep D. Barnett and Mrs. Wiggins in prayers.

*Special guests:

Chaplain Simmons: *Blessed the food

Becky: Covid discussion and detail on omicron strain.

C. Robinson-Davis: Does this app cost? (Question to N. Onubogu and Extra job presentation)

B. Cantu: Had never experienced Shop with a Cop. It was great to see. Looking forward to the new year.

T. Gray

M. Robinson: Didn't make it to SWAC, but the Generation 1 was sentimental, because could connect with HS friends that now work the program. Generation 1 Is located in Cuney homes. It is a small private school and after school program for kids in Cuney homes to go to and be safe. (Response to DC)

B. Chaney: It was great yesterday. Never been to SWAC. Great to offer a new view of cops.

B. Philips: Thankful for being here. Much appreciative for everything done under Chief's tutelage. Your name is said around the community. It is with pride. Can you sit down with them and get numbers? Can we have something that ear-marks them? (Questions to N. Onubogu and EJ presentation)

G. Garcia

D. Lawton: I am glad. The SWAC was amazing. Trying to convince Chief to get a horse. They have a horse named chief. Yes! (Response to DC) We do something for the kids every year. Last year we gave jackets away. If you ever have ideas, contact. B. Brown.


ETSEC:

   1.   Chrystal:

a.   The program begins January 6, 2021. The classes will be 6p-830p on Thursday for 8 weeks.

b.   There will be 2 cycles, a 2 week break.

Meeting concluded at 5p.

31

2/8/22

# SUPERVISOR MEETING

## AGENDA



| Lt. J Starks | Cpl. B. Huseman |
| Lt. J. Bridges | Cpl. S. St. Romain |
| Sgt. B. McCray | Cpl. N. Onubogu |
| Sgt. I. Jones | Cpl. B. Auzenne |
| Sgt. D. Barnett | Cpl. J. Howard |
| Sgt. T. Dorsey | Mr. L. Dunn |
| Sgt. J. Hilliard | G. McAfee |
| Sgt. C. John-Miller-LATE | J. Ward |
| Sgt. B. Brown | J. Holiday |
| Sgt. M. Allison | |

**Command -** Chief Young, Deputy Chief Brown, Captain Etheridge

- **Supervisor Strengths (See Roundtable)**
- **Bomb Threats**
  - Confidentiality: Somethings that are said inside supervisor's meeting are not to be taken outside of Public Safety.
  - Spellman and Kentucky State were received today.
  - All bomb threats should be taken seriously.
  - I was shocked when I asked had officers received the information about the bomb threat management class was sent to supervisors to pass on to the officers.
    - Class yesterday and tomorrow.
    - Some officers didn't know if they were supposed to take it much less when the classes were.
    - If we do not pass on the information, how do we certain of what's going on?
    - Who did not get the email besides dispatch and security?
      - It shows in my sent file, so I need to know who didn't get it, and we can talk about it.
    - If all of y'all received the email, why didn't the officers receive them?

- Who didn't get the email? I sent it out. I am signed up tomorrow. N. Isaac took his class yesterday. J. Sawyer is signed up tomorrow. (I. Jones)
  - On your shift? Majority of the people on your shift. Did you take it. Hold one second I. Jones, you and D. Barnett were not really out there, and I am shocked to now hear J. Bridges say something now. (Chief response to I. Jones)
    - J. Bridges said he heard B. Philips. (Captain)
- Philips to her class today. (J. Bridges)
- This is why we have supervisor meetings, because sometimes I wonder if something is wrong to me, and I know nothing is wrong to me. Someone could have said something when I asked, Captain, J. Bridges, and (Chief).
  - I thought you were just asking, because no one said they did not receive it. (Captain)
    - When I ask questions, y'all can answer. When we don't answer questions, it seems like the information wasn't disseminated or we don't know.
      - As a supervisor, you have to report what you know.
    - There is another Bomb Threat Management class on Wednesday. After this meeting, I am assuming y'all will check with your squad.
      - Can someone send the email to me? The officers thought that I had dropped the ball. (M. Allison)
        - I will send it. (B. Brown)
        - M. Allison, you have St. Romain that is reliable, so he not going to drop the ball and send to you.
          - Yes ma'am. St. Romain, I will get with you after the meeting for that.
  - I know dispatch has a checklist. I think we need to post in other areas. Dispatch also needs more practice handling bomb threat calls.
  - Working to remove everyone's office number off the website and only list the main number.
    - Working with B. Chaney.
    - Are all lines recorded? (J. Bridges)
      - Only the line in dispatch, because that's what we pay for. (Chief)
    - Is it the main line or both lines? (Bridges)
      - Both lines are recorded, but the calls must be on the handset and not speakerphone. (J. Starks)
    - What's the procedure? (Chief)
      - You have to lift the receiver. You cannot have it on speakerphone. (T. Dorsey)
        - Ok, make sure we let everyone know that works in dispatch. (Chief)
- Clothing & Donation Drive
  - M. Allison, can you, I. Jones, and J. Holiday helps us understand this clothing and donation Drive. We do not have to jump when we receive an event without it going through all of us. With requests and everyone that must be involved has not received information, there will be a break. It is important to note that any event must go through the process. The event was not just for parking. There was

a concert involved. They wanted food trucks and other items. We must know in advance if we can accommodate the event. I don't deny requests from Regents, board member, or president. We don't just jump to do events, we must check first. I know the event was cancelled. The threat assessment was not conducted for the artist, so the event was cancelled. We have to know what's going on with our campus. This is with any event. WE still have to pay people for these events, and issues can delay reimbursements. So, the payments come from our operating budget first. (Chief)

- It was cancelled today. (M. Allison)
o Initial email goes to who, the event planner? (M. Allison)
  - Email should go to all supervisors to see if we can accommodate. People know who they can send an email to. (Chief)
o Does that email for the event go to K. Ellis first? (I. Jones)
  - By the time Kala Ellis receives the email, the person has already spoke to our team. The initial email from K. Ellis or Ms. Henderson comes in and should receive this response:
    - Generic response: Thank you for your email. Please let me check with my team to see if we have the manpower to accommodate the request. We have to make sure the logistics are sound.
- Time and attendance (C. Scruggs in attendance for via BlueJeans)
  o There are no special codes. Use the right codes when putting in leave requests. We have not worked a full 16 hours to adjust for a full day. Make sure we are only adjusting for hours. These issues are causing a backlog for C. Scruggs. This is also upsetting her boss and getting her into trouble, because her department is lacking. Only 3 types of leave: -Sick, vacation, and adjusting of shift. We do not have compensatory time. Are you saying we don't know when a person puts in a leave form, and we don't know when people are out? What can we do to help? You are saying employees are turning WPRs with sick notated and they do not have leave forms attached. It should not take us, Ada, C. Scruggs, or myself to catch when people have been out. And when I ask, it is not good to say I don't know! Explain that part, C. Scruggs. (Chief to C. Scruggs)
    - Make sure leave forms accompany the WPRs submitted. I have a pre-approved vacation folder. But if no form is provided, I have to set aside the WPR for J. Bridges to take back to the officer. Before the form is turned in, the supervisors need to confirm that the leave form is attached. If it is not attached. Then the WPR must be given back. (C. Scruggs' response to Chief) If an employee has been out for more than 4 days, then they must have a signed doctor's not that is dated to cover the 1st day to the last day. (C. Scruggs)
      - Need to reiterate that the conversation should have been had before their return. (J. Bridges)
      - If they are out two days prior to their off day, and come back the day following their day? (Question C. John-Miller to C. Scruggs)
      - The confusion is people are thinking of consecutive work days. Ex: If you are out TH, FRI, off SAT, SUN, out M, Tue, on Wed when you come in, you must have a doctor's note. If you miss 4 working days, you must bring in a note when you return. (Captain)

- We need to clear that up, because C. Scruggs is saying after the 4th day, and not 2. (J. Starks)
  - Covid Leave
    - In practice, you call the covid hotline. Specifically, receive a positive covid result>Call the covid hotline>send in the results>quarantine for 9-10 days>by 10th day, retest. If negative, go back to work. If positive, given an additional 5 days to retest until you test negative. (Captain) Have we had situations where time was docked after the time was exhausted? (Captain to C. Scruggs?)
      - Must complete a leave form for covid leave, because I am taking sick time first. (C. Scruggs) I must exhaust all hours for leave. Sick>Vacation> and then time is docked. (C. Scruggs response to M. Allison) Yes, but that person is no longer here. (C. Scruggs' response to Captain)
      - We do not have the luxury of calling in and working from home, and this is an at-will agency. (Chief)
    - Sick leave pool
      - For the sick bank, you have to apply for the sick bank. (J. Starks)
      - Just cause you apply to the sick bank, it must be approved. You must be here a year to apply. It is also called sick leave pool. (Chief)
      - Extreme illness apply only. You cant be something you can plan out (i.e. cancer). You must exhaust all of your time first. (C. Scruggs)
      - My questions is for covid quarantine and I've exhausted all of my time, do I qualify for the sick bank.
        - They do not care. You will be docked no matter what. If you're getting docked, and you do not have any income coming in. If you are an employer that is not here, but wants to get paid every two weeks do you want to keep them OR would you rather have an employee that is coming in to work? That's what the state is looking at. (Chief to M. Allison)
    - I have never seen anyone denied vacation. Is it happening? No! Then give C. Scruggs a break, because we are wearing her out and we need her. (Chief)
    - Understand it is a sensitive subject, but to code for bereavement, I need to know the relationship of the person that passed to the officer. (i.e. Mama, daddy, etc.) Do you all request a program when employees return?
      - What we are discussing is some family dynamics are different. If I have been raised by an aunt, he counts as my immediate family. My aunt is like our mother.
        - C. Scruggs is saying that is wrong. We need to do that correctly. It is different if you have been adopted by your Aunt as your mother. Say that. If it not your mother, your father, and grandparents. Do in-laws count? (Chief)
          - Mother-in-Law, Father-in-Law, siblings, kids, and sibling-in-laws. (C. Scruggs)
      - No, we just go on work. The officer may offer to bring in an obituary. Chief usually sends an ambassador on behalf of DPS to attend the funeral. (D. Barnett)

- ▪ That's not true. We have received made up obituaries, but it was investigated. (Captain)
- ○ Ok, so let's stop MSU=Making stuff up). There is only holiday leave, jury duty, vacation, sick, and bereavement. Everyone gets a wellness day. It is (8) hours, once a year. That means going to a doctor. It does not count against your sick time. When you bring that back, HR has to verify. You cannot mark other on the form, you have to mark wellness day. This brings to point that you have to check the MAPP policies. (Chief)
  - ▪ For jury duty, you should bring in the form beforehand. When they return, they should bring in the form showing they were at Jury duty. If you do not bring in the paper, I am going to use vacation They need to put wellness day. It is not really considered other. (C. Scruggs) Yes, you can put in the comments. They are working on a form to include a wellness day. (C. Scruggs to A. Rattiff) You also have to look into the policy for kids in schools and meeting.
  - ▪ There is a wellness form that I completed. Is it sufficient to put wellness on the leave form? (Ada to C. Scruggs)
  - ▪ There is no wellness box on the leave form. You have to mark other. (Captain, J. Starks to Chief)
  - ▪ You cannot get paid for jury duty on the state. You're already getting paid here. (Captain)
- • Basketball games
  - ○ Just cause you work one game, does not mean you are off. Supervisors still need to work some other stuff too. I keep getting the same people working the same stuff. I need someone to work Valentines. I know y'all are in love. The games available are February 12, 14, 26, 28, and March 5th. Make sure the guys are working the men games and the women are working the women games. I will be at all games. (Chief)
    - ▪ Captain: Potentially March 5th
    - ▪ DC: February 12th (texted Chief)
- • Voting Polls (Black Votes Matter)
  - ○ Someone should have seen email about a "Black lives matter" truck on the tiger walk. B. Auzenne received inquiry. B. Auzenne and other, find out what you're going to do for this. This happens once a year when they push for HBCUs to vote. If it is agreed to accommodate, I suggest the location of Sawyer Plaza. B. Brown and B. McCray, will assign this to the lieutenants over voting thing, unless you decide to keep finding officers to fill schedule. Trying to give others an opportunity so we do not have the same folks. I need y'all to take the lead on the November voting.
    - ▪ Black Votes Matter. Yes, me and a few others. (B. Auzenne response to Chief)
  - ○ What type of pay? (J. Ward)
    - ▪ Special event pay (Lieutenants)
  - ○ Do you want all special events to come with their own form? (Chief to C. Scruggs)
    - ▪ There should be a sign in sheet for the ETSECP, voting, and special events. Keep the sign in sheets weekly. (C. Scruggs)
- • Body Cams being off

- o Let people know they have to keep their body cameras on. I am seeing some body cameras off.
- Elevator in East Garage
  - o The elevator in the East garage was burned. Why wasn't a SORM report created? Is this us or facilities? (J. Jones)
    - Elevators fall under facilities. Each building is responsible for the elevators for their department. For example, DPS is in the garages, so the elevators in the garages fall under us. This doesn't make sense. We have a meeting on Thursday to discuss. Just know that if insurance is involved, then do a SORM report, and send it to Mrs. Patrong. J. Starks, please make sure the report for the elevators is done.
  - o What about the bulbs in the garage? (J. Bridges)
    - Bulbs or labor, because we have the bulbs, and Sam with buildings and grounds has changed before. (M. Allison)
- President's detail/Board
  - o It's a busier year, so we are adding more people to detail. There will be a lot of movement. We cannot let emails sit. Especially this weekend. There is the basketball event, the event in Pearland, and the gala that night. This weekend will be one of the NBA games aired. We are expecting a large crowd. There is a Board meeting on Thursday. That is also the TSU at the rockets game night. There will be students. Will find out information from Mrs. Barker tomorrow. There Is a Nasa visit Friday. The Regents are on campus today and tomorrow. Saturday, the President also has a rodeo appearance. The calendar really kicks off this weekend.
- Grooming/Appearances
  - o Please talk to your officers about grooming and appearances. DO not let people show up to rollcall looking like anything.
- Miscellaneous
  - o Maybe we can find a panic button to use on phones. T. Jones saw at PV that the officers wear a watch that they can receive alerts on. Looking into the possibility of purchasing (12) that can be used for the shift.
    - Check with Fred Holts to have a panic alarm in Hannah Hall (S. ST. Romain)
      - Thank you for volunteering. (Chief to S. St. Romain)
  - o Supervisors' meetings will be every Tuesday beginning at 3p or 315p.

Round Table Discussion:

1) Lt. J. Starks
   a. Strength: Positivity. One of things I try to do when I am coaching other members is discuss the positive side of things. When people ask why, I try to discuss the positive things. I try to help them find the joys in their hardships.
2) Lt. J. Bridges
   a. Strength: Team player. There is no job that I won't step in and assist with. I believe there is a mission and purpose here at the university. And I will get out beside anyone and do the same job. With them, yes. (Response to Chief)

3)  Sgt. B. McCray
    a.  Strength: Firm. Gives someone to stand behind them and offers support. Being firm in not turning your question into a question. I've provided the answer and reasons why.

4)  Sgt. I. Jones
    a.  Strength: Flexible. Yes chief, flexibility (Response to Chief). Morning, Nights, Days. I will help the department in any way that I can, it doesn't matter the time of the day. Yes, I have no problem doing that either. (Response to Chief)

5)  Sgt. D. Barnett
    a.  Strength: Empathy. I have the ability to share another person's feelings. I go outside my hours and utilize my resources to assist in any way I can.

6)  Sgt. T. Dorsey
    a.  Strength: Helpful. Officers come to me and ask for directions on things and how can I help, and I assist.

7)  Sgt. J. Hilliard
    a.  Strength: Understanding. Knowing when to be authoritative and when to pull back. When to block out things.

8)  Sgt. C. John-Miller
    a.  Strength: Reliable.

9)  Sgt. B. Brown
    a.  Strength: Determination. Each day I come here I have determination, and I am determined that my guys are better than I am, and that I did what I came to do. I also make sure I teach them the things I know as well as let them do the jobs. This ensures that our future leaders are prepare. I know my corporals see it. I am here. I am determined to lead. (Response to Chief)

10) Sgt. M. Allison
    a.  Strength: Knowledgeable. I always try to learn how to do my job better, trying to your learn your job, to help the officers. That way if anyone has any questions, I can answer them. I want to learn as much as I can from everybody.

11) Cpl. B. Huseman
    a.  Strength: Fairness. You have to lead by example. You can't show favoritism. I really try to keep it that way. It is important. Yes ma'am. Trying to sell the department. I know you have (3) years when you sign on with department. Looking to have sign on for (5), because you can get your retirement. With only (3) years, you just have experience. The (5) years would be a selling point.

12) Cpl. A. St. Romain
    a.  Strength: Reliable. I think I am very reliable. I am always here. I'm always at work. (response to Chief) I have 900 sick hours.

13) Cpl. N. Onubogu
    a.  Strength: Not messy. If an officer has an issue and they need someone to confide in, they can with me. Ok, trustworthy. When people have problems, they can trust they can talk to me and it not getting out. No one else will hear about it. Yes ma'am. (Response to Chief)
    b.  Ghost guns with giggle switch
        i.  Can be purchased off amazon for $15. It is illegal. Allows 1 bullet to fire multiple times like a machine gun. Would like to know if it is possible to consider additional training for some officers to carry other weapons like shotguns or long guns.

1. DC, do we have any expert shooters? (Question from Chief to DC regarding N. Onubogu's concern)

14) Cpl. B. Auzenne
   a. Strength: Consistent. If someone approaches me or asks me something, my attitude, demeanor, and personality will be the same. Rarely do I let my bad days reflect when I am come to work. I believe I am jovial, smiling in a good mood, and willing to work.

15) Cpl. J. Howard
   a. Strengths: Active listener and ability to evolve. I believe I have the ability to understand before trying to be understood. I have the ability to understand and try to hear what others concerns are and be the person to open that door for others to express themselves openly. I also have the ability to evolve. Active listener (Response to Chief).

16) Mr. L. Dunn
   a. Strength: I've been questioning that lately. I don't have too much strength lately. I don't know. Chief, you probably know more about that and what's being displayed.

17) Gaynell McAfee
   a. Strength: Accountability. In my faith, accountability in my work ethic, accountability in family, accountability in my job performance. Just accountability. It helps me here, because I can be a role model. I am a role model. If you mess up, and are called upon about it, then tell the truth. There will be some consequences, but maybe it won't be so severe. People come to you, and you may have to mentor. (Response to Chief)
   b. Ghost gun discussion:
      i. Maybe we can consider having an elite squad. As a civilian, it is a concern to see machine-like guns.
         1. That's not True. Also, note that not all officers can shoot. (Chief)

18) James Ward
   a. Strength: Interactive with people. I think I do a good job with interacting. Whenever there is something going on I am active. Yes ma'am. (Response to Chief)

19) John Holiday
   a. Strength: Reliable. IF you call on me to help you do something, I will be able to help and assist in any way I can. You call upon me and I can achieve it, reach out to me and I will get it done. Yes ma'am (Response to Chief)
   b. Question: Is there two different pays for special events, like the voting event?
      i. Voting event is $25 per hour. (B. Brown)
      ii. Basket ball games are regular OT. There are only special rate events and OT rate events. (Chief)
      iii. Please keep in mind you must do your 40 hours before your overtime rate kicks in. If not, then special event is just your regular pay rate. (C. Scruggs)
         1. If the employee has called in sick, they cannot do special event, overtime or extra jobs. (Captain/Chief)

20) Command Staff
   a. Captain:

       i.   **Strength: Extremely organized.** I think when you are planning anything, you must consider all aspects. It's like having a flow chart. Matching up the things and where they are going to go. I am better prepared. Think outside of the box to prepare for potential items. Yes, because it drives me crazy.

    b.  **DC (on BlueJeans)**
       i.   **Strength: Accessible. Correct (Response to Chief)**
       ii.  **Ghost Gun Discussion:**
           1.  **You can get training on anything you want.** The true issue is people can barely shoot their primary weapon, but they want to carry other weapons. (Response to N. Onubogu)
           2.  **No.** We do not realize the training SWAT officers go through. There's a lot of liability that comes with that. WE need to master our weapons first. We've discussed long guns. There will not be a few officers on each shift with the ability to shoot. There will be a few officers in the entire department, period. (Response to Chief)

    c.  **Chief**
       i.   **Strengths:**
           1.  **Huseman:** How is that your strength? How is fairness your strength? Anyone, student, colleague, can come to you to assist because of fairness? I like the idea. With the state it is (5) years. For those that don't know, reach out to B. Huseman to see how fair he is. When I hire people, I don't think of the longevity of (5) years, I look at the commitment. It takes at least (1) year to realize I don't know what I just did, it takes (2) years to understand what you really did, and (3) years to decide if you really want to stay. If you want to enhance your career, better yourself. But it is great to advise that you can get vested at (5) years and an individual will have retirement.
           2.  **Jones:** Your strength is flexibility? Tell me how flexibility is your strength? Even to fill in, you colleagues can call you? (Question to I. Jones). I want y'all to hear what your colleagues are saying, because Huseman is saying he's fair and Jones is flexible. I want you to hear the strengths in this room, because we are looking so many other places when the answers are right here. I am trying to understand why we are not capitalizing on our strengths. That's all this exercise is about. There is not test at the end.
           3.  **Dorsey:** Which one is your strongest strength? Why?
           4.  **Captain:** Extremely organized? Help me understand that one. So if anyone needs your assistance, you can help them organize their agendas or box?
           5.  **Howard:** Which ability is your strongest, active listener or ability to evolve? So that means if someone comes to ask you something, you will listen and see if that is something you can try to help them accomplish?
           6.  **McAfee:** How does that help you with your job here?
           7.  **Holiday:** So if anyone can reach out to you to help get things done?

8. Bridges: That means if someone comes to ask you something that not only will you show them, but you will help them do it?

9. St. Romain: What is your meaning of being reliable, what do you mean?

10. B. Brown: Are your co-workers able to see your determination? I know you say you are able to shape those that work under you, but what about those around you?

11. Onubogu: I get what you saying, do you mean like trustworthy? Why do you think you're trustworthy? Does that go for your colleagues too?

12. Ward: Are you interactive with your coworkers? Can they trust you? What's your strongest one?

13. McCray: Tell me how your strength of being firm helps everyone here?

14. Dunn: What is your strength? What's your biggest strength that you offer so that if someone comes to you and asks, you are what?

15. Scruggs: Anyone can come to you, and you will help them out cause you are a team player?

16. DC: Accessible or detailed. Does that mean if anyone that needs to go to you, that you are accessible?

17. Chief: My word is passionate. I am extremely passionate about everything I do. I am passionate with intentions. I am passionate about what I do, what I want to see others do, and what I want them to achieve. I believe if someone gives you an opportunity, I believe you should take advantage of the opportunity. I am that full circle about things I do. That's why when I see things come across my desk, I am passionate about the position. I am passionate, because we are all in position to help people become a better version of themselves. People rely on us. Who is reliable? Holiday and St. Romain. People rely on us to give them that truthfulness, Mr. Trustworthy (Onubogu). If they know you are going to be fair with them, Huseman, and you will be helpful, Dorsey, then there's no doubt about being a team player and being on a team (Mrs. Scruggs and Bridges). If you are meticulously organized (Captain) and you want everything done a certain way, then you are empathizing (Barnett). Because a lot of times it can be misconstrued in several different ways. When you are positive (Starks), it goes a long way. The problem with that though (Hilliard) is it may not be understood. People may not know when to hold out or when to fold them. Those are certain strengths that people may not understand. Then you (Ward) you're so inactive, people may not know how to take you as a true supervisor. They may think you are so cool. They may not realize that's your strength and not to be taken advantage of. Then you have McCray that's so firm. They may think that he is mean and not realize he will be there for them. Firmness isn't negative unless you are being negative. You have to balance out the negatives. But that makes me understand Howard

being an active listener. A lot of times you are not trying to be judgmental. Sometimes people just want you to hear them. Maybe that's why DC has that accessibility. IF you are an active listener and accessible, they may not come to you. Because you may not be knowledgeable like Allison. So, they may not come to talk if they don't know something. If they are consistent like you are (Auzenne), they will realize that's who you are. It doesn't matter if it is Sunday or Monday. If we remain consistent, people respect you more. I feel that helps you, Jones, with your flexibility. You have no problem with coming to help people. McAfee, your accountability plays a strong part. If you hold yourself accountable, you have no one else to blame, because you hold yourself accountable. If you cannot describe your strength to your colleagues, how do you expect those that work under you to know. Those around you should know something about your strengths. We are going to have a very busy 3 months. February is truly almost over. We will look at if enrollment has increase, what the numbers look like. But we can't forget what's going on right now.

***C. Scruggs and DC joined via Bluejeans. The meeting end time is 1900.***

Scruggs: Strength: Team player.

https://bluejeans.com/791162945/9992?src=calendarLink&flow=joinmeeting

32

2/15/22

## SUPERVISOR MEETING

## AGENDA



| | |
|---|---|
| Lt. J Starks | Cpl. B. Huseman |
| Lt. J. Bridges | Cpl. S. St. Romain |
| Sgt. B. McCray | Cpl. N. Onubogu |
| Sgt. I. Jones | Cpl. B. Auzenne |
| Sgt. D. Barnett | Cpl. J. Howard-Out (On Leave) |
| Sgt. T. Dorsey | Mr. L. Dunn |
| Sgt. J. Hilliard | G. McAfee-Sick |
| Sgt. C. John-Miller | J. Ward |
| Sgt. B. Brown | J. Holiday |
| Sgt. M. Allison | |

**Command -** Chief Young, Deputy Chief Brown, Captain Etheridge

- Fleet/Insurance email
- Timesheet/overtime documents

**Round Table Discussion:**

1) Lt. J. Starks
   a. When it comes to race or sex, there is not "other." We need to know what they call themselves. We are starting the TAC audit. Will start that paperwork with T. Dorsey. There is an online portion. The way the paperwork reads, we do the online portion and have been assigned an in-person. Will be after March 1st. They will let us know. Not a pop up. Will call for clarification. (Response to Chief) May not have a person. We have discussed this, and supervisors are supposed to be inspecting cars at the beginning and end of the shift. This helps cut down on that. Thought of a movie night. Love the towers setup. Just don't know where we would set up. If the parent teacher conference comes in the dayshift when we are supposed to be sleep, how many hours

are allotted? I think it's more of they just don't want to fix the access. It will open the gate, but not the door. It is due March 1st. There is an online portion. It is basically asking about certifications. They look like yate's students. (Response to Chief and corner store) MAPP policy is 02.03.04.(Response to Chief for meeting policy)

2) Lt. J. Bridges
   a. Voting started yesterday. Do not need anyone at 5p. Adjusting schedules to show traffic flow. Are using personnel on shift. In reference to this weekend, we appreciated their help with dumping the garage. Was here for Monday, but it didn't seem as crowded. The Tiger Walk was very busy. It is sick time. If they went out during the holiday, Mrs. Scruggs used the holiday time. I did not (Response to Chief) Trying to get the others out of the system by Thursday so I can begin analysis.  Just a suggestion. TABC will come out to assist. We just must be specific. (Response to Chief and Corner store)

3) Sgt. B. McCray
   a. We need more help on these games. It is special event pay. Hopefully we do not have to outsource. We have a lot of lights out and need these replaced. The lady said that someone famous was cancelled so they wanted us to handle. The Greeks were strolling. Told them to go downstairs or the music not coming on.

4) Sgt I. Jones
   a. We have about four games left. We are in second place; we are starting to get an increase in crowd attendance at the games. Have added a few extra spots to work the game. It is the same people to work. We know voting came up, saw some new names, but we need more assistance working games before the "special event" event. Ticket book to see if we can get approval to use. The voting is going on now. Must make sure we are getting that covered. WE have quite a few officers having medical issues. They have doctor appointments to attend. As they come in, will let you know. I don't know. (Response to Captain) Instructions are on the board for tow slips on city streets. What time is the meeting tomorrow for housing? I am sending that email to you about doors open. Also, COSET is having a freedom march. He is on vacation I believe Chief. (Response about J. Howard)

5) Sgt. D. Barnett
   a. Good thing is we have a license plate, description, and have a lead. No sir, still random. The call came in, everyone jumped on. (Response to DC) Sunday sent an email to investigators to keep in contact with him once their day starts, as their day goes in, and am their self-appointed their supervisor until they are assigned one. I know they were frustrated as well as J. Bridges. I will be supervising their investigation.

6) Sgt. T. Dorsey
   a. One of the guys that reported today let his frustration known that there is not as much security presence known on campus. Maybe have security and officers occupy those lots a bit better. This may help deter this issue. I need help. If you are out on a call, you leave they, building, then you must clear yourself. Officers are stacking themselves. Please ask them to clear themselves. We still do not have a key to 1802.

The loaner key was issued to E. Takang. Officers are not giving mileage. We tend to go in and check. Is there a curfew in housing? (Question to J. Hilliard)

7) Sgt. J. Hilliard

    a. No, there is no curfew. There is only a time for visitation. (Response to DC and T Dorsey) We do have a lot a vehicle traffic, but they don't do that at night. (Response to DC). Yes sir, they have been referred to T. Gray. Initially, told my guards not to get up and let them in, but that became an issue. Trying to mitigate both issues. I would like to have a meeting.

8) Sgt. C. John-Miller

    a. Housing has a meeting tomorrow. Have a few questions? How does eviction process coincide with Texas evictions process? Don't want any lawsuits and want to make sure we are doing so correctly. I know we call chief for sexual assaults. Can I call Captain? I would like to contact Captain and then let her work it up. Also want to know how many hours are lotted for parent/teacher conference. This may be a C. Scruggs question.

9) Sgt. B. Brown

    a. Planned to do my walk through this weekend to see what lights are out. Will check call boxes. Passed out 9 pallets two days last week. It's going. (Response to Chief)

10) Sgt. M. Allison

    a. Only thing I have is quote submitted for call boxes regarding 3G technology becoming unsupported by cellphone technology. Other issue is schedule adjustments. Hard to adjust handle events and waiting on approval. Is it possible to revise? I know there are people I need, but I am waiting on approval. If we want call boxes to work, we need to investigate upgrading into 4G. From what Chrystal advised, we do have a vendor. (Response to DC). Some of the lots we have, they are not top priority. Will try to keep quote as is or less. Trying to keep at level. For example, Lot E needs to be done. Can't you do in S4 (Response to J. Starks) Spoke with Williams Same. He is supposed to come out today. Yes sir. (Response to DC) I don't think I have had it. (Response to Captain) Can we all attend housing meeting? (Question to DC) I was referring to the call boxes being outdated. I found out at the beginning of this month. (Response to Chief) Construction did that as a subcontractor. Also, this was the lowest cost for the job.

11) Cpl. B. Huseman

    a. Last week Chief asked what our strength was, and I said fairness. I would like to make suggestion especially with night shift and gas going up. I have a few ideas to suggest. Want to throw it out there. 1) Possibly night to do virtually. 2)1 week to start at 345p and then the other week have starting at 730a. As it is now, only night shift is affected. Just my thought. Continue to be diligent on night shift. Will take care of gate issue sent in email. That gate is never locked, just closed. I don't know what has taken place. Normally the garbage guy comes, and then he must be closing the gate. (Response to DC) No, usually, I, myself, have begun to do my paperwork in the vehicle. Start at the top floor.

12) Cpl. A. St. Romain

a. Only one vehicle in the shop that C. Bell wrecked. Just waiting on Mrs. Patrong to report today. Just Cadillac converters being stolen. N. Isaac has a few and two today. The two that came in were two Tacoma trucks. The key came up missing Sunday. (Response to Captain and 1802) The issue is the officers are not signing the mileage or signing out the keys. I've sent numerous of emails to supervisors. It is still happening. Isaac drove Sunday. We know someone drove after because of the mileage.

13) Cpl. N. Onubogu

a. On Wheeler and Canfield there is a large group of kids hanging out on the corner. Asked around and the kids are hustling. My suggestion is for us to do a sting to do solid evidence. He's fine. (Response to DC) I ask him how it's going, and he says fine. Hitting up the stores and staying visible. Nothing that I can think of. An officer went out with Covid, and they want to know what was used. What type? Sometimes students also have multiple cards.

14) Cpl. B. Auzenne

a. As far as FTO training, E. Takang has moved to the Ghost phase with additional training. Currently with C. Jones. Spoke to J. Howard about A. Chambers. She is pretty much ready to be released. Reviewing her book when she returns and verifying the information with Howard.

15) Cpl. J. Howard

16) Mr. L. Dunn

a. DC, you know what we are tied into right now. H&PE is not finished. People moving from Bell to science. They want keys to their area, but they have not been able to attain. January has been out 10 days. Today is his first day in. Came in yesterday, because they said it was an emergency to operate dressing rooms due to the game. Came in this morning to bring January up to speed. Still not finished with Earl Carl. Not finished. Bertran has purchased locks, but don't have the time to get to. Everything from Earl Carl to registrar there. Can write up to tell you what to put in, but don't have the time to do. Somewhat on hold. Told registrar will get back with her today. Looks like I won't be able to. January is there now trying to complete H&PE where locks were moved around. Believe may finish. Need to work on what we are behind. There are levels. You don't want everyone in the area to access all areas. We must set up a scheme. Like Earl Carl, Mrs. Guidry wants her to work over all areas. Yes, many times. Depends on how much time you put at it. If we could stay on that job, it wouldn't be an issue (Response to Chief) Yes, in my business, when they call, I must go let someone in. If you could tell me I wouldn't be disturbed, I could say 3 days. It's not a complaint, Chief. I am just asking time to do my job.

17) Gaynell McAfee

18) James Ward

a. A lot of the cards do not work. About 70% of the cards don't work. Many of them have cards, but they don't want to take the proper steps to get their cards fixed. (Response to DC) Just want to talk with them. The RAs must be involved. Tomorrow morning, I am working an event from 7a-11a. If not, J. Hilliard will have to take on alone. They have two cards. One that opens the building and then one to open their room.

19) John Holiday

a. Update on parking striping, met with vendor Wednesday to make sure to confirm which lots so we are set. Yes sir. Is it possible to do other people outside of TSU?

20) Command Staff

   a. Captain

      i. Who drove it Sunday? (Question to T. Dorsey about 1802) You must have training to do a buy and bus. They ask about that in court (Response to Onubogu) I suggest more visibility. The guys know the tow slip is only for inhouse. Been in touch with OIT. The switches they were waiting on to upgrade system have come in. They should be updating. Just a matter of how they are prioritizing. Soon all our cameras should be working soon. Anyone that does not have CSA training. The only thing that has changed for the most part is the fine amount. The information nor verbiage has changed. Wanted to make sure everyone has it. Will do another for housing when they put together their next RA meeting. Is there anyone that has not had it? We don't want it to turn into a blame game. With Springfest coming, what if we sold to Greek fest.

   b. DC

      i. I think scheduling, we are referring to long term scheduling. As far as adjusting for events, that is understood. Captain/Chief can correct me, but there has been times a person's schedule has changed and we were not aware. They on that shift for 3 months and not aware. Just need to upgrade. Received your email about racial profiling. (Response to J. Bridges) They report to a supervisor. The lieutenants should have stepped up to advise. The investigators can be asked what they are working on, and they should tell you. What's going on guys? Think we can find that key by tomorrow for a report? How does the store feel about them being there? How about we approached the owner and see if he's concerned about Lottering. Is there anything going on in housing that you all have noticed? We have a housing meeting tomorrow. Can we start logging down students that don't have cards and those that have cards with an issue and sending it to T. Gray. Have y'all thought of a program for the housing? Popping off? You definitely have to coordinate with RAs. (Response to J. Ward) I am trying to get you to interact with the students. If we interact with them, they are more likely to approach us. We don't have to reallocate resources. They don't know, provide a brief snapshot. (Response to L. Dunn) I am confident you will get that done in a timely manner. The housing meeting is at 10a. I know J. Hilliard will be there. I will get clarification. Yes, we all can attend. We are all stakeholders. Emailed supervisors about doing rounds at Lane. They are having more classes. Need to have more visibility. Talked to B. McCray about critical incident scenario he would like to put on. If he needs assistance, I am accessible. Captain will put on a CSA. The last thing we did for critical incident was seeing if students knew what shelter in place meant. One thing I want to talk about is long guns. I want us to be proficient in what we carry right now. I agree there is a need for it in our department. We are a progressive department. As far as numerous

shifts carrying one, it won't happen. It may be about 7 people in our department total carrying a long gun. There is liability with carrying them. Sometimes when you shoot a weapon, the bullet doesn't stop at your intended target. Let's not be in a hurry to get into a spot that we are not at.

C. Chief

    i.  You can. You can call everyone before calling me directly. You can do all of that. (C. John-Miller) Have you researched MAPPS? Because MAPPs would tell you how many hours. This is not like jury duty. These are excused absences to an extent. They are probably all outdated, then we can send to OGC. They are working to update the MAPPS. Let's research MAPPS first. (Response to C. John-Miller) It is not mandated, because you are automatically one. If you directly have contact with students. You are supposed to be reported through clearly. You are a CSA by profession. If you want to understand training, that's what Captain is talking about. It is for Clery. It is 9a in the EOC. I Jones, please call Kala Ellis about that March. Believe they were denied. (Response to I. Jones) Did anyone talk to S. Henderson? Let that be a start. Let someone that works with students tell us. I had no idea that an inside Humpday was occurring. Have a conversation this week before hump day this week. Let them know that if issues begin to occur, we will intervene. Talk to Henderson, Mr. Durant, Mr. Ellis.

    ii.  Equipment and Supplies:

        1.  Told someone to send an email about supplies we need. We cannot wait until February to order supplies. I am not sure what you were talking about M. Allison, I walked in on it. When did you find out? (Question to M. Allison) No one gives us good customer service, because we do not ask the good questions. We must be proactive with our areas. Heard B. Brown talk about walking around about lights. Lieutenant, when you saw Mr. Sam, you couldn't ask him about the lights? You can wait until they leave. We recognize the things people are doing, and we don't say anything. Be a little more proactive.

    iii.  TAC audit

        1.  When is that due? What do we need to do? What is it asking? When are you going to ask an update? With the online portion due March 1, and the certifications must be certified, when are you going to start. Ok, we are starting today. (Question and response to lieutenants)

    iv.  Parking vendor

        1.  Is this the same vendor that we sent up for the one-time stripping? (Question to M. Allison) Chrystal said this is not the same vendor. Therefore, it is taking too long. They are not on the buy board or the market. They did the vendor form, but it is not that simple. You've changed the dynamic of it. It's more paperwork. We do not have a procurement department. The CFO doesn't have a lot of employees. May want to stick to preapproved vendors. Double back and get with

                  Chrystal on that on how to move forward. Thinking to do 2-3 days when faculty and staff out.

v.   Mr. Dunn

      1.  Mentioned a lot of projects. How long does it take to get a request and cut a key? Example: GSB or any building. One Key. Is there a difference between one key or a series? How long does the Earl Carl take? Is what they requested possible? I understand it is just you and Mr. January. If we need to put out something, we need to know the duration. Let's see if we can get G. Garcia or P. Young to help with their organization.

vi.  John-Miller

      1.  Check Mapps on parent teacher's hours. Check employer relations for the mental health question. We must check our physical health and mental.

      2.  You have two lieutenants that you can call before you call your Captain and your deputy Chief. You can send an email following to see next steps. Only call me immediately if there is an arrest of a student, faculty or staff or something newsworthy (If a LiveSafe put out). For transports of students.

vii.  Huseman

      1.  With you on fairness. I am not with you on gas prices. Everyone must drive to work. Everyone must drive home. As a supervisor, with people watching you, you cannot say your excuse for coming to a meeting is cause of gas prices. I am not going to do for one that I am not doing for another. This university is back to normalcy. We are not having virtual meetings. If I must come in to see my boss, you must come in to see me. I am not opposed to coming to coming in to a 730a meeting. We must do what the majority wants. There are only 4 of y'all. You are not the majority. You complain on everything, but don't come up with an argument to make anything valid.

viii.  Voting

      1.  The judge over the voting found out that her son was the individual found missing was found murdered. Not sure if someone will cover her place. May close the site since she is not there. She is out of it. Keep that in mind B. Brown.

ix.  Training

      1.  A. Barnes sent an email about training. You don't need me to set up training. Try changing it up. Do some role play. Internal training is the best training. If they believe the scenarios help them understand, do so. Boost up you're training. I am more concerned with internal training. Everything doesn't have to come with a cost when we are talking about training.

x.  Hand sanitizers

1. How is it going B. Brown? Will mention to housing tomorrow. Yes, but want one point of contact, B. Brown. (Response to J. Holiday). B. Brown team has an entire speech.

xi. Grooming

1. Thank you for talking to your guys about grooming and getting your shoes shined.

xii. Onubogu

1. On a college campus, we don't have to go undercover. You need to be seen. I am totally against undercover. It is a lot of work, and it is dangerous. If you are not trained, you will get you or someone else hurt or killed. I need for our investigators to know that we are not undercover. Cpl. Howard was on their list, but since he can't come to supervisor meetings, I do not know if he is a fit.

xiii. Racial profiling

1. What day are you trying to get others out of the system. Today is Tuesday.

xiv. Corner Store

1. Mr. Coe has already complained about kids hanging out at the corner store. The university is looking to by store, church, and appt. Someone has already come down and priced. It is not just night shift. We must make sure whatever is done at night also happens during the day. What are they doing over there? What kids are they? Did it ever dawned on us to contact outside agencies?

xv. Events next week

1. Convocation: march from student center. Ends at 1. March back to the student center for luncheon. Black History Convocation: Dr. Lawson.

2. Secretary visit: from the veterans' affairs. Will have a conversation as to what they are doing.

xvi. BET College Hill

1. We will be featured. There will be 8 celebrities. May be asked to sign a non-disclosure. They must walk the campus. I want us to be prepared. Start filming February 20 something. Will come to PVAMU game. One of the people that coming is a former basketball person. Stacy Dash is coming. Some of you guys will be assigned to them. They want to see more visibility. BET wants to know that. Granger, Dr. Brown, and two others picked to give the experience. The other expected is Lamar Odom. Will reveal the other names soon. They may do some things; it is for TV.

xvii. EJ Permits

1. Tell your people to put in your extra job permits. The board is looking into our policies. Think it is because they saw so many working the Gala. Gotten great news. Thank you for getting our name back on there.

xviii. Basketball games

    1. You must sign up. If the team decides to keep winning. That will attract people. If I must recruit, then you will go to the garage, and then you will really be upset. It doesn't take much to pop up. It shouldn't take much for leaders to step up. Those that are under you will only do what they see you do.

xix. The 3%

    1. Did anyone hear the board approve it? Heard DC ask it. When they went over the executive session. It got approved. They didn't come back to it. Something better. It was decided upon we get out check March 1st, we will get a supplemental check cut. Either the check on the 15th going to be nice or get something else on the 18th. Will do this to see the increase. It will be in March. They just don't know when "right after" March 1st will be.

xx. Our administrative staff is doing a superb job. They are calling themselves the ABCs. Ada, Brittney, Chrystall. Even with P. Young and G. Garcia stepping in to assist. We were brainstorming to become more innovative. We want to tell the students that we hear all these things, because it's the history behind. We have a trademark on this logo. If anyone wants this, they must go through us. Everyone has something in their culture they are told they cannot do. Don't black out our history. Send Brittney your shirt size, because we will wear them. February 22 at 630p. Lawrence Allen is our dynamic speaker. Our goal is to buy this merchandise and sell it. We already have a person to make the shirts right now. We just have shirts. The ladies can come up with other items. We must make sure we put the trademark symbol after. Supervisors, send your shirt color with size. Others do not get a preference.

xxi. Eye of the Tiger

    1. It is going great. Doing the de-escalation training. Open to everyone. Especially security. M. Allison had his tripod, so it really helped. Thursday 6p-8p.

xxii. I heard what you said about A. Chambers, B. Auzenne. If she is finished with nights, move her to another phase. We must be fair. What you do to one, you have to do with another.

Brittney: We have a chocolate brown shirt. The brown is black with white blackout. S, M, L, XL, 2XL, 3XL. I will call him again in the morning. If you have suggestions, please email me. The vendor that does this shirt is already the one that supplies TSU with shirts. We have a vendor that can do other items.

https://bluejeans.com/791162945/9992?src=calendarLink&flow=joinmeeting

33

*2/22/22*

# SUPERVISOR MEETING

# AGENDA



| | |
|---|---|
| Lt. J Starks-Out (medical) | Cpl. B. Huseman- |
| Lt. J. Bridges-Out (medical) | Cpl. S. St. Romain- |
| Sgt. B. McCray- | Cpl. N. Onubogu- |
| Sgt. I. Jones- | Cpl. B. Auzenne- |
| Sgt. D. Barnett- | Cpl. J. Howard- |
| Sgt. T. Dorsey- | Mr. L. Dunn-Late |
| Sgt. J. Hilliard- | G. McAfee- |
| Sgt. C. John-Miller-Absent | J. Ward- |
| Sgt. B. Brown- | J. Holiday- |
| Sgt. M. Allison- | |

**Command –** Chief Young, Deputy Chief Brown, Captain Etheridge

- Commencement
- DSP Event Approvals

Round Table Discussion:

1) Lt. J. Starks
2) Lt. J. Bridges
3) Sgt. B. McCray
4) Sgt I. Jones
   a. McGregor Park: Game still going on. (Resposne to Chief) Who to come in at 10a? (Question to Chief)
5) Sgt. D. Barnett
6) Sgt. T. Dorsey
7) Sgt. J. Hilliard
8) Sgt. C. John-Miller
9) Sgt. B. Brown
10) Sgt. M. Allison

     a.  Mr. Ward, you working tomorrow? In Lot C? (Question to J. Ward.
     b.  We suggest S-5. It's the lot by UAV.
11) Cpl. B. Huseman
12) Cpl. A. St. Romain
13) Cpl. N. Onubogu
14) Cpl. B. Auzenne
15) Cpl. J. Howard
16) Mr. L. Dunn
17) Gaynell McAfee
18) James Ward
     a.  Yes, working early voting in lot C at 7a. (Response to M. Allison)
19) John Holiday
20) Command Staff
     a.  Captain
     b.  DC
          i.  Lt. Bridges said a lot of people have contacted him, but he is full of medication. Waiting on an update.
     c.  Chief
          i.  Ted Cruz Event
              1.  Thank you for the assistance with the last-minute meeting.
         ii.  DPS Black History Event
              1.  If you can come to our event tonight, please do. Ada, stand up so they can see your shirt. Shirts given to first 100 students that attend. Small token of history. Dynamic speaker attending.
        iii.  Games at McGregor park.
              1.  Apparently games starting already. Problem with guys under the bridge. When we come over there to play, they are upset. A few students do not feel ok.
        iv.  Convocation
              1.  Wheeler avenue was founded on TSU campus. Tomorrow they are unveiling a fictiious street sign that says wheeler avenue way. Prior to that there is an actual convocation event. So far 130 VIP guests have RSVP. Not sure how they will fit in lot C, Sgt. Allison. We have all of the regents coming. Will send the attendance list. Just putting on your mind. Starts at 11a. My apologies 1130a. We need to be on post by 11a. Captain says let's come at 10a. We have a lot of seniors. Pastor is about 90 years old, so many of them coming back. We will probably have to put tram in place, Sgt. Allison. From Saywer to Student Center for lunch. Once they leave for lunch, program should end. Supposed to be from 1130a-1p. Only thing they are requesting us to do, Brittney and two others will wear their white shirts and black slacks. They need someone to direct them. They wanted to bring a 140 bus. That's hard. We declined. They will allow people to come and park on their own. Requested many to use Uber in. Asked 3305 Cleburne was the provided address (lot C). Tiger shift to come in early. My apologies. (Response to Chief). Lot C , because S-1 is busy for students. If push comes to shove, will need to use S-4. Any

suggestions, because we do not have a shuttle driver. Everyone on list is important. Ex-Mayors listed. Everyone is a VIP. Bill White is coming. Beneficial to parking really. Will send the list to parking.

Sent email to supervisors. Did yall get it? They need to be picked up and taken back. Y'all didn't get it? Ok, let me check. Regent Benham. Calvin cannot make the trip tomorrow. They need someone to take Regent Benham and another individual to pick them up at Ellington field at 9a and drop them off at 2p. He is coming to the program. St. Romain, you want? Ok, will send you the information.

vi. Ashley Biden is coming to town on Saturday. Assigned Barnett.  Secret service will bring her here. From 9a-1p she is doing an event from steps of education to the student center. With the Boys and Girls club of Houston. Need about 3 people on that one. Holiday, allison, they have about 300 students coming. Where do you want buses? S-5. Where is that? By Canfield? Secret service will ask us to take the lead on this. Kala and Larence have all of the information. Got the call from secret service yesterday. Had they not called, I would not know about it.

   1. Timeline: Two tables from TSU. 51 RSVPs. Would prefer tables of 8. We do have more RSVPs rolling in. Want a full room. Having a breakfast ahead of parade (The rodeo kick off parade). Not sure of how many people may just stop by. Two table and list of names will be provided later by Larence. May have some in RSVP list. Connected with Denise to get count. Know can go up a little. Will show Boys and Girl club video. It is on youtube. Will make sure noted for Kala to test beforehand. (Larence) Is there a way to get in Friday to do a setup. Sure, will put it on a list for Kala. Please let me know so I can get to Kala (Larence). Registration table when they walk in, escorts to direct to breakfast. Confirm a registration table downstairs. Please confirm with Kala. Is there a waiting space we can set up for Ashley Biden. Yes, if you need a space in the Student Center or in Education building. May be best in education building as we transition her over.2-3 minutes is enough for a welcome. (Larence) 8a start for breakfast. Need to get in at 7a for setup. Townhall: We know where the bus is doing the drop-off. How is the swipe pass being done. We have bags and sanitizers bottle being delivered. Asked them prepared Th/Fri. Will walk them over friday. Dr. Henderson has ordered t-shirts and sizes will be set up so they can grab them and go. Did not want to pre-stuff bags without knowing sizes. (Larence). The shirts can be added to registration. Prepare 175-200 backpacks (Larence). Go for 200. TSU cup and sanitizer included in bag (Larence) Drumline and Cheerleaders will arrive at 915a. Depends on what want for who arrives first. Maybe cheerleaders then drumline. Make sure we have cordless mic for upstairs panel. Will make sure available (Larence) Weather looks like rain. Lets look at weather thursday. May have to move lunch. How much time will we have to clean out. We don't have anything booked after saturday. High contingency

of being cold. Alternate location is tiger room. Is breakfast reduced? (Kala) No increased. RSVP jumped to 70. There is not enough space in Education to have 170 people eating. (Kala). We are looking at a number of 200.

      a.  Remember a lot of juveniles in place. Make sure they are in place and know the rules. (From Chief)

      b.  Should we sweep at 6a? Or sweep at midnight and assign night shift to watch building? John-Miller not here, are you here howard?

      c.  Sgt. McCray, do you open classrooms for saturday. They are talking about 6 rooms being opened. May have some unlocks. May want to figure out who will do unlock.

      d.  Looks like they will use auditorium and classrooms.

vii.  Lt. Bridges

    1.  Went to hospital this morning. Keep him in your prayers.

viii.  Reality Show (College Hill)

    1.  Question about security. Someone told them we could not work the job, because could not work extra jobs. But that's what happens when someone speaks on behalf of you. I advised them that my officers work extra jobs. This Sunday they will start moving in. They will move in their own buildings.

****Left to setup for Black History Month Event in PAB****

https://bluejeans.com/791162945/9992?src=calendarLink&flow=joinmeeting

34

3/1/22

# SUPERVISOR MEETING

## AGENDA



| | |
|---|---|
| Lt. J Starks- | Cpl. B. Huseman- Out (Vacation) |
| Lt. J.  Bridges-Out (Medical) | Cpl. S. St. Romain- |
| Sgt. B. McCray- | Cpl. N. Onubogu- |
| Sgt. I. Jones- | Cpl. B. Auzenne- |
| Sgt. D. Barnett- | Cpl. J. Howard- |
| Sgt. T. Dorsey- | Mr. L. Dunn-- |
| Sgt. J. Hilliard- | G. McAfee- |
| Sgt. C. John-Miller- | J. Ward- |
| Sgt. B. Brown- | J. Holiday- |
| Sgt. M. Allison- | |

**Command -** Chief Young, Deputy Chief Brown, Captain Etheridge

- Departmental Reorg
- Filming on Campus
- SGA event
- Bomb Threats
- New Investigation Corporal

Round Table Discussion:

1) Lt. J. Starks
   a. If we are running someone for employment, they must be for the department. If they want to work other places in the University, we cannot run them. (Reminder for audit). We were dinged, because some are still running CCHs on individuals. For example, we run them on student regents. Yes ma'am. (Response to Chief about the status of his injury)
2) Lt.  J. Bridges- OUT(Medical)
3) Sgt. B. McCray
4) Sgt I. Jones

5) Sgt. D. Barnett
6) Sgt. T. Dorsey
   a. It is a different system, we do not have access to. The auditor will send us resources for.
   b. What if someone finds something, can we designate one person? (Question to DC regarding holding bags at the game)
7) Sgt. J. Hilliard
8) Sgt. C. John-Miller
   a. Game: We have a template for the stations. (Response to Captain)
9) Sgt. B. Brown
   a. TSU Relays: M. Allison working with me (response to Chief's suggestion to work with mobility for TSU relays)
10) Sgt. M. Allison
    a. 9 reserved in lot M in that no one is using. (Response to Chief's question about the number of spots we have in lot M available for BET)
11) Cpl. B. Huseman–OUT (Vacation)
12) Cpl. A. St. Romain
    a. Yes, went over there earlier. (Response to Chief regarding meeting VP Penn–Marshall)
    b. They got the parts in for that recall on that tow link. Will start taking the vehicles in. They do the cars in the day. Just drop it off.
13) Cpl. N. Onubogu
14) Cpl. B. Auzenne
15) Cpl. J. Howard
    a. I am ready now. (Response to Chief)
16) Mr. L. Dunn
    a. It was taken care of. (Response to Chief)
17) Gaynell McAfee
18) James Ward
19) John Holiday
20) Command Staff
    a. Captain
       i. Game: C. John-miller, A. chambers, B. Auzenne, E. Takang, M. Robinson, T. Jones, B. Philips, J. Holiday, J. Ward, C. Armitige, H. Brooks, E. Nkululeko(Ochi), J. Hilliard, M. Allison. (Response to Chief's question about who is working the game) Do you have a template on where to put people on the floor?
       ii. TSU relays coming up. Need to think of parking. B. Brown has started working on ops plan. Will get with B. Brown before next supervisor meeting.
       iii. Day shift and Tiger shift, I have not been getting your DARs. Please make sure you do so.
       iv. Notice the certain coding. (Response to J. Starks and background checks)
    b. DC
       i. Want to see all of them after meeting. Game saturday will have a lot of people. Remember folks cannot leave bags. Not for a second.
       ii. If we find something at the game, this is an athletic event, ask athletics to designate a lost and found to drop items. After the game, we can secure.

We are not lost and found. Captain, can you contact Mr. Robinson to confirm location of lost and found.

c.  Chief

    i.  Had to do a reorg for department and an audit today. Had to change a few things without changing a few things. Had to put some divisions in place. Division of parking and mobility, access and systems (tiger one, VP, locksmith, system analyst-stuff that Fred Holts was doing), patrol operations(investigators, probationary, community service), communications (dispatch), critical incidents and details (EOC, any incident, emergencies, regent/president/etc detail). All divisions fall under DPS. Each division has a specified amount of people. This proposed. Will let you know if it is approved. Will send out to you guys. Probably won't do any changes.

    ii.  SGA has an event tonight. In Public Affairs Building 114, panel discussion. Need two officers to sit on panel. It is called "know your rights." Not just for here, but in life as well. From 5p-7p. (For B. Brown, D. Barnett)

    iii.  We had some more bomb threats. More in HBCU. If one is targeted, all are target. Let all officers know to stay on alert. If you see something suspicious, say something. In the garage, it was full of trash, as reported by VP Spaulding. Call the appropriate area so they can take care of.

    iv.  Game for Saturday. Captain is the supervisor. Who has the president? Last game of the season. Called Tiger Caucus game. The suite will probably be busy. All elected officials in city and state invited. Who's working the game? Need to find someone else. Ochi cannot work. Don't wait on one person. Find someone else, and send it up to me. Not really. But J. Hilliard, help Captain out. You too C. John-Miller. (Response to Captain)

    v.  Mr. Dunn, what is going on with key for new core put in? Asking, because Sunday was official move in. Their official setup will be by KTSU. On righthand side by glass doors when you walk in. Told BET we couldn't give (15) spots in Lot M. Told we could give (4) and the remaining in S1. M. Allison, please mark S1 with cones. They will be walking with officers. If selected to walk with the cast, wear a mask and take a covid test. It is a production. It is reality show. You may be on camera. Don't be shocked if they ask questions. One cast member had to drop out (Souja boy). Will be replaced by Slim Thug. Stacey dash, Lamar odom, Big Freida. They wont come out until 2p. Classes from 11a-5a. Not sure if their Tiger cards will have their real name. Will have their Tiger bucks on their. They are going to do everything like normal students. They arent opposed to doing autographs, but the purpose is to go to school. It is only 4 weeks. Emails will go out tonight for officer assignments. They are not coming to pep rally. Only coming to the game. May have to move people. They changed security team, because needed 5million insurance. They originally had an all black security. Now do now. They cannot carry their weapons. Email tonight to meet the cast. Brittney and Terry selected because of the Tiger 1 cards. Only ones we know for a fact they will be on TV. Didn't want to give them that many spots. (Response to Allison and Lot M)

vi.   Have you all met the new VP of research, VP Penn-Marshall?

vii.  They are anticipating and pushing hump day tomorrow. Day shift
      supervisors, please let your guys know. They want to do it all. This is just
      for TV.

viii. J. Howard will be the new investigative corporal. D. Barnett will help on
      his days off. Waiting on him to say when he will start. You must let C.
      John-Miller and B. Huseman know (Response to J. Howard stating he
      could start now). Send an email. (Response to J. Howard) J. Starks, when
      you coming back to nights? You still hurt?

ix.   Keep J. Bridges in your prayers. Encourage him to take his time and heal.

x.    TSU Relays: Shouldn't you get with mobility about parking for TSU
      relays? (Question to Captain)

xi.   When we are checking student reageants, we are checking to make sure
      they have not been handled by our department. We don't do a who CCH.
      Just tell them that part. (Response to J. Starks)


******Meeting end: 5p****

35

3/8/22

# SUPERVISOR MEETING

# AGENDA



| Lt. J Starks | Cpl. B. Huseman |
| --- | --- |
| Lt. J. Bridges | Cpl. S. St. Romain |
| Sgt. B. McCray | Cpl. N. Onubogu |
| Sgt. I. Jones | Cpl. B. Auzenne |
| Sgt. D. Barnett | Cpl. J. Howard |
| Sgt. T. Dorsey- (LATE) | Mr. L. Dunn- OUT |
| Sgt. J. Hilliard-OUT | G. McAfee |
| Sgt. C. John-Miller- (LATE) | J. Ward |
| Sgt. B. Brown- Working on Campus Event | J. Holiday |
| Sgt. M. Allison | |

**Command –** Chief Young, Deputy Chief Brown, Captain Etheridge

- **TSU Relays**

**Round Table Discussion:**

1) **Lt. J. Starks**
   a. **They have started calling. I don't' think all of them are calling. Usually, Sundays is busiest, and I only had one call. (Response to Captain about Uber) Yes ma'am, name, shop, and mileage. (Response to Captain and gas receipts) So you don't want dispatch to dispatch your officers? (Question to M. Allison) When they go to a place, do they let dispatch know they are gone somewhere? (Question to M. Allison) That's the issue. (Response to M. Allison). Chief doesn't want him to do that. (Response to B. McCray) I think what M. Allison is saying is it would be easier if he is contacted directly, because he knows where his officers are. (Response to Captain) You can't go anywhere else! (Response to J. Bridges). We must get forms in a timely manner. All that whining and complaining, and they do not turn in their forms on time. Saw a lot of times where times on sign-in and WPR do not match. Let's do a better job of checking forms and teaching officers**

how to fix. Make sure you let officers know that corrections are needed. It took me twice as long to do it. It takes J. Bridges two hours to do forms. C. Scruggs told me that, not J. Bridges. I had to call Brian (both Brians), C. John-Miller. I had to call a lot of people. I don't think it would be fair to C. Scruggs to retrain so much. (Response to Captain) I know we are getting more reports approved. We are trusting our officers that are good writers. Don't get comfortable. The to and from, officers are using time got call and time cleared. It is for the times of the crime. ARMS is more powerful than we give it credit for. It is actually a policy that when you attend training, you come back and share the information. Good idea to benchmark what others are doing. (Response to C. John-Miller) B. Huseman. (Response to Captain) I have the email. Yes ma'am. Response to Captain about the mock tornado drill) Will call him. (Response to Captain about J. Hilliard)

2) Lt. J. Bridges
   a. The bikes just need to be serviced. (Response to N. Onubogu) Can we get an accurate count of how many bikes? (Question to N. Onubogu)
   b. You know the mileage shows up on the receipts? (Question to G. McAfee about gas receipt information)
   c. Thank you for all the calls and checks. Please listen to your body. I've never been hospitalized. It was an eye-opening experience. Thank you, C. John-Miller for coming out. My wife was there, but couldn't leave my son out. I didn't work while I was out. I mostly relaxed and rested. Especially for us that had covid. Make sure we are enforcing our grooming policy. To enforce it, we must practice the policy. Captain taught me. (Response to Captain on who taught J. Bridges to check payroll documents)

3) Sgt. B. McCray
   a. Roundtable: I do not have anything for today.
   b. What did they do? (Question to M. Allison about why parking plan that was so special for the game) They do not have to bump you when they are on a post and get a call to be dispatched. Officers just need to tell dispatch they are at a post. (Response to Allison)

4) Sgt I. Jones
   a. What is the status of bikes, I know you have submitted some quotes on bikes? (Question to Onubogu) we need new bikes. (Response to N. Onubogu)
   b. I know there is a lot going on with BET onsite filming and everything. I know Chief said she would send an email out for guys that will be working, but haven't seen anything. It would be nice to know what building they are going to and the general schedule, so we are more aware. No, I haven't seen them. I don't even know what time they come until the doors are opened at KTSU (Response to Captain)
   c. Send them to the call if M. Allison is not here. (Response to dispatch and Captain)
   d. Send me that form being used for ticket and tows (To Holiday)
   e. Event starts at 10a, they will arrive at 930a. There will also be a mock tornado drill tomorrow at 10a. B. McCray will be out tomorrow. I don't have the details on the mock tornado drill. I don't know where it is supposed to take place.

5) Sgt. D. Barnett
   a. Sergeant junior. (Response to Captain on who to call if M. Allison is out) Great job on the garage. Best dumping I've seen in a while. It was a 16-year-old idea.

We finally caught up with it. Please consult with our subordinates on when they are taking calls, especially when the calls involve things of the sexual nature. People live here. If you have a female that must pat search, and a female police officer is here, let her search. We must get back to common sense policing. Not worth a liability on the department. Must be a little smarter. Use good judgement when dealing with the opposite sex.

6) Sgt. T. Dorsey
   a. Gas receipts: Turn it in on time. Do not hold on to the receipts.
   b. Restriping: Is this the order that you want the lost done in? (Question to M. Allison)
   c. Is that not what happened today? (Question to M. Allison) We have no problem. M. Allison can dispatch his officers to wherever, or he can call dispatch and let them know where they are posted. We will call him to dispatch his people. (Response to Captain)
   d. Make sure when the officers go off campus, they notify dispatch of all information so if 101 calls to ask, the information is provided. You are still required to answer your phone and radio.

7) Sgt. J. Hilliard- OUT

8) Sgt. C. John-Miller
   a. Game: Want to thank Tiger shift and Second shift for coming in to help. Beat up PV really well. B. Brown and N. Onubogu got together for garage plan. Thank M. Allison, because even though he is over the garage, he let me know every detail he decided upon. He kept up with me and things went smoothly. Night shift try to be as visible as we can. The students are getting heavier on smoking and trying new drugs.
   b. Training class about property: Very informative. Not the only organization that has the issue. The problem of how to dispose of evidence legally, properly. For our organization, we should have our own policy on how to discard evidence so that does not fall on the district attorney. I have not found that yet. Trying to meet with UH or Rice University. Rice University, because they don't go through the DA. A lot of the info here is us sending out emails, letter of notification, of returning property in the case of evidence not going to the DA. If they are not interested in that property, then we can dispose of. We need a policy to cover that. Also, in reference to DNA, they want us to keep that forever, no matter what CCP says. We need to check back with them if we have problems. Something to sit down with Command staff on how to proceed. Yes, a fillable letter. Yes, I can email it to you. Myself and Cantu went. (Response to Captain)

9) Sgt. B. Brown

10) Sgt. M. Allison
   a. We still have the 14 call boxes out. AT&T does not support them. We have out of order signage on all of them. Stretches out across campus and could be a liability. We need to get a bit more serious with taking care of these. Stripping is almost finalized. C. Robinson-Davis working with vendor. We look at a date when we finalize. A, B, E, S-1, K are lots looking at to restripe. Doubt can be done during spring break. Probably will be in the summer. (Response to Captain) No particular order that they will be done in. (Response to T. Dorsey) The order will be evaluated at a later time. Wanted to piggyback off of Captain. N. Onubogu did a very great job with the strategy for dumping the garage. N. Onubogu came up

with the idea to start the parking a couple blocks past Ennis and Blodgett. (Response to B. McCray) Last thing I want to address is this issue I am having with dispatch. I am having this issue that when officers come in at 11a, they are being told to do like they do not have a supervisor. For example, a line of calls came through today, but I already had officers in position I would appreciate if the issue is brought to me so I can handle. If you need something from my officers, call me, and I will handle. It will ease the confusion. No ma'am. (Response to T. Dorsey) No, because dispatch doesn't know where I put my officers. (Response to J. Starks) That's something that Chief said not to that. Dispatch does not know what my officers are doing. Things change at a last minute sometimes. That's fine. That's it. (Response to Captain) It goes to the next supervisor, I. Jones. (Response to Captain)

   b.  Question about time: Did a time out at 1130. If I am not finish with logistics, I would need additional time to clear. What then? Edwards back. Is everything back to normal? (Response and question to Captain)

11) Cpl. B. Huseman

   a.  Check to see if they can give a volume discount. (Response to N. Onubogu) Thank you J. Holiday for the help at the entrance and exit of West garage. I noticed it went a lot smoother. Had the idea 16 years ago. Better late than never. Went to a training on Low Light Building service. Though we may think it "it aint broke, don't fix it", but we may need to upgrade sometimes. Kudos on the way we did the garage. Went to the lowlight building search in Pasadena, TX. They have a shoot house. They use live fire. Did some training with using long barrels on a search. The idea is using them in a poorly lit building. The techniques are common sense, but went into when to use and when not to use your flashlight.

12) Cpl. S. St. Romain

   a.  I think bike barn does all of that. (Response to N. Onubogu)

   b.  Yes, but they want the information on the top. (Response to J. Bridges and gas receipts) Makes it easier for Chad to file.

   c.  1805 in the shop. Thought it was the transmission, but it seems electrical, or it might sit for a year.

13) Cpl. N. Onubogu

   a.  Suggesting increase the use more bikes and Segway to help budget, because the price of gas is going up. This will probably affect our budget. Went by bike barn, saw a few bikes. WE could get just get stripes. These are hybrid bikes. The bikes are about $750. (Response to I. Jones) No, I did not get an actual quote. Yes ma'am, I will have tomorrow. (Response to Captain) They need maintenance. We only have 3 bikes. They work, but over like 12 years old. Brakes, wheels, not innertubes. B. Huseman, B. McCray, myself, E. Goldman, and I. Jones. Suggest about 5 bikes purchased. (Reponses to Captain)

14) Cpl. B. Auzenne

   a.  FTO program has two PPOs. A. Chambers is in Ghost phase. E. Takang is still in ghost phase 3. Spoke with C. Jones. Will review his book. Will get with the lieutenant to come up with a plan forward with his training.

15) Cpl. J. Howard

   a.  Kind of observing what's going on with my area. A few meetings with my investigators to get program on track. This is my 3rd day on. Piecing it together. Appreciate recommendations.

16) Mr. L. Dunn–OUT
17) Gaynell McAfee
    a.   When turning in their gas receipts to help Chad at the end of the month, noticed some officers are just putting their badge numbers. They should put their shop, their name, and mileage. (Response to Captain) And turn it in on time.
18) James Ward
    a.   Roundtable: Stay vigilant and stay safe. So far so good. (Response to Captain about Housing) I haven't heard anything with uber. (Response to Captain) They are meeting drivers at the door. The drivers are not going in. (Response to Captain)
19) John Holiday
    a.   No not me, we have the same off days. (Response to D. Barnett on who to call in M. Allison's absence)
    b.   We've had call about tickets and calls since we have cut off the grace period. The gates are closed, and students said they thought for the entire year. $40 a semester. Students are being informed. An officer at Blodgett entrance to reinforce that. We came up with a form so that if we get a call, we get the details of the call for ticket and tows.
20) Command Staff
    a.   Captain
        i.   Game: West garage, s-1 mostly full, even started going to s4. The plan utilized worked well. Parking was empty at most 30 minutes. Take down the plan N. Onubogu, because we want to use at commencement and large events. In case anyone is not aware there was a small altercation that broke out between the Deltas and a juvenile. A minor attempted to break the line while the Deltas were strolling. Open investigation. Be mindful of where you put people and who works best.
            1.   Parking plan: A person at the intersection of Blodgett and Ennis to hold the light. They had another body further down at the stop sign to keep traffic flowing. One body at Wheeler to stop traffic from coming back towards Blodgett help exiting traffic out. At S-1 they closed the Blodgett exit and opened the Tierwester exit, made traffic go towards LLC and kept if from coming back to Blodgett. It kept the traffic flowing. (Response to B. McCray)
        ii.   EJs: Make sure when you receive forms from officers, then it goes to lieutenants first. There are layers to vet the forms. Supervisors, you must be mindful of how many hours officers are putting in for EJ permits. Just received a form for an officer to work 32 hours over in a week. The lieutenants are also doing business checks for calls for service.
        iii.   Open Cases: Thank you for being on top of open cases. However, lieutenants, we must decide who is taking over for officers that are not here. Some for Joseline, Valverde, Lacroix, Stanley, and a few others no longer here. You guys decide who taking over or you clear up yourselves. When Chief goes to do her annual report, this information shows. If the report shows a case open for six months, that is a red flag. Check your ARMS reports daily. You should know if someone working your shift and has a report open.

iv.   TSU Relays: Waiting on B. Brown to show up. Each supervisor is getting a specific area to work. Will pick up when he comes in. (DID NOT DISCUSS, B. BROWN DID NOT MAKE THE MEETING)

v.   Return to Bike Patrols: Chief did mention when it is warms, to start using bikes and Segway. Did you get a quote? (Question to N. Onubogu) Ok, get a quote and submit it to J. Bridges to submit to C. Robinson-Davis. (Response to N. Onubogu) What's the status of our current bikes, are they operable? How many bikes do we have? How many are certified to ride? How many bikes do we have? How many bikes do you suggest we purchase? (Question to N. Onubogu) Ask about lettering and if we must outsource. Make sure the quote is itemized. Note if they are lettering, or if we must outsource. (Response to N. Onubogu)

vi.   Roundtable: Is there anything going on in housing? What about Uber? (Question to J. Ward) Is there anyone not familiar about Uber? Have you noticed anything with the Uber? (Question to J. Ward) College Hill Concerns: Have you noticed anything with BET to be mindful of? (Question to IJ) What information should they be putting on the receipts? (Question to G. McAfee) Just name, shop, and mileage? (Question to G. McAfee) What lots are we having done? Will we have it done when school is out? (Question to M. Allison about restriping) If you could advise your officers that when they have a call, to let dispatch know they are on post. (Response to M. Allison) I got that. (Response to J. Starks) So M. Allison, you can call dispatch and let them know where your officers are posted, but when they change you have to update dispatch. Who handles when you are not here? (Questions to M. Allison) Is it a fillable letter? Did they email it to you? Did anyone else go (C. John-Miller) Anyone else go to training recently? Lt. Starks, can you please forward that email about the mock tornado drill to everyone? Will bring up to chief about officers being off campus. What happened to J. Hilliard? An update on J. Hopkins? M. Edwards? United is bringing 10-12 vehicles, tomorrow. Please block off spots in s-1.

1.   Uber in Housing. Covers 11p-7a. If the students order uber eats, doordash, etc., then they call dispatch to notify them of the delivery. Then dispatch transfers to Video Patrol, and Video Patrol will ask a list of questions. When the drivers arrive, Video Patrol will verify.

2.   Gas Receipts: St. Romain, send out an email to advise what info to put on gas receipts.

3.   Edwards: We will side bar.

vii.   Welcome Lt. Bridges Back! There are a few suggestions. Either lieutenants alternate, or each supervisor takes a chance. Who did it before you, J. Bridges? It is time consuming. But it shows how important it is for you to check your officers' forms. Do the checks and balances. When you are doing an event, you need to put eyes on your officers. If I come and ask you if you are done, then that's when you get an end time. If not finished, then communicate it. C. John-Miller sent an email to let know end times. Whoever is on shift can verify end time. (Response to M. Allison)

b.   DC-Out (VACATION)

c.   Chief

https://bluejeans.com/791162945/9992?src=calendarLink&flow=joinmeeting

36

3/22/22

# SUPERVISOR MEETING

# AGENDA



| | |
|---|---|
| Lt. J Starks | Cpl. B. Huseman |
| Lt. J. Bridges | Cpl. S. St. Romain |
| Sgt. B. McCray | Cpl. N. Onubogu |
| Sgt. I. Jones | Cpl. B. Auzenne |
| Sgt. D. Barnett | Cpl. J. Howard |
| Sgt. T. Dorsey-OUT | Mr. L. Dunn |
| Sgt. J. Hilliard- LATE | G. McAfee |
| Sgt. C. John-Miller- LATE | J. Ward |
| Sgt. B. Brown | J. Holiday |
| Sgt. M. Allison | |

**Command –** Chief Young, Deputy Chief Brown, Captain Etheridge (OUT)

- TSU Relays Follow-up
- Request for access
- Request from Surfside Beach PD
- ETSECP
- Upcoming Events
  - Intro for B. Chaney & M. Robinson

Round Table Discussion:

1) Lt. J. Starks
   a. It is sign-up. They just have not been granting vacation. Off days are observed. (Response to Chief about Spring Fest) Yes ma'am. The problem is the parking on Sampson Street. The event is held in lot across from Burger King. People park down Alabama. Some of our students go. (Response to Chief about Frontier Fiesta)
   b. The audit we went through. Some things we need to change our process on. For instance, the processes in running records. For example, noting timely entries. It

is a dispatch thing. Officers do not input vehicles. Dispatchers input into TCIS. That was it. Just entry processes. Maybe 2 hours. She came from U of H. (Response to DC) For a purchase like that, will we have to get bids? (Question to Chief about bike purchase) That's one of the things that we told him as a security officer. Kofi has a heavy accent, but we told him Kofi slows down and talks purposefully. (Response to B. Huseman)

2) Lt. J. Bridges
   a. Told DC, I was in HEB and received a compliment for how the parking was handled for the relays. I noticed even with dumping the garages and S-1. Within 30 minutes, the lots were clear. Did contact Mr. K. Ellis, because I have received too many questions about Spring Fest. He said April 17-22nd. That Sunday is actually Easter Sunday. They are still doing the line-up. Looks like lineup will mainly be in H&PE. With that being said, that is redlined, correct, but not mandatory redline. (Question to Chief) Received response to informed response on assault. It is like 30 minutes with TCOLE online. We are about 50% compliant. We took the class in December; it was not the correct number at U of H course. Informed response to policing. (Response to Chief) We mandated for officers to go. Haven't seen too many outstanding reports. The issue is not going to be grammatical. It is lack of certain information. The supervisor must make sure they check everything. (Response to Chief about why reports are kicked back) For example, a vehicle incident reported. We know vehicles were broken into, but there was no vehicle information. We know we talk about approving reports. Make sure the meat and potatoes are included. Any supervisor can approve. Normally shift supervisor. (Response to Chief on who approves reports) U of H is having their Frontier Fiesta. It is like Spring Fest. May have large crowds. Frontier Fiesta. U of H. (Response to Chief) I have spoken to S. St. Romain about our vehicles, because this is not the first one. This is maybe like the 3rd or 4th one. May be a manufacturer issue. I have a question in reference to a request for a tram on the Tiger walk from 8a-11a that Sgt. M. Allison received last minute. Do we have a hierarchy for next level to reach out for approvals? (Question to Chief on contacting staff regarding requests received) They charge $500 in taxes, and they will take it off. (Response to DC about bike prices)

3) Sgt. B. McCray
   a. What kind of rifle course in Texas City? Is it a one-day course? (Question to B. Huseman)
   b. The severe weather from this morning has come and gone. Trying to register for hazardous material tabletop. There is no link or phone number. Called Greater Houston and waiting on a response for their class. Everyone in this room, please communicate. Before M. Robinson's comments, I did not know B. Philips was headed to community service tonight.

4) Sgt I. Jones
   a. Just reiterate the checking reports. Want to commend B. Brown, M. Allison, N. Onubogu, and C. John-Miller on relays and the parking. Y'all did a great job.

5) Sgt. D. Barnett
   a. It has not been mandatory. (Response to Chief about Spring Fest being Redline)
   b. People encourage the reduction of idling of vehicles. Gas prices are going up.

6) Sgt. T. Dorsey: OUT SICK

7) Sgt. J. Hilliard: LATE

8) Sgt. C. John-Miller: LATE
    a.   I. Jones, thank you for checking on me making sure I got home. I rode into it. Everything good at home. TSU relays were a very good program put together. Placement was good. Concern on the inside was the labeling of the gates. We used Northside, Eastside, etc. instead of the numbers. This caused issues. Numbers need to be placed inside on Durley. Kobi Granger. Seen him a few times inside H&PE to wash clothes. Told he was given access to dad. Need to know that he is approved so we are not getting calls. After 12p, in Locker room area washing clothes. Happened last night. Told to me the first time. M. Collette told me it has happened more than once. He has a key. The officer said has a key. He had information on CAD. He notified me. I did not go out. (Responses to Chief) There were complaints of smoking in the booth. The external security company was smoking in the booth before our security got there. Exit gate for lot S-1. Student decals for S4/5 and UAV. Wanted to find out if that has been given out. Need more information. The one pink in color has the "21" hole punched. The email about payroll on the 15th. The concern was that they did not receive it nor receive an update. They don't know when check is coming. T. Treece is mad.

9) Sgt. B. Brown
    a.   Henderson sent 4/18 - 4/22 for Spring Fest. They are a day off, so I am not sure if they just have a miscommunication internally. Mrs. Henderson also said there is a 3 on 3 competition that will occur. It is supposed to be worldwide. Been reaching out regarding when they will have a meeting in reference to this. (The 3 on 3 Event)

10) Sgt. M. Allison
    a.   Mr. Holiday hit on all the parking items. Is there possible to have a representative or someone on the relay committee to update some of the technology for collecting? I think the "grab a ticket" method is outdated. The tickets went to online purchases, and the ticketholders scanned QR codes upon arrival. (Question to Command Staff) So, this goes to our parking account? (Question to Chief) There was no complaints from collectors. Just want to provide options for payers. Other question was price of parking, because it was slightly reduced. Was there a reasoning for that? (Question to Command Staff) Allowing re-entry we were faced some types of complaints. Referring to garages. (Question/Response to Command Staff)
    b.   Golf coach wanted a tram on the Tiger Walk. As you said, someone had to be willing to pay the tram guy. That's how it went. She declines. No ma'am, athletics wasn't on the email. (Responses to Chief)
    c.   C. Martinez should not be on the list. (Response to Chief about shift differential)
    d.   If they did not have a Tierwester hang tag, they have not purchased one period. (Response to C. John-Miller and UAV parking)
    e.   Is there a specific letterhead to put on those? (Question to DC about documenting counseling)

11) Cpl. B. Huseman
    a.   Passed on some information to those interested in carrying an AR-15. Enrolled in class in Texas City two days after graduation. Could be a beginning. Want to thank the parking supervisors for a job well done Friday and Saturday. Not any major issues. A few minor things to bring to the table for next year. It is literally a basic patrol rifle course at Texas City Law Enforcement Training academy.

Two-day course. (Responses to B. McCray) I can do that. (Response to DC) Here recently. (Response to Chief about Spring Fest Redline or not) Suggestion for language. I have a stutter and stammer, and I talked to Chief before. Think less auctioneer and more monotone. When I slow down, I tend not to stutter. I've never been criticized for it, but have been told it is funny on the radio. It is important on the radio. Slow him down would help somewhat.

12) Cpl. A. St. Romain
    a.  Sometimes they need to use our garages to have trams come get guests.
    b.  That truck in the shop that we thought the issue was electrical. Well, that issue is the transmission. Some gears broke inside. Not sure how bad the damage is until they take it apart. It is under warranty. That wrecked shop, they just started working on, because they received the parts. Umm Hmm. (Response to Chief about if this is the new vehicle) This is the 3rd one. (Response to J. Bridges on the number of vehicles with the issue)
    c.  Also idling adds up to 100000 miles, and it can knock cars out of warranty.

13) Cpl. N. Onubogu
    a.  Has been. (Response on if Spring Fest is Redline) Most of the time I do it and someone follows in a golf cart if they can't make it. Yes ma'am, just a loop around the campus. Tiger walk>Tierwester>Cleburne sidewalk>Ennis Sidewalk. Some faculty and staff.
    b.  Was able to get the quote on bikes. Would like to reintroduce Segway and bike patrols. The exact quote was $7059 for six bikes without striping. Ranging from med to large. No sir. Just about $900 a bike. (Responses to DC) They are the current vendor. They called this morning saying they want to close out the quote. No, it doesn't not include helmets are stripping. They don't have police written on them. Yes. Yes, I have a picture (Response to Allison). They are Trek. They are hybrid. I am certified. (Response to Chief) Deshawn (BET girl): I have observed several student code of conduct violations. We just must document and start process. We have encountered several times.
    c.  HBCU fair: is April 2nd. From 10a-4p. Will send information to Chief. (Response to Chief)

14) Cpl. B. Auzenne
    a.  A. Chambers should be completing FTO training. Monday should be her last day on the Ghost phase.  Will reach out to you all and send up her info. E. Takang is still working. None major that would hold her back in program. For Takang, his language is part of it. He does not follow the steps for investigations. When it comes to taking accountability, he wants to blame someone for not teaching him. I find that not to be true. It is issues like that and investing in his career. He takes one step forward, one step back. (Response to Chief about FTO deficiencies) Working closely with T. Jones. He's been with every FTO and been in program since Halloween. His retention of knowledge is lacking. Any help to get him through this program, I am willing to accept.

15) Cpl. J. Howard
    a.  So far so good in investigations. Currently keeping a log sheet of cases to show status to forward to Command so we know what is going on. Using ARMs a bit more. There is a section that covers investigations. I have reached out to a few agencies to increase resources.

16) Mr. L. Dunn

   a.   Did you see the email I sent? Trying to get electrical people. Quite often I take it
        down to talk to people. I'm not always conscious of it. Sometimes I forget.
17) Gaynell McAfee
   a.   The initial time was 130p. She had finished the previous audit earlier and had
        moved the audit up. Captain told me to pull it up and let it down. While I was
        letting it down, Ada told me to stop.
18) James Ward
   a.   Reginald Clayton drives that vehicle. Tierwester 4&5. Night shift security has
        been more vigilant in dorms. Think everything has been going well.
19) John Holiday
   a.   Nothing going on currently. Permits still coming in, because gates are down. Just
        reviewed a few appeals for parking in reserve spaces. Been denied, because not
        their reserved. Feel we are getting the message across.
   b.   The decals are always hole punched. It has an issue and expiration. I will handle
        by end of shift today (Response to DC)
20) Command Staff
   a.   Captain
   b.   DC
        i.   L. Dunn: They wanted access, but still haven't identified their people.
             When do you feel you're threatened and need to wear a mask? I ask,
             because you got on that bus when we went out of town, and your mask
             was down.
        ii.  B. Huseman: Do you have a flyer? (Question to B. Huseman and training
             class in Texas City)
        iii. J. Starks/G. McAfee: Audit: How long did it last? Did she come from
             Austin?
        iv.  N. Onubogu: What kinds of bikes are these? You said $7000? You said
             bikes? Do they have motors on them?
        v.   Anyone on night shift drive a red dodge truck. Do you recall where he was
             assigned last night? We will talk. (Question to J. Ward) Remind everyone
             on documented counseling. We must forward that up. We must track
             those and file them away. I can send template (M. Allison). I know we have
             internal investigations. Did you lose time or money? Trying to devise a
             way to keep better track. The marque sign, was it changed? (Question to
             Mobility) Thank everyone for the basketball games and relays for the
             work they put in. I hear some ideas to move forward with next relays.
             Keep them in mind.
   c.   Chief
        i.   TSU Relays:
             1.   It is one of the only events that the University allows DPS to keep
                  the revenue internally. Any other events we must complete the
                  form and the funds go back to general funding. That's why the
                  documentation is completed, and it stays in the property room.
                  That's why it is hand cash. We keep it in a safe. We do not have a
                  technical person in our department. Until we can fulfill that
                  position in house, we must go old school for collecting. I know this
                  is a headache for some cash handlers, and this is why they go
                  through those trainings. If this is bothersome to those collecting,

we can delete it all together and revert to the old way. The previous method does not help our department. The food you eat often, that money comes from the money we collect. Also, the purchases we make in the department. We can look into better processes, but I am looking for the good of the group. (Response to M. Allison). It does not go to our account "parking." The cash on hand goes throughout the department. For the university, it goes to the University general funds. The university will give out the money how they see fit. We do not have a 5013c. We don't have our own foundation. We depend on our operational budget. We don't do fundraisers. The only time we can collect this type of money is through TSU relays. (Response to M. Allison) That was a command decision. TSU relays has been around forever. We are limited on parking. For VIP, we felt $10 was more than enough for people coming out. The number of participants were not the same as before. Attendance and ticket sales have declined. To charge $25 parking when it is $10 to get in is embarrassing. $5 parking for the garage is comparable to what is being charged on the street.) No matter what we are still benefiting from some type of funding. (Response to M. Allison S-1 is re-entry. We cannot do that for garages. The floors would be full all day. S-1, the placards are easily identifiable. Letting a garage of people out is a lot of time and manpower. The relays work themselves. The hardest part of the meet is those collecting money. We can agree to disagree, but I am stating the obvious. (Response to M. Allison)

    ii.  Spring Fest:

        1.  You're asking? (Question to J. Bridges) I didn't know Spring Fest was a Redline Day. Has it always been a redline day? (Question to Supervisors) When you say recently, what is recently? (Question to B. Huseman) I need to update my notations because I did not know Spring Fest was mandatory. I thought you sign-up to work those events. Not like homecoming. You could decide to sign-up to work or not. I never had that. Commencement, Move-in/Move-Out, Homecoming, TSU relays, and one other. I never had Spring Fest. If that is the case, I need to update my documents. We need to decide now if it is a Redline day. Redline means you can't take off, or call in. For events, if we have people sign up and then call in, then we watch for pattern to not allow others to work it. We must be careful what you say. It is sign up. If we cannot find enough coverage, we can have a conversation on drafting people. It is not redlined.

    iii.  J. Bridges: What was the title of the course? (Question to J. Bridges) Make sure we know the classes we know to take. There is house bill and senate bill specifying campus police to take that course. Make sure you take the class by Friday. This year is an audit year.

        1.  Frontier Fiesta

        a. What is it called? Who is hosting it? How does this affect us? They did it last year? The 5 years? I don't remember hearing about this. (Question to J. Bridges)

  iv. **Reports:**

        1. Why do we have so many outstanding reports? (Question to J. Bridges) Before an officer OD, why can't that supervisor look at the report? Why is that not happening? If it was, then we would not have to worry about kickbacks. There can be a supervisor that looks at the report the same day. Let's have when an officer is working on a report that runs to another shift, the next shift supervisor reviews it before the officer ODs. Every supervisor is responsible for checking that. It is ok for an officer to take a report if an officer is almost off shift after 18 hours for someone to take over unless it will jeopardize case, or they are the arresting officer.

  v. S. St. Romain: Those are the new enterprise vehicles? (Question to S. St. Romain)

  vi. M. Robinson:

        1. Girl Talk: Is this volunteer? (Question M. Robinson about Girl Talk)

        2. Fun Run

            a. Who usually helps, you Cpl. N. Onubogu? Just a loop around the campus? Is it faculty and staff? It is from 12p-1p? Just an hour? (Questions to M. Robinson and N. Onubogu) Is that Coach Reynolds? This is not an approved event. It is denied every year. If you don't fill out a liability form, therefore the University won't take on responsibility. He does on his volition. Officers just help when the see people collapsing. May need to sit down and talk to him about this.

  vii. Brown/Robinson/Brittney

        1. Sgt Brown is out Special events supervisor. He handles all special events. I do not need anyone calling around about events. I know we want information, but we have a point of contact. I don't give it to you all, because in the beginning it is always wrong. The last I heard about the Spring Fest is the President had not approved due to some of the artist. Until you see something from Sgt. B. Brown about artist, because we are working on artist approval, and the president has not approved Spring Fest. He is our point of contact. If they do not get him, they will get me. Student Services isn't event Student services. It has a new name and an entirely different department. The staff is new to TSU as well. It's just April, and the President hasn't event made her year yet. It shouldn't take 2-3 weeks to do an ops plan. Be patient. Respect the process and persons. We will rely heavily on Sgt. B. Brown. Especially in the Spring. This brings me to Community Service. When Sgt. Brown gets events for campus, he will give to both lieutenants to put up in the garage for officers to sign up for. We must make sure we can

handle. You must ask the people what they are wanting from our department. All these vents come with a cost.

2. Mark Robinson will take over Community Service Part. Making sure we are in the Community internally first. Make sure we are inside dorms, down the Tiger walk, etc. He seems to have a good repour with the students. I am not asking you to be at every event. I am asking you to make sure that every event they ask us to cover are covered, and you share the information with the supervisors. Prior to Covid, TSU was on top of the world. The city wants to see TSU thrive. TSU wants to thrive. We need to bring more positive things that are happening. This may mean last minute arrivals and events. I understand we still need staff and manpower. Just be patient. The President attests to our department and appreciates us. She sees the hard work that our department is doing. Make sure we have the same positive attitude around them. This will help take the load off Sgt. Brown.

3. Brittney: there is always a request for something. Make sure you send it to her so she can outline. She is also over the website. Like Parking. Thank you for that. Y'all did a wonderful job of updating the information. Any area that you think we need to update, send to Brittney to update. Saw personal numbers, and people getting calls at night. Anything updated on site, send to Brittney.

viii. Tram Issue:

1. She would decline. We do not do business over the phone. We only do business via email. She doesn't have a budget. (Response to M. Allison regarding tram issue) That would be athletics. It will probably be Steffan, or operations for Athletics. It is different, because other groups don't have a chain of command for us.

ix. J. Starks: It can't be dispatch. Dispatch only dispatches. The records department can only record what's input. Officers do the report.

x. N. Onubogu: Are these police bikes? Are you all trying to put on a class for bikes? She probably has a lot of mental issues that have not been addressed. This may go more towards the Care team. She believes she stays in lofts aka the Cuney Homes. She believes she works on the set of BET and they owe her money. She believes Little Wayne is her cousin. None of her classes are on campus. Criminally, we do not have anything on her. She has not interrupted the educational process. She has violated the student code of conduct with her dress and her vulgar language towards BET. That is why we have intervened. They are working on things for her. They already have it. Just document as a report. Just seeing her isn't a crime.

xi. B. Auzenne: What deficiencies with A. Chambers and E. Takang? If it is just language or officer safety, we need to check.

xii. B. McCray: Please give us information before it happens. We could've drowned waiting on your report. Send the information out to the supervisors. If you could give us things like that, that would help us prepare. That saves calls about school closing. We are cognizant of people's safety. I always call to ask if roads are passable. This is tornado

season. Brittney, I know you sent something out. Can you also include Sgt. B. McCray to send out? Nobody should've called in sick. Late, yes, but not sick.

d.  Kobi Granger: Who worked dispatch? Was it a key or a swipe card? Granger wouldn't have given access. Did anyone go over there with an officer to confirm? Granger's son should not have a key to a building. As far as a swipe card, unless Terry gave access to him before coming under us, I don't see him getting access.

e.  UAV: Thought I seen an email from Y. Barker on status of parking and resources.

f.  Missing paycheck: Who did I say to notify in that email? I know nothing about the payroll. Mrs. Scruggs caught the issue. Texting Mrs. C. Scruggs, shift differential. Some that we do, we back paid for September. We put folks on a shift for 180 days. March was our deadline. If still on shift, we back paid them. Not sure if off cycle. Everyone on night shift should have it. Only applies to evenings and nights. What do you want us to tell officers asking? This affects almost 70 people. We must do better. That's something he needs to send out to departments. Somethings I cannot say.

g.  Trying to find out what happened to Mr. Holland. No one knows. Kudos for TSU relays. Not everyone is going to be pleased. I know we lean on others harder than others. This week is the last week of BET. Not that drastic. Not that bothersome. We couldn't get a lot of people to get assigned. Robinson worked all his off days. They worked on shift or after. Wednesday there is this thing called a Culture Fest. It is BET's thank you to TSU for everything. They are having everything. They are supposed to load in generators, tents, audio today. They are going to build a stage. For this reality show, they are switching our Hump Day to Thursday. They want to show what Spring Fest looks like at HBCUs. It will be on the Plaza from 1p–4p on Thursday. Not sure of how many food trucks. BET is doing all the logistics. They don't want TSU to do anything. That's going to be 3/24. Tomorrow is the meet and greet for new Chief of Staff. Heidi Smith retired. Go between 3p–5p. There is a memorial for Kenny Burrows on Saturday. He was a Houston Oilers and prodigy of TSU. Connie Cochran is spearheading. They asked for one officer and 3 security officers. Sgt. B. Brown will post up. 10a–3p. Mr. Burrows time is coming in from Florida. Warren Moon is set to speak, and his son is set to speak. A lot of oilers will be in town. In Sawyer auditorium. There is an HBCU career fair that will happen. Can't find anyone at TSU that knows about this fair. It is a step show. If you google and find, let's push that out there. Think it is happening this Saturday. On Friday they have a graduation at Sawyer. That when you will see a lot of BET on campus. Deon will be on campus. We might have more people than people for that day. June 18 &19, emancipation park is hosting 150th anniversary of June 19th. Saturday and Sunday. Frankie Beverly and Come Function(?) are the artist. The city is going to shut down the streets by emancipation park. Ernest Walker is our contact person. We are involved because they want to use TSU. I'm sure the president will want to attend. I know we received a complaint about the tram. That it doesn't stop, and they are rude. Tell your guys to use discretion and tell riders they will be back. HBCU received federal funding for bomb threats. Come up with ideas on how to use money. Asked for fencing and camera upgrades. I want to get rid of this system and start all over and get with a person to properly train us opposed to what we use now. It has not helped us. It is always down. We need it on separate internet. Share issues

with me so we have ideas when money comes. DPS did not get anything from the $94 million. Two people started this week. One in purchasing and procurement. They know we need the truck and simulator. They know the importance of the things we need. April 2nd is going to be the probate. The Kappas and 3 others will probate. Hoping not to use sawyer and maybe use Durley field. It's another sign up for. All of them on the same day. How did the sally port break McAfee? Call the vendor to see if we can fix. If not, then go with insurance. We must use directed patrol. There are a lot of things inside there that can go missing. We need to put someone there, because property is gone. Make sure every shift has someone there watching that. Between 6p-6a definitely. Actually, let's do 7a-7p. We know we will have the media on campus all day. They will be in the law school most of the time. Part of their assignment. Supreme Court justice hearing. That's what it is for. On Friday, the voting event from 10a-12p. It is actually on Thursday in the Education building. Sgt. Brown, did I send that to you? Sending it to you. Forward to everybody. DC you are also on it. This came yesterday. Someone put the President on the flyer, and she did not know. They had to take it back, and they added 20 other people. Apparently, the flyer has more people since they removed president due to lack of permission. Can't find flyer now, but will send once we find it. I am not sure. They are just having a hump day that looks good for TV. Same for voting. I don't know where parking is. Glenn is the contact. Once he gets an update, we can send to Sgt. Brown.

**Mark Robinson:**

Some of the female officers are attending the Girl Talk in Missouri City Middle School. It's Girl Talk. (Response to Chief) They are on shift. Umm, it is volunteered. (Response to Chief) A. Chambers, B. Cantu, D. Lawton, and B. Philips. Tomorrow there is a Fun Run event. At 12:00 pm. Asking for two segways. Starting at H&PE. Down Ennis, down Cleburne, up by Public Affairs, and back to tiger walk. Block around campus. Usually, we help out. Every year they help. Ask the volunteers to show up at 1130p.

**Brittney Chaney:**

I sat down with Sgt. Allison. We went over parking and verbiage. If you see something, please let me know. I also have a project request form. It is a proposal form. If you have something in mind, fill it out and I will boil it up the chain. It is updated for staff. I removed personal numbers from sites and updated positions. Is there anything they need from DPS for Thursday?

**C. Scruggs:**

Victor is working by themselves. There is no one in payroll. Only monthly employees. There is no Director. This was the first payroll by himself. Because there is one new person looking at payroll. We originally had it uploaded, but since it was not verified, the payroll had to pull the payroll. By sometime tomorrow midnight, the pay should be received. April 1st should not have the same issue. It is very important to verify. You can't cash on that being your only supplement. Things like this can happen. I wish they would've put something out. The person observed the holiday. They do not have a backup. Once I get clearance that it is hitting. Chase will hit first. I

would rather go talk to them, and then send Chief a message. This is a bad domino effect. Relays will be the 15th.

*****Meeting ended at 6:05pm******

https://bluejeans.com/791162945/9992?src=calendarLink&flow=joinmeeting

37

3/29/22

# SUPERVISOR MEETING

## AGENDA



| | |
|---|---|
| Lt. J Starks | Cpl. B. Huseman |
| Lt. J. Bridges | Cpl. S. St. Romain |
| Sgt. B. McCray | Cpl. N. Onubogu |
| Sgt. I. Jones | Cpl. B. Auzenne |
| Sgt. D. Barnett-DETAIL | Cpl. J. Howard |
| Sgt. T. Dorsey | Mr. L. Dunn-OUT |
| Sgt. J. Hilliard | G. McAfee |
| Sgt. C. John-Miller | J. Ward-OUT |
| Sgt. B. Brown | J. Holiday |
| Sgt. M. Allison | |

**Command –** Chief Young, Deputy Chief Brown, Captain Etheridge (OUT)

- Sgt. John-Miller's Presentation
- DC's Presentation
- Items from Chief.

Round Table Discussion:

1) **Lt. J. Starks**
   a. **Dumpster:** Those are in parking spaces or fire lines? (Questions to C. John-Miller) Yes, but we have issues like Sunday. A resident came in to supposedly drop off a guest and parked in a fire lane. R. Clayton could not see the back row. (Response to M. Allison) At one point they were talking about cutting the curb and putting the drain in the front. (Comment to C. John-Miller's puddle issue) I think for that DC, Nexus wasn't the original company. (Response to DC and bin placement) I don't think they come every day in housing. (Response to Chief regarding frequency of trash pick-up) Chief, do we still use fast cars, I mean fast signs? (Question to Chief) Yes ma'am, as a vendor. S. St. Romain said that those are the same can they roll out of the building an put out there. (Response to C.

John-Miller) We will have to verify with the custodians. There should always be a dumpster in the chute. (Response to DC regarding where yellow bins come from)

b. Cameras: The cameras aren't as bad as the old cameras. They are IP cameras and not tied into DVR in a closet. The IP cameras are tied to the internet. If any internet on campus goes down, it affects the cameras. The software we have now is more difficult to use. I can't think of the name of the software. Not sure if the current cameras are Genetec. I know it is G-something. It is the same thing in the cars. (Response to Chief). The problem is a review problem. (Response to Chief)

   i. Ada: I am quite sure it is Genetec, because I made a comment to C. Armitge that we used the same cameras at Shell.

2) Lt. J. Bridges

a. Dumpster: If the dumpster is that close to the gate, and the students are still parking around it, then it will still cause issues for the truck. (Response to C. John-Miller) You cannot tell the students not to parking in a parking spot. (Response to C. John-Miller) The dumpsters are in a space that were not designated as a dumpster lane. (Response to Chief)

b. Tow Slips: We can only use wrecker slip for vehicles on campus. I know we are keeping a list of wait times. Sometimes it takes more than 30 minutes to wait on wrecker. Some point and time, a discussion needs to be had with owner. Let us go back and look at it. I will get with M. Allison and I. Jones. (Response to Chief)

c. Bike Training: I talked with someone over there. I talked to them about the class we had. Yes ma'am, I will check on with U of H. 6-10 officers is about the cost per officer to complete the training. That quote is from last year. It was a scheduling issue. (Response to Chief)

d. Events: He has a sign-in sheet. (Response to B. Brown and Probate not having bodies)

3) Sgt. B. McCray

a. If want to call it a walkthrough. They do not have it together. Said they would email you the run of show. (Response to Chief about walkthrough) Not much for us. They told is the teams start arriving at 4p. Doors open at 6pm. Show starts at 630pm. Only performers in gray seats. All other visitors in maroon seats. Teams classrooms housed in rooms by sally port. Except AKAs will be in 155. Mentioned they are trying to sale 4000 tickets. They will have paid parking. Charging for They said $10. (Response to Chief) Students will be charged and can park in S-1. He has 4000 tickets to sale. I don't know how much tickets are. Both. (Response to Chief) Cash only. Exact change.

b. I say this every time. We need to share information. We have to stop holding information. Why don't we like to share? (Question to Supervisors)

4) Sgt I. Jones

a. Dumpsters: I know M. Allison was working on that. (Response to Chief)

b. Towing Slips: Have we approved the tow books? (Question to Chief) I was not aware of that approval. It is not all the time that we are towing. (Response to Chief) Video patrol has a positive ID. Yes. (Responses to Chief and Dr. Mosavin incident)

c. Events: I know we have the HBCU Black Expo, but that's Saturday. (Response to Chief)

d. We only have one building that has to be manned. That is Hannah Hall, correct? (Question to Chief)

5) Sgt. D. Barnett: On Presidential Detail
6) Sgt. T. Dorsey
   a. Tows: If the wrecker is going to take 20 minutes, they call and let us know. We then let the officer know.
   b. Cameras: The are supposed to split sources with the network upgrade. Chief, the name of the company is diversified. I got the name from Fred. Working on doing another training.
   c. Event: The women's event tomorrow (Response to Chief about event tomorrow)
7) Sgt. J. Hilliard
   a. Yes. (Response to M. Allison's question about officers manning gates at apartments & dumpster issue) Not all of them. (Response to Allison about permits and dumpster issue). No, that is Tierwester 2. (Response to Chief)
8) Sgt. C. John-Miller
   a. Dumpster Presentation: Pictures are a result of night shift dealing with problem of students parking and blocking dumpsters. Before towing, Chief requested signage and notices posted. Took the time went around dumpsters in residential areas to take pictures of issues. Tried to take pictures at night to mimic the view the students have at night. While we are discussing, it is good to mention this puddle of water at the Tierwester exit that does not drain. This is why we talked about towing, because we write tickets. The issue is sometimes they (the students) park before we get into work. Yes. They know if you do not park early, then you may not find parking. (Response to M. Allison) The size of the dumpsters may be the reason for their placement. While doing this noticed the lighting. Proposed maybe we put lighting around those areas. Went to another campus to compare. We need to confirm that where the dumpsters are is where they will be located to place signage. Yes, to make it visible. (Allison) I don't know. (Response to DC about bin placements) Every day. (Response to Chief's question regarding trash pick-up) They come normally at 3a. (Response to Chief regarding trash pick-up comes). This is right inside the gate. I just need to know if these will be the permanent locations so we can add markings. (Responses to Chief) That would mean the dumpsters are inside when the students park. (Response to DC)
      i. Towers Southeast: Red marking on pavement, green/red dumpsters in view. Students will park within the markings.
      ii. Tierwester 2 from gas station (Eastside entrance): Yellow bins. No markings next to dumpster. Dumpster moved from original area, and the dumpster box is secured. Students are parking along fence-line.
      iii. Tierwester 2 Westside, by T3: Two yellow bins. No markings visible at night where the bins are located. Students will park on the side. These are not fire lanes. Not even in spaces. Just normal space in the lot. (Response to J. Starks) We can see that, because we have trained eyes, or we know if this before. This is why I took the pictures at night to show what the students see. May need to remark or paint.
      iv. Tierwester 3: Same encloser to house dumpster. Trash there inside the dumpster area and sitting there for a while. Not being used.
      v. Tierwester 5: This is where we are having most of the problems. Markings on the ground and towaway red markings. Signage as well. This is where

   students always park. The truck cannot drive through area to get to the dumpsters in the back. These are liabilities when student park by garages.
  vi. Courtyard: No indication for dumpster there. Every other place is parking that has a dumpster in it. Students will park between lines just to have parking. So, is that the issue? The truck cannot get to the dumpster because the students are parking in a parking spot? (Question to C. John-Miller)
  vii. Only assigned dumpster across from Tierwester 1.
  viii. UAV: They are following the rules. Has the markings.

9) Sgt. B. Brown
 a. Events: No ma'am (Response to Chief about event tomorrow). No ma'am (Response to Chief about Southwest event) I am looking at the actual event list. I have the probate on Saturday at 6p. (Response to Chief about events this week) Other than what you just gave me, I have this fight like a woman in the Tiger room. 7pm. That's all I have as far as doing the week. (Response to Chief). I don't have none of that. All I have is 6p, in H&PE, and no bodies (i.e., no one has signed up) (Response to Chief). What you got is what I got a few minutes ago, because B. McCray briefed me on it. (Response to Chief) Have 7 police and 7 security, but that was before I found all of this out. When I spoke to Kala Saturday, he could only give me that the event is Saturday starting at 6p at HP&E. Yes ma'am. The HBCU thing is 10a–4p. It is on the plaza, student center. Yes ma'am, unless something changed. I Have 3 police and 3 security. I was speaking with Ms. Henderson. I didn't see a concert. Yes ma'am. (Response to Chief) Ms. Henderson doesn't have any information. She is contacting Kala. Career services is over the HBCU event on Saturday. Early morning load-in. 10–2p for concert. Then go to H&PE for full day of events.

10) Sgt. M. Allison
 a. Dumpster: There are no traces of that being a fire lane ever. I see red from here. (Question to C. John-Miller about T2 yellow bins) Do we have officers at the gates of these apartments? (Question to Supervisors) Do the officers advise students and visitors to no park illegally as they enter the gates? Do all of these cars have permits? Is it possible not to allow people without permits in after certain times? So, by 11pm, it is already looking like the examples in the pictures? I have 50 laminated no parking signs that can be used already. We have always used fast signs. Any signs we need we go through fast signs (Response to Chief) What signs are you speaking of? (Question to Chief) We haven't ordered them yet, but when we do it will be through fast signs. You are requesting ground markings? (Questions to C. John-Miller regarding dumpster issue)
 b. Tows: Majority of the time it takes 30 minutes or more to get a tow. (Response to Chief) Students will just park thinking it will be really quick. (Response to DC) The tows are occurring mostly between business hours. (Response to Chief)
 c. Segway training: The quote is old. I will refresh. It was sent to Chrystal. Yes, I do have a list of people. (Response to Chief) I saw a video training that I could watch, and we can possibly do it in house.
 d. Cameras: The problem is everything runs through Hannah Hall. If Hannah Hall goes through power failure, we all are affected. (Response to Chief) That should help. (Response to T. Dorsey)

   e.  Event: The Women's Convocation is tomorrow. Will be 5 schools: Cashmere, Yates, Young Women's Prep., Sterling & Wheatly. Bringing at least 50 students each. Buses will unload in lot C. The event is in Sawyer. Buses arrive at 11am. Students seated on the left & right of auditorium by 1130a. The event official starts at 1145a. Program ends at 1p. 110p kids eat lunch in the cafeteria. They leave at 215pm. 215pm buses depart campus. (Response to Chief) Buses will park in S-5. Need to advise pick-up on Blodgett so it's easier for them to get to cafeteria. Drop-off on Cleburne to get to Sawyer. Will communicate that with Mrs. Fisher. Drop off in Cleburne so they can go in Sawyer. Southwest: That is Thursday. The are expected to arrive, according to Steven Sheffler, as early as noon, 4–5 elected officials, 5 vehicles total. The arrangement is to park them on the West garage 1st floor. A tram will take them to the event and bring them back. (Response to Chief about Southwest) They've come at least twice in the last month. May start coming monthly. We just got a request for a food truck coming at 11a to park on the Tiger walk in front of the Student Center. Career event tomorrow. was not pushed though event services. Yes ma'am. Mrs. Boise with Career services. The food truck was willing to come on and cater to the career event tomorrow. Mr. Energy is the name of the company. I will forward this email. She said 11a at the Student Center. (Response to Chief) Forgot to mention Pilot thing in the Student center. Will be Wednesday. The event is at 9a in the Tiger room. It is a research conference. The 3rd floor in the Student Center. It 8 spaces required. Cones will be put out in Lot M by Hicks. Salaam will be checking over there at 830a. Will relay information to the sergeant. (Responses to Chief)

   f.  Can you add me six gates on your grant for the fencing? (Question to Chief)

   g.  Can we apply for timekeeping? (Question to Chief)

11) Cpl. B. Huseman

   a.  Lighting: longer than that, Chief. (Response to Chief's remarks about being without lighting for 5 years)

12) Cpl. A. St. Romain

   a.  Cameras: Gtak is in the cars. (Response to J. Starks)

13) Cpl. N. Onubogu

   a.  Dumpsters: It's in the way. So, if the students have to back up, they would be backing up into the vehicle right behind them. That is not the designated area for the dumpster. Right, they are in their spots. The dumpster should not be there (Response to Chief)

   b.  Bike patrol training: May have to go to Katy. Talked to them last year. No ma'am. (Response to Chief)

   c.  Cameras: I downloaded the manual for the software and spoke with F. Holts. Provided to Kofi so he could work. They are not proficient in working the system all the way around. (Response to J. Starks) Yes ma'am. (Response to Chief)

   d.  Events: From the Law School? From the US Secretary of Labor? (Questions to Chief about Att. Agosto) Just googling him. I spelled it wrong. Benny? Agosto he's the President of the HBA (Houston Bar Association). I didn't see anything online about him coming to TSU.

14) Cpl. B. Auzenne

   a.  Not that I am aware of Chief. I don't think anyone has taken that spot since Sgt. James left.

15) Cpl. J. Howard

a. We can all do investigations. When you are doing your narrative, don't just leave as open case. I would prefer if extra work needed, send to me and I can assign. We haven't set a timeline. Something I am working on. (Response to Chief and if you have a timeline for investigations).

16) Mr. L. Dunn: Out

17) Gaynell McAfee

18) James Ward: Out

19) John Holiday

a. Dumpster: Last I checked they were still a vendor. (Response to J. Starks about Fast Signs) Right, because the truck still cannot get it. (Response to J. Bridges and dumpster location)

b. Tows: The students can see the signs when they are going in. Many times, students are running late and will just jump out of a car. (Response to Chief/DC)

c. Cameras: Is it possible to have our own server so that our internet isn't dependent on the University? (Question to Chief)

d. Event: Yes ma'am. (Response to Chief) They will arrive between 130p and 145pm ; the VIP guests. So, around 12noon. It is afternoon. Probate: This is our first time hearing about this with parking.

    i. Ada: Y'all will need cash handlers.

20) Command Staff

a. Captain: OUT SICK

b. DC

    i. Blauer items: If you're interested can come and look at items sent in. These are items that the person we bought our uniforms for and if we are interested in buying in bulk, they can help us with. I don't know the prices.

    ii. Dumpster: Is there a reason why some dumpsters are not put in their designated areas? Is it because the trucks cannot maneuver get to them? (Question to C. John-Miller). We have a housing meeting tomorrow. Suggest posting signage for towaway. I would rather get compliance than tow vehicles. The issue will fall back on us (Response to Chief) Is housekeeping moving the dumpsters? (Question to Supervisors) I am assuming they put those in the chutes, and when the trash comes down they take the dumpster out for the trucks to pick-up. (Response to J. Starks)

        1. Housing meeting is at 9a.

    iii. Tows: Maybe we can put up more mobile signage in lots with most issues.

    iv. Monthly Evaluation: Yes, we can do that. (Response to Chief)

c. Chief

    i. Dumpster: Did you talk to Mrs. Scruggs? I think this needs to be shared, because they come three days a week. Do they come every day? (Question to C. John-Miller) They will come anytime. We can contact them to have them come out once we clear the cars. The supervisor will alter the route of the drivers. I mentioned this at the last meeting. I spoke to B. Huseman, C. John-Miller, and J. Ward. So y'all remember? Ok, so I don't need to repeat it. Didn't the owner say if we let his drivers know the time they can come at that time, because don't they come three times a week? (Question to C. Scruggs). So, they are on campus every day? But not the Tierwesters

(Question to C. Scruggs) There are three areas impacted (security, housing, and custodians). I know we have signage. We don't have signage?! I thought y'all said we have signage last week. Let's put better signage up; C. John-Miller and B. Huseman. Let's put notices up for the in the residence halls for the students to advise of towing. As a vendor. (Question in response to J. Starks about Fast Signs) I. Jones, did y'all go through fast signs for those signs Brittney is working on?  (Question to I. Jones) The latest signs y'all asked for, did y'all go through fast signs? (Question to M. Allison) Whatever signs y'all submitted to Brittney. I believe that was you that was working with her. (Response to M. Allison) What am I seeing here? So, are you saying the dumpsters need to be in a permanent spot? (Questions to C. John-Miller) Right, is that a parking spot? (Question to C. John-Miller) So are you saying the issues is the truck can't get to front because the students are parking in their parking spots? (Question to C. John-Miller) But the students are not wrong? Aren't the students in their spots? (Response to N. Onubogu) C. John-Miller, they are talking about the cars parked in red fire lanes. What's the best solution? Who does that fall on? (Question to DC) I know DC has a housing meeting tomorrow. Maybe that's something we can ask the housing meeting tomorrow. If the dumpsters are moving after the student's get there, then that is why. (Response to J. Starks) We want to make sure every area is complying. Some of the dumpsters are in parking spots.

ii.  Research Week/Tow Slips: This is research week. There are more meetings since we earned grants. Is there anyone that needs help in our area? The tow books were approved two months ago. Only change was adding Texas Southern University and where the tows are going. Captain and J. Bridges worked on. The last conversation is we want to increase parking prices. When towing off property have to use regular slips. Keep in mind this is an outside company. They are not an employee of TSU. They work regular tows. This is a vendor we are getting a service from. We are just letting go to an approved lot. There will be a wait time. Every time we are calling for a tow is it over 30 minutes? (Question to mobility) How often are we towing? Because it is like teaching, if the entire class is failing, we need to check our delivery. So, if we are towing every day, we need to change our enforcement. Is this just day shift. (Question to mobility) So, from 8a-5p. (Response to M. Allison and when towing Is occurring) M. Allison, J. Holiday, I. Jones. Do you want to recruit because we about to do a directed patrol? Are we saying how we are enforcing as far as ticketing and towing is not working, because most of the time we are towing vehicles? If so, we need to change up how we are enforcing things. Please look at something and let's start implementing tomorrow. If it is not working with what we have now, that's us. Did someone come and take the Cadillac converter of Dr. Mosavin in Lot A. If it happened between 8a-3p and no one saw, it says that no one on day shift was doing anything. We must come back with a directed patrol. We must show a presence to stop it from going on. We must be aggressive. They are

getting comfortable. The sun is shining, and people are coming out. Mobility and dayshift you must work together to get coverage.

iii. **Bike/Segway Patrol:** N. Onubogu, what's the status of training for bikes? You said yes. Katy? Did you talk to U of H? Why did you go so far? Last year? (Question to N. Onubogu) We just had this conversation last week. Did you talk to them since last week? (Question to N. Onubogu) Y'all, University of Houston is right across the street. They have the training that we are asking to do. Half of the training isn't right, but they have the same training responsibilities. Certain training, they have must be taken by us as well. Let's find out who is over their training. Who is over training here? (Question to Supervisors) Thank you J. Bridges for volunteering. Can you please reach out to the person over their training? DC, what is the person's name? J. Bridges, can you find out about bike training? (Question to J. Bridges) They put on the training themselves. It is not hard to ask them when they are putting on their training and to see if we can add 3-4 people. We are trying to increase our visibility. We are getting very comfortable in our cars and things are happening right under our nose. What are we waiting on for the Segway training? (Question to M. Allison) The quote was submitted to Chrystal? When? (Question to M. Allison) It was submitted to Chrystal. Can you refresh list and send it out by Ada throughout Public Safety? So, it is us. I prefer the person that is licensed for the training to conduct the training. We do not need any injuries. (Response to M. Allison) Was the issue that Chrystal didn't pay or with the guy? I can't see that Chrystal didn't pay.

   1. Ada let's check the cost of mobile signage.

iv. **Monthly Evaluations:** Monthly evaluations need to begin. Officers are sending emails saying there is a disconnect. We will have to split those that were under Sgt. James. I've told them that it is a safe place, but I am getting to many emails. They are not being asked their strengths and weaknesses or what they need help on. DC, do you think we can place those under S. James to another group place them? (Question to DC) We still have that vacant sergeant position. You will need to share those duties.

v. **Camera situation:** You know the grant for bomb threat doesn't pertain to public safety. We are trying to word is it helps with student mental stability and helps with enrollment, because they feel safe. Focus on better lighting for campus. It is not lit up. DC sent me multiple emails. This has been an issue for at least five years. Asking for money for fencing. The current fencing looks like a prison. It is not inviting. Something to beautify the campus. Cameras: We need to find a company that can train our video engineers. It makes no sense how every camera is out. Not sure if it the software. These cameras we paid almost 1/2 million dollars for, and we cannot see makes no sense. Want the software housed in DPS and person over works in DPS. What is the name of the software we have now? (Question to J. Starks) Are you saying that the users are proficient in using the system? (Question to N. Onubogu) Can we have the company come and train? (Question to N. Onubogu) Send the information to Chrystal so we can learn how to work cameras. That is one of the things I

asked about last week. (Response to J. Holiday) Is the delay because the system? (Question to N. Onubogu) I don't need Fred to do the training, because he is not in our area. It is not fair. Not sure if all of the video patrol knows or supervisors. The complaints don't go to Fred. Parents do not care that we have internet problems. They care that we say we will keep the students safe. We cannot depend on someone that is not in our department. Fred cannot speak from a police/security perspective. He has the ability to push a button from his house and watch a camera, and he is not in our area. That should bother us. It bothers me.

vi.   Events: There are so many events. Some just popping up. B. Brown, I know that they have overwhelmed you with events. Do you know about events tomorrow? (Question to B. Brown) See the problem? (Question to Supervisors) Only T. Dorsey and M. Allison know about the event tomorrow. We have that critical incident phone. Do not wait the day of or for someone to ask you about it to give the heads up. M. Allison or T. Dorsey, can y'all tell us about the event tomorrow? (Question to M. Allison and T. Dorsey) What time does the event start? (Question to M. Allison) Is that when they all leave? (Question to M. Allison) Is southwest airline tomorrow? B. Brown, do you have that one? (Question to B. Brown) Guys, stop going on the internet and pulling that stuff from Kala Ellis. The information may not be accurate. For the things that are going on now, someone in our department has been contacted. I am not sure if the information is going to Mobility because they need parking, or if the information is going to dispatch because they need to be on a list. If you start getting event notices, forward it to the correct party so that we can plan in your absence. I've noticed more things are going to M. Allison on Friday or on his off days, and he does not see until Tuesday and the event is the next day. Then we are rushing to get cones and items to accommodate the event. There should not be any event that happens on this campus that you all do not know about. I am not talking about meetings. I'm talking about events that happens on this campus. Whether if it happens on your shift or not.  We need to do a better job at communications. So Southwest airlines happens Thursday, J. Holiday? Is that an evening event? (Question to J. Holiday) This is part of this partnership with Southwest and TSU. Ok, the Women's convocation is Wednesday. What do you have for special events on your calendar? You don't have nothing for this week? Is that all you have for this week (Questions to B. Brown) So there are two things on Saturday. Before we get to Saturday, do we have anything on your calendar for Wednesday other than what we just gave you? (Question to B. Brown) See that's how it happens. (Response to M. Allison and new request) Is this for a particular event? (Question to M. Allison) Step out and call her to ask if this is an event and if this went through event services, or did we overlook an event, because we do not see it on our calendar. Shift Sgt. McCray can handle convocation. Your shift can handle, because it starts at 11a, almost 12p.  It is contained in Sawyer. Maybe one unit. It is high school kids. Brittney, is there anything happening tonight that involves our department? Tomorrow? Is this the women's convocation thing?

(Question to B. Chaney) This just means that we are just going to be busy all week. This is also research week. This involves internal and external individuals that earned grants. So that's Wednesday and Thursday. Now Friday. Do you know if anything going on Friday, J. Holiday? (Question to J. Holiday) Ok, yes we got that. (Response to B. Chaney) She did not? Did you tell her to get with Event services? And who is this again? Why did she need a food truck (Question to M. Allison) Do we know about a career event tomorrow? (Question to Supervisors) That's Saturday. I am talking about internally. The event Saturday is external. (Response to I. Jones) Did she tell you what time? (Question to M. Allison) Ok, B. McCray that may affect your day shift again. I also have on my calendar a visit from Attorney Agosto. Anyone know anything about that? I don't see anything. He must be visiting President from 11a-12p. I don't know who that is. While he is looking up that, B. Brown you have Phenomenal Women at 6p on Thursday. Ada, you have ETSECP at 6p on Thursday. Let me know when we are on Friday. Go with April 2nd. I know that HBCU explosion is happening Saturday. Did y'all do a walkthrough today with Mr. Durant, B. McCray? (Question to B. McCray) Is that for the Probate? They don't have it together? How much are they charging for parking? (Questions to B. McCray) Probate: Let's discuss since this is Tuesday and this is the first time for a lot of us hearing about this. So, it will be in H&PE. Is this what you have? (Question to B. Brown) I thought he said something about 4000 tickets. (Question to Supervisors) How much are tickets? Are they doing presale or at the event? (Questions to B. McCray) That affects us a lot. Cash only means we have to be there if some tries to snatch and grab. We will need our cash handlers. This is almost like relays all over again. How many people do you have listed? That's enough for H&PE? But it is not free to get in. (Question to B. Brown) We need more information for that today. Let's try to meet with J. Durant today. Try to contact him. That's a lot to spring on us. They don't even have a run of show. It has nothing to do with our operations plan. We want to talk logistics. They are talking about utilizing us for taking up cash, presence, and to monitor cash handling. Not to mention who is in gray area or maroon area. They have to do a better job. So, Kala and Mr. Durant. HBCU event: Now what are you doing for the HBCU event? That is earlier than this one, correct? What time is that? Where is that? It is outside? Who is the contact? Isn't there a concert? (Question to B. Brown) I thought I heard a rapper coming. You want to step outside and contact Ms. Henderson? (Question to B. Brown) Need to talk to Glenn Austin about Benny Agosta visit Thursday. (Response to N. Onubogu information for Att. Agosto) Wednesday, Thursday, and Saturday seem to be our busiest days. Seems like a lot of things happening tomorrow from 7a-3p. How do we look on Wednesday and Thursday with officers? (Question to Supervisors) Cpl. Howard, you may have to get the investigators to suit up. Supervisors, you may have to run calls. Y'all keep saying officers, but you are officers too. Sometimes our job titles don't fit our job descriptions. Some events we will all have to be workers. Research week: Honors college. 9a-2p. Tiger room (Student center on 3rd floor). Requires parking. Make sure we are

sharing information. Brittney, I don't care if you have to come to every supervisor meeting and let everyone know of events from Community Outreach team. Pass-on are great. But if we are not talking about, it doesn't help. There are no secrets. I depend on y'all to take this information back. Starting to have camps. TRIO upward Bound (going to UAV learning center). Band is coming from Ennis and going to Tierwester and Alabama (by east garage in grass) for summer camps and practices. Football starting their games. Spring game is April 8, Friday. Sgt. Jones will give time.

vii.   Cases: (NOT RECORDED) T. Jones will give us information on cases. We have to make sure close cases before end of shift. Can you text me the name of the employee? (Question to T. Jones) It is very important to have these conversations with our students. Cpl. Howard, do you have a timeline for investigations? Dr. Mosavin was pleased that they talked to him like they cared even though he is upset about the incident. This has happened three times at TSU?! Ok, three times, and this employee is still employed at TSU. This is why the DA is stepping in.

viii.   Blauer: We are not going to ever know if things are nice. Nice things sometime cost. If it is someone else, I want them to have things that I want. We may be able to find a sponsor. I'm sure we can find someone to do those things. We can do it. Even you guys can sponsor to give for officer of the month or supervisor for the month. We need to uplift our officers. Brittney, I know you can come up with a logo.

ix.   Lot issues: Every lot that we have a problem, there is a guard shack. Either we need to house an officer there or we need to remove shack. Gate arms do not prevent a crime from happening. The only way we can prevent a crime from happening is if a crime is not happening. With the exception of Lot F, we have a guard shack at the lot. It is expensive to move them. Either we fix them with AC, heat, phone, and internet or we will move for $10,000 again. But then, where do we move them? We still haven't gotten the gate fixed on Lot F, and we have the license plate and video, and we still didn't do anything to it. May have to man guard shacks. Correct, only Hannah Hall has to be manned. The others are a common courtesy. We may have to use the other officers, because we need our staffing back. Dispatch is understaffed since I've been here while you all are thinking we don't have enough people.

x.   Did you all get your check from overtime and special events? That's not the truth, because I got an email!

   1.   So, you all did not get that check that was supposed to be part of March 15th, was supposed to come the by the 18th, but didn't come until March 24?

xi.   We just can't hire anyone until September 2022. The President sent that email. Most of the supervisors are providing Presidential detail. It is just a matter of conversating. She will put out another org chart under herself.


Special Guests:

Tyrone Jones: One of our staff members sexually assaulted a student. Groped her outside her clothes. The video doesn't show the actual incident. Just moments before. Show the victim run out the room. We have the case of the fight at TSU/PV game between Deltas and 14yr. Old. We have a lot of camera phone video, but not the actual fight. Not sure who was the aggressor. A lot of folks saying the minor was the aggressor. No unbiased reports. 3-4 sexual assaults. One was a guy exposing himself to his girlfriend thinking he was going to get active, but she was about to break up with him. A few where women do not want to press charges. Doesn't matter. Still goes to DA.

Chandra Scruggs: The owner of nexus wants us to make sure that the area is clear in front of yellow dumpsters. If not, the trucks cannot access to pick up trash. They usually come daily. Either you have to move cars around, or we have to put up signage so that cars do not park in those areas. They can come back, but at some point, they may charge us to come back. Happening mostly in T3, 4 & 5. The towers they do daily and Sterling. They are on campus at some point. Not Tierwesters. Only M, W, F. If they are in the area, they can come back if we notify them. We don't want to get to the point where housing is asking about why trash wasn't picked up. He (one of the custodians) messages me between 8a-9a to advise of dumpsters blocked.  Those things are heavy. Where they are located is where they will be. Except maybe the one by the Towers. The yellow ones should be where they are located. Will airdrop photos to DC.

Brittney Chaney: Tomorrow morning at 11 there is a women's event. I think it is at 1130a. Yes, it is at Sawyer. (Statement to Chief about Wednesday event) Even though we are not part of event, they are still having event tomorrow night at 7p in student center for Women's history month. I have sent the flyer for tomorrow, and our patch is still on the flyer, but we are not partnering with them.

*****Meeting end 6p*******

https://bluejeans.com/791162945/9992?src=calendarLink&flow=joinmeeting

38

4/5/22

# SUPERVISOR MEETING

## AGENDA



| Lt. J Starks-Late | Cpl. B. Huseman |
|---|---|
| Lt. J. Bridges-Out (Medical) | Cpl. S. St. Romain |
| Sgt. B. McCray | Cpl. N. Onubogu |
| Sgt. I. Jones | Cpl. B. Auzenne |
| Sgt. D. Barnett | Cpl. J. Howard |
| Sgt. T. Dorsey | Mr. L. Dunn |
| Sgt. J. Hilliard | G. McAfee |
| Sgt. C. John-Miller | J. Ward |
| Sgt. B. Brown | J. Holiday |
| Sgt. M. Allison | |

**Command –** Chief Young, Deputy Chief Brown, Captain Etheridge (Out-Sick)

- Enterprise
- Meetings about report/incidents

Round Table Discussion:

1) Lt. J. Starks
   a. Talked to a couple of companies about simulators. Virtra. Not local but will forward information. They would come out and set up. Invariance. Like a fax training. Putting together proposal and will try to get to me tomorrow. Laser shot can come out and update the quote we have (Will). Still a good system. He is local. May be the best thing.
2) Lt. J. Bridges
3) Sgt. B. McCray
   a. We need to get it together. If someone is messing up, say something. Otherwise, we will keep having meetings. Communicate. If you have something that went to you, send it to the entire group. This Friday is the spring game. It starts at 6p. Talking about having the band, cheerleaders, etc. there. Maybe we can cut these

meeting here. If you need something, give I. Jones a call. He can assist. We can talk before we get to them. Nothing in my area. Are they walking it? Digging? (Question to I. Jones about pipe tracing) Ask yourself what will the Chief say? What will the lieutenant say? What will the sergeants ask? Take care of that before you leave. Think what the level above you will ask. C. John-Miller, before you sent that long email, you should've thought about it, because a report wasn't done. Remember we are on a college campus; we are not on the streets. Think of that. These kids come first. The Chief, president don't play about kids. Without kids, we don't have jobs.

    b.   Is there a date and time for Segway training? (Question to M. Allison)

4)  Sgt I. Jones

    a.   Do as much talking as you can. Sometimes you just have to let them touch the fire. (Response to D. Barnett) The spring football game Friday at 6p. Spoke with Coach Nicholson via text. Need officers to work the gate and the track for stand control. If we get gate closed that leads to track, then the gate can work itself. Band, Cheerleaders, and some student organizations will be there. B. McCray will get with band. Do student organizations fall under athletics? Student services? (Question to supervisors) Trying to get a gauge on how many people to expect. Going to start line tracing on campus. Start Thursday morning at 7a on the West side of central plant. Every 100 yards. Trying to get direction of pipes. Walking. Just tracing Thursday. Will come back later date to dig. (Response to B. McCray) Not sure if you know where sidewalk is between Education and Terry library. Don't need anything from us currently. I know M. Allison and B. Chaney sent out flyer for segway training. Not sure how many signed up. If there is an incident that involves a threat to staff or supervisors, make sure those reports are looked at complete before Chief gets. Check for any possible questions Chief may ask. Especially if there is an arrest involved.

    b.   Overview: Went over segway training coming up. Four people signed up. (Response to Chief) Wanted to ask about convocation we just got a notification about today. Resolving our own matters. We talked about firearm training. Yes ma'am. Convocation that is happening tomorrow. It is at 12p at H&PE. (Responses to Chief) We also talked about Spring Football game on Friday at 6p on Durley Field. Band, Cheerleaders, and student organizations. Coach request officer for gate and track. B. McCray will check on band, cheerleaders, and student organizations. No that is for the Football game. Friday. April 8th. Yes, according to Coach Nicholson.

    c.   Convocation: No. (Response to M. Allison about convocation notice) Tomorrow is Wednesday, and they have a Humpday. (Response to Chief about Convocation preparedness) Asked so I would know if I needed to help with President. We have three. E. Goldman, B. Philips, A. Chambers, J. Sawyer. N. Isaac is on FMLA. Sgt. McCray and myself. (Response to Chief) Just may be concerns with dumping the garage. (Response to Chief)

5)  Sgt. D. Barnett

    a.   We have some real disgruntled employees at TSUPD. They are not happy about days off, pay, etc. Right now, we are hemorrhaging. We are constantly losing people. We cannot add staff until September 2022. Take care of your people. Days off and salaries are out of our hands. What we can do, what I try to do is

cultivate an environment to enjoy each other. We try to talk it out and work it out. Handle situations before they get to Hannah Hall. Initiate the conversation if you need to so that person will trust you. Don't run to Chief. Figure out the solution before taking it to Hannah Hall. We don't need that kind of heat in our department if a youngster does not want to listen, what should B. Huseman do? Jones? (Question to I. Jones)

6) Sgt. T. Dorsey

    a. Sometimes they may not seem like they're listening because of their demeanor, but they may be. Keep talking. (Response to B. Huseman)

    b. One-time Purchase: is it possible to have a restroom in the dispatch area?

7) Sgt. J. Hilliard

8) Sgt. C. John-Miller

    a. Being visible on patrol. The issue from last week and parking by dumpsters. That has been taken care of from meeting with housing. Housing agreed we can tow anyone that is parking illegally. Requested an additional email sent out & cc' DPS, but I do not have a copy of that email. Let's hope they send it out this week. Will hold off incase an oversight. Incident last night. I sent an email to supervisors last night. Once a report is done for an investigation, don't forget make sure you check with both sides. Advise them not to contact the other person. That's why this case went beyond what is supposed to be at. Then we can see the next steps.

    b. Cars: In police car, cage stops you from moving seat back. Chevy is a bigger car. (Response to Chief)

    c. Question on President's entrance gate. It is always up at night. I have asked why it is always up. Have asked M. Allison and J. Holiday. Do we leave it open? (Question to Chief)

    d. We don't have the box key on zone 3 keys. (Statement to Supervisors)

9) Sgt. B. Brown

    a. Overview/Convocation: No ma'am. (Response to Chief) All the students with with 3.0 to 4.0 GPA is being honored. Anyone with a 4.0 GPA will get a plaque. The good thing is there is no dinner, but they are adding some activities afterwards. $5 for parking.

    b. Convocation: Yes ma'am, I am good with that. All the professors will be there in their attire. Will be approximately 1000 students. Yes ma'am (Open to the public and that's just those with 3.0–4.0 GPA). We will. (Response to Chief)

    c. You called about President event. 10 officers and 10 police sign-in available. Supervisors are voluntold. Yes ma'am, the entrance. (Response to Chief)

    d. Monterrey Fest: Will be both days.

    e. Time issue: Mr. Moore was the issue. I spoke with him about that. I don't know why he didn't have a form for him. He did work. He was driving the trams that day. Why he didn't complete form, I am not sure. I will take the blame for that.

    f. Law school has an event on Friday, April 8th.

10) Sgt. M. Allison

    a. Shout out to B. Brown, B. McCray, everyone involved in last Saturday. Also D. Barnett and J. Holiday for a tremendous job on Saturday. We have an event on April 9th. Chief will talk about. Believe I sent email from Eddie Davenport to everyone. The additional inform not in email is 8a-1p. Shouldn't be any buses. All

cars 250-300 people on a Saturday. Not sure how to fit all those kids in the student center. They say the kids will be split to go around room. It is through event services. Mr. Davenport advised there is not email yet, but May 6th is Transfer Day at the PAB building. Expecting 200 people. Event is from 9a-1p. Again, this is Transfer Day. The event is pending, but I wanted to give a heads up. Segway training flyer out, with B. Auzenie, there is only 4 people signed up so far. The flyer has only been out 24hours. Tomorrow is Honor Convocation. Did anyone else know about? It starts at 12p at H&PE arena. Maybe have West garage open to the public. Just received email from Mrs. Pollard with more information and forwarded to everyone. The rest of my items I need to speak with Chief/DC. No, just trying to get a headcount of who wants to do it. (Response to B. McCray) Yes. Also Dr. Pollard sent email for $5 parking for the parking garage. Just sent the email before meeting. Just have from noon. I agree. (Response to Chief) You can look at it that way, but we can do like any other event. Typically, those with hang tags we let them in for free. Only those with hang tags should be parking in the garage anyways. We typically just charge for those without hang tag. So, if they don't have a hang tag they pay $5 regardless. We can look at that both ways. (Response to J. Holiday) I think on such short notice, we shouldn't charge. (Response to Chief)

    i. Ops Plan: Yes ma'am. (Response to Chief) The event starts at noon. Tiger shift comes on at 11a. We can go straight to post to prepare for the event. We will get the signs and billboards updated today. I don't think there is much to prepare for since it is at H&PE. I don't think anything needs to be done. It is a small event. It's not going to fill up H&PE. I don't think it will be like the probate. When I say "we got" I am only speaking of parking. (Responses to Chief) We will have the Blodgett side of the gates open. We will have someone there. (Response to Chief and Ops plan) Tomorrow will be a bit tight for us as far as manpower. We will have the garage covered. We don't come in until 11a. We have roughly three people out. One day-time is on vacation. I have A. Barnes, I. Salaam, M. LeBlanc for 8a. For 11a. Me, J. Holiday, and C. Hicks come at 11a. Yes ma'am, I can uses one of my 8a guys to cover Lot F. We can use A. Barnes (Response to Chief) Davenport said they will have tours. (Response to Chief)

**b.** Outreach Event: April 9th event in the Student Center. I wasn't sure if you wanted to add anything to it. Mr. Davenport. Right, tour on campus. Yes ma'am. 8a-1p. (Response to Chief).

**c.** Investiture: Is that the same sign-in sheet? (Question to Chief)

**d.** President gate: I have an answer. They need the IP address on the call box. Chris Payne has asked to call PMX. Don't want it charged to the department. Even though it is an OIT issue, Chief? (Question about charges for President's gate)

**e.** Loops in lots: Is it possible to get PSX looked at, because the wires are showing, and worried gates can't tell when gates are coming down. PSX took over from the previous company. The gates are at the end of their life.

11) Cpl. B. Huseman

    **a.** I know I will ask for advice from some of the old hams. We tell people they are messing up and if they didn't heed our advice, that is on them. With this younger

generation, they do not want to listen. Having an issue with connecting with the younger generation and telling them they are messing up; they need to stop. I know the contract is 3 years if you don't want to pay for equipment. Maybe we can share with them that if you stay 3 years and get 3 years of experience, it is better than going somewhere else and the 3 years are wasted. Encourage them to stay 5 to get vested. Found 3 academies that offering AR-15 training. They offer a ridiculous amount of ammo for a ridiculous price. The prices are ranging from 1000 rounds and $100 for class or 2000 rounds and $200 for the class. In the past have gone to Texas City to take the class. This particular class is two days, 500 rounds, and $45. The class is offered September 12 & 13. October 10 & 11. The October class is a few weeks before homecoming. September class is a few weeks after classes start. May be a bit quiet to take classes. Link: Texas City Law enforcement training. The last time I went the training included shots form 100 yards away.

    b. **Convocation:** Night shift will go ahead and block off the ramp at the West Garage. (Response to Chief and Ops plan) I know things change, and we may have to call audibles, but we do well. Like that near fight on Saturday.

12) Cpl. A. St. Romain (Step out for part of meeting for interview)

    a. **Cars:** Ford closed. Chevy is opening back up in May. Jeff wants to have a meeting to go over. Want 22 tahoes. To replace all vehicles. Admins need one. Still have that car in the shop with transmission issue. Also just got the parts for the car Crystal wrecked.

13) Cpl. N. Onubogu

    a. Yes ma'am, I am graduating in May from TSU. (Response to Chief)

14) Cpl. B. Auzenne

15) Cpl. J. Howard (Left for an interview. Returned)

    a. You are an investigator. Don't just take a simple report and pass to investigators. That waste time when we can be handling a more serious case. You can walk the case through yourself. If you are confused, you can call and ask, and we can offer assistance. If you get to a wall, we can take over.

    b. Is it possible to move the time clock? I know it was moved for covid, but now it's loud.

       i. No problem (Mrs. D)

16) Mr. L. Dunn

    a. I have a doctor appointment. Will let you know when I go downstairs.

17) Gaynell McAfee

18) James Ward

    a. That's the problem. Should've seen that video at the college where Sennette had to stop a student acting crazy. They need to send that to her since they feel no one can do wrong. (Response to B. McCray)

    b. Do you know how soon we will get charges and radio batteries?

       i. I know J. Bridges is working on, but I don't know the status as of today. (AR)

19) John Holiday

    a. The student organizations will be with student services. (Response to I. Jones)

    b. **Convocation:** Yes ma'am, Attorney Marcus Esther. (Response to Chief) I don't think we should. I think it will be too confusing to figure out who is the parent and who we are letting in for free. You will have people asking why they have to

pay $5, and they didn't know. It's too much hassle. (Response to Chief) Email said about 1000 students in the middle of the day. (Response to Chief) As far as ADA, there is ADA on every floor so they can access elevator. (Response to Chief) We can have an officer at the gate as they come in. Cones on the ramp to keep those from parking. Last time we had 2-3 officers. We brought a Segway. We guided officers in.

   c. Tiger ball: We wore Class A for Maroon & Gray.

   d. Monterrey: 5-7 buses. Cars for parents. At Sawyer.

   e. Construction team: They have been taken care of. 5 temporary cards and permits issued.

   f. We put down. If you have an access card, you can go in. They just can't use the call button to get access. Not sure who puts up. We put it down when we leave. (Response to C. John-Miller)

20) Command Staff

   a. Captain: (Out Sick)

   b. DC:

      i. Convocation: I am fine. (Response to Chief)

      ii. President's Investiture: It's a great opportunity. I think it will be a lot of people. Where will night shift put cones? When we say it is a great opportunity, it is because we are working on something. It lets them see what we do, how we do, and how professionally we do it. So, when we ask for something, we can show them how we were on an event they put together. That's why we say it is a big opportunity. It is her day, but it is our day. Let's see what the climate looks like as we get closer to the event.

      iii. Cars: Can seem to get a meeting after we rescheduled. He stopped responding. Don't be hasty until you drive one.

      iv. Report/incident: Let students know that what they say matters. Saying I'm going to kill you or kick your butt means something. Let them know. It is criminal. If they continue, then this will be their consequences. Don't do one part and pass to investigators. You must talk to both parties. If you don't, then it is too late, because the threat is carried out. Sometimes you cannot wait. We don't have that time.

   c. Chief

      i. **Overview: You have a lot of people signed up Sergeant? (Question to M. Allison about Segway sign-up). Yes, I just got that notification too. (Response to I. Jones Convocation/Overview) Is that the Honors Convocation? Is that tomorrow at 12p? (Questions to I. Jones) B. Brown, did you know about that? (Question to B. Brown) SEE IN EVENTS BELOW Ok so since we are in April, do you know about April 11·Monday and the press conference. There is a press conference on Monday. Do you know about the Texans? Let me get my calendar. One is the 11th and one is the 13th. (SEE BELOW IN EVENTS) You want to talk about the events tomorrow before I talk about the 11th and the 13th? (Question to Supervisors) Ok, let's talk about the events for tomorrow. How is it going to look tomorrow? Did you ask about the west garage? (Question to M. Allison) I think you guys did an awesome job on Saturday for that early, large crowd. We've received some great publicity on it. It was a good appearance from our department. M.**

Allison asked if we could just put out the trams. Thank you to those that came early. Kudos to night shift and probate.  Although we had a couple of things, for the most part things went well. A few organizations will get conversations on their behavior.

ii.   Football game: Is this about the convocation? When is it? (Question to I. Jones) So, everyone will be there.

iii.   Sunday: 4/3/22, group of girls on the track. Said officers were helpful with getting them in on time. I know officers have been working. The sun is shining. When the sun shines, more crimes occur. Take it easy on your staff. They may need a break. Our bodies are tired, and we are going nonstop since June 2021. There has been an event every week. Now those repeat offenders, let them know they not making it fair for everyone else. Those that take off Friday and Monday. Or they come in one day and take two days sick. Not talking about the repeat offenders. You can't make a person work. I am talking about those that come work regularly. Make sure you talk to your guys and let them know you appreciate them coming to work. Sometimes people will do for you and respect how you ask them. It doesn't take much to thank them. I. Jones, you sent an email to C. Sennette and said thank you, and he really appreciated it. A simple email goes a long way. They are watching us. Appreciate and applaud your personnel. Dispatch, just work on L. Caudill and D. Wiggins a bit more. Thank you for pleasantries.

iv.   I know we know about Precinct 7. Jennifer Chavis accident. Just like that, things can happen. It is important to support other agencies.

v.   Events:

1.   Convocation: Let's talk about the convocation. Is this a big convocation? Is this the honor college? So, is Dr. Jensen Tolliver? Or is this the one with all of the kids? (Question to supervisors) Oh. (Response to B. Brown) Do they have a speaker and all of that? (Question to B. Brown) Question about parking? Tomorrow from noon to? (Question to M. Allison) Will be hard to charge for parking when school is already in session. (Response to M. Allison) So how do you want to do it? We have to decide today. Do you want everyone that doesn't have a permit to pay $5 to enter the garage? The event starts at 12p, so people may start showing up at 1145a until about 130p. You said let it go? (Question to M. Allison) I am ok with whatever you all decide. (Response to M. Allison and J. Holiday) Ok, so are we all in agreement that we won't charge for parking? (Question to Supervisors) So, no parking tomorrow, However, we will need people there for parking. So, we need to be in position. We don't have an ops plan, so, let's do an ops plan right now so we know what to do. So, tomorrow is Wednesday? (Question to Supervisors) So, Tiger Shift. J. Howard, D. Barnett, and S. St. Romain, are y'all ok with that? (Question to J Howard, D. Barnett, and S. ST. Romain) Are we going to prepare today? (Question to M. Allison) So, you don't need evening shift of night shift to prepare anything? It is a small event? (Questions to

M. Allison) B. Brown, are you ok with that? (Question to B. Brown) DC, are you ok with that? (Question to DC) So you are saying this is for the students with a 3.0 GPA and their parents are coming to see this? (Question to Supervisors) 1000 students and not including external guests, that's a lot of people. (Response to B. Brown) So that's what I am saying, you don't need night shift of day shift to do anything? (Question to M. Allison). I got parking and mobility stuff. I got the signage. I am speaking collectively we are talking about other things. 1000 students with a GPA of 3.0 to a 4.0, that is a lot of students sitting in one place. Then you include faculty, staff and parents coming in to watch them, then that is about 200–300 people.  So, about 1500 people at 12 noon. That can be very busy at 12 noon. Are we prepared before 12 noon? (Question to Supervisors) I don't know how many officers are on day shift at that time. I know what Tiger shift said they had. So are we prepared for 1500 people at 12 noon? Do they have a Humpday scheduled? (Question to I. Jones) I want us to make certain we are prepared. I don't want us to say 1500 people isn't big. How are all of the people coming in? (Question to M. Allison) I know we all just got the email. I know parking said they will change signage and board tonight. Help me, where is the ADA parking? (Question to mobility) Do we have the officers to work it? (Question to J. Holiday) We are writing the plan right now. What are we doing with front entrance of the garage? (Question to Mobility) Blodgett side gates open. Will we have someone there? (Question to M. Allison) Who do you have for 8a? Who comes in at 11a? Can you use one of you 8a guys for Lot F? (Questions to M. Allison) Night shift will block off the ramp at west garage. Lot F is good.  What about entrance for H&PE, the Sally port? (Question to M. Allison) We have parking mapped out. What about people who want to enter? Are we doing stanchions? Who's going to take care of that? (Questions to supervisors) Evening shift is doing stanchions. Day shift what yall doing? segways and bikes? (Question to Supervisors)The president is out of town until Friday. (Response to I. Jones) Why you ask that question? How many officers on day shift? (Questions to I. Jones) That should until officers come in at 11a. What else do we need for convocation? Just seems like parking and getting people in. Also, dumping the garage. (Response to I. Jones)

2. Eddie Davenport event: Outreach services. Is that for new students coming to look at campus? On Saturday? (Questions to M. Allison) B. McCray, you check to see if you have enough people. From 8a–1p. That will be all your people. (Questions to B. McCray) Any objections to using S-1 for event April 9th? S-1 is the only approved parking for students. When our students park illegally in other lots, we don't check things out. We must let people know that it is our only approved lots for students. Must consider that when getting requests for parking in s-1. We are trying to get people

out of requesting student lot and to use visitor lot. Ask him if there is a tour involved. McCray, you will need an officer at s-1.

3. President's investiture: B. Brown, do you remember what I told you to put up a sign-in sheet for? For her investiture? (Question to B. Brown) Officers and police will have a sign-in sheet. The supervisors are not allowed to take a day off. What did we say we are treating this like DC? (Question to DC) The investiture is April 30th, and it is like the official passing of the torch though she has been in since July. She will have several people flown in. The board of regents is hosting. Most of the items will cross on our area. Especially the parking, getting people in and out, and the location. Will be in sawyer auditorium. Suggest trams, lost A/B, Lot C, and maybe s-1. This will avoid us from taking people to the garage. 11a-2ish. When the President leaves sawyer, she wants to come to the plaza and do a meet and greet. That is the same night as the Tiger Ball. It will be at George R Brown. GRB doesn't have officers. Will be the special rate. The Investiture is on campus, the tiger ball will be separate. I'm going to let you, D. Barnett, J. Holiday, and B. Brown work on that. Whatever way we need to get it together for the Tiger Ball, we need to get on it. This is our opportunity to show how our department works. They don't know we are the glue to keep things stuck around here. Why I want the supervisors to be here. I want them to know behind every great officer is a supervisor. Like 2 or 3 hours. She must be gone by 2p to rest for Tiger ball. Tiger ball may go all night long. April 30th will be a very busy day for everyone including the locksmith. For right now, everyone wears what they regularly wear. If we must pull officers to ear class A's or admin to wear maroon jackets, we will.

4. Press Conference: Monday press conference on April 11th from 11a-1p at the LLC. This is with board or regents. A partnership. With regent Paige and Mayor with Verizon. May have more elected officials. Want at least 5 people at LLC for Verizon people. Can use spaces for regents. Telling public, they can park in lot M or east garage. The 5 with cones are for Verizon. I don't have names. It starts at 11a. Hopefully the regents will park at HH, and they won't need assistance. Will move to 2nd floor by Barbara Jordan for reception. Don't know headcount. Can be from 40-60 people.

5. April 13 (Texans' Event): 100 people in LLC. Event is at 4p. With Texans. May meet Coach Lovey-Smith. 4p-6p. Talking about getting old playing field from stadium.

6. Monterrey Festival: From 12-13th. Jazz fest. During the daytime. Never knew at be at night.

7. One-Time payment: We know vehicles, parking, simulator, and bathroom on list. There is a new construction that will be housed on site. They will take over all construction things dealing with facilities. We told them that when they meet about key to include you, Mr. Dunn. I met them today, there are 5. They need

temporary parking. Who gave you that email? This is what I am telling MR. Harrison. We must respect the people that have always been working here. Visitor parking is Lot C. We cannot eliminate people parking in their spots. We must see if it is feasible for our department. Students come first in parking in S-1. If we can accommodate, we will. It is not a promise. Lot C is a visitor parking. My thoughts are lost M, since they are not reserved, is to be issued. This is not debatable. They can park in lot M. My admin must park there. Lot G is for those that work in GSB. We treat contractors better than employees. So, no. They can walk the extra 100 steps. We are making accommodations to fit them in M. It is not competition. We don't let people dictate our area. We tell them where they will park. That's communication we must have with people. Make sure you let the officers know. I think you can issue for 6 months. Without your signature M. Allison, it is invalid. Hopefully by end of April will have something great to say. Mobility will give the passes to them.

   a. Mrs. D, the contractors can park in Lot M. KTSU lot. S-1 is student parking. Bertran didn't have permission to give lot G. Outside of that they would have to park in Lot C, which is off Cleburne. Trying to give students their parking lot back. It should be noted that they are not paying for parking.

      i. They are a bit different than a regular vendor. They are running the construction department. They are an extension of facilities. They are a little different than a regular contractor. (Mrs. D)

8. New cars. Go ahead St. Romain. I spoke to him two weeks ago. So, are we wanting tahoes? Ford is small. We are getting some pick-up trucks. We must investigate two. I know they don't sound cute, but we need to invest in them. The parking truck is going to be 350s. I brought that up to say it is in the works. Tell you officers to be careful in cars. It is hard for us to say we were backing up in a lot and hit a pole.

9. Parent that flew from Jamaica to Dallas and drove to Houston to have a meeting about a report that wasn't a report. If someone gets into it and makes threats, that is a report. Not an email to me. That is a report. Because the next day, the person that said they were going to do, they do it. Just do the report. You are not a lawyer. Do the report. Stop talking to people on the phone. Bring them to you. Go to them. Have them meet you at the office. Stop relying on investigators to do your reports. If you need their expertise and it involves multiple people, ok. For basic incidents, do your own report and you are the investigator. We have too many reports hanging in limbo waiting. Only have three. Chevon on vacation waiting to change agencies. We must make sure we do what we need to. We have too many parents coming up and they're

upset thinking we are not doing our part. We are leaving too many things out.

10. As you can see, we are trying to get our own simulators so we can prepare in the case of an emergency. Once we are trained, then we can provide internally. That would be included on the one-time purchase. We want to put good training together.

11. Sgt. McCray you received an email on training for DWI. Do you think we need to have a DWI course for officers to go period? So, we can contact him and ask when they are putting on their basic class. They can even put it on too instead of coming to BMT. WE have a MOU where we can go to get training free of training. Thursday there is a TACUPA training in Dallas, TX. From 8a-5p. Every year they have things going on. This year is for bomb threats. Critical Arc is sponsoring them. It is a 1-day training. Will probably send someone, Sgt. McCray, because he is the critical incident sergeant. What is wrong Cpl. Auzenne. You want to go in his place? You wanted to go? (John-Miller) McCray, are you able to attend? You can go tomorrow night and get a room, or you can go the day of and drive down there. You would use one of the unmarked. It is Wednesday or Thursday.

12. Ben Carson is in town on Thursday. Southside Police Department is sponsoring. Meeting of Faith & something. I believe law enforcement. McCray, you will talk with Ada on your arrangements. It is Harmony. From 12p-2p. 3743 Garnet Street. At the Southside Police Department.

13. President's gate. It will fall on us. Gate arms fall under our department. We control access. We don't have to wait on anyone. We must get it fix. We will bill them. We just need to get it done. That's why the conversation came about East garage.

14. Can the monokey be added to the zone key? That's not a Mr. Dunn question. Separate company.

15. Time submission: From the time of working an event, they need to put in time within three days. We are still paying people from Homecoming. Still make him do the sheet. We will get audited. We are talking about him, but it is more than that. Even those that got backpay for shift differential. We still must pay that person from home coming and they were on that shift. We must stop that. If you are working or supervising, make sure they sign in and sign out. Make sure forms are turned in. 3 days after the event is allowed.

16. Good Friday is an approved University holiday. You know people are going to take off Friday, will call in Sunday, and call in Monday. Get your summer things together. A lot of people like to come in early. See if that's what they still want to do. See if we will lose Tiger Shift. Vet out the times. Make that communication now so when May comes, we can just switch out.

17. Radio batteries: Bridges is working on. May have to just buy entirely new radios.
18. Don't know if we need a supervisor meeting next week. If so, email Ada, and she can schedule it. Will do it closer to commencement, which is redlined. Congratulations!
19. Spring Fest: Don't have an official line-up, because told Dr. Thomas we need to vet artist. Young Bleu, Ann Marie, Muni Long (Out and replaced by Lakeyah), Lakeyah. April 19th Tiger Choice awards Sawyer auditorium. All concerts in H&PE arena. Pep rally in Durley field April 18th. Will be finalized this week. April 20th is splash fest (Spring fest/Humpday) 150 people at the REC center. Pool party. Nerf gun war in sawyer 12p-2p in sawyer. Thursday is apollo night. Yard festival on April 22nd 12p-6p.
20. April 10-16th is dispatch appreciation week.

https://bluejeans.com/791162945/9992?src=calendarLink&flow=joinmeeting

39

4/19/22

## SUPERVISOR MEETING

## AGENDA



| Lt. J Starks | Cpl. B. Huseman |
|---|---|
| Lt. J. Bridges | Cpl. S. St. Romain |
| Sgt. B. McCray | Cpl. N. Onubogu |
| Sgt. I. Jones | Cpl. B. Auzenne-Vacation |
| Sgt. D. Barnett | Cpl. J. Howard |
| Sgt. T. Dorsey | Mr. L Dunn |
| Sgt. J. Hilliard-LATE | G. McAfee |
| Sgt. C. John-Miller | I. Ward |
| Sgt. B. Brown | J. Holiday-Holding post at Video Patrol |
| Sgt. M. Allison | |

**Command -** Chief Young, Deputy Chief Brown, Captain Etheridge

- **Spring Fest**
- **Summer Schedule**
- **Spring Commencement**
- **Investiture and Tiger Ball**

**Round Table Discussion:**

1) **Lt. J. Starks**
   a. **On the Eastside, we used to prop the doors open. If someone closed them, then we knew someone was there. The garages should still be checked. At the Westside the top of the stairwells has a lot of room. Please make sure to check Westside as well. (Response to D. Barnett and checking garages) You said what building? You said NW entry? 2nd floor? (Questions to C. John-Miller) I remember the maglocks not engaging. (Response to J. Bridges) Went to training. Reminded of the Samuel Adams' law. The license plate will have the red star and blue swish on it to let officers know the person**

in the vehicle has a communication issue. It is a special license plate. If you run the plate, you will get an alert similar to a hit. Have y'all experienced? (Question to Supervisors) Just something to be aware of. There is a golf cart riding around the neighborhood. White with small trunk on it with an open bed. The owner has the lights wrapped on the cart. Raquel Martin is the owner. She's been stopped a lot because people think it is stolen. It has been explained to her on where to find the law and how to follow the law for it to be street legal. I didn't know we had that many of them. (Response to Chief about battery shelf life) Like $70 apiece. (Response to Chief) The radios are good. (Response to Chief) I suggest we share what we have. Check them out each shift. Sign them in and out until we can get batteries. I think there are enough radios for evening that we shouldn't run into issue. (Response to Chief on radio issue) It is policy driven. (Response to DC and schedules)

2) Lt. J. Bridges

   a. This happened last week. The maglocks are not engaging. Now the hinges that have been destroyed, that is a different story. (Response to C. John-Miller))

   b. They normally will send an open records request, they will want body cam footage, the report, everything. When we get them, within 24 hours we send a link to everything. (Response to DC) Will have to set up a review for body worn cameras. You can review a lot of footage. I need you to look at it closer. You are supposed to review anyways, but I need you to look at. Especially the sergeants. I know the footage was attempted for review for the incident last week. I know it showed restricted. I went back and added access to all the sergeants and the investigators. Typically, only to those that have access can view restricted footage. Access can be granted to certain officers for a certain amount of time. I remember when I first got here, she (S. James) gave me two batteries. Both were brand new and just bad. (Response to Captain) Not just the batteries. The cradle too that the radios charge in. (Response to Chief) We have 6 radios in video patrol. Can put those back into rotation. That's the cradle. When officers move the locations, it becomes frayed. Then the radio won't take a charge. I need both. Yes ma'am. Yes ma'am. If you are promoted up, then your years carry over.

3) Sgt. B. McCray

   a. R. Martin and M. Collette. No corporal. (Response to Chief on which officers report to who)

4) Sgt I. Jones

   a. No not really, DC. (Response to DC and anything to discuss) He is on vacation. (Question about B. Auzenne) The security radio isn't that good. I get complaints every day. The radios don't work. (Response to J. Starks)

   b. D. Castillo, S. St. Romain, J. Sawyer. Sorry and I have N. Isaac. (Response to Chief on which officers report to who) That was St. James.

5) Sgt. D. Barnett

   a. Yes sir. Supervisors, please tell your officers when they are checking the garages to get out the car and physically check the stairwells. In Eastside there was a homeless man living in the stairwell. As senior sergeant, all of you officers are doing a great job. What about special events?

b. Corporal Howard and investigators. Also, inadvertently C. Bell. (Response to Chief on which officers report to who) Make sure you are telling them that.

6) Sgt. T. Dorsey
   a. Nothing. It happened off campus.
   b. Radios: You shouldn't be listening to the radios while they are on the chargers. There were a lot of things the guy talked about that we shouldn't do. (Response to Chief)

7) Sgt. J. Hilliard
   a. Question about the radios. (Question to Command) It's working well. Kofi will leave his radio for Hendricks to pick up. We have tried. We just must make sure the radio isn't taken home. Yes ma'am. Yes, he did. (Response to DC)

8) Sgt. C. John-Miller
   a. We had a few stragglers trying to access to H&PE. We also had a student trying to shoot some basketball.  We have been trying to figure out how they are accessing the area without our notice. Come to find out what probably been happening for a while is the top NW entrance door is still having an issue. Been blocking with stanchions. You can move and walk right in. We put in a work order. H&PE. (Response to J. Starks) The hinges are out. I took some pictures of them. Been like that for a while. Yes, they call us out. (Response to Captain) We towed a car last night. Still have the issue at Tierwester. They don't listen so we've started towing. Black tie event tonight in the Student Center. Yes, at H&PE. (Response to L. Dunn) The hinges are out. The maglock is not securing the door. (Response to L. Dunn) There are two hinges out. (Response to J. Bridges)
   b. Huseman, bello, Lawton, Takang. I also have West. (Response to Chief on which officers report to who)
   c. Peer to Peer, critical incident stress management offers support. It is a program the department can be involved in. It is something that is ongoing.

9) Sgt. B. Brown
   a. Spring Fest: They had Yung Bleu. He cancelled. As of this morning they are looking at Bootsie Bad Azz. Apparently, some of our students made some comments to him on twitter. He said he was doing it as a favor for someone, so he said he would keep his "broke ass home." Waiting on the threat assessment for Bootsie and the approval for the tech writer for 25k. If not approved, the concert will be cancelled. Tonight, we have the talent show, Apollo night. Doors open at 545p. Students will get a chance to showcase their talent. After talent show starting at 7p Lakeyah will perform at 9p. Should be finished at 930p. Lakeyah should arrive soon. She was hanging out for her sound check. Yes. (Response to DC)
   b. Escort incident: Her and her boyfriend got into it. It was all verbal, not physical. They were supposed to go to student services to have a pow-wow and tell him to stay away from her. Any time I have walked her she hasn't said it is physical. He is just cursing her out. "I'm going to whoop your ass." And he caller her all kinds of names. Yes. (Response to DC)
   c. On that case, got supplement. Got some students on bodycam talking. Mentioning folks and associates.

    d. B. Philips, A. Hinton, T. Campbell, N. Onubogu. (Response to Chief on which officers report to who)

    e. The next day for an hour, we spoke over the shooting and how they felt. Prior to the incident, we talked about mental health. We did have that discussion for three days; how are you feeling, how are you doing? The biggest issue for Robinson is the blame game. He doesn't like that even though we did everything, it is not personal that the police are being blamed. Trying to help him understand.

10) Sgt. M. Allison

    a. Nothing currently, just doing cross training. I have a question. There is a young lady that has requested an escort, and she is in fear of her boyfriend. Do we feel that a security guard should be escorting her to and from her vehicle or a police officer? We have been assigning a security guard, but my question is what can a security guard do if someone wants to hurt her? (Questions to DC) Possibly look at doing that daily. Deteriorating issues. I asked about that too, and that's what I was told. (Response to DC) Like Christmas? (Question to DC)

11) Cpl. B. Huseman

    a. Will look into the training that we talked about last time. Yes sir, they put it on from time to time. (Response to DC) If you feel you need some additional shooting and want 4 hours of TCOLE training, feel free.

12) Cpl. A. St. Romain

    a. We got two of our security golf carts back this today. They have been in the shop for a couple months. The one with the transmission issue I checked on yesterday. It is the process of being put back together. Hopefully we will get back this week. The one that was wrecked we have been going back and forth with the insurance. The one with the insurance should be started on this week. Yes ma'am, Chad has. Chad (Response to Captain) After the incident, they sent us all to Hannah Hall to speak to a counselor.

13) Cpl. N. Onubogu

    a. No Sir. On that new process, I have a question. Do we do the affidavit, get the link together, and put it all in at one time? Then we go down there? (Question to J. Howard) So that is not even counting on waiting on the judge. (Question to J. Howard)

14) Cpl. B. Auzenne: VACATION

15) Cpl. J. Howard

    a. Investigations have been going ok. Thank you all that were listening. We have more officers pushing their cases through. Appreciate that because it helps us out a lot. Went to a class on catalytic converters theft. It was interesting. Received some information on contacts. Will share the information. No ma'am. I sent it to Command. (Response to Captain) You send it straight to the Das office for approval unless you are going to go down there. Once they approve it, then it goes to (?) (Response to N. Onubogu)

16) Mr. L. Dunn

    a. I don't have anything. About that door. You said something about doors. (Response to C. John-Miller) Did you put a work order in for it or have dispatch put a work order in for it? (Question to C. John-Miller)

17) Gaynell McAfee

   a.  Nothing. The guy is a grad student working in the Bell Building. (Response to DC about
       Escort incident) I did. I sent to F. Holts, J. Starks, and J. Bridges. Not sure where it goes
       after that. (Response to L. Dunn about broken door at H&PE) It is 134. The report said
       they would contact Chad. I do not know who cart 134 is. (Response to Captain about
       golf carts)

18) James Ward
   a.  We've gotten better. I haven't had any problems at all. J. Bridges, they don't have any
       extra chargers. Will it affect your benefits? (Question to Command Staff regarding
       Summer schedules)

19) John Holiday

20) Command Staff
   a.  Captain
       i.  Did you all ask video patrol to keep that door up on the camera? (Question to
           C. John-Miller) Did you send your log out to everyone? (Question to J. Howard)
           Speaking of golf carts, I know it was recovered. Each cart has a number on it. If
           you contact Chad (Damon Steward) he can tell you who the cart belongs to. He
           has the list. Compliance said that would be part of registration. Did Chad send
           that list to you all? (Question to Supervisors) Who has it? (Question to S. St.
           Romain) Can you get a copy dispatch so they can have information afterhours?
           (Question to S. St. Romain) Didn't we decide taser and BWC would be an
           annual training? Can you get me the dates for that for this year? (Question to
           J. Bridges) We went to a meeting with various departments yesterday. It was
           Title IX, HR, and Compliance. It was basically about sharing information. The
           individuals are getting information from us. Make sure that reports are
           checked off so that the information that should go to them is. Lieutenants and
           Chief getting clery. I want to make sure we are staying compliant. I sent out a
           chapter about timely warnings. Did anyone not get that? (Question to
           supervisors) If you are not sure about Clery reportable offenses, go back to the
           document. If you don't have, I will send back to you. There is a list of them.
           Emergency notification is happening right then and there, and the campus
           should be aware. Timely warning is like a shooting and to be aware.
           Emergency=urgency or can cause bodily harm. Once of the incidents was a
           protest. In itself it is not a clery offense unless you can articulate that it can
           cause harm. As it went on, depicted potential harm to students>>> timely
           notification. (Response to Chief) When I spoke to the guy, he said we
           purchased all these batteries and they were never charged. The batteries. If
           you don't charge them right away, they die. (Response to Chief) Yes. S. James
           said they would have them. They didn't know you were supposed to charge
           them. She would just give them out as people got radios. (Responses to Chief)
           The radios and charger had the same vin and should be linked. (Response to J.
           Starks) Who is interested in sitting on interview panels? (Question to the
           supervisors) C. John-Miller, N. Onubogu, and M. Allison. Reached out to EAP. I
           haven't talked to L. Caudill yet. Just as a preventive measure. Wanted to see

how we get something where they have 20 minutes about something. Sent an email. Wanted to do a follow-up today.

    b.   DC

        i.  Spring Fest: Who do know about our last Spring Fest event? (Question to B. Brown) That's at sawyer? (Question to B. Brown about events) Just a word, if you are working the events, you probably want to work the parking lots. That may occur. Case in point last night, some students were hanging in the lot until the guys started rolling through there.

       ii.  General Roundtable: I. Jones, you have anything? N. Onubogu? J. Ward, anything going on besides parking? M. Allison? T. Dorsey? G. McAfee? D. Barnett? Corporal Auzenne is out? (Question to supervisors) What type of threat was it? Do the supervisors know anything about this? (Questions to M. Allison) What was the threat? They are students here? (Questions to B. Brown) I will defer to the supervisors. (Response to M. Allison) He is a graduate student that works in the Bell building? (Question to G. McAfee) Anything S. St. Romain? B. Huseman? Is that the one that they put on at the Sheriff's office? (Question to B. Huseman) We started that because we had so many that had to qualify with shooting. (Response to B. Huseman) Does everyone know it is a different process now? (Question to supervisors about information to DA) If you get into a situation and let it linger, the suspect will let it linger on and feel empowered. Last night Chief and I were here until around 940p because these females kept getting into it. No one resolved it and we didn't know about. The parents came down and it was worse than the students. A quickly as possible, we want to do it the right way. Talk to everyone involved. It is tying up our time to go back and forth. Talk to everyone involved. I believe Mr. Dunn is asking what about the doors. (Response to C. John-Miller) This just happened last night, right? (Question to G. McAfee and work order for door) When you get those notifications, what do you do? How does that fall in line with Clery reporting? (Questions to lieutenant). Back to that. You are not entitled to a shift. It does not have anything to do with C. John-Miller. The reason I bring that up, is because I am always looking to move things forward to the department. Will send proposals for changes days and some people assignments. Putting that out now. I always try to discuss it with the supervisors. I feel if I propose it and can articulate it because it is not personal, then we can consider it. M. Allison's days off just changed. Him and his lead both had the same off days. Mentioned to I Jones and B, McCray. It was in the department's best interest. If you can sell your point, it will change. How many of y'all don't know that there is a three-year commitment? If you don't know, let me know if you are not aware. It does not. Verbally he was told he met his commitment for his three years. Kofi and his wife, did he do FMLA paperwork?

      iii.  Summer Schedule: Who is interested in a 4-day week during the summertime? (Question to Supervisors) I would like to explore and propose to see what it would look like with Chief. Not sure if it would be worth my time. What about

Winter break? How can we schedule some of observing the first half and others observe the second half? Another thing to look at. Will take suggestions in writing. Yes, that. I would pick the hours. It must be for the good of the department. I will have options. Let's be very observant. A student was on top of the student center. They had an entire set up for a party at around 5p.

iv. Investiture: Short time frame, but a lot of hard work dealing with people. I am fine with that. I think this will help with getting in line for step increase. Must be here early. We will have an ops plan in place a week before the event. That tells you how important this is. Got this ahead of time. This is a big opportunity to get some of the things for this department. It's nothing we have not did before, but just now they are really watching. Want to know where in GRB to see how many officers we need.

c. Chief

i. I am getting them, and DC is getting. I forwarded to lieutenants. (Response to Captain) Can you please go over timely warnings and emergencies? (Question to Captain) If Title IX forwarded us to review, they either forwarded and we have a report on file. If Title IX gets it and it is totally new, we need to report it. Title IX can only send criminal report. Then those fall under Part one crimes. If report is there, it is just a follow-up. That's why J. Bridges said it would follow-up. Title IX cannot follow-up on a criminal act. (Response to DC) Both of the Jones said they would come by today to start a report. Complainant just reported this month, but it happened in 2021. We must go by that she just gave it to us for Clery. For the police report, we must retrograde. Clery starts October 1st of every year. The only extension was for COVID, and we did not have to report until December. Chrystal brought this up. We bought so many batteries in the beginning and now they don't work. We want to know if we can contact the company and see if there is a curb or reimbursement, they can give us. We are waiting on that (Response to J. Hilliard about batteries) Also, Chrystal's last day is Thursday. She has accepted a job with a non-profit. The batteries were never charged. When we bought the batteries were they for use? (Question to Captain) We didn't know the batteries had a shelf life? (Question to Supervisors) They're not cheap either. Sounds like we need to just purchase new radios. (Response to J. Bridges) If the radios and charger supposed to be linked, that's probably why they don't work. (Response to Captain) We purchased those from Motorola? (Question to J. Bridges) What is your suggestion? I like the suggestions, but I do not agree with the permanent solution. We must do something. If you are going to be in a uniform, you should have the ability to reach out to someone. That's just between two officers? You can control that better. Five people is a lot of people to not have radios on night shift. You sent that information to Chrystal?

1. Ada, send out time for officers to stop by Thursday for the send-off for Chrystal.

    ii.   Saturdays and Sundays: Given to S. James only because when we moved her from Admin, we didn't have another assignment. Created because putting sergeants into position. Since we didn't have her one, she received the Saturday and Sunday. Since we didn't have any night shift volunteers, as an incentive. Am I missing something? Do I need to redo off days? Are you giving the supervisors an opportunity to discuss? Had a discussion about that last week. Maybe three years is too long to commit. There is no way you are going to know about everything in one year. The market is very competitive. To retain folks, we put in a three-year commitment. When they leave here, they are ready for a large agency. I don't agree we should go less than three years. I am not easily persuaded, but I will listen.

    iii.  Next Thursday Regent Price has supposedly talked to the board about the retention of the officers. We have the base. We have multiple people that were not included in the salary study for DPS. They just lumped them together. They gave them the same pay without questions. They told me to tell my people to get over it. I am asking to give us what we are worth. All the other stuff we can discuss later. I will continue to advocate for this.

    iv.  Summer Schedule: Say I voted for 4- 10s, will you pick the hours or me? (Questions to DC)

  d.  **Referrals:** We must do referrals when students violate conduct. Get over there last night. Parents arguing with students. It took us 3 hours to calm it down. After 9p. Had we done a referral last semester and early January, we wouldn't have this problem, because half the students wouldn't still be on campus. According to Cantu, she had been there 3 times in one day. She has no knowledge that this has been going since January because there are no reports. Supervisors I need information because we have three fraternities on cease and desist from fight. The fight where Cantu pulled out her taser, M. Robinson put his hands on a student, where B. Brown saw all these fights, etc. That's important because we are supposed to have a Greek stroll on Friday. Don't know how, but we cannot fight, because we don't have anything on it to show what happened. Do we have a referral for those misconducts to send up? If we do, we can send up and show we have members of an organization with conduct issues. If we know, why we can't have something tomorrow? Did you watch the bodycam, providing they have their bodycams? Make sure we announce that. I have never seen St. Romain with one. I am asking. Is it a requirement for everyone? If so, why don't supervisors ask where your camera is. According to Chambers, she said she broke hers a long time ago. Why are we getting so laxed? Especially a body cam. People are looking for it. Stop giving folks ammunition. When you talk to your squads, make sure you mention. Who falls under you? McCray you take Cantu and Robinson and Goldman. Thank you, Captain. That means y'all forgot. Talk to the people that work under you. Just making sure you have someone to relate to. Hopefully we can open hiring. Will fill nights first, and then everyone else going to evening. New people don't automatically go to days or Tiger shift. They will go to nights or evening.

  e.  **Investiture:** Can we do a special special rate. From 730a-1130am maybe. This is the official ceremony for the President. Her guest list has like 31 people. Elected officials

and dignitaries, past presidents, 8 guest speakers, board of regents. We will be the highlight of what's going on outside. What inside if outside of us beside dignitary protections, emergencies, etc. Admin making sure placards in the cars. April 30th is investiture and Tiger ball. We will use the tram. Use Lots A, B, C, and E for overflow. It is a Saturday. Roughly counted at least 800 spots. Anticipated 800 guests in sawyer. 600 at the bottom and 200 up top. Next Tuesday why don't you come to do the walk through. Come 7a-9a to do the walkthrough for investiture. Will talk with Command about special rate. It is a guest list for the investiture. Right now, have about 600. 75 faculty staff. Dignitary. They have a count they gave us today. They want cameras and everything. Yates HS will present colors. Mrs. Williams, who is over the choir, will sing. The orchestra band will be in the pit. A tent will be outside for those that couldn't congratulate her and can grab a lunch. Hope she leaves campus at 1p. Yes, there are two different things. Yes, for investiture all supervisors must be there. Yes, you can sign up for Tiger ball. All supervisors won't have to work the tiger ball, just all 5 of sergeants.

     i.    Thank you, Ada. Send a reminder on Monday.

f.    Mental health day: One thing I need help to understand is, are we providing enough safety blankets for people to rely on. If you have never seen a dead body or been to a scene of a shooting, it may affect you. I must make certain. When we are out there from 10p to 5a, but there were still officers that could not grasp things. It still bothers them. How are you all feeling? Even if you were not there, did you check on your officers? We had officers that were at home, happened to hear call, got dressed, and came back to the scene. You people that SO'd but came back to shift. You have a lot of people affected. You guys must keep in mind to check on your people. People will say they're good, and they're not. I need you guys to tell me how you're feeling. If you're not ok, that's ok. What's not ok is not knowing you are not ok. We have an officer that is not ok. This was before the shooting. They've expressed why. I need for you all to tell us so we can better service our department. B. Brown keeps our chaplain posted. What do we need to do? Even your security guards are not ok. Who's the tall one? He's not ok. Mark Robinson is not ok. Spoke to the family. Once they understood the process, they applauded us. That emotion of self-blame or self-guilt is hard. You ask what you could have done differently. It's those things that messes with the psyche. It is a natural feeling. It is normal. We can't stay in that state. We must help each other get through it or it will consume you. Either it will spook you or you will hurt yourself and you don't know what to do. That's why we are trying to plan things now. We cannot observe all the schedule as the university. That is why I expect you to follow the chain of command for certain things. Every one of us has a supervisor. If there is something that you wish to send to the board of regents on behalf of the department, then I suggest you go through your chain of command. I don't like calls about the chain of command being jumped. You don't have to FedEx the Board of Regents about being underpaid. They know. The next time it happens, I am going to write you up and request you be suspended or terminated. Don't send the regents your W2s. Go to H&R block and let them figure out your w2s. This is very disrespectful. Then when I ask you

about it, you seem like you have amnesia. If you have a problem, go to your immediate supervisor for advisement. I will follow-up on EAP.

****Meeting ended at 615p****

https://bluejeans.com/791162945/9992?src=calendarLink&flow=joinmeeting

**40**



41



**42**

Need officer 10Am-

Fri
Brown 10A-2p

1) 2p-10pm ——————
2) 10Am-10p ——————
3) 10Am-10p ——————
4) 10Am-10p ——————

Sat

1) 10Am - 10pm ——————
2) 10Am - 10pm ——————
3) 10AM - 10pm ——————
4) 10Am - 10pm ——————

Sun

1) 10Am - 10pm  Brown ——————
2) 10Am - 10pm ——————
3) 10Am - 10pm ——————
4) 10Am - 10pm ——————



To: Sgt. Brown , Officer Lawton & 4 more...

Sgt. Brown




Gallery Furniture
45.00hr cash

M Rob



Get me Sunday too

Sgt. Brown



K






**6 People**

Sgt. Brown

**This is not everyone business**

C. JONES

**Huh ?**

Sgt. Brown



Gallery Furniture
45.00hr cash

M Rob

**Get me Sunday too**



43



**Darren Barnett**

Feb 26 · 🌐

If you ain't right with Jesus, you better get right!  I, ( yes Darren Barnett) am wearing cowboy boots, cowboy shirt, a cowboy belt and hat.

That means we must be living in our last days & the world is coming to an end soon. 

TSUPD, what's there not to love about it? Well,  maybe except for the occasional wardrobe expectations.



TSUPD, what's there not to love about it? Well, maybe except for the occasional wardrobe expectations.



👍❤️😆 Cherie Davis and 107 others     39 comments



**Darren Barnett**
FEB 13 AT 3:32 PM

46                                    3 comment

44

| | |
|---|---|
| September 11th Security Fee: | **11.20 USD** |
| U.S. Passenger Facility Charge: | **18.00 USD** |
| Total Per Passenger: | **2408.70 USD** |

**Total:** **4817.40 USD**

*#17    Sgt Barnett*

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 2332** |
| Date of purchase: | **Mon, Mar 14, 2022** |
| Economy Plus Seat (Reference Number: 0169977849202): | **69.00 USD** |

**Total:** **69.00 USD**

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 2332** |
| Date of purchase: | **Mon, Mar 14, 2022** |
| Preferred Zone Assignment (Reference Number: 0169977849201): | **11.00 USD** |

**Total:** **11.00 USD**

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 2332** |
| Date of purchase: | **Mon, Mar 14, 2022** |
| Economy Plus Seat (Reference Number: 0169977849200): | **66.00 USD** |

**Total:** **66.00 USD**

## Additional Purchase Summary

| | |
|---|---|
| Method of payment: | **Master Card ending in 2332** |
| Date of purchase: | **Mon, Mar 14, 2022** |

# �18

*univ. Travel card*



# yogen früz.

Yogen Fruz & Einstein Bros Bagels - IAH Airport
Bush Intercontinental Airport, Terminal E 3950 S. Terminal
Road , #02, Houston Texas 77032, United States
franchising@yogenfruz.com

3/15/2022, 6:36 AM                           Dine-In
MID: 94433328718366295                          23

NOVA LOX ON A PLAIN BAGEL          x  1        $9.50
@$9.50
Notes: ask small avo

Subtotal          $9.50
Sales tax (Einstein Bagels) @ 8.25%   $0.78
Total         $10.28

Paid via Credit/Debit Card          $10.28
MASTERCARD xxxxxxxxxx2332

SALE
AID: A0000000041010
Mastercard
Card: ************2332
CRUMPTON-YOUNG/DR.
Entry method: ICC
TVR: 0000188000
TSI: E800
TC: E8593F966C205B20
Amount: USD 10.28

Success
Auth Code: 066008

SIGNATURE VERIFIED

Ref: 20
TID: ************8127
03/15/2022 06:41:04 AM

Thank you for your business.

* 94433328718366295 *

Items sold: 1

Please retain for your records

CUSTOMER COPY

#19

Vnn card

BONEFISH
GRILL

2818 MIAMISBURG-CENTERVILLE DR
DAYTON, OH 45459

EAT-EARN-REDEEM
www.Dine-Rewards.com

```
0027-1                    Rec: 20
Server: SAMANTHA R
03/15/22 17:29, Swiped    T: 303 Term: 6

Bonefish Grill #9606
2818 Miamisburg Dr
Dayton, OH 45459
(937)428-0082

CARD TYPE       ACCOUNT NUMBER
MASTER CARD  -- XXXXXXXXXXXX2332
00 TRANSACTION APPROVED
AUTHORIZATION #: 051033
Reference: 0315010100027
TRANS TYPE: Credit Card SALE

CHECK:           41.28

TIP:          41.28

TOTAL:
```

X _____

***Duplicate Copy***

CARDHOLDER WILL PAY CARD ISSUER ABOVE
AMOUNT PURSUANT TO CARDHOLDER AGREEMENT
=================================
VIEW YOUR REWARD BALANCE OR SIGN UP AT
DINE-REWARDS.COM
top copy -> customer

```
0027a-1   Table 303  #Party 1
SAMANTHA R  SvrCk: 3  4:51p 03/15/22

BANG BANG                  12.50
FILET 7OZ                  25.90

****************************************
                Sub Total:   38.40
                     TAX:     2.88
03/15  5:27pTOTAL:         41.28

Tip Not Included
Tip Guide:
     15%        6.19
     18%        7.43
     20%        8.26
```

Join our Bonefish Grill Insiders and
get access to exclusive offers
and sneak peeks on upcoming
events and new menu items.
https://www.bonefishgrill.com/insider

4/5/22, 1:05 PM                        Receipt - United Airlines

*Sgt Barnett*

*20 +21*

Tue, Apr 05, 2022



# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

---

### Flight 1 of 1 UA2102

Wed, Mar 16, 2022                                      Wed, Mar 16, 2022
Chicago, IL, US (ORD)                                  Houston, TX, US (IAH)

---

### Traveler Details

**BARNETT/DARREN**
Inflight Liquor (0169978333490)                                  ORD-IAH
Inflight Liquor (0169978333491)                                  ORD-IAH

### Purchase Summary

Method of payment:                          Master Card ending in 2332
Date of purchase:                                 Wed, Mar 16, 2022

*#20*

Inflight Liquor (Reference Number: 0169978333490):            9.00 USD

## Total:                                                 9.00 USD

### Additional Purchase Summary

Method of payment:                          Master Card ending in 2332
Date of purchase:                                 Wed, Mar 16, 2022

*#21*

Inflight Liquor (Reference Number: 0169978333491):            9.00 USD

## Total:                                                 9.00 USD

---

A STAR ALLIANCE MEMBER

Copyright © 2022 United Airlines, Inc. All Rights Reserved

Flight 4 of 4 UA2102                                    Class: United Economy (E)

Wed, Mar 16, 2022                          Wed, Mar 16, 2022

# 10:40 AM                                 # 01:37 PM

Chicago, IL, US (ORD)                      Houston, TX, US (IAH)

Traveler Details

CRUMPTONYOUNG/LESIA
eTicket number: 0162400298911                          Seats: IAH-ORD 04A
Frequent Flyer: UA-XXXXX762 Member                            ORD-DAY 07A
                                                             DAY-ORD 05A
                                                             ORD-IAH 20D
Economy Plus Seat (0169977849202)                               ORD-IAH
Preferred Zone Assignment (0169977849201)                      DAY-ORD

BARNETT/DARREN
eTicket number: 0162400298912                          Seats: IAH-ORD 05A
                                                             ORD-DAY 08A
                                                             DAY-ORD 05B
                                                             ORD-IAH 20E
Economy Plus Seat (0169977849200)                              ORD-IAH
Preferred Zone Assignment (0169977849199)                      DAY-ORD

Purchase Summary

Method of payment:                         Master Card ending in 2332
Date of purchase:                          Mon, Mar 14, 2022

Airfare:                                                 2196.74 USD
U.S. Transportation Tax:                                  164.76 USD
U.S. Flight Segment Tax:                                   18.00 USD
September 11th Security Fee:                               11.20 USD
U.S. Passenger Facility Charge:                           18.00 USD

Total Per Passenger:                                     2408.70 USD

# Total:                                   4817.40 USD

Additional Purchase Summary

Method of payment:                         Master Card ending in 2332

mhtml:file://C:\Users\Krystina.Reed\AppData\Local\Microsoft\Windows\INetCache\Conte...   4/5/2022

Page 3 of 8

Date of purchase:                                          Mon, Mar 14, 2022

Economy Plus Seat (Reference Number: 0169977849202):                    69.00 USD

Total:                                  #14        Barnett  69.00 USD

Additional Purchase Summary

Method of payment:                              Master Card ending in 2332
Date of purchase:                                   Mon, Mar 14, 2022

Preferred Zone Assignment (Reference Number:
0169977849201):                                           11.00 USD

Total:                        #13    Barnett    11.00 USD

Additional Purchase Summary

Method of payment:                              Master Card ending in 2332
Date of purchase:                                   Mon, Mar 14, 2022

Economy Plus Seat (Reference Number: 0169977849200):                    66.00 USD 

Total:                                                          66.00 USD

Additional Purchase Summary

Method of payment:                              Master Card ending in 2332
Date of purchase:                                   Mon, Mar 14, 2022

Preferred Zone Assignment (Reference Number:
0169977849199):                                           21.00 USD

Total:                                                          21.00 USD 

**Carbon Footprint**

Your estimated carbon footprint for this trip is 1.12694 tonnes of $CO_2$.
You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

**Fare Rules**

Additional charges may apply for changes in addition to any fare rules listed.
NONREF/0VALUAFTDPT





## REQUEST FOR
## AUTHORITY TO TRAVEL AT UNIVERSITY EXPENSE
Please retain a copy of the completed form for your records and forward the signed original to the Travel Dept

**MUST BE COMPLETED AND APPROVED PRIOR TO RESERVING TRAVEL ARRANGEMENTS**

1. Name of Individual Traveling: Darren Barnett

2. Name of Department or Office: Department of Public Safety        T Number: 700838934

3. Position Title: Police Sergeant        Last 8 Digits of Travel Card #: 00220317

4. Date of Departure: 03/15/2022

5. Date of Return: 03/16/2022

6. Place(s) To Be Visited: Dayton, Ohio

7. Mode of Travel: University Auto

8. Estimated Total Cost of Trip: $403.00
   (Sum of sections A plus B)

9. Identify Travel Type: Individual

10. Explanation and Justification of Trip:

    Provide security for President
    Crumpton-Young during her travel to
    Dayton, Ohio.

11. Fund  1660    Org 62025 Prog    80    ACTV

| A - Est. Cost Paid by Travel Card | | | |
|---|---|---|---|
| Round Trip Airfare | | | $ 0.00 |
| Registration Fees | | | $ 0.00 |
| Hotel * | 1 | nights @ 339.00 | $ 339.00 |
| Rental Car * | | days @ | $ 0.00 |
| Meals per diem | | nights @ 64.00 | $ 64.00 |
| Total Estimate Travel Paid by Travel Card | | | $ 403.00 |

Amount listed above should always equal trip estimate.

| B - Est. Cost To Be Reimbursed | | | |
|---|---|---|---|
| Round Trip Airfare | | | $ |
| Registration Fees | | | $ |
| Hotel * | | nights @ | $ 0.00 |
| Rental Car * | | days @ | $ 0.00 |
| Meals per diem | | nights @ | $ 0.00 |
| Parking | | days @ | $ 0.00 |
| Taxi/Shuttle | | | $ |
| Mileage | | miles @ | $ 0.00 |
| Incidental | | | $ |
| Total Estimate for Reimbursement | | | $ 0.00 |

12. If Using Travel Card for Meals, **Do Not Exceed Per Diem and No Reimbursement is Allowed**

13. Statement and Signature of Applicant and Department Head

"I hereby certify that the purpose of this proposed trip is official business of the University."

_____        _____ 3/14/2022
Applicant Signature        Date        Department Head Signature        Date

Approved:

_____        _____
Dean/Executive Director        Date        Vice President        Date

14. International Travel Only

_____
Vice President Administration & Finance/CFO

| FOR TRAVEL SERVICES ONLY | | | | | |
|---|---|---|---|---|---|
| In State | | | | | Out of State |
| $ | - | 7101 | Transportation | 7111 | $ - |
| $ | - | 7102 | Mileage | 7112 | $ - |
| $ | - | 7104 | Actual Expense | 7114 | $ - |
| $ | - | 7105 | Incidental | 7115 | $ - |
| $ | - | 7106 | Meals & Lodging | 7116 | $ - |
| $ | - | 7205 | Registration | 7205 | $ - |

_____
President        Date

**REQUEST TO INCREASE MAXIMUM LODGING RATE**
**For Local/Discretionary Funds Only**

A higher lodging rate may be requested, if reasonable lodging is unavailable at the duty point.

**Please provide all of the following information.**

| Agency name | | Agency number | Fax number (Area code and number) | |
|---|---|---|---|---|
| Texas Southern University | | 717 | | 713-313-1984 |
| Agency contact name | | | Phone (Area code and number) | |
| Jewel Rahimizadeh | | | | 713-313-7050 |

(If neither the city nor the county are listed in the Comptroller's maximum reimbursement rates, use the median maximum reimbursement rates for the state.)

This request must be received by the Travel Department no later than the **10th** business day before travel begins. This form may be faxed to the Travel Department at **713-313-1984**.

| Dates of lodging (Check-in date) | | | |
|---|---|---|---|
| 3/15/2022-3/16/2022 | to | Dayton, Ohio | |
| Name(s) of traveler(s) | | | |
| Darren Barnett | | | |
| Name of lodging establishment | | Rate requested | Comptroller's maximum lodging rate for the duty point |
| Marriott at the University of Dayton | | $339.00 | $109.00 |
| City (Duty point) | County | | State |
| Dayton/Fairborn | Greene/Montgomery | | Ohio |

Check reason for request

| | | |
|---|---|---|
| ☐ | Unable to obtain reasonable lodging. Explain | Security provided for President Cruptom-Young  during her travel to Dayton, Ohio. |
| ☐ | Designation would result in a decreased total cost of travel to the state (complete reverse side of this form); or | |
| ☐ | Agency has confirmed with a travel agent that no safe lodging is available for less than or equal to the maximum lodging reimbursement rate for the duty point. | |
| | Travel agent and agency name _____ | Phone _____ |

Each department is responsible for retaining documentation to support the reasoning for a higher lodging request.  The Travel Department may request any details of this documentation, regardless of the reason for the higher lodging request.

The employee must follow the University's internal policy prior to submitting the form to the Travel Department.

Please attach this form to your travel voucher.

Please state the appropriate TBPC exception in the voucher narrative.

*Traveler(s) must sign below*

| | Signature of Traveler | | Signature of traveler |
|---|---|---|---|
| sign here | | sign here | |
| | Signature of Traveler | | Signature of traveler |
| sign here | | sign here | |

*Use calculation table on reverse side*

If the reason for the request is because of decreased total cost of travel to the state, then calculate below.  This section must be completed in light of the legal requirement to conserve funds.

### CALCULATION TABLE

| | | | | | | |
|---|---|---|---|---|---|---|
| Requested rate | | $ _____ | | **Costs not to be incurred:** | | |
| Less allowed comparison rate * | _____ | | | Motor vehicle rental cost per day ** | $ _____ | |
| Equals | _____ = _____ | | | Number of days not needed | x _____ | |
| Number of nights | _____ x | | | Equals | = _____ | |
| Equals | _____ = _____ | | | Plus:  other expenses not incurred | + 0.00 | |
| Number of employees | _____ x | | | Costs not to be incurred | = _____ | |
| Equals | _____ = _____ | | | | − _____ | |
| | | | | Total cost savings | $ _____ | |

*Allowed comparison rate—the allowable rate is the maximum lodging reimbursement rate per the state's guidelines.

** Allowed motor vehicle rental cost —if the duty point has one or more TBPC contracted motor vehicle companies, then the allowable cost is the lowest available contracted rate for an appropriate motor vehicle at the duty point.  If the duty point does not have a TBPC contracted motor vehicle rental company, or if the traveler or the agency is exempt from the requirement to participate in TBPC's motor vehicle rental contracts, then the allowable cost is the lowest available rental rate for an appropriate motor vehicle at the duty point.

Please include a full explanation of the above calculation and a complete itemization of "Other expenses not incurred":

_____

_____

_____

_____

After completing this request form, please submit to the appropriate Sr. Vice President for Approval (includes president's direct report).  The request may be denied at the Sr. VP's discretion.  If the Sr. VP designates a higher rate, then this form must be included in the supporting documentation for the payment or reimbursement of the lodging expenses.  Any questions regarding this form may be addressed to the Travel Office @ 713-313-7469.

| | | |
|---|---|---|
| The Sr. Vice President has designated a higher maximum lodging rate because either there is no safe lodging available, the employee is unable to obtain reasonable lodging at the state rate or the designation will result in a decreased total cost of travel to the state.  The designation of a higher maximum lodging reimbursement rate applies only to travel that begins after the designation occurs and only for the trip for which the designation is requested. | | |
| Sr. Vice President or Direct Reports: sign here | Date received: 3/14/2022 | Date of designation: |

The higher lodging rate request has been denied for the following reason(s): _____

_____



Westin Birmingham Hotel
2221 Richard Arrington Jr Blvd
Birmingham, AL  35203
United States
Tel: 205-307-3600 Fax: 205-307-3605

# WESTIN

## HOTELS & RESORTS

DARREN BARNETT

| | | | | | | |
|---|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 1000288496 |
| Guest Number | : | 3455480 | | | | |
| Folio ID | : | A | | | | |
| Arrive Date | : | 12-MAR-22 | 14:42 | | | |
| Depart Date | : | 13-MAR-22 | 09:38 | | | |
| No. Of Guest | : | 1 | | | | |
| Room Number | : | 613 | | | | |
| Marriott Bonvoy Number : | | | | | | |

Tax Invoice

Tax ID :
Westin Birming BHMWI  MAR-13-2022  09:38  MCREN542

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 12-MAR-22 | 082 | Valet | 35.00 | |
| 12-MAR-22 | RT613 | Room Chrg - Standard Retail | 322.05 | |
| 12-MAR-22 | RT613 | Occupancy/Tourism | 56.36 | |
| 12-MAR-22 | RT613 | Convention And Tourism Tax | 3.00 | |
| 13-MAR-22 | MC | Mastercard-2332 | | -416.41 |

***For Authorization Purpose Only***
xxxxxx2332

| Date | Time | Code | Authorized |
|---|---|---|---|
| 12-MAR-22 | 14:42 | 081175 | 450.87 |

| | | | | |
|---|---|---|---|---|
| | ** Total | | 416.41 | -416.41 |
| | *** Balance | | 0.00 | |

Continued on the next page

Westin Birmingham Hotel
2221 Richard Arrington Jr Blvd
Birmingham, AL 35203
United States
Tel: 205-307-3600 Fax: 205-307-3605

**WESTIN®**

**HOTELS & RESORTS**

DARREN BARNETT

| | | |
|---|---|---|
| Page Number | : | 2 |
| Guest Number | : | 3455480 |
| Folio ID | : | A |
| Arrive Date | : | 12-MAR-22   14:42 |
| Depart Date | : | 13-MAR-22   09:38 |
| No. Of Guest | : | 1 |
| Room Number | : | 613 |
| Marriott Bonvoy Number : | | |

Invoice Nbr   :   1000288496

Stay well, no matter where you travel. Reconnect with your well-being and find your next destination at westin.com.

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Other | Total | Payment |
|---|---|---|---|
| 03-12-2022 | 416.41 | 416.41 | 0.00 |
| 03-13-2022 | 0.00 | 0.00 | -416.41 |
| Total | 416.41 | 416.41 | -416.41 |

Signature_____

Bring the Westin experience home. Shop WestinStore.com.

#16

Westin Birmingham Hotel
2221 Richard Arrington Jr Blvd
Birmingham, AL  35203
United States
Tel: 205-307-3600 Fax: 205-307-3605

## WESTIN®
### HOTELS & RESORTS

Lesia Crumpton-Young
3100 Cleburne Street
Office Of The President
Houston, TX, 77004
United States Of America

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 3455321 |
| Folio ID | : | A |
| Arrive Date | : | 12-MAR-22    14:30 |
| Depart Date | : | 13-MAR-22    09:37 |
| No. Of Guest | : | 1 |
| Room Number | : | 505 |
| Marriott Bonvoy Number : | | |

Invoice Nbr        :   1000283385

Tax Invoice

Tax ID :

Westin Birming BHMWI  MAR-13-2022  09:37  MCREN542

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 12-MAR-22 | RT505 | Room Chrg - Standard Retail | 329.00 | |
| 12-MAR-22 | RT505 | Occupancy/Tourism | 57.58 | |
| 12-MAR-22 | RT505 | Convention And Tourism Tax | 3.00 | |
| 13-MAR-22 | MC | Mastercard-2332 | | -389.58 |

***For Authorization Purpose Only***
xxxxxx2332

| Date | Time | Code | Authorized |
|---|---|---|---|
| 12-MAR-22 | 14:30 | 063303 | 460.60 |

| | | | |
|---|---|---|---|
| ** Total | | 389.58 | -389.58 |
| *** Balance | | 0.00 | |

Continued on the next page

Westin Birmingham Hotel
2221 Richard Arrington Jr Blvd
Birmingham, AL  35203
United States
Tel: 205-307-3600 Fax: 205-307-3605

# WESTIN®

## HOTELS & RESORTS

Lesia Crumpton-Young
3100 Cleburne Street
Office Of The President
Houston, TX, 77004
United States Of America

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 2 | | Invoice Nbr | : | 1000283385 |
| Guest Number | : | 3455321 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 12-MAR-22 | 14:30 | | |
| Depart Date | : | 13-MAR-22 | 09:37 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 505 | | | |
| Marriott Bonvoy Number : | | | | | |

Stay well, no matter where you travel. Reconnect with your well-being and find your next destination at westin.com.

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Other | Total | Payment |
|---|---|---|---|
| 03-12-2022 | 389.58 | 389.58 | 0.00 |
| 03-13-2022 | 0.00 | 0.00 | -389.58 |
| Total | 389.58 | 389.58 | -389.58 |

Signature_____

Bring the Westin experience home. Shop WestinStore.com.

*Sgt Barnett* #17

**Reed, Krystina D.**

| | |
|---|---|
| **From:** | United Airlines, Inc.  <Receipts@united.com> |
| **Sent:** | Monday, March 14, 2022 12:16 PM |
| **To:** | Reed, Krystina D. |
| **Subject:** | [EXT]: eTicket Itinerary and Receipt for Confirmation F3NMNQ |

CAUTION: This email originated from outside your organization. Exercise caution when opening attachments or clicking links, especially from unknown senders.

# U N I T E D .

**Mon, Mar 14, 2022**

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# F3NMNQ

| Flight 1 of 4 UA469 | Class: United First (C) |
|---|---|
| Tue, Mar 15, 2022 | Tue, Mar 15, 2022 |
| **07:25 AM** | **10:07 AM** |
| Houston, TX, US (IAH) | Chicago, IL, US (ORD) |

| Flight 2 of 4 UA3994 | Class: United Economy (Y) |
|---|---|
| Tue, Mar 15, 2022 | Tue, Mar 15, 2022 |
| **10:48 AM** | **01:00 PM** |
| Chicago, IL, US (ORD) | Dayton, OH, US (DAY) |

Flight Operated by Air Wisconsin Airlines dba United Express.

1

*Dayton, OH*

*#22*



Rental Agreement # 851140112
Invoice # 90138366703

## Renter Information

**Renter Name**
LESIA CRUMPTON-YOUNG

**Renter Address**
HOUSTON, TX 77004
USA

**Contract**
TEXAS SOUTHERN UNIVERSITY

## Vehicle Information

**4DR ALL-WHEEL DRIVE**
License #: NCG2783
State/Province: TX
Unit #: 7TMQRF
Vehicle #: LZ197928

**Vehicle Class Driven**
Premium Elite SUV 4 door/Automatic/
Air

**Vehicle Class Charged**
Standard Hybrid 5 door/Automatic/Air

**Odometer Mileage/Kilometers**

Starting: 54,469   Ending: 54,549

Total: 80

**Fuel**

Starting: 16.8 g   Ending: 13.6g

## Trip Information

**Pickup**
Tuesday, March 15, 2022  1:05 PM

**Start Charges**
Tuesday, March 15, 2022  1:15 PM
DAYTON INTL ARPT (DAY)
3600 TERMINAL RD
VANDALIA, OH 45377-3312
USA

**Return**
Wednesday, March 16,   7:44 AM
2022
DAYTON INTL ARPT (DAY)
3600 TERMINAL RD
VANDALIA, OH 45377-3312
USA

## Renter Charges

| | | |
|---|---|---|
| Rental Rate | Car Class Change 1 Day at $11.99 / Day | $11.99 |
| | Time & Distance 1 Day at $65.00 / Day | $65.00 |
| Coverages | Cdw-allocated Inclusive | Included |
| Add-Ons | Fuel Service Option ($87.87 / Rental) | $67.87 |
| Taxes and Fees | Customer Facility Charge 5.50/day ($5.50 / Day) | $5.50 |
| | Concession Recoup Fee 11.11 Pct (11.11%) | $16.13 |
| | Sales Tax (7.50%) | $7.42 |
| | Vlf Rec ($0.31 / Day) | $0.31 |
| **Total** | | **$174.22** |

(Subject to audit)

Amount charged on March 16, 2022 to MASTERCARD
(2332)                                                        ($174.22)

**Amount Due**                                          **$0.00**

## Thank you for renting with Enterprise Rent-A-Car

We appreciate your business!
This email was automatically generated
from an unattended mailbox, so please
do not reply to this e-mail.
If you have any questions about your
rental, please view our Frequently

4/5/22, 12:59 PM                              Receipt - United Airlines

# UNITED 

#23
#24

*Sgt Barnett*
Tue, Apr 05, 2022

# Thank you for choosing United.

A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

## Flight 1 of 1 UA2102

Wed, Mar 16, 2022                                              Wed, Mar 16, 2022
Chicago, IL, US (ORD)                                          Houston, TX, US (IAH)

### Traveler Details

BARNETT/DARREN
Inflight Liquor (0169978333500)                                ORD-IAH
Inflight Liquor (0169978333499)                                ORD-IAH

### Purchase Summary

Method of payment:                                    Master Card ending in 2332
Date of purchase:                                          Wed, Mar 16, 2022

Inflight Liquor (Reference Number: 0169978333500):                    9.00 USD

## Total:                                                             9.00 USD

### Additional Purchase Summary

Method of payment:                                    Master Card ending in 2332
Date of purchase:                                          Wed, Mar 16, 2022

Inflight Liquor (Reference Number: 0169978333499):                    9.00 USD

## Total:                                                             9.00 USD

A STAR ALLIANCE MEMBER

Copyright © 2022 United Airlines, Inc. All Rights Reserved





**LOS ANGELES AIRPORT MARRIOTT**                    **GUEST FOLIO**

| 4050 ROOM# | CRUMPTONYOUNG/L NAME | 146.00 RATE | 03/22/22 DEPART | 14:00 TIME | 55689 ACCT# |
|---|---|---|---|---|---|
| VKB TYPE | TEXAS SOUTHERN UNIVE | | 03/20/22 ARRIVE | 15:18 TIME | |
| 33 | | | | | |
| ROOM CLERK | ADDRESS | PAYMENT | | | MBV#:   XXXXX4529 |

| DATE | REFERENCES | CHARGES | CREDITS | BALANCES DUE |
|---|---|---|---|---|
| 03/16 | ADVDP-MC | | 338.16 | |
| | SETTLED TO:   MASTERCARD | | | |
| 03/20 | VALETGST       #0452 | 56.00 | | |
| 03/20 | PRKG TAX       #0452 | 5.60 | | |
| 03/20 | ROOM          4050, 1 | 146.00 | | |
| 03/20 | TAX           4050, 1 | 20.44 | | |
| 03/20 | CA FEE         4050, 1 | .45 | | |
| 03/20 | LA ASMNT       4050, 1 | 2.19 | | |
| 03/21 | ROOM          4050, 1 | 146.00 | | |
| 03/21 | TAX           4050, 1 | 20.44 | | |
| 03/21 | CA FEE         4050, 1 | .45 | | |
| 03/21 | LA ASMNT       4050, 1 | 2.19 | | |
| 03/22 | MC CARD | | $61.60 | |

SETTLED TO:       MASTERCARD       CURRENT BALANCE  .00

THANK YOU FOR CHOOSING THE LOS ANGELES AIRPORT MARRIOTT!
FOR A QUICK CHECK-OUT, PLEASE DIAL '88' ON YOUR PHONE, OR
PRESS "MENU" ON YOUR TV REMOTE TO ACCESS VIDEO CHECK-OUT.

See our "Privacy & Cookie Statement" on Marriott.com

\

**Your Marriott Bonvoy points/miles earned on your eligible earnings will be credited to your account. Check your
Marriott Bonvoy Account Statement for updated activity. See members.marriott.com for new Marriott Reward
benefits.**



**LOS ANGELES AIRPORT MARRIOTT
5855 W CENTURY BLVD
LOS ANGELES CA  90045**

**Treat yourself to the comfort of Marriott Hotels in your home. Visit ShopMarriott.com.**

This statement is your only receipt. You have agreed to pay in cash or by approved personal check or to authorize us to charge your credit card for all amounts charged to you. The amounts shown in the credit column opposite any credit card entry in the reference column above will be charged to the credit card number set forth above. (The credit card company will bill in the usual manner.) If for any reason the credit card company does not make payment on this account, you will owe us such amount. If you are direct billed, in the event payment is not made within 25 days after check-out, you will owe us interest from the check-out date on any unpaid amount at the rate of 1.5% per month (ANNUAL RATE 18%), or the maximum allowed by law, plus the reasonable cost of collection, including attorney fees.

Signature X



*Univ Card - Ft. Worth, TX Trip*

```
          BUC-EE'S
       205 IH 45 South
        Madisonville
TRU CHPD BBQ BF BRSKT S      $6.98
TRU SLCE BBQ BRSKT SAND      $6.98
RED BULL 12OZ                $3.29
              Sub Total     $17.25
                    Tax      $1.42
                  Total     $18.67
                Savings      $0.00
       MastercardFleet:     $18.67
                 Change      $0.00

SALE
MastercardFleet
Card Num : (C) XXXXXXXXXXXX2332
Chip Read
Terminal : J01
Approval : 008544

USD$ 18.67

Mastercard
AID: A0000000041010
TVR: 0000008000
IAD:
XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX
TSI: E800
ARC: 00
TC: AC0C9BE3E4C95F9A


           (979)-238-6390
POS:     41  Cashier:  Mariella,
3/17/2022   12:22:03   TRAN:86081
```

## Flight 3 of 4 UA3891 — Class: United Economy (E)

Wed, Mar 16, 2022
**09:30 AM**
Dayton, OH, US (DAY)

Wed, Mar 16, 2022
**09:58 AM**
Chicago, IL, US (ORD)

Flight Operated by Air Wisconsin Airlines dba United Express.

## Flight 4 of 4 UA2102 — Class: United Economy (E)

Wed, Mar 16, 2022
**10:40 AM**
Chicago, IL, US (ORD)

Wed, Mar 16, 2022
**01:37 PM**
Houston, TX, US (IAH)

## Traveler Details

CRUMPTONYOUNG/LESIA

eTicket number: **0162400298911**
Frequent Flyer: **UA-XXXXX762 Member**

Seats: **IAH-ORD 04A**
**ORD-DAY 07A**
**DAY-ORD 05A**
**ORD-IAH 20D**
**ORD-IAH**
**DAY-ORD**

Economy Plus Seat (0169977849202)
Preferred Zone Assignment (0169977849201)

BARNETT/DARREN

eTicket number: **0162400298912**

Seats: **IAH-ORD 05A**
**ORD-DAY 08A**
**DAY-ORD 05B**
**ORD-IAH 20E**
**ORD-IAH**
**DAY-ORD**

Economy Plus Seat (0169977849200)
Preferred Zone Assignment (0169977849199)

## Purchase Summary

Method of payment:
Date of purchase:

Master Card ending in 2332
Mon, Mar 14, 2022

Airfare:
U.S. Transportation Tax:
U.S. Flight Segment Tax:

2196.74 USD
164.76 USD
18.00 USD

2

45

## Young, Mary

| | |
|---|---|
| **From:** | Ruiz, Faith |
| **Sent:** | Friday, April 8, 2022 9:22 AM |
| **To:** | Young, Mary |
| **Subject:** | FW: Expense Report- Pres. Young (03/04/22-04/03/22) |
| **Attachments:** | President Young_03.04.22-04.03.22_partialsign.pdf |
| | |
| **Importance:** | High |

---

**From:** Reed, Krystina D. <Krystina.Reed@TSU.EDU>
**Sent:** Wednesday, April 6, 2022 12:30 PM
**To:** Ruiz, Faith <Faith.Ruiz@tsu.edu>
**Subject:** Expense Report- Pres. Young (03/04/22-04/03/22)
**Importance:** High

Good Afternoon Mrs. Ruiz,

Attached you will find President Crumpton-Young's expense report for period: 03/04/22-04/03/22. Please note that this month's total expenses are a *rarity* resulting from:

- Increased travel to support students participating in the SWAC and NCAA tournaments.
- Time sensitivity of travel. The report contains transactions/expenses that would traditionally be applied to the Department of Public Safety's in-house departmental travel card. As such, these charges will be reconciled against the DPS budget, as noted on the expense report.
- Unallowable transactions that were inadvertently auto-debited and charged in error. These expensed amounts will be reimbursed to the University as also noted.


Please scan back signed packet when complete and let me know if there are any questions.

Thanks!

## Krystina Reed
*Executive Division Business Administrator*

 **TEXAS SOUTHERN UNIVERSITY**
Office of the President

Office: 713-313-7175 I   713-313-1989 (fax)
Hannah Hall, 220
3100 Cleburne Street, Houston, TX 77004
www.tsu.edu

1

4/5/22, 11:10 AM                                          TripCase - eInvoice


**ALMEDA TRAVEL**
Phone: 713-592-8000
info@almedatravel.com

*2, 3, 4, & 5*

## Electronic Invoice

**Prepared For:**
**CRUMPTON YOUNG/LESIA**
**YOUNG/REGINALD**

| | |
|---|---|
| SALES PERSON | JA |
| INVOICE NUMBER | 0206155 |
| INVOICE ISSUE DATE | 10 Mar 2022 |
| RECORD LOCATOR | DWJGXR |
| CUSTOMER NUMBER | 012001 |

Client Address
TEXAS SOUTHERN UNIVERSITY
3100 CLEBURNE AVE
HOUSTON TX 77004
US

## DATE: Sat, Mar 12

**Flight UNITED AIRLINES 4934**

| From | HOUSTON GEO BUSH, TX | Departs | 10:20am |
|---|---|---|---|
| To | BIRMINGHAM AL, AL | Arrives | 12:12pm |
| Departure Terminal | B | | |
| Duration | 1hr(s) 52min(s) | | |
| Type | | Meal | No Meal Service |
| Stop(s) | Non Stop | | |
| Seat(s) Details | CRUMPTON YOUNG/LESIA | | UA  - XXXXXX 62 |

## DATE: Sun, Mar 13

**Flight UNITED AIRLINES 4280**

| From | BIRMINGHAM AL, AL | Departs | 12:58pm |
|---|---|---|---|
| To | HOUSTON GEO BUSH, TX | Arrives | 3:11pm |
| | | Arrival Terminal | B |
| Duration | 2hr(s) 13min(s) | | |
| Type | | Meal | No Meal Service |
| Stop(s) | Non Stop | | |
| Seat(s) Details | CRUMPTON YOUNG/LESIA | Seat(s) - 24C | UA  - XXXXXX 62 |
| | YOUNG/REGINALD | Seat(s) - 24D | |

## DATE: Mon, Sep 12

**Others**

| | |
|---|---|
| | BIRMINGHAM AL |
| | THANK YOU |

## Ticket Information

| **Ticket Number** | UA 7662164328 #5 | **Passenger** | CRUMPTON YOUNG LESIA |
|---|---|---|---|

https://documents.sabre.com/new/einvoicePrint.html                                    1/2

CiTi

**Expense Report**

Posting Date: 03/04/2022 - 04/03/2022

Run Date: 04/05/2022
Report ID: ed10017

DR. LESIA L CRUMPTON-YOUNG, 00717-TSU PRES-009
XX-8523332
3100 CLEBURNE ST
HOUSTON, TX 770044850100 USA.

Card Transactions

| Posting Date | Transaction Date | Description | Receipt Amount | Posted Amount | Expense Amount | Reviewed | Approved |
|---|---|---|---|---|---|---|---|
| 03/17/2022 | 03/18/2022 | ENTERPRISE RENT-A-CAR-VANDALIA,OH,45377. | | | | | |

**Expense Description:** Ground transportation/rental while on travel in Dayton, OH in support of TSU athletics during SWAC tournament

**Summary:** rental - Dayton, OH

Department: OH

Accounting Codes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRESIDENT (VP) | | FOP: | L-1000 11000 70 | 174.22 USD | 174.22 USD | ✓ | |

Is the Vendor on Hold?: N/A
Account Code: 7111 Travel Out-of-State Public Transpor
Activity Code (if applicable): 174.22 USD

Account Amount: 174.22 USD
Activity Code (if applicable):

| 03/18/2022 | 03/16/2022 | UNITED AIRLINES-HOUSTON,TX,77002 | | | | | |

**Expense Description:** Purchase made by Sgt. Barnett while in flight and auto applied to President's payment card (linked to booked flight) in error. "Expense will be reconciled to DPS Account and employee will reimburse University."

**Summary:** Sgt Barnett-Flight drink

Department: 

Accounting Codes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRESIDENT (VP) | | FOP: | L-1860 62026 80 | 9.00 USD | 9.00 USD | ✓ | |

Is the Vendor on Hold?: N/A
Account Code: 7111 Travel Out-of-State Public Transpor
Activity Code (if applicable): 9.00 USD

Account Amount: 9.00 USD
Activity Code (if applicable): 9.00 USD

| 03/18/2022 | 03/16/2022 | UNITED AIRLINES-HOUSTON,TX,77002. | | | | | |

**Expense Description:** Purchase made by Sgt. Barnett while in flight and auto applied to President's payment card (linked to booked flight) in error. "Expense will be reconciled to DPS Account and employee will reimburse University."

**Summary:** Barnett- flight beverage

Department: 

Accounting Codes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PRESIDENT (VP) | | FOP: | L-1860 62026 80 | 9.00 USD | 9.00 USD | ✓ | |

Is the Vendor on Hold?: N/A

4/5/22, 11:10 AM

TripCase - eInvoice

| | | | | | |
|---|---|---|---|---|---|
| | | Billed to: | CA XXXXXXXXXXXX2332 | USD | * 2297.19 |
| Ticket Number | UA 7662164329 #4 | Passenger | YOUNG REGINALD | | |
| | | Billed to: | CA XXXXXXXXXXXX2332 | USD | * 2297.19 |
| Service Fee | XD 0818538315 #2 | Passenger | CRUMPTON YOUNG LESIA | | |
| | | Billed to: | CA XXXXXXXXXXXX2332 | USD | * 25.00 |
| Service Fee | XD 0818538316 #3 | Passenger | YOUNG REGINALD | | |
| | | Billed to: | CA XXXXXXXXXXXX2332 | USD | * 25.00 |

|  |  |  |
|---|---|---|
| SubTotal | USD 4644.38 |
| Net Credit Card Billing | * USD 4644.38 |
| | ---------- |
| Total Amount Due | USD 0.00 |

ITINERARY NOTES:
THANK YOU FOR CALLING CWT/ALMEDA TRAVEL
FARE........2322.19 PER PERSON INCLUDING SERVICE FEE
TICKET IS REFUNDABLE
CANCEL TRIP AT LEAST 30 MINUTES PRIOR TO DEPARTURE OR
FIRST CHECKED BAG IS 30.00 EACH WAY PER PERSON
SECOND CHECKED BAG IS 40.00 EACH WAY PER PERSON
MAXIMUM WEIGHT IS 50 POUNDS PER BAG
TICLET MUST BE PURCHASED BY MARCH 10 2022

The carriage of certain hazardous materials, like aerosols, fireworks, and flammable liquids, aboard the aircraft is forbidden. If you do not understand these restrictions, further information may be obtained from your airline.

Your travel arranger provides the information contained in this document. If you have any questions about the content, please contact your travel arranger. For Credit Card Service fees, please see eTicket receipt for total charges.

4/5/22, 12:19 PM                              TripCase - eInvoice

 **ALMEDA TRAVEL**
Phone: 713-592-8000
info@almedatravel.com

# 6 + # 7

## Electronic Invoice

### Prepared For:
BARNETT/DARREN

| SALES PERSON | RA |
|---|---|
| INVOICE NUMBER | 0206156 |
| INVOICE ISSUE DATE | 11 Mar 2022 |
| RECORD LOCATOR | QNLKNI |
| CUSTOMER NUMBER | 012001 |

Client Address
TEXAS SOUTHERN UNIVERSITY
3100 CLEBURNE AVE
HOUSTON TX 77004
US

### DATE: Sat, Mar 12

**Flight UNITED AIRLINES 4934**

| From | HOUSTON GEO BUSH, TX | Departs | 10:20am |
|---|---|---|---|
| To | BIRMINGHAM AL, AL | Arrives | 12:12pm |
| Departure Terminal | B | | |
| Duration | 1hr(s) 52min(s) | | |
| Type | | Meal | No Meal Service |
| Stop(s) | Non Stop | | |

### DATE: Sun, Mar 13

**Flight UNITED AIRLINES 4280**

| From | BIRMINGHAM AL, AL | Departs | 12:58pm |
|---|---|---|---|
| To | HOUSTON GEO BUSH, TX | Arrives | 3:11pm |
| | | Arrival Terminal | B |
| Duration | 2hr(s) 13min(s) | | |
| Type | | Meal | No Meal Service |
| Stop(s) | Non Stop | | |
| Seat(s) Details | BARNETT/DARREN | Seat(s) - 24D | |

### DATE: Wed, Oct 12

| Others | | | |
|---|---|---|---|
| | BIRMINGHAM AL | | |
| | THANK YOU | | |

## Ticket Information

| Ticket Number | UA 7662164331 | Passenger | BARNETT DARREN | # 6 | USD | * 2297.19 |
|---|---|---|---|---|---|---|
| | | Billed to: | CA XXXXXXXXXXXX2332 | | | |
| Service Fee | XD 0818538317 | Passenger | BARNETT DARREN | # 7 | USD | * 25.00 |
| | | Billed to: | CA XXXXXXXXXXXX2332 | | | |
| | | | | SubTotal | USD | 2322.19 |

46



**Empowerment Center Project**

**Guidebook**

TEXAS SOUTHERN UNIVERSITY
Department of Public Safety

TSU



DOWNLOAD *LIVESAFE* ON YOUR SMARTPHONE.

FOLLOW US!

@TSUDPS

@TSUDPS

@TSUPOLICE

@TSUDPS

General Service Building
3445 Blodgett Street, Ste. 217,
Houston, Texas 77004

713.313.6868

# Table of Contents

<u>Eye of the Tiger Safety Empowerment Center Overview</u>

Summary...................................................................PG 1

**Mental Health:**

A mind is a terrible thing to waste!................................PG 3

<u>De-escalation:</u>

Is it conflict or miscommunication?...............................PG 3

**Community & Prevention Awareness:**

Fraud alert, domestic violence, sexual assault, etc ............PG 4

<u>Breakdown of the Criminal Justice System:</u>

Is it equal for everyone?..........................................PG 4

<u>Pros & Cons of Defunding the Police:</u>

Is 911 a joke in your town?.......................................PG 5

<u>Mainstream and Social Media:</u>

If it's on the Internet, it must be true!.........................PG 5

**Biases:**

Gender, Cultural and Racial......................................PG 6

<u>The New Norm:</u>

Is going virtual our true reality?.................................PG 6

## Sample of surveys for each Eye of the Tiger Safety Empowerment Sessions

- I know the types of biases.

§ Strongly Disagree
§ Disagree
§ Neutral
§ Agree
§ Strongly Agree

- **Biases can affect community relations with police.**

§ Strongly Disagree
§ Disagree
§ Neutral
§ Agree
§ Strongly Agree

- **Training for biases should be required in policing.**

§ Strongly Disagree
§ Disagree
§ Neutral
§ Agree
§ Strongly Agree

- **I know what explicit bias is.**

§ Strongly Disagree
§ Disagree
§ Neutral
§ Agree
§ Strongly Agree

- I understand what implicit bias is?

§ Strongly Disagree
§ Disagree
§ Neutral
§ Agree
§ Strongly Agree

VII.  Biases:
Gender, cultural and racial...

This session will discuss various biases. The session will provide the definition and the meaning of various biases that are often associated with police services and police departments. Participants will also understand why bias training is required in policing. An evaluation and review of this session will be presented to all participants.

VIII. The New Norm:
Is going virtual our true reality?

This session will discuss the global pandemic. The session will provide insight into the various changes that have occurred as a result of social distancing. An evaluation of this session will be presented to all participants.



TEXAS SOUTHERN UNIVERSITY
Department of Public Safety

# Eye of the Tiger Safety Empowerment Center Project Summary

The Eye of the Tiger Safety Empowerment Center project will cultivate police officers to develop positive interactions among the citizens within the community and inspire students to further their studies in political science or administration of justice with further aspirations to work within the Criminal Justice system. The Center will provide community members an opportunity to express their perspectives, concerns, and opinions of community policing.

The goal of the Eye of the Tiger Safety Empowerment Center is for a tripod of participants (community, police, and students) to take an active role in forming a greater understanding of policing the community. As society moves forward into a new era of policing, this project will affect how policies are made, police officers are trained, and how interaction is.

In the wake of recent incidents regarding police use of force, the validity of policing is questioned among communities within this nation. As a result, cities in the United States have experienced mass demonstrations and protests due to the perceptions of police misconduct and excessive use of force. Consequently, police agencies must improve their relationship with local communities and obtain proper training to serve the public safely and effectively.

Police engagement strengthens the fight against crime and offers a unique opportunity for all parties to interact productively. The Texas Southern University Department of Public Safety has established the Eye of the Tiger Safety Empowerment Center to help facilitate this engagement. This center will enhance transparency and information sharing between law enforcement and communities of color.

## V.  Pros & Cons of Defunding the Police: Is 911 a joke in your town?

This session will concentrate on how 911 services are rendered and perceived within communities of color. Participants will understand the difference in calling the police and calling 911. Participants will have the opportunity to see how decisions are made when emergencies occur. An evaluation and review of this session will be presented to all participants.

## VI. Mainstream and Social Media Outlets If it's on the Internet, it must be true!

This session will discuss the perception of social and mainstream media. Participants will engage in the concepts of verifying their information and understanding there are multiple views to a situation. Particularly, participants will experience police perspectives on current controversial topics flaunted via the media. In return, the participants will get the opportunity to reflect on the perspectives provided first-hand. An evaluation and review of this session will be presented to all participants.

## I.    Mental Health:
## A mind is a terrible thing to waste

Mental health and wellness are crucial in establishing and maintaining a healthy lifestyle. It is important to develop strategies to improve all aspects of health, physical, medical, and mental well-being. This section will focus on the current mental health with conditions associated with disorders. Participants will learn how to recognize challenges that are associated with mental illness and behaviors. Participants will also learn about suicide prevention, disorders, and substance abuse. An evaluation and review of this session will be presented to all participants.

## II.    De-escalation:
## Is it conflict or miscommunication?

This session describes De-escalation techniques and strategies to resolve conflicts that may arise during an incident. Participants will have the opportunity to review several scenarios to become aware of conflict or miscommunication and learn how to eliminate incidents that could become potentially harmful for all parties involved. A thorough review of the information will be provided, and helpful resources will be provided for all Eye of the Tiger Safety Empowerment Center Project participants. An evaluation and review of this session will be presented to all participants.

## III.    Community & Prevention Awareness

This session will focus on community and prevention awareness with topics such as:

· Human trafficking
· Domestic violence
· Sexual Assaults
· Fraud Alerts
· Traffic Stops
· Gun laws
· Child and elderly abuse

An evaluation and review of this session will be presented to all participants.

## IV.    Breakdown of the Criminal Justice System:
## Is it equal for everyone?

This session will concentrate on the four components of the criminal justice system: legislation, law enforcement, courts and corrections. Participants will identify the core of the criminal justice system and its effectiveness. In addition, participants will recognize the four sanctions used for punishment: deterrence, incapacitation, rehabilitation and retribution. An evaluation and review of this session will be presented to all participants.

# TEXAS SOUTHERN UNIVERSITY



## DEPARTMENT OF PUBLIC SAFETY

## FIELD TRAINING OPERATION MANUAL



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

# FIELD TRAINING OPERATION MANUAL

## TABLE OF CONTENTS

Message from Chief Mary Young

Law Enforcement Code of Ethics

Department Mission Statement

Scope of the Program

Program Overview

Training Evaluation Overview

Scale Value Application

Termination Process

Daily Observation Report Document

Training Coordinator Review Document



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## Message from Chief Mary Young

As the Police Chief of a progressive and professional department, it is my primary objective to have a group of individuals whose skills and abilities are second to none. The Men and Women of Texas Southern University Police Department are committed to actively engaging in a comprehensive oriented policing strategy. As such, we have dramatically improved our crime prevention strategies and outreach efforts to provide more ways for the campus community to interact with us than ever before.  Our greatest asset has always been You- the campus community.

A successful caveat is the hiring of talented individuals from diverse backgrounds who are committed to serve while supporting the university's top (5) priorities: Student Success & Completion, Academic Program Quality and Research, Culture, Partnerships and Finance! All 48 officers are sworn officers with state licenses and certifications who has the same authority and responsibilities as most municipal police departments and has challenges similar to any large nationally recognized university.

I am confident that we will continue to grow by implementing best practices in law enforcement to employ the most qualified individuals and meet the challenges of 21st Century Policing. We have no greater priority than the safety of our students, faculty, staff, campus community and visitors!

As always keeping you SAFE while keeping you informed*

Mary Young
*Executive Director and Chief of Police*
*Texas Southern University*
*Department of Public Safety*

 **TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**
3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

# LAW ENFORCEMENT CODE OF ETHICS

As a LAW ENFORCEMENT OFFICER my fundamental duty is to serve people, to safeguard lives and property, to protect the innocent against deception, the weak against oppression or intimidation and the peaceful against violence or disorder; and to respect the constitutional rights of all men to liberty, equality and justice.

I WILL keep my private life unsullied as an example to all; maintain courageous calm in the face of danger, scorn or ridicule; develop self-restraint and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the laws of the land and the regulations of my department. Whatever I see or hear of a confidential nature or they confide that to me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.

I WILL never act officiously or permit personal feelings, prejudices, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear of favor, malice or ill will, never employing unnecessary force or violence and never accepting gratuities.

I RECOGNIZE the badge of my office as a symbol of public faith, and I accept it as public trust to be held while I am true to the ethics of the police service. I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession . . . law enforcement.



**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## Department Mission Statement

To enhance the quality of life by rendering excellent community service with professional courtesy, integrity, and dignity to our faculty, staff, student body and neighborhood community. The Department will operate under the framework of the U.S. Constitution to enforce the laws, preserve the peace, and create efforts in becoming a world class police organization.



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## SCOPE OF THE PROGRAM

The field training program is designed to be completed by police officers that have completed a Basic Police Officer Academy. The Officers will be requested to perform general law enforcement duties as required by the Texas Southern University Department of Public Safety.



**TEXAS SOUTHERN UNIVERSITY**
Department of Public Safety

MARY L. YOUNG – CHIEF OF POLICE
EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## Program Overview

Field Training Program is intended to ease a police officer's transition from the academic setting to the performance of general law enforcement duties of the department. Although an officer graduating from a Basic Law Enforcement Academy has received an introduction to basic law enforcement, that officer cannot be expected to immediately function as an experienced officer on a University Campus. Newly assigned officers must receive additional training in the field, where they can learn from officers who have already gained a great deal of practical experience. The Field Training Program introduces a newly assigned Texas Southern University Department of Public Safety officers to procedures, policies, and purposes of the department as well as providing the initial formal and informal training specific to the day- to-day duties of its officers.

In order to make the Probationary Police Officers' (PPO) field training as effective as possible, they are assigned to a Field Training Officer (FTO). The FTO is officer specifically selected to train and to conduct this type of training. It is the responsibility of the FTO to thoroughly review the field training guide materials with the newly assigned officer and to demonstrate proper procedures.

Probationary Police Officers will be required to perform various law enforcement duties under the guidance and supervision of their assigned FTO and Field Training Coordinator FTC. The PPO's performance will be evaluated daily by the FTO and monitored by the FTC through Weekly Reports. This one-on-one style of training, and the fact that the FTO must guide the training in real law enforcement situations, sets it apart from any prior academy endeavor.

Field training has a significant impact on the individual student in terms of imprinting attitudes, style, values, and ethics in carrying out the duties of police work that will remain throughout a career. Consequently, it is probably the most effective influence on the future direction of a department. The law enforcement department head and his or her field training managers must, therefore, be certain that the field training program which introduces officers to the department not only develops the necessary technical skills but also reflects the policing philosophy of the department and the community that it serves.

The field training staff has the monumental responsibility of building the future of the department through the people they train. To assure success in this task, the field training program must have a training philosophy that ensures that every PPO is given the maximum opportunity to show that he or she can do the job. In order to accomplish this, the program must create a positive environment in which learning is maximized and in which PPOs are able to perform to the best of their ability. The approach must be fair, firm, friendly, and, above all, professional. The example set must be beyond reproach.

1 | P a g e



TEXAS SOUTHERN UNIVERSITY
Department of Public Safety

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

Evaluation must be sincere and given in a straightforward manner emphasizing the positive as well as the negative aspects of performance. At no time should probationary officers be demeaned or ridiculed. Even the least capable student must be treated with respect and compassion. No PPO should ever be treated in a way that deprives that PPO of his or her dignity. Every effort must be made to ensure that the stress felt by the PPO is caused by the job and not from the words or actions of the Field Training Officers.