

**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## TRAINING EVALUATION OVERVIEW

During the field training process, probationary officers must be guided, directed, and made aware of their progress through written evaluations, and the Daily Observation Report. These evaluations must be consistent, objective, and be administered in a manner that promotes good performance and progress throughout the program. The learning goals and performance objectives in the field training manual, the judgment used by the probationary officer, and the skills, knowledge, and competency demonstrated in performing the job-related duties of a patrol officer will serve as the basis for these evaluations.

**The Process**

Each probationary officer shall be evaluated in a number of categories which, when taken together, reflect the totality of the job for which the probationary officer was hired (these categories are designed to reflect general law enforcement duties).

**Standardized Evaluation Guidelines**

Because law enforcement, like so many other professions, has within it a wide variety of techniques and procedures, it becomes extremely important that standardization of performance appraisal occurs. Evaluation without standardization is not possible. In order to promote standardization of the evaluation process within each agency, there is a need to articulate and document reference points. These reference points need to be properly articulated to explain the rationale supporting a numerical score, such as "1" (Unacceptable), "3" (Acceptable), or "5" (Superior) along with "NO" (Not Observed) or "NRT (Not Responding to Training).

The Performance Categories/Standardized Evaluation Guidelines and the explanations for Unacceptable, Acceptable, and Superior reflect the operational standards for the department.

The SEGs found in this manual have been chosen to accurately reflect the levels of knowledge and skill in the department. Likewise, the categories listed on the Daily Observation Reports may also be modified to reflect the "job". For example, if an agency requires that each officer be trained as an EMT, that category and relevant manual lines should be included. The categories selected for rating should, (1) cover the totality of what an employee is required to do and (2) should be anchored in behaviorally descriptive terms.

The language in the Performance Categories SEGs cannot include everything that would represent the various levels of performance.

**Rating Behavior/Performance**

As has been presented, each category (listed on the Daily Observation Report) is accompanied by a set of Performance Categories SEGs. Texas Southern University Department of Public Safety uses a rating scale with 5 points. All students are evaluated utilizing the patrol officer standard as "Unacceptable, Acceptable or Superior:



**TEXAS SOUTHERN UNIVERSITY**
Department of Public Safety

MARY L. YOUNG – CHIEF OF POLICE
EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

We have also added the Performance Task Reference Number (TRN), to support each rating on the 5-point scale.

The FTO's role is to examine the probationary officer's performance and choose the appropriate description as provided in the relevant Performance Categories SEG. The FTO selects the description that "fits" the behavior that they are evaluating, i.e., 1, 3, 5, or "NO" Not Observed. The most difficult part of the evaluation process for FTOs is to surrender their own opinion of what the student's performance should be. FTOs MUST rate the student pursuant to the language in the manual lines if the student's performance is consistent with the language of that manual line. FTOs shall have no discretion in this matter. It is the only way that objective evaluations will be accomplished.

**Evaluation Process**

Each new probationary officer's progress, as he proceeds through the training program, is recorded by means of written evaluations. The evaluation process is as important as the training process.

Evaluations have many purposes. The obvious purpose is to record and document a probationary officer's progress, but there are other purposes as well. Evaluations are excellent tools for informing the probationary officer of his performance level at a particular point in time. They are also excellent devices for identifying training needs and documenting training efforts. Further, they chronicle the skill and efforts of the FTO as well. In a word, evaluation represents feedback.

Collectively, over the duration of the program, evaluations tell a chronological story, category by category. They tell of a probationary officer's successes and failures, improvements and digressions, and of the attempts to manage each of these occurrences. These documents are critical in the career of each probationary officer and should be treated as such. Honest and objective evaluations of students shall be a prime consideration of all members of this program.

Each probationary officer will be evaluated in a number of categories. These categories cover as much of each aspect of the police environment and responsibilities as practical. The Standardized Evaluation Guidelines (Performance Categories) have been established to ensure each FTO's rating of a probationary officer will be equal and standard throughout the program. The Standardized Evaluation Guidelines (Performance Categories) are actually behavioral task anchors. They provide a definition, in behavioral terms, of Unacceptable, Acceptable, and Superior levels of performance that must be applied to all probationary officers, regardless of their experience level, time in the Field Training and Evaluation Program, or other incidental factors. There are Standardized Evaluation Guidelines for every category listed on the face of the Daily Observation Report.



**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

A Behavior / Performance Categories Task Reference Number is placed next to each rating and is used to better document the PPO's performance. These control numbers assist in the documentation of actual performance in each Performance Category by stating just what the student did on each task.



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## SCALE VALUE APPLICATION

### (Performance Evaluation Scale)

Perhaps the most difficult task facing the Field Training Officer in completing the Daily Observation Report (Probationary Officer Evaluation) is the application of the numerical rating that represents the behavior being evaluated. The FTO's dilemma usually involved his/her rating philosophy versus another's and the question of whom is correct. The following explanation should clarify this issue and ease the concern of the FTO and the new officer being evaluated.

The first principle of value application is that everyone has different perceptions on nearly everything in life. While a standardization of ratings is a necessity, any attempt to standardize perceptions is doomed to failure at the start. For example, an FTO, based on prior negative experience, may see a new officer's exposure of his/her weapon to a suspect as a "1" rating in Officer Safety, while another FTO may see the same behavior as a "2" rating. Should the probationary officer or we really be concerned? Our answer is No, as long as both FTOs see the performance as Unacceptable (scale values 1, AND 2), under the guideline quoted. In summary, we have no difficulty accepting differences in perception unless these differences vary between the unacceptable and acceptable ratings for the same behavior.

A lack of standardization ensues when one FTO sees the performance as "Unacceptable" (Scale values 1, or 2) and the other sees the same behavior as "Acceptable" (scale values 3, 4, or 5). In summary then, we have no difficulty accepting differences in officers' perceptions unless these perception differences vary between "Unacceptable" and "Acceptable" ratings for the same performance.

The second principle concerns the value assigned to performance where additional efforts have been undertaken and the new officer has not responded to training. A new officer who performs at less than an acceptable level will be assigned a 1, or 2 for that task. The FTO is then under an obligation to provide training to the probationary officer and assess the new officer's performance when the next opportunity arises. If the FTO has retrained and the new officer continues to fail, how should the FTO evaluate the new officer? A reduction in the scale value might seem contradictory if the new officer does no worse than before. The N.R.T. (Not Responding to Training) section of the report form allows the FTO to report continued failure to improve on the part of the new officer, while maintaining the integrity of the rating first given. Thus, an N.R.T. is an indication of a problem that has occurred in the past, which has been the object of appropriate additional effort, and has not improved with training. A rating of N.R.T. might be compared to the waving of a "red flag, indicating the new officer is in danger of failing the Field Training Program unless performance improves.

Performance Task Reference Number is used to provide additional support for the scale value rating given. They also cause the FTO and probationary officer to use the Performance Categories from the book when completing the DOR. It helps the FTO remember just why a given scale value was used months later.



**TEXAS SOUTHERN UNIVERSITY**
Department of Public Safety

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## PERFORMANCE CATEGORIES

(Standardized Evaluation Guidelines)

The task of evaluating and rating a probationary officer's performance is based on the following "1", "3" and "5" scale value definitions. Place the Performance Task Reference Number (TRN) next to the rating given on the DOR. When using the [OTHER] (Task Reference), a written explanation is required on the DOR. As guidelines, these definitions serve as a means of program standardization and continuity. The Performance Task Reference Numbers serve to better explain each performance observed by the evaluator.

**CRITICAL PERFORMANCE TASKS**

1. **Stress Control:** Verbal Communications / Physical Behavior: In conflict situations does the probationary officer use appropriate force skills necessary to effect an efficient and productive outcome? In stressful or potential conflict situations where voice commands were given, were the outcomes positive? Is the probationary officer able to give voice instructions?

(1) Unacceptable:

[0101] Uses too little or too much verbal force for the situation. [0102] Uses too much physical force for the situation. [0103] is unable to maintain control on routine matter. [0104] Improper voice inflections, i.e. too soft, too loud. [0105] Confuses or angers listeners by what is said or how it is said. [0106] Indecisive. [0107] Poor officer bearing (aggressive posture / violates personal space of others). [0108] outwardly emotional and unable to maintain order. [0109] Other

(3) Acceptable:

0110] Speaks with authority in a calm, clear voice. [0111] Proper selections of words and knowledge of when and how to use them. [0112] Obtains and maintains control through the use of proper amounts and techniques of force application. [0113] Maintains composure and bearing. [0114] Uses correct amount of physical force for the situation. [0115] Exhibits the ability to control the situation verbally. [0116] Other

(5) Superior:

[0117] excellent knowledge and ability in the use of restraining holds. [0118] properly adjusts amount of force for the given situation. [0119] Prepared and able to use necessary force.[0120] Completely controls a situation with voice tone, word selection and voice inflection. [0121] Gives appearance of complete command even under highly stressful conditions. [0122]Other.



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**
3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

2. **Decision Making / Problem Solving:** To what degree of acceptability does the probationary officer possess and employ knowledge of the Department and good judgment in police situations? How capable is the probationary officer's ability to understand the problem and develop a course of action?

(1) Unacceptable:

[0201] has difficulty making appropriate decisions. [0202] Too quick to act or indecisive, naive. [0203] cannot recall previous situations and apply them in like situations. [0204] Does not recognize or is unable to comprehend the problem. [0205] is unable to make an independent decision on his/her own. [0206] Does not care about others. [0207] Takes excessive amount of time to reach a decision. [0208] Unable to reason out a problem.0209] Inflexible or demonstrates biased judgment. [0210] Other

(3) Acceptable:

[0211] is able to reason out a problem, relate what is taught and experienced. [0212] Good perception and ability to make own decision. [0213] is able to grasp the information, develop a solution and apply it in a timely manner. [0214] Maintains flexibility. [0215] listen to all sides before making his/her decision. [0216] Solicits other opinions/views. [0217] Other.

(5) Superior:

[0218] excellent perception in foreseeing problems and arriving at advance solutions. [0219] Relates past solutions to present problems. [0220] Uses his/her training and experience to quickly understand the problem. [0221] Develops an appropriate course of action. [0222] is able to make decisions correctly under normal and stressful conditions. [0223] Other.

3. **Driving Skill: Moderate Stress/Emergency**: Are the driving behaviors safe and prudent for the situation?

(1) Unacceptable:

[0301] Misuses red lights and siren. [0302] Drives too fast for the situation. [0303] Drives too slow for the situation. [0304] Fails to slow for intersections, loses control of the vehicle. [0305] Disregards public safety while driving at times. [0306] Other

(3) Acceptable:

[0307] Maintains control of the vehicle. [0308] Evaluates driving situations and reacts properly, i.e. proper speed for conditions. [0309] appropriate use of emergency equipment. [0310] Exercises appropriate responsibility to other traffic and traffic control devices. [0311] Other.



**TEXAS SOUTHERN UNIVERSITY**
Department of Public Safety

MARY L. YOUNG – CHIEF OF POLICE
EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

(5) Superior:

[0312] High degree of reflex ability and competence in driving skills. [0313] Practices defensive driving techniques, anticipates driving situations in advance and acts accordingly. [0314] Responds very well relative to the degree of stress present. [0315] Other.

**4. Field Performance: Non-Stress Conditions**: How acceptable is the probationary officer's general field performance under non-stress conditions? Does probationary officer possess the necessary coordination skill for police work?

([0401] seemingly confused and disoriented as to what action should be taken when confronted with a routine task. [0402] Takes wrong course of action. [0403] Avoids taking action. [0404] Lacks motivation or initiative, only reacts if required. [0405] Clumsy performing routine tasks. [0406] has difficulty performing several associated actions. [0407] Unable to perform necessary physical tasks. [0408] Other.1) Unacceptable:

(3) Acceptable:

[0409] properly assesses routine situations and takes appropriate action. [0410] Able to perform physical skills as needed. [0411] Performs several associated actions at a time. [0412] Other.

(5) Superior:

[0413] properly assesses aspects of routine situations including the more complex ones. [0414] is able to perform in unusual situations and takes appropriate action. [0415] Other.

**5. Field Performance: Stress Conditions:** How acceptable is the probationary officer's field performance under high and moderately high stress conditions?

(1) Unacceptable:

[0501] Performance deteriorates in stressful conditions, becomes emotional, panic stricken, loses temper, cannot function, displays cowardice, under reacts or overreacts. [0502] Makes improper decisions. [0503] has "tunnel vision" or gets caught up in the activity. [0504] Fails to protect crime scene. [0505] Other

(3) Acceptable:

[0506] Exhibits calm and controlled attitude. [0507] Does not allow the situation to further deteriorate. [0508] Demonstrates acceptable reaction to the situation. [0509] Demonstrates good crime scene protection skills. [0510] Other.

(5) Superior:

[0511] Maintains calm and self-control, even in the most extreme situations. [0512] quickly restores control and takes command. [0513] Exceptional performance under stressful conditions. [0514] Uses better than average skills and thinks ahead [0515] Other



**TEXAS SOUTHERN UNIVERSITY**
Department of Public Safety

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

6. **Officer Safety: Contact/Cover/Pat-down:** To what degree of acceptability does the probationary officer employ the principles of Officer Safety? Does the new officer demonstrate the understanding and use of consistently utilizing principles of officer/public safety?

(1) Unacceptable:

[0601] Becomes paranoid or overconfident. [0602] Exposes weapons to suspect (during interview/booking). [0603] Fails to keep gun hand free during enforcement situations. [0604] Fails to control suspect's movements. [0605] Fails to keep suspect/violator in sight during investigation. [0606] Fails to use illumination properly or when necessary. [0607] Fails to advise Dispatch when leaving patrol vehicle. [0608] Fails to utilize or maintain personal safety equipment properly. [0609] Does not foresee potentially dangerous situations. [0610] is careless or unsafe with handgun or other weapons. [0611] Stands in front of door when knocking. [0612] Fails to have weapon ready when appropriate. [0613] Fails to cover other officers. [0614] Fails to search police vehicle prior to duty or after transporting persons. [0615] Fails to check equipment. [0616] Fails to use seatbelt while in police vehicle. [0617] cannot identify hazards. [0618] Actions create hazardous conditions. [0619] Conducts poor searches. [0620] Slow to handcuff when arresting. [0621] Other.

(3) Acceptable

[0622] Utilizes good officer safety principles when in the Contact role [0623] Utilizes good officer safety techniques while in the Cover Role [0624] Performs searches and pat-downs [0625] Safely recovers evidence [0626] Safely writes citations and handles radio communications [0627] Responsible for surveillance and control of all other subjects. [0628] Neutralizes the possibility of assault and/or escape. [0629] safely and effectively conducts arrest situations, field interviews, and disturbances. [0630] Maintains a good defensive posture and consistently applies principles of officer safety. [0631] properly uses safety training. [0632] Recognizes potential hazards and acts. [0633] Other.

(5) Superior

[0634] Maintains a safe position in all circumstances, including chaotic and confusing ones. [0635] Watchful on approach to radio run and maintains same for partner. [0636] Utilizes survival tactics, cover and concealment. [0637] Tactical planning prior to call or exit of vehicle [0638] Exceptional use of cover when approaching unknown situations. [0639] Proper use of hand signals when necessary. [0640] is able to foresee coming hazards and reacts. [0641] Other.

7. **Prisoner Control or Investigative Detention:** Verbal/Physical/Search: Does the probationary officer employ the principles and techniques of Officer Safety during encounters?

(1) Unacceptable:

[0701] Fails to "pat search". [0702] Confronts suspicious persons while seated in police vehicle. [0703] Fails to handcuff potentially hazardous persons, prisoners or felons. [0704] Fails to thoroughly search persons, prisoners or their vehicles when required. [0705] Fails to maintain



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

---

position of advantage to prevent attack or escape. [0706] Poor handcuffing techniques. [0707] Incites prisoner. [0708] Poor or no search. [0709] Other.

(3) Acceptable:

[0710] Displays an awareness of potential danger from prisoners, suspicious persons, suspects, etc. [0711] Follows accepted safety principles. [0712] Maintains a position of advantage/stance. [0713] Conducts visual and physical searches. [0714] proper handcuffing is used. [0715] Uses proper transportation for suspect and citizens. [0716] Other.

(5) Superior:

[0717] Foresees potential danger and takes steps to eliminate or control it. [0718] is alert to changing conditions. [0719] Always maintains a position of advantage. [0720] Evaluates need for cover officer. [0721] Encourages prisoner to willingly cooperate. [0722] Recognizes evidence during search [0723] Other

8. **Location: Response time/Route/Map:** Does the probationary officer know where he is? Can the probationary officer use a street guide and map? Can the probationary officer respond to a location within a reasonable length of time?

(1) Unacceptable:

[0801] Unaware of location while on patrol. [0802] Does not understand proper use or does not use street guide or map when appropriate. [0803] Unable to relate location to destination.[0804] Gets lost. [0805] Not familiar with major streets in the city. [0806] Expends too much time to reach destination. [0807] Becomes disoriented when responding under stress. [0808] Does not know sector or beat. [0809] Other

(3) Acceptable:

[0810] is aware of location while on patrol. [0811] properly uses the street guide or map. [0812] can relate location to destination. [0813] Arrives within reasonable amount of time. [0814] can provide others, directions to his location. [0815] Provides needed directions under stress conditions. [0816] Knows sector and beat area. [0817] Other.

(5) Superior:

[0818] Remembers location from prior runs. [0819] rarely needs to use street guide or map. [0820] is aware of shortcuts and utilizes them to save time. [0821] Knows locations by name of business or land mark. [0822] Considerations are made in directions when in a tactical situation. [0823] Other



**TEXAS SOUTHERN UNIVERSITY**
Department of Public Safety

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

9. **Self-Initiated Field Activity:** Without benefit of direct instruction from the FTO, does the probationary officer initiate field activity, recognize problems and generate action, which may cause a possible solution? When it is apparent that some action has to be taken, does the probationary officer delay in initiating this problem solving action for no apparent reason? Is time used well by a self-motivated probationary officer?

(1) Unacceptable:

[0901] Does not see or avoids activity. [0902] Does not follow-up on situations. [0903] Rationalizes suspicious activity or circumstances. [0904] Does not take action unless FTO directed. [0905] Avoids problems (drives around without locating any activity or relies upon other officers to handle the activity). [0906] Demonstrates a failure to understand problem-solving techniques by not using them or not applying them effectively given the opportunity. [0907] Other.

(3) Acceptable:

[0908] Recognizes, initiates and investigates suspicious activities and law violations. [0909] Displays inquisitiveness. [0910] Develops cases from routine activity. [0911] Is Independently Motivated. [0912] has initiated activities during all available time. [0914] generally able to choose a solution, and analyzes response for further action by student, other officers or other agencies. [0915] Stays up-dated on current criminal information, such as wants and warrants lists or vehicle thefts [0916] other and law violations. [0909] Displays inquisitiveness. [0910] Develops cases from routine activity. [0911] Is Independently Motivated.[0912] Has initiated activities during all available time. [0914] generally able to choose a solution, and analyzes response for further action by student, other officers or other agencies. [0915] Stays up-dated on current criminal information, such as wants and warrants lists or vehicle theft hot sheets. [0916] Other.

(5) Superior:

[0917] Continuous productivity throughout the shift. [0918] Makes quality arrests from observed activity. [0919] Catalogs, maintains and uses information given at roll call and briefings for reasonable cause to stop vehicles and persons. [0920] is always looking for new ways to complete his/her patrol activity more effectively. [0921] when confronted with a problem is able to identify root causes and not just symptoms, takes control and acts. [0922] Other



**TEXAS SOUTHERN UNIVERSITY**
Department of Public Safety

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**
3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

10. **Vehicle/Pedestrian Stops: Tactics/Techniques:** When coming in contact with subjects does the probationary officer use necessary skills as instructed by the FTO? Uses Officer Safety techniques?

(1) Unacceptable:

[1001] Does not log or call-off contacts. [1002] Takes actions that lead to believe the vehicle/pedestrian is not a risk. [1003] Does not request assistance from others when it is needed. [1004] Loses control of the stop. [1005] Fails to use all Standardized Procedure safety practices. [1006] Fails to spot-check for movement with vehicle / pedestrian during encounter. [1007] Other.

(3) Acceptable:

[1008] Chooses the proper location for the contact. [1009] Notifies dispatch of the location, license/pedestrian in question, year / race-gender- age of the subject and reason for stop when necessary. [1010] Records information on his/her log. [1011] Takes a position of advantage behind the vehicle/pedestrian. [1012] Uses all lighting to his/her advantage. [1013] Maintains visual contact. [1014] Uses proper approach. [1015]Other.

(5) Superior:

[1016] Recognizes a dangerous situation when it develops and takes necessary action to remove him/her or citizens from the danger. [1017] Knows the location of cover and/or concealment and uses it if needed. [1018] is able to for-see a dangerous situation and is able to overcome the danger and complete his/her goal. [1019] Other.

11. **Interview/Interrogator Skills**: Does the probationary officer obtain the necessary information at the time of the initial contact? Is he/she able to ask pertinent questions relating to the contact? Does the questioning follow a logical plan?

(1) Unacceptable:

[1101] Fails to recognize or take advantage of the opportunity to develop necessary or complete information regarding his/her inquiry. [1102] Must have facts repeated 1 or 2 times to understand. [1103] is unable to diagnose information timely. [1104] Does not conduct a basic investigation or conducts investigation improperly or completely. [1105] Other.

(3) Acceptable

[1106] Recognizes and investigates the incident by obtaining a complete understanding of the facts. [1107] Separates facts from opinions. [1108] Maintains control of the proceeding. [1109] Connects evidence with suspect when apparent. [1110] Elicits most available information and records same. [1111] Other.

(5) Superior

[1112] seldom misses an opportunity to develop complete information. [1113] is able to develop relevant information regarding assigned cases through extensive use of his/her experience and



TEXAS SOUTHERN UNIVERSITY
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

---

skills as an investigator and interrogator. [1114] Demonstrates Evidence Technician skill level in the collection and identification of evidence. [1115] is able to connect evidence with the suspect even when not apparent. [1116] Other.

## FREQUENT PERFORMANCE TASKS

12. **Driving Skill: Normal/Speed Control:** Are the driving behaviors safe and prudent for the

Situation?

(1) Unacceptable:

[1201] Violates traffic laws (red lights, stop signs, etc.).[1202] Involved in chargeable accidents. [1203] Lacks dexterity and coordination during vehicle operation. [1204] Runs over curbing.[1205] Vandalizes police vehicle. [1206] inappropriate use of lighting equipment. [1207] Excessive and inappropriate speed. [1208] is a jerky driver. [1209] Other.

(3) Acceptable:

[1210] Ability to maintain control of vehicle while being alert to activity outside of vehicle. [1211] Practices good defensive driving techniques. [1212] Adherence to vehicle code. [1213] Maintains speed control for conditions. [1214] Other.

(5) Superior:

[1215] Sets good example of lawful, courteous driving. [1216] Displays dexterity and coordination while driving a police vehicle, i.e. operating radio, checking businesses and observing surrounding activity. [1217] is not involved in accidents. [1218] Uses defense driving in emergencies and avoids what would have been an accident. [1219] Other.

13. **Radio: Transmission/Reception/Procedures/MDT:** How well does the probationary officer know and use radio procedures? Are the probationary officer's radio transmissions clear and understandable? How acceptable is the probationary officer's ability to listen to and comprehend radio transmissions? Is probationary officer able to use Mobile Data Terminal/Mobile Data Computer (MDT)? Is aware of the location of other officers in the Sector?

(1) Unacceptable:

[1301] Misinterprets information given by the dispatcher or fails to follow proper radio procedure. [1302] Does not preplan transmissions. [1303] improper voice inflections (too soft/too loud). [1304] repeatedly misses radio number. [1305] Is not aware of radio traffic in adjoining beats.[1306] Frequently has to ask for repeat transmissions or does not accurately comprehend transmissions. [1307] Is unable to use functions of the MDT. [1308] Fails to use computer to assist investigation or suspicions. [1309] Poor retention of radio transmissions. [1310] Other.



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

MARY L. YOUNG – CHIEF OF POLICE
EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

(3) Acceptable:

[1311] Follows policy and accepted procedure. [1312] has good working knowledge of radio procedures. [1313] Uses short concise transmissions (proper voice control). [1314] Copies radio transmissions directed to him/her and is aware of traffic in adjuring beats. [1315] rarely requires the dispatcher to repeat radio information. [1316] Knows and uses proper radio terms. [1317] is able to use MDT in a timely manner. [1318] is aware of the location of other officers in the Sector. [1319] Hears ATLs and Dispatches when busy. [1320] Other.

(5) Superior:

[1321] always follows policy, direction and radio procedure. [1322] Uses radio with ease in all receiving and sending situations. [1323] has clear voice even under stress situations. [1324] Transmissions are well planned and need not be repeated. [1325] Aware of, and reacts to, traffic in adjoining beats. [1326] Uses previously broadcast information to his/her advantage. [1327] Understands all functions of the MDT and uses it routinely. [1328] rarely misses any radio traffic. [1329] Other.

14. **Report Writing:** Accuracy / Organization: To what degree of acceptability does the probationary officer prepare written/computerized reports/forms accurately and completely? Does the probationary officer expend an acceptable, appropriate amount of time in completing necessary forms / reports? Reference the probationary officer's level of English usage, can he efficiently and clearly communicate in writing the events, which have occurred? Is the probationary officer's grammar acceptable? Are the probationary officer's reports and completed forms neat and legible? How acceptable is the probationary officer's ability to organize his reports? Does the probationary officer obtain the details necessary to complete a proper report?

(1) Unacceptable:

[1401] Unable to determine proper form for given situation. [1402] Forms are incomplete or inaccurate. [1403] requires an excessive amount of time to complete reports or other forms. [1404] Illegible. [1405] Misspelled words. [1406] Incomplete sentence structure.[1407] Unable to organize information and/or events into written form.[1408] Inaccurate. [1409] Unsigned reports are submitted. [1410] Elements of the crime missing or incomplete. [1411] Does not maintain written chain of evidence. [1412] Omission or misstatement of facts. [1413] Does not have needed forms or reports. [1414] cannot use computerized system in a timely manner. [1415] Other.

(3) Acceptable:

[1416] Knows most standard forms and understands format.[1417] Completes forms accurately and thoroughly with little assistance. [1418] Completes reports and forms in appropriate time. [1419] Level of usage of grammar, spelling, and neatness are satisfactory. [1420] Errors in this area are rare and do not impair understanding. [1421] Converts field situations into a logical sequence of thought with all required information. [1422] Uses computerized systems in a timely manner. [1423] Other.



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

MARY L. YOUNG – CHIEF OF POLICE
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

(5) Superior:

[1424] consistently completes even detailed forms without assistance and makes proper form selection. [1425] Completes reports or other forms in no more time than that of a skilled, veteran officer. [1426] Reports and forms are very neat and legible. [1427] No misspelling, excellent grammar. [1428] Prepares complete and detailed accounts of what occurred from beginning to end. [1429] Written and organized so that any reader understands what occurred. [1430] Other.

15. **Arrest:** Laws/P.C./Explanation/Disposition: Does the probationary officer have the ability to apply the laws, or probable cause for arrest to the situation?

(1) Unacceptable:

[1501] Student understands the knowledge required of a police officer, but is unable to apply this knowledge to the situation. [1502] He/she cannot relate this knowledge to others or in a report. [1503] is unable to relate all needed elements of probable cause for arrest. [1504] Other.

(3) Acceptable:

[1505] has a good working knowledge of the law and applies probable cause to the situation, before an arrest is made. [1506] can explain his / her action in a written or oral report. [1507] is able to explain the disposition of the action, to the subject, dispatch or others. [1508] Applies the law in a fair manner. [1509] Other.

(5) Superior:

[1510] has a working knowledge of most laws or codes and can apply them to the situation. [1511] Understands elements of search. [1512] enhance the probable cause with field test or proper evidence collection at crime scenes. [1513] is able to explain actions in detail on paper or in court. [1514] Other.

16. **Accident Investigation**: Procedures/Policies/Techniques: Does the probationary officer have the ability to conduct a basic accident investigation? To what degree of acceptability does probationary officer complete the necessary paperwork? Is the probationary officer capable of completing the investigation in a timely manner?

(1) Unacceptable:

[1601] Probationary officer does not properly assess the situation and act accordingly. [1602] He / She fails to properly protect the scene using squad car or other means. [1603] Fails to recognize opportunities to develop complete and necessary information. [1604] Does not conduct a basic investigation, or improperly conducts investigation. [1605] Other



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

(3) Acceptable:

[1606] Probationary officer properly assess the situation and acts accordingly. [1607] He / She utilizes squad car or other means to properly protect the scene. [1608] Obtains the necessary information for completing the investigation. [1609] properly explains process to individuals and provides them with necessary paperwork [1610] Other

(5) Superior:

[1611] Probationary officer utilizes all necessary elements to properly control a major accident scene. [1612] He / She is capable of conduct investigation including photographs and measurements. [1613] Other

## KNOWLEDGE

17. **Of Departmental Policies and Procedures:** Does the probationary officer demonstrate an acceptable level of knowledge of policies and procedures?

(1) Unacceptable:

[1701] Fails to display a knowledge of department policies, regulations and procedures or violates same. [1702] Fails to review policies or procedures when given the time to do so. [1703] Other.

(3) Acceptable:

[1704] Familiar with most commonly applied department policies, regulations and procedures and complies with them. [1705] is willing and able to look up unknown subjects or material. [1706] Other.

(5) Superior:

[1707] Exceptional working knowledge of department policies, regulations and procedures including ones seldom used. [1708] Other.

18. **Of Criminal Codes:** Does the probationary officer possess an acceptable level of knowledge of the Texas Criminal Code of Procedures or county/city ordinances?

(1) Unacceptable:

[1801] Lacks knowledge of elements of basic offenses. [1802] Does not recognize criminal offenses when encountered. [1803] is uncertain if a crime has been committed and, if so, which type of crime. [1804] Other.

(3) Acceptable: [1805] has a working knowledge of commonly encountered criminal offenses. [1806] Relates elements to observed criminal activity. [1807] Other.



**TEXAS SOUTHERN UNIVERSITY**
Department of Public Safety

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

(5) Superior:

[1808] outstanding knowledge of criminal codes and ability to apply it to both normal and unusual criminal activity. [1809] Other.

19. **Of Vehicle Code:** Does the probationary officer possess an acceptable level of knowledge of the Texas Motor Vehicle Code? Can demonstrate minimal knowledge of basic sections and their elements? Does probationary officer relate elements to observed activity?

(1) Unacceptable:

[1901] Does not recognize violations when committed and/or incorrectly identifies the violation. [1902] Lacks knowledge of the most commonly used traffic violations. [1903] Other.

(3) Acceptable:

[1904] has a working knowledge of commonly encountered offenses. [1905] Relates elements to observed traffic activity. [1906] Knows where to find lesser known violations. [1907] Other.

(5) Superior:

[1908] outstanding knowledge of commonly encountered offenses and lesser known offenses. [1909] Relates it and applies it to both normal and unusual traffic situations. [1910] Other.

20. **Of Patrol Procedures:** Does the probationary officer exhibit a working knowledge of patrol tactics and procedures?

(1) Unacceptable:

[2001] Lacks knowledge of patrol procedures. [2002] Fails to observe suspicious persons or activity. [2003] Does not check business or neighborhoods. [2004] Sees suspicious things/acts but fails to react.[2005] Other

(3) Acceptable:

[2006] has knowledge of patrol procedures and tactics and applies knowledge to duties. [2007] actively patrols his/her beat. [2008] Other.

(5) Superior:

[2009] has exceptional knowledge of patrol procedures and tactics. [2010] Does an exceptional job of patrolling area. [2011] Other.



**TEXAS SOUTHERN UNIVERSITY**
Department of Public Safety

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## RELATIONSHIPS/ATTITUDES

21. **Acceptance of Criticism / Feedback:** Verbal/Behavior: Is criticism and correction accepted in the manner given? Is there resentment as a result of criticism? Is the behavior following criticism positive? Does the probationary officer respond to training?

(1) Unacceptable:

[2101] Rationalizes mistakes, denies that errors were made. [2102] Fails to make corrections. [2103] Considers criticism as negative or as a personal attack. [2104] Argumentative, Hostile, Immature. [2105] Other.

(3) Acceptable:

[2106] Accepts criticism in a positive manner. [2107] Applies criticism to further learning processes and to improve performance. [2108] Accepts responsibility for acts. [2109] Other.

(5) Superior:

[2110] Seeks criticism/feedback in order to improve performance. [2111] doesn't argue or blame others. [2112] Other.

22. **Attitude Towards Police Work:** From what the probationary officer says and does, is his attitude toward police work positive? Is equipment and officer prepared to enter the field? How does the officer view the new career in terms of personal motivation, goals, and his/her acceptance of the profession responsibilities?

(1) Unacceptable:

[2201] Considers police work only as a job. [2202] Uses job for an ego-trip. [2203] Abuses authority (badge heavy). [2204] Demonstrates little dedication to the principles of the profession. [2205] Uses working time to conduct personal business or relationships. [2206] Does not maintain necessary equipment or forms. [2207] has dirty or unsafe weapon. [2208] Fails to record/retain roll call or briefing information. [2209] Fails to complete homework assignments. [2210] Fails to have weapon or flashlight. [2211] Other.

(3) Acceptable:

[2212] Expresses an active interest in law enforcement. [2213] Maintains clean equipment and necessary forms. [2214] has resource material at hand when needed. [2215] Completes homework on time. [2216] Familiar with crime profiles. [2217] Other.

(5) Superior:

[2218] Utilizes off duty time to further professional knowledge through study. [2219] Maintains high ideals toward professional responsibilities (fair and equitable enforcement of law, personal conduct, etc.).[2222] actively solicits assistance from others to improve skills. [2223] Does homework without being told to do so, by FTO. [2224] Other



**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

23. **Relationship With Citizens:** To what degree of acceptability does the probationary officer relate with citizens in effecting efficient and productive outcomes? Does the probationary officer have any problems with any particular group, which precludes efficient and productive outcomes? Is probationary officer able to establish contemptuous interpersonal contacts? Does probationary officer problem solve with citizens?

(1) Unacceptable:

[2301] Inappropriate behavior regarding citizens: [2302] Abrupt, belligerent, overbearing, arrogant, uncommunicative, insensitive.[2303] Avoids "service" aspect of the job. [2304] Evidences hostility, prejudice, bias, subjectivity or is overly sympathetic towards persons of different cultural background. [2305] Does not know the resources available to the community for problem solving. [2306] Acts as .sole authority. On subject. [2307] Does not follow up on citizen valid request. [2308] is abrupt or belligerent. [2309] Displays sexist or racist behavior. [2310] Other.

(3) Acceptable:

[2311] Courteous. [2312] Friendly and empathetic. [2313] Communicates in a professional and unbiased manner. [2314] "Service" oriented. [2314] at ease and does not feel threatened by presence of persons with different cultural background. [2315] Serves their needs objectively. [2316] Provides community resource lists when assisting a citizen. [2317] Aware and empathetic to citizens. Perceptions of problems. [2318] Follows up on public inquires and request. [2319] is impartial and Non-discriminatory while being objective. [2320] Other.

(5) Superior:

[2321] quickly establishes a good rapport with citizens and is objective. [2322] Appears to be at ease in any person-to-person situation.[2323] Understands cultural differences and effects on relations.[2324] Reacts objectively and properly. [2325] Works with citizens to handle neighborhood issues. [2326] Gets back to the citizen after obtaining additional information. [2327] Includes the citizen as an equal participant. [2328] Establishes competent, courteous interpersonal contacts as a professional. [2329] Other.

24. **Relationship With Department Members:** Are the relationships with supervisors and officers productive and compatible with the mission of the department and training programs? Does probationary officer belittle, reject the duties, roles and responsibilities of the department personnel?

(1) Unacceptable:

[2401] Considers himself/herself superior to others. [2402] Rationalizes mistakes. [2403] Gossips about others to belittle them or play one against the other. [2404] Resists instruction. [2405] Unsociable. [2406] Sarcastic or gossips maliciously. [2407] Other.



**TEXAS SOUTHERN UNIVERSITY**
Department of Public Safety

MARY L. YOUNG – CHIEF OF POLICE
EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

(3) Acceptable:

[2408] Understands and maintains a good relationship with superiors and other officers. [2409] is accepted as a group member. [2410] Shows respect towards the roles or duties of other department personnel. [2411] is a .Team Player. [2412] Other.

(5) Superior:

[2413] Peer group leader. [2414] Understands and maintains excellent relationship with others. [2415] actively assists others in the goals of the department and training programs. [2416] Supportive and Good listener. [2417] Other.

## APPEARANCE

25. **General Appearance:** Uniform must be appropriate for varying situations, must be clean and pressed? Hygiene, offensive body odor and/or bad breath? Hair is neatly trimmed and cared for? Does grooming indicates professional pride? Condition of personal equipment?

(1) Unacceptable:

[2501] Dirty or unkempt shoes and uniform. [2502] Uniform fits poorly or is improperly worn. [2503] Hair poorly groomed and/or in violation of policy. [2504] Equipment dirty, missing or inoperative. [2505] improper personal hygiene, offensive odors. [2506] Demonstrates annoying mannerisms. [2507] Other.

(3) Acceptable:

[2508] Uniform neat, clean. [2509] Uniform fits and is worn properly. [2510] Weapon, equipment and leather is clean and operative. [2511] Hair is within regulations. [2512] Shoes are shined. [2513] Other.

(5) Superior:

[2514] Tailored, clean uniform. [2515] Spit-shined shoes and leather. [2516] Brass well shined. [2517] Command bearing. [2518] Other.



TEXAS SOUTHERN UNIVERSITY
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## TASK FREQUENCY LIST

Probationary officers will have certain goals that they should be familiar with during the *Field Training Program*. These goals are set by the FTOs to ensure that the probationary officer comprehends and demonstrates proficiency in the prescribed tasks emphasized during the program. The following is a list of tasks required to graduate. The tasks shall be demonstrated by the probationary officer and recorded by the FTO.

1. De-escalation Techniques
2. Radio Communication / MDT
3. University (Map)
4. Campus Carry
5. Vehicle/Pedestrian Traffic Stops: Tactics/ Techniques
6. Evidence and Property
7. Bomb Threats / Homicides
8. Recovery of stolen vehicles
9. Arrest / Filing of Charges
10. Texas Penal Code / Code of Criminal Procedures
11. Operation of Vehicle Emergency Equipment
12. Response to Resistance Policy
13. Crash Investigations
14. Offense Report Writing
15. Narcotics procedures
16. Warrant Procedures / To- be Warrants
17. Handling Juveniles
18. Trespassing
19. Family Violence
20. Title IX / Title VII
21. Building Search/ Responding to Alarms
22. ARMS/ DIMS/JIMS
23. Public Intoxication Procedures
24. Mental Health Procedures
25. Disturbances
26. Decision Making: Problem Solving
27. Self- Initiated Field Activity
28. Prisoner Control: Verbal/Physical Search
29. Interview Skills
30. Discretion



TEXAS SOUTHERN UNIVERSITY
Department of Public Safety

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## TERMINATION PROCESS

If a probationary police officer is unable to complete the program at a satisfactory level then the field training staff will request termination. The termination process will begin if a probationary officer cannot meet the requirements to pass the program and they have used all of their extension time. There are also some behavior patterns that can indicate a need for termination. If the probationary officer exhibits any of the following behavior the FTO Staff should consider recommending termination.

1. PPO is not responding to training and attempts to motivate the PPO are not working.

2. It is determined through documented incidents that the PPO resorts to abusive or excessive language or force when dealing with the public

3. The PPO is not progressing at an acceptable rate. This should be measured against the progression rate of recruits who have completed the program or against PPO's peers.

4. If the PPO continually commits unsafe acts during patrol, placing himself, the FTO or the public in danger, these acts should be documented on the Daily Observation Report.


**Termination Procedure**

If, during any phase of training, it is concluded by a consensus of the Field Training Officers and Staff that a probationary officer should be recommended for termination, it then becomes necessary that all information having a bearing on the eventual decision be gathered. A memorandum from the Field Training Managers summarizing the probationary officer's performance reflecting positive, as well as negative aspects of his/her work, shall be directed to the FTO Coordinator and shall include recommendations concerning retention or dismissal. This information shall be held in strict confidence.

Although the field training officer is encouraged to continually keep the probationary officer appraised of his level of performance, it is not the field training officers' role to notify the PPO of impending termination. The decision to terminate will be made only after all reports on file are reviewed by the Chief, Deputy Chief, Commander of Operations, and Training Coordinator. The Field training Coordinator is responsible for notifying the probationary officer as soon as possible of the intention to recommend termination to the Command Staff.

The probationary officer should be removed from a field assignment and placed in a non-line function if at all possible. If it is not possible to place the probationary officer in a non-line function, days off duty are recommended until termination has been finalized. At no point should the probationary officer be allowed to conduct police officer duties after recommendation of termination has been made.

If, after reviewing the reports and facts presented, the Chief concurs with the recommendation for termination, the probationary officer will be notified by the Chief or her designee.

 TEXAS SOUTHERN UNIVERSITY
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE
EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

The probationary officer should be informed of his/her right to speak with anyone in the chain of command concerning the termination.

After being informed of pending termination from the department, the probationary officer should be informed of the alternatives of termination or resignation. Even though the probationary officer may elect to resign, all memoranda, reports, and evaluation material shall be completed and maintained in the probationary officers file for possible future reference.

The probationary officer's training file is confidential and shall be reviewed only by personnel connected with the Field Training Program. Others requesting review of any such file shall first secure approval from the Chief of Police. Agencies conducting background checks for employment must have a release signed by the probationary officer and approval from the Chief of Police prior to accessing any training files.



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

## DAILY OBSERVATION REPORT

Date: _____

Phase: _____

### Critical Performance Tasks

1. **Stress Control:** Verbal Communications / Physical Behavior: In conflict situations does the probationary officer use appropriate force skills necessary to effect an efficient and productive outcome? In stressful or potential conflict situations where voice commands were given, were the outcomes positive? Is the probationary officer able to give voice instructions?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

2. **Decision Making / Problem Solving:** To what degree of acceptability does the probationary officer possess and employ knowledge of the Department and good judgment in police situations? How capable is the probationary officer's ability to understand the problem and develop a course of action?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

3. **Driving Skill: Moderate Stress/Emergency**: Are the driving behaviors safe and prudent for the situation?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

PPO: _____          FTO: _____
     SIGNATURE        DATE                     SIGNATURE       DATE



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

---

4. **Field Performance: Non-Stress Conditions**: How acceptable is the probationary officer's general field performance under non-stress conditions? Does probationary officer possess the necessary coordination skill for police work?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|
| | | | | |

Comments:

5. **Field Performance: Stress Conditions:** How acceptable is the probationary officer's field performance under high and moderately high stress conditions?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|
| | | | | |

Comments:

6. **Officer Safety: Contact/Cover/Pat-down:** To what degree of acceptability does the probationary officer employ the principles of Officer Safety? Does the new officer demonstrate the understanding and use of consistently utilizing principles of officer/public safety?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|
| | | | | |

Comments:

7. **Prisoner Control or Investigative Detention:** Verbal/Physical/Search: Does the probationary officer employ the principles and techniques of Officer Safety during encounters?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|
| | | | | |

Comments:

PPO: _____          FTO: _____
    SIGNATURE        DATE                   SIGNATURE        DATE

**TSU**

TEXAS SOUTHERN UNIVERSITY
Department of Public Safety

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

8. **Location: Response time/Route/Map:** Does the probationary officer know where he is? Can the probationary officer use a street guide and map? Can the probationary officer respond to a location within a reasonable length of time?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

9. **Self-Initiated Field Activity:** Without benefit of direct instruction from the FTO, does the probationary officer initiate field activity, recognize problems and generate action, which may cause a possible solution? When it is apparent that some action has to be taken, does the probationary officer delay in initiating this problem solving action for no apparent reason? Is time used well by a self-motivated probationary officer?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

10. **Vehicle/Pedestrian Stops: Tactics/Techniques:** When coming in contact with subjects does the probationary officer use necessary skills as instructed by the FTO? Uses Officer Safety techniques?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

11. **Interview/Interrogator Skills:** Does the probationary officer obtain the necessary information at the time of the initial contact? Is he/she able to ask pertinent questions relating to the contact? Does the questioning follow a logical plan?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

PPO: _____    FTO: _____
     SIGNATURE      DATE              SIGNATURE      DATE

12. **Driving Skill: Normal/Speed Control:** Are the driving behaviors safe and prudent for the Situation?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|
| | | | | |

Comments:

13. **Radio: Transmission/Reception/Procedures/MDT:** How well does the probationary officer know and use radio procedures? Are the probationary officer's radio transmissions clear and understandable? How acceptable is the probationary officer's ability to listen to and comprehend radio transmissions? Is probationary officer able to use Mobile Data Terminal/Mobile Data Computer (MDT)? Is aware of the location of other officers in the Sector?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|
| | | | | |

Comments:

14. **Report Writing:** Accuracy / Organization: To what degree of acceptability does the probationary officer prepare written/computerized reports/forms accurately and completely? Does the probationary officer expend an acceptable, appropriate amount of time in completing necessary forms / reports? Reference the probationary officer's level of English usage, can he efficiently and clearly communicate in writing the events, which have occurred? Is the probationary officer's grammar acceptable? Are the probationary officer's reports and completed forms neat and legible? How acceptable is the probationary officer's ability to organize his reports? Does the probationary officer obtain the details necessary to complete a proper report?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|
| | | | | |

Comments:

PPO: _____    FTO: _____
     SIGNATURE      DATE              SIGNATURE      DATE



**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

15. **Arrest:** Laws/P.C./Explanation/Disposition: Does the probationary officer have the ability to apply the laws, or probable cause for arrest to the situation?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

16. **Accident Investigation**: Procedures/Policies/Techniques: Does the probationary officer have the ability to conduct a basic accident investigation? To what degree of acceptability does probationary officer complete the necessary paperwork? Is the probationary officer capable of completing the investigation in a timely manner?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

17. **Of Departmental Policies and Procedures:** Does the probationary officer demonstrate an acceptable level of knowledge of policies and procedures?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

18. **Of Criminal Codes:** Does the probationary officer possess an acceptable level of knowledge of the Texas Criminal Code of Procedures or county/city ordinances?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

PPO: _____          FTO: _____
    SIGNATURE        DATE                      SIGNATURE        DATE



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

19. **Of Vehicle Code:** Does the probationary officer possess an acceptable level of knowledge of the Texas Motor Vehicle Code? Can demonstrate minimal knowledge of basic sections and their elements? Does probationary officer relate elements to observed activity?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

20. **Of Patrol Procedures:** Does the probationary officer exhibit a working knowledge of patrol tactics and procedures?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

21. **Acceptance of Criticism / Feedback:** Verbal/Behavior: Is criticism and correction accepted in the manner given? Is there resentment as a result of criticism? Is the behavior following criticism positive? Does the probationary officer respond to training?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

22. **Attitude Towards Police Work:** From what the probationary officer says and does, is his attitude toward police work positive? Is equipment and officer prepared to enter the field? How does the officer view the new career in terms of personal motivation, goals, and his/her acceptance of the profession responsibilities?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

PPO: _____       FTO: _____



**TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

| SIGNATURE | DATE | | SIGNATURE | DATE |

23. **Relationship With Citizens:** To what degree of acceptability does the probationary officer relate with citizens in effecting efficient and productive outcomes? Does the probationary officer have any problems with any particular group, which precludes efficient and productive outcomes? Is probationary officer able to establish contemptuous interpersonal contacts? Does probationary officer problem solve with citizens?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

24. **Relationship With Department Members:** Are the relationships with supervisors and officers productive and compatible with the mission of the department and training programs? Does probationary officer belittle, reject the duties, roles and responsibilities of the department personnel?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

25. **General Appearance:** Uniform must be appropriate for varying situations, must be clean and pressed? Hygiene, offensive body odor and/or bad breath? Hair is neatly trimmed and cared for? Does grooming indicates professional pride? Condition of personal equipment?

| 1-Unacceptable TRN# | 2-Acceptable TRN# | 5- Superior TRN# | NO- Not Observed | NRT-Not Responding to Training |
|---|---|---|---|---|

Comments:

PPO: _____     FTO: _____
        SIGNATURE          DATE                    SIGNATURE          DATE

 TEXAS SOUTHERN UNIVERSITY
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

# PROBATIONARY POLICE OFFICER EVALUATION

FIELD TRAINING OFFICER: _____

PROBATIONARY POLICE OFFICER BEING OBSERVED: _____

FIELD TRAINING OFFICER COMMENTS:

_____
_____
_____
_____
_____
_____
_____
_____

CORRECTIVE ACTION REQUIRED TO PROCEED IN THE PROGRAM:     YES / NO

Comments:

_____
_____
_____
_____
_____

FIELD TRAINING COORDINATOR: _____     _____

SIGNATURE                                          DATE

 TEXAS SOUTHERN UNIVERSITY
Department of Public Safety

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

# TRAINING COORDINATOR REVIEW

FIELD TRAINING OFFICER: _____

PROBATIONARY POLICE OFFICER BEING OBSERVED: _____

PHASE: _____

FIELD TRAINING OFFICER COMMENTS:

_____
_____
_____
_____
_____
_____
_____
_____

CORRECTIVE ACTION REQUIRED TO PROCEED IN THE PROGRAM:     YES / NO

Comments:

_____
_____
_____
_____
_____

FIELD TRAINING COORDINATOR: _____     _____
                                                      SIGNATURE                              DATE

 **TEXAS SOUTHERN UNIVERSITY**
**Department of Public Safety**

**MARY L. YOUNG – CHIEF OF POLICE**
**EXECUTIVE DIRECTOR EMERGENCY MANAGEMENT**

3443 Blodgett Street, Houston, Texas 77004 * (713) 313-7001 * www.police.tsu.edu

# REMEDIAL TRAINING REVIEW

FIELD TRAINING OFFICER: _____

PROBATIONARY POLICE OFFICER BEING OBSERVED: _____

PHASE: _____

FIELD TRAINING OFFICER COMMENTS:

_____
_____
_____
_____
_____
_____
_____
_____

PROBATIONARY POLICE OFFICER STATUS:    PASS / FAIL

Comments:

_____
_____
_____
_____
_____

FIELD TRAINING COORDINATOR: _____    _____

                                                SIGNATURE                        DATE

# Texas Southern University

# DEPARTMENT OF PUBLIC SAFETY



# POLICIES AND PROCEDURES

March, 2020

Revisions by Mary Young, *Chief of Police*



# DEPARTMENT OF PUBLIC SAFETY



# POLICIES AND PROCEDURES

March, 2020

Revisions by Mary Young, *Chief of Police*



Texas Southern University **Department of Public Safety**

# Table *of* Contents

**Message from Chief Mary Young** ............................................................................................7

**CHAPTER 1:** GENERAL PROVISIONS ...........................................................................**9**

100.01 – Legal References and Terms ...............................................................................11

100.02 – Construction ............................................................................................................ 12

100.03 – Definitions and Terminology ............................................................................. 13

100.04 – Organizational Structure.................................................................................... 18

100.05 – Chain of Command ................................................................................................. 21

100.06 – Confidentiality and Dissemination of Information .................................. 23

100.07 – Orders and Memoranda ........................................................................................ 24

100.08 – Obedience To Orders ..............................................................................................27

100.09 – Supervision ................................................................................................................ 28

100.10 – Disciplinary Process ............................................................................................... 30

100.11 – Employee Suggestions ..........................................................................................37

100.12 – Department Mission, Values, and Code of Conduct ................................ 38

100.13 – Oath Of Office and Promotional Oath ........................................................... 40

**CHAPTER 2:** PERSONNEL POLICIES/HUMAN RESOURCES ........................**41**

200.01 – Keys, Passwords, and Personal Identification Numbers ...................... 43

200.02 – Conduct and Authority ......................................................................................... 45

200.03 – Drug Free Workplace ............................................................................................. 52

200.04 – Equal Employment Opportunity (EEO) and Non-Discrimination......... 54

200.05 – Garnishment of Wages.......................................................................................... 56

200.06 – Consensual Relationships ....................................................................................57

200.07 – Americans With Disability Act ........................................................................... 59

200.08 – Work Hours .................................................................................................................. 62

200.09 – Safety and Health.....................................................................................................70

200.10 – Political Lobbying/Endorsements......................................................................71

200.11 – Personnel Early Warning System (PEWS) ....................................................72

200.12 – Smoking, Tobacco Use, and Electronic Cigarettes ..................................79

200.13 – TSUDPS Badges and Identification Cards .................................................... 80

200.14 – Attendance ................................................................................................................. 84

200.15 – Job Abandonment .................................................................................................... 85

200.16 – Carrying Concealed Firearms ............................................................................. 86

200.17 – Discrimination, Harassment, and Other Prohibited Conduct .............. 90

200.18 – Appearance and Grooming ................................................................................. 99

200.19 – Investigation of Employee Misconduct ........................................................112

200.20 — Separation and Reinstatement..................................................................122

200.21 — Commendations, Employee Awards, and Nominations..........................129

200.22 — Promotional Process..............................................................................132

200.23 — Falsification of Records..........................................................................137

200.24 — Extra Employment.................................................................................138

200.25 — Employee/Grievance Complaint Resolution..........................................149

200.26 — Unit and Radio Numbering....................................................................151

200.27 — Employee Performance Evaluation........................................................153

200.28 — Communicable Disease Policy...............................................................160

200.29 — Mobile Computing Devices...................................................................166

200.30 — Police Computer Systems......................................................................168

200.31 — Acceptable Use of Computers...............................................................170

200.32 — Disposition of Arrested Juveniles.........................................................174

200.33 — Overtime Compensation.......................................................................178

200.34 — Vehicle Use and Assignment................................................................185

200.35 — Emergency Notification........................................................................190

200.36 — Workers' Compensation........................................................................191

200.37 — Contact With Representatives From Foreign Governments.................197

200.38 — Immigration.........................................................................................201

200.39 — Seniority..............................................................................................202

200.40 — Temporary Alternative Assignments....................................................204

200.41 — Personnel Files....................................................................................207

**CHAPTER 3:** LAW ENFORCEMENT OPERATIONS...............................................**209**

300.01 — Firearms and Qualifications..................................................................211

300.02 — Effecting Arrests and Searches............................................................226

300.03 — Racial Profiling Prohibited...................................................................237

300.04 — Bicycle, Segway, and Cart...................................................................241

300.05 — Handling and Transporting Prisoners and Other Persons...................244

300.06 — Body Worn Camera..............................................................................248

300.07 — Campus Trespassing Notice.................................................................256

300.08 — Firearm and Soft-Impact Weapon Discharges.....................................257

300.09 — Dealing With The Deaf or Hard of Hearing..........................................262

300.10 — Motor Vehicle Pursuits.........................................................................264

300.11 — Handling Persons Exhibiting Mental Health Crisis..............................271

300.12 — Response To Resistance.......................................................................281

300.13 — Restraint Devices.................................................................................294

300.14 — Guarding Prisoners at Area Hospitals..................................................295

300.15 — Student Life Referral............................................................................298

300.16 — Conducted Energy Devices..................................................................299

300.17 — Use of High Occupancy Vehicle (HOV) Lanes ................................................................ 308
300.18 — Property and Evidence ................................................................................................ 309
300.19 — Warrant Service Procedures ........................................................................................ 315
300.20 — Handling Publicly Intoxicated Persons ......................................................................... 317
300.21 — Driving While Intoxicated ............................................................................................. 322
300.22 — High Risk Vehicle Approaches ..................................................................................... 329
300.23 — Crash Investigations ..................................................................................................... 331
300.24 — General Broadcasts ...................................................................................................... 336
300.25 — Special Threat Situations ............................................................................................. 338
300.26 — Class C Misdemeanors ................................................................................................. 343
300.27 — Response Management ................................................................................................. 347
300.28 — Labor Disputes ............................................................................................................. 358
300.29 — Weapons of Mass Destruction .................................................................................... 360
300.30 — Hate Crimes ................................................................................................................. 367
300.31 — Family Violence ............................................................................................................ 369
300.32 — Bomb Threats, Explosive Devices, Explosions .......................................................... 376
300.33 — Animal Bites ................................................................................................................. 383
300.34 — Feeding Employees During Emergency Situations and Department Mobilization ........ 387
300.35 — Foot Pursuits ............................................................................................................... 389
300.36 — Towing .......................................................................................................................... 393
300.37 — Parking Citations ......................................................................................................... 402
300.38 — Traffic Violations By Legislatures and Military Personnel ........................................... 403
300.39 — Texas Crime Victims' Compensation Act .................................................................... 405
300.40 — Asset Seizure and Forfeiture ...................................................................................... 407
300.41 — Required Booking Information ...................................................................................... 410
300.42 — Filing Proper Charges .................................................................................................. 415
300.43 — Referral of Drivers For Re-Examination By Licensing Authority .................................. 418
300.44 — Treatment of Prisoners, Suspects, and Other Citizens ............................................... 419
300.45 — Handling Dead Bodies Exposed To Public View ......................................................... 420
300.46 — Preliminary and Follow-Up Investigations ................................................................... 421
300.47 — Missing, Kidnapped, and Found Persons .................................................................... 423
300.48 — Sexual Assaults ........................................................................................................... 428
300.49 — Gang Crime ................................................................................................................. 431
300.50 — Photograph and Lineup Identification Procedures ....................................................... 435

**CHAPTER 4**: ADMINISTRATIVE FUNCTIONS .................................................................... **443**
400.01 — Body Armor Policy and Maintenance .......................................................................... 445
400.02 — Command Staff Meeting .............................................................................................. 447
400.03 — Expunction of Records ................................................................................................ 448
400.04 — Employees Facing Legal Actions ................................................................................ 449

400.05 — State Property.................................................................................................451

400.06 — Testifying In Legal Proceedings...............................................................453

400.07 — Use of Electronic Media Technology......................................................455

400.08 — State Vehicle Crashes.......................................................................................457

400.09 — Line Inspections................................................................................................460

400.10 — Emergency Management.................................................................................461

400.11 — Meal Period.........................................................................................................469

400.12 — Standards of Productivity...............................................................................471

400.13 — Use of Social Media and The Internet........................................................473

400.14 — Criteria For Submitting Incident Reports................................................475

400.15 — Police Records...................................................................................................479

400.16 — Media Relations.................................................................................................483

400.17 — Assistance To Employees Involved In Critical Incidents.....................485

400.18 — Auto Theft Report............................................................................................488

400.19 — NCIC/TCIC............................................................................................................491

400.20 — Reception and Dissemination of Criminal Intelligence.....................496

400.21 — Polygraph Examinations................................................................................498

400.22 — Officer Funerals and Ceremonial Honors...............................................499

400.23 — Solicitation, Gifts, and Bribery....................................................................501

400.24 — Training................................................................................................................503

**CHAPTER 5:** FORMS, DOCUMENTS AND REPORTS.....................................................**507**

# Message from Chief Mary Young

As the Police Chief of a progressive and professional department, it is my primary objective to have a group of individuals whose skills and abilities are second to none. The Men and Women of Texas Southern University Police Department are committed to actively engaging in a comprehensive oriented policing strategy. As such, we have dramatically improved our crime prevention strategies and outreach efforts to provide more ways for the campus community to interact with us than ever before.  Our greatest asset has always been You- the campus community.

A successful caveat is the hiring of talented individuals from diverse backgrounds who are committed to serve while supporting the university's top (5) priorities: Student Success & Completion, Academic Program Quality and Research, Culture, Partnerships and Finance! All 48 officers are sworn officers with state licenses and certifications who has the same authority and responsibilities as most municipal police departments and has challenges similar to any large nationally recognized university.

I am confident that we will continue to grow by implementing best practices in law enforcement to employ the most qualified individuals and meet the challenges of 21st Century Policing. We have no greater priority than the safety of our students, faculty, staff, campus community and visitors!

As always keeping you SAFE while keeping you informed*

Mary Young
*Executive Director and Chief of Police*
*Texas Southern University*
*Department of Public Safety*

# CHAPTER 1:
## GENERAL PROVISIONS

_____

Mary Young
*Executive Director and Chief of Police*
*Texas Southern University, Department of Public Safety*

# Legal References and Terms

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

As the Chief Executive Officer of the Texas Southern University Department of Public Safety, the Chief may promulgate and adopt a manual setting forth general policies, procedures, rules, and regulations for its employees, the Texas Southern University Department of Public Safety.

This Department Manual Policy applies to all employees.

## Jurisdictional Boundaries

The Chief shall serve all of Texas Southern University, and the officers shall take necessary action to enforce the laws of the State of Texas within their jurisdiction. Texas Southern University was founded in 1927, as the Colored Junior College. The name was changed to the Houston College for Negroes in 1934, and in June of 1951 the name changed from Texas State University for Negroes to Texas Southern University. The University is located near downtown Houston, and the campus sits on 150 acres of land.

## Special Note

Texas Southern University Police Department was established in 1947, however the Texas Commission on Law Enforcement, which is the governing body of all law enforcement agencies in Texas, had not yet been created. The Texas Commission on Law Enforcement was created in 1965; during that time numerous law enforcement agencies were already in existence prior to the creation of the state's record keeping system, in TCLEDDS. During that period TCLEOSE now TCOLE, were not required to capture records, as they are now required to do.

Although Texas Southern University Police Department was established prior to TCOLE record retention, TCOLE records reflect that the first Police Officer employed with the Texas Southern University Police Department was in August of 1967. Therefore, the State of Texas law enforcement governing body recognizes the Texas Southern University Police Department as being established in August of 1967. The University also maintains property throughout Harris County and various other counties.

# Construction

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

Employees shall abide by all policies and directives of the Texas Southern University Department of Public Safety. All policies and directives are approved by the Chief of Police. Violation of any policies and directives may be cause for disciplinary action.

This Department Manual Policy applies to all employees, classified and civilian.

## Form

Herein below or within the context of a specific provision of the Department Manual, words shall be given their ordinary meaning.

Words in the present or past tense include the future tense.

The singular includes the plural and the plural includes the singular unless provided otherwise.

The term shall connote language of command, requiring mandatory compliance. May is permissive, stating what is allowed.

## Revisions

The revision, amendment or repeal of any provision of the Department Manual shall not affect the prior operation of such provision, or any prior action taken under such provision, or any violation of such provision, or any punishment or disciplinary action incurred or imposed in consequence of a violation.

If any provision of the Department Manual or its application to any person or circumstance is held invalid, such invalidity shall not affect any other provision of the Department Manual or its application to any person or circumstance.

At the discretion of the Chief of Police or the Deputy Chief, any provision of the Department Manual may be modified or deleted if it is determined to be necessary for good or proper operation of the Texas Southern University Department of Public Safety.

# Definitions and Terminology

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The following definitions are given for clarification of the Department Manual only and shall not be construed as legal definitions. All department directives shall confirm to the following terminology and definitions, unless a different definition is provided.

This Department Manual Policy applies to all employees.

## Grammatical Use

**Gender:** Use of a specific gender is inclusive of all genders.

**Plurality of Words:** The singular includes the plural and the plural includes the singular.

**Tense of Words:** The present tense includes the future tense.

## Definitions

**Business Day:** For department purposes, any day in which normal business operations are conducted at Texas Southern University. This is considered to be Monday through Friday and excludes weekends and holidays. Hours vary, but typically cover the period from 9 a.m. to 5 p.m.

**Calendar Days:** All days in a given time period including weekends, holidays, and days off.

**Calendar Year:** A twelve-month period starting with January 1 and ending with December 31, and has 365 days in non-leap years and 366 days in leap year.

**Chain of Command:** The line of authority extending from the Chief of Police through a single subordinate at each level of command.

**Citizens:** Persons who are not employed by the Texas Southern University Department of Public Safety.

**Civilian:** A person not in the armed services or the police force.

**Civilian Employee:** An employee of the Texas Southern University Department of Public Safety who is classified as an employee of the university.

**Classified Employee:** An employee of the Texas Southern University Department of Public Safety who is classified as an officer in accordance with Chapter 143 of the Texas Local Government Code.

**Command Staff:** The Chief of Texas Southern University Department of Public Safety Command Staff shall be composed of:

Chief of Police

Deputy Chief of Police

Captain of Police/Operations

**Department:** Unless otherwise noted, refers to the Texas Southern University Department of Public Safety.

**Designee:** Refers to a person who has been designated to perform some duty or carry out some specific role.

**Detail:** A group of employees assigned a specific mission; usually a group within an organizational unit.

**Disciplinary Action:** Is any action taken against an employee by the department due to improper conduct by the employee that will result in termination, suspension, demotion, reduction in rank, or refusal to rehire at the end of any contractual period.

**Dispatcher:** An employee assigned to Communications Division with responsibility for receiving and assigning calls for service.

**Employee:** Without any limiting word or phrase, employee refers to both classified and civilian employees of the Texas Southern University Department of Public Safety.

**Employee Number:** A unique number assigned to each employee to be used in paperwork or documents to identify the individual employee. Also known as T-Number.

**Exempt Employee:** Employee designated by the Texas Southern University Human Resources Department as exempt from overtime compensation under the Fair Labor Standards Act (FLSA).

**Extra Employment:** Any employment engaged in while off duty. This definition includes unpaid police-related work done for charitable or nonprofit organization, a.k.a. extra job.

**Incident Report:** An official written account of incident or situation (either brought to the attention of or seen by an employee) assigned a unique incident number by the department.

**Incident Report Title:** The identifying title of an offense, complaint, or incident used in an incident report.

**Indefinite Suspension:** Involuntary removal of an employee from employment with the department and Texas Southern University and after the probationary period.

**Inspection.** The regular or periodic examination of personnel regarding appearance, uniforms, equipment, duties, or operations according to standards established by department policies and procedures.

**Intranet:** The internal computer network linking department microcomputers to each other and to the department mainframe computer. This is a closed system accessible only through department computer terminals. This is not to be confused with the Internet.

**Inventory:** A written list or catalog of property.

**Jail:** A place for the confinement of persons accused or convicted of a crime.

**Legal Action:** Any criminal or civil proceedings.

**Marked Vehicle:** A police vehicle with recognizable police decals displayed and exposed emergency equipment.

**May:** When appearing in written policies and procedures, the word may indicates an area or course of permissive or discretionary action.

**Medical Examiner:** The person empowered by state law to investigate and determine the cause of death of a person.

**Medical Examiner Investigator:** An investigator representing or accompanying the medical examiner in gathering information and evidence relative to the circumstances of an individual's death.

**Mid Manager:** A supervisor with the rank of lieutenant or civilian equivalent.

**Minimum Staffing Levels:** The staffing levels below which operation of the department would create an undue burden to on–duty staff and jeopardize the delivery of necessary police services.

**Nonexempt Employee:** An employee who is eligible for overtime compensation. This indicates either a civilian employee whose job classification is covered by FLSA overtime rules and has been designated as such by the Texas Southern University Human Resources Department, or a classified employee who holds the rank of Sergeant or below.

**Off Duty:** The status of employees when they are free of the responsibility to perform their routine duties.

**Officer:** An employee who is classified in accordance with Chapter 143 of the Texas Local Government Code. Without any limiting word or phrase, officer refers to any or all classified employees of the Texas Southern University Department of Public Safety.

**Official Identification:** Written identification issued by the department containing the employee's name and photograph.

**On Duty:** The status of an employee who is scheduled and present for department duties.

**Order:** An instruction or directive, either written or oral, from any supervisor or acting authority of the Department.

**Out of Service:** The status of an employee not available for service calls.

**Out on Traffic:** The status of an officer who is temporarily engaged in a traffic stop but is maintaining radio communication.

**Overtime Compensation:** Compensation in the form of pay or time off for time worked in excess of an officer's or a civilian employee's workweek and in accordance with federal and state statutes. This does not apply to exempt employees.

**Performance of Rating:** The evaluation by an employee's supervisor of the manner in which the employee's service was rendered.

**Plainclothes Officer:** Generally refers to an officer who is not normally required to wear a uniform while on duty.

**Police Officer:** This is a term interchangeable with the words peace officer and officer.

**Post:** A fixed location an employee is assigned for duty.

**Primary Unit:** Primary Unit is the initial dispatched unit to a scene or pursuing law enforcement vehicle.

**Proactive:** Used to describe an investigator or a group of investigators who work covertly in response to complaints of criminal activity. Investigations conducted in this manner are considered proactive and are usually conducted by undercover investigators.

**Probationary Employee:** An employee who has not completed a period of probation after appointment to a position within the Department.

**Probationary Period:** Length of time during which an employee is expected to demonstrate his/her complete fitness, and competency for his/her assignment. An employee may be placed on a probationary period after his original appointment, after transfer, after promotion, and/or for disciplinary reasons.

**Procedure:** A method of carrying out a specific function.

**Promotion:** A change in the employment status of an employee to a position of higher organization classification.

**Public Information Officer (PIO):** As directed by the Chief of Police and/or the President of the University, the Public Information Officer is charged with the responsibility of regulating the department's information function.

**Rank:** An employee's classification or job title.

**Rater:** A supervisory employee completing the evaluation of an employee under his/her supervision.

**Reactive:** Used to describe an investigator or a group of investigators who react to deal with a situation, violation, or offense. Investigations conducted in this manner are considered to be reactive.

**Red Book:** Department issued calendar used to record time off for employees and to document minimum staffing levels for each particular day and shift.

**Regular Assigned Division:** The division to which an employee is regularly assigned. This does not include a temporary assignment.

**Regular Days Off:** Any of the days in a given week an employee is not regularly scheduled to work.

**Relieved of Duty:** The status of an employee who is not required or permitted to perform regular assignments.

**Resignation:** Voluntary departure of an employee from employment with the department and Texas Southern University prior to retirement.

**Retirement:** The status of employees who have ended their employment with the department and Texas Southern University and who have completed the required number of years of service.

**Reviewer:** A supervisory employee who reviews and signs each evaluation given an employee by a rater.

**Security Officer:** Shall mean all uniformed personnel, who are not Peace Officers, appointed by the Chief of Police and assigned to carry out specific responsibilities as determined by the Chief of Police or designee.

As defined by State Law, a Security Officer is not a Peace Officer.

**Seniority:** Texas Southern University Department of Public Safety is all the time of continuous full-time service from:

1. The date of hire with the Texas Southern University Department of Public Safety;
2. Effective date of attainment of a higher grade with the Department

**Shall:** When appearing in written policies or procedures in a directive or instructive statement, the words will or shall indicate a mandatory or required course of action. The words will or shall carry the same power as a direct order.

**Shift:** The working period of a group of employees scheduled to be on duty during approximately the same time of day. Also, a period of time an individual employee is expected to be present for duty. A regular assigned shift is usually 8 or 10 hours in duration.

**Should:** When appearing in written policies and procedures, the word should indicates a strong suggestion and a concerted effort ought to be made to complete the task, but it is not mandatory.

**Special Events:** An event that has been recognized and approved by the Chief of Police and Texas Southern University.

**Specialized Unit:** Any unit requiring unique training and having a primary responsibility other than responding to calls for service and designated as such by the Chief of Police.

**Supervisor:** Shall mean an Officer with the rank of Sergeant or above or a civilian employee with appropriate assigned duties.

**Supplemental Incident Report:** A report made in addition to and relating to an original incident report.

**Suspension:** The status of an employee temporary relieved of duty for disciplinary reasons.

**Termination:** Involuntary removal of an employee from employment with the department and Texas Southern University during the probationary period.

**Texas Commission on Law Enforcement (TCOLE):** The Texas Commission on Law Enforcement or TCOLE, serves as the regulatory agency for all peace officers in Texas, which includes sheriffs and their deputies, constables and their deputies, police officers, marshals, troopers, Texas Rangers, enforcement agents of the Alcoholic Beverage Commission, investigators of the Attorney General, and game wardens. County jailers and public security officers are also regulated by TCOLE.

**Texas Southern University Manual of Administrative Policies and Procedures (TSU MAPPS):** The policies and procedures that are applicable to Texas Southern University Employees.

**Tour of Duty:** The time period an employee is assigned to a regular duty assignment while remaining in the same rank.

**Uniformed Officer:** An officer required to wear a recognizable police officer's uniform while on duty.

**Unlawful Order:** Is defined as an order that violates federal, state, or local statutes. Such order may also violate department policies without proper authority.

**Uniformed Division:** A division in the department in which all or a portion of officers are required to wear the department's official classified uniform during normal on-duty operations.

**Uniformed Officer:** An officer required to wear a recognizable police officer's uniform while on duty.

**Unmarked Car:** A police vehicle with no recognizable police decals and no exposed emergency equipment.

**Unscheduled Leave:** A leave event is unscheduled, regardless of leave type, if the leave is requested less than 24 hours prior to the start of leave being requested.

**Wagon:** A marked police unit, truck, or van used to transport arrested persons from one location to another.

**Watch:** Refers to the hours of duty set by the Texas Southern University Department of Public Safety Chief of Police. Also called Shift.

**Will:** When appearing in written policies and procedures, the words will or shall indicate a mandatory or required course of action. The words will or shall carry the same power as a direct order.

**Work Card:** A form on which officers record their daily work activity (e.g., tickets issued, arrests made, and investigations carried out).

**Workday:** For department purposes, when referring to an employee this typically refers to one of the days of the week that is not one of the employee's regular days off and not an observed department holiday. Workday can also refer to the number of hours in an employee's assigned shift. When referring to an organization unit of the department workday refers to any day in which normal operations for the unit are conducted.

**Wrecker:** A vehicle designed and equipped to tow another vehicle from one location to another.

# Organizational Structure

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The structural organization of the Texas Southern University Department of Public Safety reflects the responsibilities of the department to the students, faculty, and visitors to the campus.

This Department Manual Policy applies to all employees..

## Organizational Chart

The structure of the Texas Southern University Department of Public Safety is reflected in the Organizational Chart.

Within the Texas Southern University Department of Public Safety, the organizational units may be listed in the following order of rank:

a. Department. Refers to the Texas Southern University Department of Public Safety as a whole.

b. Division. Is the major functional area within the department, as the patrol division and security division.

c. Unit. Refers to an assignment or duty within the division, as the bike unit.

## Rank Structure of Positions

The order of rank in the Texas Southern University Department of Public Safety shall be:

- Chief of Police/Executive Director Emergency Management
- Deputy Chief
- Captain of Patrol
- Lieutenant
- Sergeant
- Corporal
- Officer

## Chief of Police

The Chief is the chief executive officer of the Department. The Chief has final Authority for determining Texas Southern University Department of Public Safety policies, together with full responsibility for the complete discharge of all duties imposed by law.

As Chief executive officer, the Chief must officially sanction and approve any changes in structural organization of the Texas Southern University Department of Public Safety before the changes may be put into effect. The detailed methods of directing and controlling specific functions of the Department or its Divisions may be developed by designated subordinate personnel, but the original direction and final approval and adoption of the guiding principles rests with the Chief.

The Chief shall designate any position of command or responsibility for the administration of the Texas Southern University Department of Public Safety.

## Deputy Chief of Police

The Deputy Chief is appointed by the Chief of Police and is subordinate in rank only to the Chief of Police. As the second person in command, the Deputy Chief serves as chief administrator and executive to the Chief of Police. The Chief of Police may at any time, detail or relate specific administrative and executive duties to the Deputy Chief of Police.

## Captain

The Captain is appointed by the Chief of Police and shall be responsible for, and exercise command over, the functions of the division to which assigned. The Captain is subordinate to the Deputy Chief and Chief of Police and is charged with the responsibility to establish and enforce a Manual of Procedures for designated Divisions which is not in conflict with the Department Manual and is limited to procedures involving only designated Divisions.

The Captain is responsible for planning and conducting of various programs to maintain competent levels of performance of personnel assigned to his/her division. It is their duty to aid, give advice, and cooperate with the Chief of Police and Deputy Chief in general administrative matters and in determining matters of policy. The Captain may prescribe rules and regulations for the conduct of employees under their command which do not conflict with the general rules and regulations prescribed by the Chief of Police and Deputy Chief.

## Lieutenant

A Lieutenant is designated a secondary commander within their division and supervises the activities of employee(s) assigned to the Division in accordance with the policies prescribed by the Chief of Police, Deputy Chief, and Captain.

A Lieutenant may be designated as a watch supervisor and responsible for the entire operations of the assigned watch. The Lieutenant shall be directly responsible for the actions of personnel assigned to a designated Command; it is also their duty to aid, give advice, and cooperate with respective Captain and Deputy Chief in general administrative matters and in determining matters of policy.

## Sergeant

A Sergeant is designated as an assistant watch supervisor and is responsible for direct supervision of personnel assigned to his/her watch in the performance of their duties, and to assist the watch supervisor in the implementation of and adherence to all Department rules and regulations.

## Corporal

This rank in structure is given to the most senior police officer with at least 12 years of police experience and possess the certification of Master Peace Officer through the licensing and governing body of the Texas Commission for Law Enforcement.

The duties and responsibilities include but are not limited to training, mentoring and providing leadership guidance in the absence of a shift supervisor.

## Officer

Shall mean all uniformed personnel, regardless of rank but excluding the Chief of Police and Security Officer positions, who are qualified under the regulations of the Texas Commission on Law Enforcement. All Officers must affirm by oath that they will uphold the Constitution of the United States of America and the laws of the State of Texas.

The term officer also refers to entry level rank within the Texas Southern Department of Public Safety for uniformed personnel who are certified as peace officers. Examples of other such ranks within the Texas Southern University Department of Public Safety are those of sergeant, lieutenant, and captain.

## Special Positions

a. Acting Chief. During the temporary absence of the Chief of Police, the Deputy Chief automatically assumes all duties and responsibilities of the Chief of Police. During absence of both the Chief of Police and the Deputy Chief, the Chief of Police or the Deputy Chief may designate the Captain to assume command during their absence.

b. Acting Captain. During the temporary absence of the Captain, a lieutenant shall automatically assume command of the Division. If there is no lieutenant assigned to the division, or if more than one lieutenant, the Chief of Police or the Deputy Chief shall designate an acting captain.

c. Acting Authority. Officers who are directed to act in capacities above their existing rank shall, for the necessary time, possess the authority of the rank to which they are temporarily assigned.

d. Civilian Administrators. Certain administrative positions in the Texas Southern University Department of Public Safety are filled by civilians appointed by the Chief of Police. Any official authority attendant to a civilian position shall be determined by the Chief of Police commensurate with the responsibilities inherent in the position.

## Division Heads

An individual in charge of a Division, regardless of Rank, shall be responsible for the command and supervision of the functions of the Division to which assigned.

## Security Supervisor One

Security Supervisor One is responsible for Buildings and Parking Enforcement. He/She is responsible for planning and conducting various programs to maintain competent levels of performance of security personnel. Security Supervisor One reports directly to the on duty Police Sergeant or Shift Supervisor.

## Security Supervisor Two

Security Supervisor Two is responsible for Housing and Dormitories. He/She is responsible for planning and conducting various programs to maintain competent levels of performance of security personnel. Security Supervisor Two reports directly to the on duty Police Sergeant or Staff Supervisor.

## Related Reference Material

• Texas Southern University Department of Public Safety Standard Operating Procedure, Organizational Structure

# Chain of Command

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

For an organization to function effectively, mandates should be formulated to denote what individual is ultimately responsible for the actions of subordinates. There is a necessity to advise employees who they will be accountable to, as well as for what they will be accountable.

This Department Manual Policy applies to all employees.

## Definitions

**Command Authority.** That authority necessary to operate the Texas Southern University Department of Public Safety and ensure that the work of the Department is handled in a professional manner. Command authority is not to be confused with police authority derived from the law enforcement commission.

**Chain of Command.** Each person in the Texas Southern Department of Public Safety is accountable to only one immediate supervisor.

## Procedure

All command authority is derived from the Chief of Texas Southern University Department of Public Safety. Command authority is delegated to each supervisor in the Texas Southern University Department of Public Safety by his/her immediate supervisor. Command authority may also be delegated to non-supervisory personnel when necessary. In conjunction with the delegated authority, guidelines must be established for the accountability of any actions taken, or not taken.

   a.  At all levels within the organization the administration has delegated to all personnel the amount of authority necessary to make decisions for the effective execution of their position's responsibilities.

   b.  Each employee shall be accountable for their delegated authority when taking action or the failure to take action when required.

It is the responsibility of each employee to know the identity of his/her immediate supervisor and/or immediate subordinate.

   a.  Each organizational component and sub-component are under the direct command of only one supervisor.

   b.  There may be situations when a supervisor gives a command to an employee who is outside the normal Texas Southern University Department of Public Safety chain of command. When this occurs, the employee is still required to obey the command.

It is mandatory that official communications (verbal and written) follow the chain of command at all times, whether up or down.

   a.  All intra-department memoranda or correspondence submitted to the Chief of Police or Deputy Chief will be forwarded through the chain of command with the least possible delay. The memorandum will be initialed by each supervisor in the chain.

   b.  No person, regardless of rank or position, has the authority to stop or otherwise detain any memorandum or other correspondence directed up or down the chain of command.

## Command Situations

Upon arrival at the scene, and if there is sufficient justification to do so, any supervisor of senior rank may take command of the situation by notifying the junior supervisor of this action. The justification for taking command must be documented within 24 hours and forwarded up the chain of command.

A supervisor of equal or lower rank may take command of a situation by informing the supervisor then in charge if there is physical or mental inability to complete the assignment. Such actions and reasons must be documented within 24 hours forwarded up the chain of command.

## Division Cooperation

A division accepting services offered by another division shall strictly follow the policies and procedures established for the provision of such services by the offering division.

### Related Department Manual Policies

- 100.09, **Supervision**
- 200.02, **Conduct and Authority**

# Confidentiality and Dissemination of Information

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

Because of duties and responsibilities associated with law enforcement of the Texas Southern University Department of Public Safety, law enforcement officials are in a unique position to acquire and to have access to information which by law or regulation is deemed confidential or privileged. Additionally, certain national security operations involving the Department's personnel may involve access to classified information. It is the policy of the Texas Southern University Department of Public Safety that dissemination or transmittal of all such confidential, privileged, or classified information shall be in strict compliance with all University, and applicable laws, regulations, guidelines, and orders governing such dissemination, or in appropriate situations, as may be determined by the Chief or the Chief's designated representative.

This Department Manual Policy applies to all employees.

## Public Information Act

Additionally, as a unit of Texas Southern University, the Texas Southern University Department of Public Safety is subject to the Texas Government Code Annotated, Chapter 55, Public Information Act, which is more commonly known as the Public Information Act. Under the Public Information Act, the Chief is deemed to be the custodian of all Texas Southern University Department of Public Safety records, although for purposes of responding to a request for information, a designated employee may act as the Chief's agent. It is the policy of the Texas Southern University Department of Public Safety that, in responding to request for information, the employees shall comply with the Public Information Act in a timely manner.

In responding to all such requests, employees must be aware that the Public Information Act authorizes the dissemination of public information only, and that the Act sets out numerous exceptions to disclosure. While employees should have a general understanding of the types of information which may or may not be disclosed under the Texas Public Information Act, all final determinations as to disclosure should be made by the Chief, with the assistance of the Office of General Counsel. In responding to all such requests for information, employees shall be courteous and concise.

## Subpoena Duces Tecum

Texas Southern University Department of Public Safety information is often requested by and through a type of subpoena known as a subpoena duces tecum (literally, "bring with you"). Employees should be aware that many subpoenas duces tecum received by the Department may not be issued by a court, but rather, are issued by private reporting service employed by an attorney for that purpose. All subpoenas duces tecum are subject to objections regardless of who issues them, although such subpoenas issued by criminal courts are generally honored by the Department. Employees are advised to consult with the Office of General Counsel if there are any questions regarding whether and how a subpoena duces tecum should be handled.

## Related Reference Material

- Texas Government Code, Chapter 55, Public Information Act
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 08.03.01 Open Record Policy

# Orders and Memoranda

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

Employees shall abide by all orders and memoranda of the Texas Southern University Department of Public Safety. Orders and memoranda are written policies and procedures established by the Chief of Police and published in the form of written orders, executive orders, directives, standard operating procedures, personnel orders, and memoranda's. Violation of these policies and procedures may be cause for disciplinary action.

This Department Manual Policy applies to all employees.

## Department Written Order, Executive Orders, or Directives

Department written orders, executive orders, and directives are permanent documents which either affect the entire Texas Southern University Department of Public Safety or more than one division. They are to be issued only by the Chief of Police or the Deputy Chief and are to be distributed to all appropriate employees of the department. Such orders:

    a.   Create new policy, or modify existing policy;

    b.   Implement new procedure, or modify existing procedure;

    c.   Clarify existing policy or procedure; or

    d.   Give notice of and implement personnel changes.

The Department Manual shall be formatted in a manner which reflects uniformity, consistency, and professionalism.

## Standard Operating Procedures (SOPs)

Standard operating procedures (SOPs) are written directives for a command, office, division, or unit. SOPs carry the same authority as Department Manual Policies. SOPs are used to ensure uniformity of police services from the various divisions, offices, and units within the department. All Command Staff members shall develop and issue SOPs for all functions performed under their direct command.

## Division Written Order or Directives

Division written orders and directives are permanent documents which establish the policy or procedures of a division, or which set out operational standards for a division. Such orders may be issued only by or at the direction of the appropriate division Captain, the Deputy Chief, or the Chief of Police. Division written orders are to be distributed to all employees of the division and to all other employees who may be affected thereby. Division written orders may not conflict with provisions of the Department Manual or with Texas Southern University Department of Public Safety written orders. Subject to the discretion of the Captain, division written orders may be identified by consecutive numerical designation beginning each January 1st with No. 1. Such number is to be preceded by the last two digits of the calendar year in which the order was issued (e.g., 17–1, et seq.)

Division Manuals shall be formatted in a manner which will reflect uniformity, consistency, and professionalism.

**Personnel Orders**

Personnel orders are documents which may be issued by the Chief of Police or designee for the purpose of announcing:

    a.  Assignments or transfers;

    b.  Official recognition for excellence of service;

    c.  Promotions;

    d.  Disciplinary actions, including but not limited to temporary suspensions without pay, relief of duty, demotions, or terminations; and

    e.  Restoration to duty.

Personnel orders may be distributed at the discretion of the Chief of Police or designee, but in any event, always to the employee who is the subject of the order.

Orders and Directives shall be assigned a number to be prefixed by the year issued (e.g., #01-0000).

## Texas Southern University Department of Public Safety Memoranda

TSUDPS memoranda are documents which contain advisory information of temporary duration. Such memoranda may be issued to address:

    a.  Ad hoc or one-time operational situations: or

    b.  Advisories regarding:

       • Births

       • Deaths

       • Job Openings

       • Changes in law

       • Other matters as necessary or advisable

### Training Bulletins

Training bulletins are documents issued by designated personnel authorized by the Chief of Police. The purpose of such bulletins is to provide information pertaining to new applications or to interpret existing department procedure.

### Amendments

Amendments to the Department Manual and any Division Manuals shall be implemented by and through written orders, executive orders, or directives. Periodically, new manual pages shall be prepared containing the amendments made during the preceding period. Such new pages are to be inserted in their proper place, and the index amended as required.

    a.  All Division Manuals will be reviewed annually by the Captain to ensure information contained within is accurate.

    b.  Department orders and directives may be purged, updated, or revised as necessary to facilitate the continued efficient and lawful operation of the Texas Southern University Department of Public Safety.

    c.  Proposed changes shall be routed through the Chief of Police or the Deputy Chief to ensure that there is no conflict with the current Texas Southern University Department of Public Safety policy.

## Distribution

The duplication and distribution of new policies and amendments will be coordinated by the Captain.

## Retention

The procedures outlined in this Department Manual are designed to facilitate the maintenance of a current and complete manual, but the final accountability rests with the individual to ensure their copy is current.

    a.  Employees shall ensure that their Department Manual and any Division Manual (if applicable) are maintained in a current and serviceable condition.

# Obedience To Orders

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

To permit effective supervision, direction, and control, employees shall at all times respond to and obey any just and lawful order from a supervisor or acting authority.

This Department Manual Policy applies to all employees.

## Definitions

Order. An instruction or directive, either written or oral, from any supervisor or acting authority.

a.  The affected personnel shall be required to respond to and obey such order as if the supervisor or acting authority issued the order directly.

b.  It shall be the responsibility of the issuing supervisor or acting authority to confirm the order was issued properly, with due respect to all affected personnel, and confirm that the duty tasks set forth in the order were completed as stated.

**Supervisor.** Any Officer with a rank of Sergeant or above, or a civilian employee with appropriate assigned duties.

**Unlawful Order.** An order that violates federal, state, or local statutes. Such order may also violate the department policies without proper authority.

## Conflict of Orders

A conflict of orders arises when an employee, acting under orders of a supervisor or acting authority who may not be present, receives or is given orders that conflict with or in some manner prevents the employee from completing original orders or instructions.

a.  Such conflict should be discreetly and respectfully brought to the attention of the supervisor or acting authority who has issued the conflicting orders.

b.  If the conflicting orders are not delayed or rescinded, the employee shall obey the last order received, and in doing so, the officer shall not be held accountable for failure to obey the original order.

c.  The supervisor or acting authority who issued the last order is responsible for notifying the supervisor or acting authority who gave the original order, and for justifying decision to overrule the original order.

## Illegal or Unlawful Orders

Any employee, who reasonably and in good faith believes that he/she has received an unlawful order, has the right to refuse to obey such order. Such employee shall, in a discreet and respectful manner, advise the supervisor who issued the order of the intent not to obey the order and the reasons for not obeying. If there is a subsequent investigation to determine why the order was not obeyed, the employee shall be required to establish that the order was illegal or unjust under the circumstances.

# Supervision

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

It is the duty and responsibility of every supervisor to ensure that the work of the Texas Southern University Department of Public Safety is done in a professional manner. All supervisors shall conduct themselves in accordance with the standards set by these policies.

This Department Manual Policy applies to all employees.

### Conditions of Supervision

a. A supervisor must know and understand his/her areas of responsibility and the objectives to be achieved by the organizational unit under his /her command.

b. Well stated goals will ensure consistent operational decisions

c. The supervisor must have confidence both in him/herself and personnel in order to delegate authority appropriately. However, the supervisor must remember that the responsibility for accomplishing assigned tasks remains at all times with him/her and cannot be delegated.

d. As the supervisor is held accountable for the completion of a given task by the personnel under his/her command, so are those personnel to be held accountable for the performance of their jobs.

## Communication

Supervision requires effective communication skills. Personnel being supervised must understand exactly what is expected of them. Optimally, there should be no ambiguous job or task descriptions.

a. Personnel under command must understand the parameters or limitations under which they work, and whether they have the authority to make non- procedural decisions.

b. The supervisor should provide accurate and timely feedback at all stages of an assigned task, to ensure that:

- The personnel under their command know that the supervisor is aware of what they are doing.
- The personnel under their command know that the supervisor is aware of how the task is being performed.
- Mistakes are corrected immediately.
- Positive reinforcement is provided immediately.
- Modifications to task performance or task objectives may be made as required.

## Mistakes and Errors

Supervisors must understand that personnel may make mistakes in the course of performing job assignments. Depending on the severity, mistakes and errors of judgment made in good faith may be considered primary as a training opportunity, rather than the basis for disciplinary action.

Mistakes and errors of judgment made in good faith are not to be confused with the willful acts or omissions that violate policy and rules of the Department. Repeated mistakes and/or errors of judgment shall be construed to negate good faith.

Each supervisor must determine the point at which repetitive mistakes cease to be an opportunity for training, coaching, or counseling, and instead become a problem that must be resolved through other measures.

## Accountability and Responsibility

A supervisor is not relieved of accountability and responsibility for the completion of assigned tasks by personnel under his/her command simply because he/she is not physically present.

A Supervisor shall know at all times the identity of each employee under his/her command. Likewise, each employee shall know at all times the identity of their supervisor.

A supervisor shall ensure that all applicable rules, regulations, policies and procedures of the department and its divisions are followed by all personnel. Line inspections shall be an ongoing activity to ensure employees are acting in concert with the requirements of the Texas Southern University Department of Public Safety, involving personnel appearance, use and maintenance of equipment, and adherence to directives and policies.

   a. While on duty, a supervisor shall take action to prevent or correct any violation of the Department Manual that is observed or which comes to his/her attention, whether the employee committing such violation is under his/her command or not.

   b. A supervisor shall take action to prevent or correct any violation of division policy or procedure committed by personnel assigned to his/her division, whether the employee is under their command or not.

   c. Violations of another division's policies or procedures committed by an employee not assigned to a supervisor's division should, as a courtesy, be brought to the attention of an appropriate supervisor of the other division.

   d. A supervisor who takes informal or formal action to correct employee behavior shall be responsible for follow-up to ensure corrective action has been taken. This may be done in accordance with the provisions established in the disciplinary process specified in this chapter.

## Professionalism

In interacting with personnel under their command, supervisors shall at all times act in a professional, equitable, and consistent manner.

Qualitatively, not all job assignments within the department are considered pleasant or enjoyable. It is further recognized that many job assignments are difficult. A supervisor must enforce rules in a consistent and equitable manner, regardless of personal friendships or personal dislikes.

Within the Texas Southern University Department of Public Safety, supervisors are expected to serve as role models whose behavior is to be emulated by personnel under their command. For this reason, it is the duty and responsibility of every supervisor to conduct themselves in a professional manner while on duty, or while engaged in any other Texas Southern University Department of Public Safety or law enforcement related activity.

## Related Department Manual Policies

• 100.05, **Chain of Command**

• 100.10, **Disciplinary Process**

• 200.02, **Conduct and Authority**

• 200.18, **Appearance and Grooming**

• 200.19, **Investigation of Employee Misconduct**

• 400.09, **Line Inspections**

# Disciplinary Process

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

It is the intent of the Texas Southern University Department of Public Safety that all disciplinary actions be administered in an equitable, consistent, and compassionate manner. Disciplinary action may not be initiated except for just cause.

Disciplinary action has multiple objectives. For example, it ensures that:

a. The work of the Department is handled professionally.

b. Unprofessional conduct will not be tolerated.

c. Employees who perform their assignments in a professional manner will not be adversely affected by the few who do not.

d. There exists a mechanism, through termination, to protect the operational integrity and high ideals of the Department from those few individuals whose actions or omissions dictate that they should no longer be associated with the Texas Southern University Department of Public Safety.

e. The Texas Southern University Department of Public Safety will exercise accountability.

A disciplinary action may take the following form:

a. Suspension from duty without pay.

b. Demotion or reduction in rank.

c. Termination, or refusal to rehire at the end of the employee's contractual period.

Mistakes and good faith errors in judgment should not be confused with willful acts or omissions which violate policy and rules of the Texas Southern University Department of Public Safety. Unprofessional conduct that results from a mistake or a good faith error in judgment may be viewed as an opportunity for training rather than the basis for disciplinary action, depending on the severity of the mistake or the degree of error in judgment. The supervisor should remember that, in the context of training, disciplinary action may be inappropriate. Each supervisor must determine the point at which repetitive mistakes cease to be an opportunity for training and instead become a problem to be resolved through disciplinary action.

The underlying purpose of disciplinary action is to modify the employee's conduct or behavior so that the employee complies with Department policies and procedures.

This Department Manual Policy applies to all employees.

## Just Cause

No employee shall be subject to any disciplinary action except for just cause.

a. The cause for disciplinary action shall be in writing and shall particularly state the reason or reasons for which the Chief of Police feels that disciplinary action is necessary.

b. Every employee receiving disciplinary action shall have presented to him/her a copy of just cause, which include the effective date of the disciplinary action.

c. At the completion of the disciplinary action process, a copy of all reports and investigations shall become a part of the employee's personnel file.

## Counseling

Any communication between a supervisor and an employee concerning unprofessional conduct which remains at the Division level is not to be considered a disciplinary action, but rather, shall be viewed as a training session. This allows the employee the opportunity to modify behavior without penalty. A documented counseling is at the discretion of the supervisor conducting the counseling session and not subject to appeal or grievance procedures.

## Documented Counseling

A documented counseling may be used by a supervisor for the purpose of coaching and training a subordinate whose behavior or actions are not in keeping with the standards of the Texas Southern University Department of Public Safety.

## Documented Counseling Process

Prepare the documented counseling letter, using the attached format, prior to the documented counseling session with the employee.

a. Personalized the letter by using the correct gender and the appropriate wording from those in the parentheses or other wording which would be appropriate. Do not include the parentheses.

b. The section listed as "optional ending" should not be used unless one or more counseling sessions have proved ineffective and the employee either has not improved at all or has indicated no interest in changing behavior or conduct.

Meet with the employee and be prepared to discuss in detail the problems you have listed and the solutions you have suggested.

a. Explain that this is not discipline, but a way to make sure that there is no misunderstanding on the part of either of you as to the problem(s) or possible solutions. Also explain that this is another effort to enhance communication and eliminate potential problems.

b. Explain that if the employee feels that the suggestions are completely unacceptable, he/she can suggest alternate solutions to the problems. Whatever amendments or changes are suggested and agreed upon by both parties should be written into the document. This is an effective way to get commitment on both parts if the original suggestions are not workable.

c. Explain that you are going to have a follow-up meeting, giving time factor and date, with the employee and that the progress made, either favorable or unfavorable, will be documented also and attached to this original documentation.

d. Explain that this issue is closed if the expected improvements or changes are made.

e. Explain that while he/she may make marked improvements in some of the areas, any areas which need additional time or counseling or work will be documented further. Additional suggestions or agreements will be made for correcting any remaining problems, and a second follow-up meeting scheduled. All follow-up meetings will be documented and attached to the original documentation.

## Signatures

a. If all are in agreement with what is written, all persons present should sign and date the letter, with the employee receiving the original and a signed copy being placed in the division employee file.

b.  If changes or additions were made to the original documented counseling letter, those should be initialed along with the letter being signed at the end of the letter.

c.  If the employee agrees verbally with what is said between you but refuses to sign the letter, make that notation under the place for the employee's signature, and notify the employee that you still will have the scheduled follow-up meeting with him/her at the time shown in the letter. Provide the employee with the original and retain a copy for his/her division file.

d.  If the employee does not agree that there is a problem and indicates that he/she does not feel that there is any need for change, even after all the above explanations and verbal counseling, then it may be necessary to discontinue the counseling procedure and move into the disciplinary process.

## Minor Incident Report

A Minor Incident Report is any documentation generated in response to a substantiated allegation of unprofessional conduct where a determination has been made not to impose disciplinary action. Minor Incident Reports shall be originated and prepared in triplicate by the employee's immediate supervisor and forwarded, through the chain of command, to the Captain (if the alleged censurable conduct is reported by another employee or a source outside the Texas Southern University Department of Public Safety, such incident shall be referred to the employee's immediate supervisor who shall have the responsibility to prepare the minor incident report).

a.  A documented description of the unprofessional conduct and the Texas Southern University Department of Public Safety's response to the same, if any, to be placed in the employee's departmental file. The documentation format for Minor Incident Report may be in letter form.

b.  A letter of reprimand.

## Grievance Procedure

The grievance procedure established under Chapter II of this Manual does not apply to Minor Incident Reports. The appeal procedure for any employee who is the subject of a Minor Incident Report is through the Captain whose decision is final.

## Petition

The employee may petition their Captain to have a Minor Incident Report removed from department files. Removal of the requested Minor Incident Report is subject to conditions and at the discretion of the employee's Captain.

a.  The Minor Incident Report must have been on file for a period of not less than one (1) year from the date the report is received and signed for by the employee; and,

b.  The Minor Incident Report has not been combined to form a basis for a Major Disciplinary Report; and,

c.  The employee has not received a Minor Incident Report, Letter of Reprimand, or Major Disciplinary report during the previous twelve months from the date of the request for removal, and the employee is not currently under any investigation; and,

d.  Employee has not received an "Unsatisfactory" rating in any category of the Performance Evaluation for the previous twelve months from the date of request for removal.

## Infractions

The basis for a minor incident report may include, but may not be limited to any of the following:

- Punctuality
- Unprofessional conduct
- Any single unaccompanied violation of procedure
- Harmony and cooperation
- Unauthorized official statements
- Violation of dress code
- Failure to provide information to citizen when required
- Failure to preform duty
- Unscheduled time off

All violations of any of the rules or regulations set out in the Texas Southern University Department of Public Safety Department Manual or in any applicable department memorandum, as well as any violation of a federal, state, county, or municipal statute, regulation, ordinance, or a court order, may be utilized as the basis for a Major Disciplinary Report.

## Major Disciplinary Report

A Major Disciplinary Report may be issued if the employee has received four or more Minor Incident Reports in the twelve (12) month period. However, at the supervisor's discretion he/she may decide to place the employee on a Performance Improvement Plan, which stipulates the guidelines for expected performance improvement.

## Records

A Major Disciplinary Report is any personnel order which imposes disciplinary action in response to a substantiated allegation of unprofessional conduct. Major Disciplinary Reports shall be retained by the department as permanent records. Procedures to follow in completing a major disciplinary report will be as follows:

a. Major Disciplinary Reports arising from alleged censurable conduct shall be originated and prepared in triplicate forms immediately by the employee's supervisor who bears witness to the violation or who is advised of the violation by another employee or a source outside the department, and forwarded to the Captain (or ranking supervisor in his/her absence).

b. The Captain (or ranking supervisor in his/her absence) shall confer with the Deputy Chief promptly for determination of immediate action to be imposed against the employee. The Deputy Chief (or ranking supervisor in his/her absence) may relieve an employee from duty forthwith for the commission of any act that would justify the preparation of a major disciplinary report resulting from alleged censurable conduct. A written order relieving the employee from duty shall be issued to the employee so relieved from duty shall surrender their badge and identification card to the relieving supervisor, who shall forward it immediately to the Captain.

c. The Deputy Chief shall determine whether the Major Incident shall be investigated by the division or Internal Affairs. Upon completion, the investigation will be forwarded to the appropriate review committee to determine policy violations. The Captain will make

recommendations for disciplinary action. The final disciplinary disposition of the Major Incident will rest with the Deputy Chief upon approval of the Chief of Police.

d.  At such time as the major incident is finally resolved, all reports and supporting documentation pertaining to the incident, as well as any disciplinary action taken, shall become part of the employee's permanent personnel file.

## Special Notes

a.  The employee being disciplined is entitled to representation at any meeting between the employee and supervisor(s), but only after a determination has been made to impose disciplinary action. This policy does not interfere with the employee's right to legal counsel.

b.  Employees are cautioned that lateral and upward movement within the Texas Southern Department of Public Safety may be affected by disciplinary histories.

c.  Minor Incident Reports and Major Disciplinary Reports which originated at the level of immediate supervisor shall be forwarded through the chain of command to the Captain. A Minor Incident or Major Disciplinary Report may be initiated by any ranking supervisor who deems it necessary in order to address any violation of the Department Manual.

d.  Major Disciplinary Reports may be appealed through the Chief of Police of Texas Southern Department of Public Safety.

## Related Department Manual Policies and Reference Material

- 100.09, **Supervision**
- 200.02, **Conduct and Authority**
- 200.03, **Drug Free Workplace**
- 200.11, **Personnel Early Warning System (PEWS)**
- 200.13, **TSUDPS Badges and Identification Cards**
- 200.18, **Appearance and Grooming**
- 200.19, **Investigation of Employee Misconduct**
- 200.25, **Employee/Grievance Complaint Resolution**
- 200.27, **Employee Performance Evaluation**
- 200.41, **Personnel Files**
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.03 Discipline and Termination Policy

# DEPARTMENT MANUAL
## Attachment A
## Documented Counseling Format

**SUPERVISOR** _____

Below are listed the actions and/or verbal behavior which this meeting is being held. These behavioral elements are being discussed by the personnel present along with recommendations of immediate reevaluation of personal performance.

*(List problems specifically)*

**EXAMPLE**:

1. TARDINESS – You have shown a pattern of being late which is not acceptable.
2. HARMONY AND COOPERATION – On days when you have been tardy you have been terse and perceived as rude by your fellow employees, using profanity toward them on occasion.
3. INSENSITIVITY – There have been several situations where you have referred to people of both genders with terminology which has been perceived as derogatory.

The following recommendations are made with a goal of assisting you in changing the behavior patterns and /or inappropriate actions or words which brought about this counseling meeting.

***(List specific recommendations, number of recommendations do not have to be the same as number of problems)***

**EXAMPLE**:

1. Arrange to leave for work at an earlier hour to allow for traffic and / or problems getting on the road. If necessary get a new alarm, set it earlier.
2. Cease taking out your problems in being late on your peers. Make the effort to learn mental relaxation techniques to help you maintain a professional demeanor while working.
3. Cease the usage of unwelcomed terminology in your conversations while at work.
4. Obtain reading material and engage in Constructive conversation with your peers to learn what is offensive to them so you can avoid future situations.

The following signatures document that a verbal counseling session took place between the employee and supervisor(s), that the individual being counseled understands what his/her supervisor(s) described as his/her inappropriate behavior or performance and that recommendations have been made to assist the employee in making immediate improvement in behavioral conduct and/ or performance.

**Unwillingness to sign this conference summary by the individual in question will indicate that he/she has no desire to focus his/her efforts on the inappropriate (or improper, inadequate behavior etc) conduct discussed. (optional ending to this sentence- in the event previous documented counseling/coaching has resulted in no positive changes, "and will result in a Minor Incident Report")**

**After a period of _____ days (weeks), no later than _____ (date), you and I will have another meeting to discuss what progress has been made by you in your efforts to improve your conduct (behavior, performance, etc).**

**During this interview was completed, the employee had the following to say:**

*This can be written by you before signing, or the employee can write on the back of this second page. Since this is NOT a disciplinary action and you should make it understood that it is "coaching", there is no need for a long statement by the employee, simply whether or not this was received in the way it was intended, and any conditions the employee and supervisor might want to enter as an agreement. This should NOT be written in the form of a reprimand. Remember, it is supposed to be instructional.*

_____

EMPLOYEE SUBJECT TO CONFERENCE /// DATE

_____

SUPERVISOR CONDUCTING CONFERENCE /// DATE

_____

OTHER SUPERVISOR PRESENT (IF APPLICABLE) /// DATE

# Employee Suggestions

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The Texas Southern Department of Public Safety needs and wants suggestions from its personnel that would improve the administrative and operational efficiency and effectiveness of the Department.

Suggestions must be in writing to the Captain, through the chain of command. The Captain, or his/her designee, will evaluate each suggestion and will determine whether the suggestion merits staff and/or executive consideration.

This Department Manual Policy applies to all employees.

# Department Mission, Values, and Code of Conduct

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The department shall seek to state its mission and values and to adhere to these standards and communicate them to its employees.

It is the policy the Texas Southern University Department of Public Safety that all officers will adhere to the Code of Ethics as adopted from the Texas Commission on Law Enforcement. The Code of Law Enforcement Ethics is a document describing the underlying principles involving standard of conduct for peace officers. Employee conduct should always be professional and exemplify the standards set forth within this policy.

This Department Manual Policy applies to all employees.

## Department Mission

The primary mission of the Texas Southern University Department of Public Safety is to provide a safe, and accommodating learning environment for students, staff, campus visitors, and faculty. In addition to maintaining and preserving the integrity of all campus property and facility against unlawful acts. To be successful in this endeavor, we require the commitment of every employee of the Texas Southern University Department of Public Safety, along with the support of students, staff and faculty, all working together in partnership in order for the Department to be relied on as a trusted source for assistance.

The foundation of this organization is defined by its employee's honesty, moral standards, compassion, and caring attitude. It is imperative that the following values be emphasized in all employee's actions.

## Values

### Trustworthiness

To be worthy of the trust that has been placed in us, each member will conduct themselves with honesty, reliability, loyalty, and integrity. Integrity is the hallmark of the Texas Southern University Department of Public Safety, and we are committed to the highest performance standards, ethical conduct, and truthfulness in our relationships. We hold ourselves accountable for our actions and take pride in providing a professional level of service to all citizens, no matter the race, color, religion, or socio-economic status.

### Fairness

Each member of the Texas Southern University Department of Public Safety will treat every person with fairness, justice, and openness. Our interaction with the students, and public will be impartial, without favoritism or prejudice. We will ensure the consequences for misbehavior are consistent, certain, and proportional to the wrongdoing.

## Caring

We will be compassionate and considerate in our dealings with the students and community, as well as the victims of crimes. The Texas Southern University Department of Public Safety will develop a tradition; a tradition and philosophy of giving our time, support, comfort, and selves to improve the lives of those in need.

## Respect

The Texas Southern University Department of Public Safety recognizes that its greatest assets are its employees. The members of this department will respect the students, and all citizens, in addition to recognizing their ethnic and cultural diversity. We will respect each other as professionals and fellow human beings. Every person regardless of personal status will be afforded every courtesy and right to which they are entitled. It will be our ongoing effort to bring equal justice and dignity to all we come in contact.

## Responsibility

We will strive for personal and professional excellence, dedication to duty, and delivery of quality service to the public. We are part of a team dedicated to the safety and protection of our campus community. Our actions will reflect intelligent, sincere, efficient, and courteous service. The Texas Southern University Department of Public Safety will make a commitment to provide only the best, most knowledgeable personnel possible, and will strive to keep training and education a priority.

## Law Enforcement Code of Ethics

As a Law Enforcement Officer, my fundamental duty is to serve mankind; to safeguard lives and property; to protect the innocent against deception, the weak against oppression or intimidation, and the peaceful against violence or disorder; and to respect the Constitutional rights of all men to liberty, equality and justice.

I will keep my private life unsullied as an example to all; maintain courageous calm in the face of danger, scorn or ridicule; develop self-restraint; and be constantly mindful of the welfare of others. Honest in thought and deed in both my personal and official life, I will be exemplary in obeying the laws of the land and regulations of my department. Whatever I see or hear of a confidential nature or that is confided to me in my official capacity will be kept ever secret unless revelation is necessary in the performance of my duty.

I will never act officiously or permit personal feelings, prejudices, animosities or friendships to influence my decisions. With no compromise for crime and with relentless prosecution of criminals, I will enforce the law courteously and appropriately without fear or favor, malice or will, never employing unnecessary force or violence and never accepting gratuities.

I recognize the badge of my office as a symbol of public faith, and I accept it as a public trust to be held so long as I am true to the ethics of the police service. I will constantly strive to achieve these objectives and ideals, dedicating myself before God to my chosen profession… law enforcement.

## Related Department Manual Policies

- 100.13, **Oath of Office and Promotional Oath**
- 200.02, **Conduct and Authority**

# Oath of Office and Promotional Oath

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

This Department Manual Policy adopts the Oath of Office and Promotional Oath as the general standards of conduct for officers of the Texas Southern University Department of Public Safety.

Sections *Oath of Office, Promotional Oath*, and *Promotional Physical* apply to classified employees only. Section *Taking Promotional Exams During Regular Shift* applies to all employees.

## Oath of Office

Police officers are given such broad powers and responsibilities that society places their private lives and official actions under special and solemn constraints. Taking an oath of office is a universal practice in law enforcement service, and it is common for officers to subscribe to a professional code of ethics.

It is the policy of the Texas Southern University Department of Public Safety that all personnel, prior to assuming sworn status, shall take the department's formal oath of appointment. These oaths bind officers to enforce the law without prejudice or malice and to uphold the Constitution of the United States, the state of Texas Constitution, and local ordinances.

## Promotional Oath

All classified personnel who are to be promoted to a higher rank shall, upon request and prior to the promotion, sign a written promotional oath.

By signing the written promotional oath, employees affirm they have not directly or indirectly given, delivered, paid, offered, or promised to give, deliver, or pay any money, service, or other valuable thing to any person for or on account of, or in connection with their promotion.

The written promotional oath shall also include an acknowledgment indicating the understanding that educational requirements may be necessary for the newly promoted rank.

## Taking Promotional Exams During Regular Shift

Employees taking a promotional exam or attending an Assessment Center for the department shall do so while off duty. If an exam is given during their regular shift, classified and civilian employees shall be allowed to use any time accrued, except sick time, to take the exam.

## Promotional Physical

Prior to promotion, all officers shall submit to a physical examination as required by applicable law.

## Related Department Manual Policies

- 100.12, **Department Mission, Values, and Code of Ethics**
- 200.02, **Conduct and Authority**
- 200.22, **Promotional Process**

# CHAPTER 2:
## PERSONNEL POLICIES & HUMAN RESOURCES

Mary Young

*Executive Director and Chief of Police*
*Texas Southern University, Department of Public Safety*

# Keys, Passwords, and
# Personal Identification Numbers

*Reference: Supersedes all prior conflicting Policies and Directives*

## POLICY

No department key, password, or personal identification number will be exchanged with or transferred to any other person.  No department key will be altered or duplicated without the appropriate approval.

This Department Manual Policy applies to all employees.

## Definitions

**Key.**  Any device (e.g., metal key, magnetic swipe card, card with computer chip) used to open a locking mechanism or that allows access to or control of department property or information.

**Password.**  Any code or combination (e.g., computer password, telephone access code, combination or code for mechanical or electrical door lock) that allows access to or control of department or State property, information, or services.

**Personal Identification Number (PIN).**  A numeric only password (usually four to six digits in length) shared between a user and a system, application, or device that can be used to authenticate the user to the system, application, or device.

## Duplicating and Replacing Keys And Locks

The Fleet Coordinator Officer, Locksmith, or any person designated by the Chief of Police is authorized to duplicate keys, re-key locks, or replace locks for department vehicles.  The Fleet Coordinator Officer shall house duplicate keys to all department vehicles.

Any request to alter, replace, re-key, duplicate, or exchange a department owned key or lock shall be routed to the Fleet Coordinator or Locksmith.

## Use of Keys, Passwords, and Personal Identification Numbers

Employees shall not access any department property or information they are not authorized to access.

Employees shall not reveal a Texas Southern University Department of Public Safety password or PIN to another person nor allow their password, PIN, or key to be used by another person to gain access to any department property or information.

Employees shall:

a. Use only their own passwords or PINs when accessing any department property, information, or services.

b. Access department property, information, or services only when acting within the scope of their assigned duties.

c. Ensure property, information, and services are properly secured from unauthorized access at all times.

## Forgotten Passwords and Pins

Employees who forget their department password or PIN shall refer to the instructions in Department Manual 200.30, **Police Computer Systems**.

## Responsibility for State Property

Employees are responsible for the security of State property, information, keys, passwords, PINs, and services. When security is breached by any method (e.g., improper security measures used, unauthorized personnel admitted to secure areas, codes compromised by hacking), the incident shall be reported and investigated in the same manner as set forth in Department Manual 400.05, State Property.

When security of State property or information is compromised by loss of a key or compromise of a password or PIN, the Captain shall take action necessary to reestablish security.

## Replacement of Keys

When a key is lost, stolen, or compromised, it shall be replaced in accordance with Department Manual 400.05, State Property.

## Related Department Manual Policies and Reference Material

- 200.13, **TSUDPS Badges and Identification Cards**
- 200.19, **Investigation of Employee Misconduct**
- 200.29, **Mobile Computing Devices**
- 200.30, **Police Computer Systems**
- 200.31, **Acceptable Use of Computers**
- 300.06, **Body Worn Camera**
- 400.05, **State Property**
- 400.07, **Use of Electronic Media Technology**
- 400.15, **Police Records**
- 400.19, **TCIC/NCIC**
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.03 Discipline and Termination Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 04.06.03
- Computer Use Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 04.06.17 Password Security Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 4.06.18 Physical Access Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 04.06.28
- Personally Identifiable Information Policy

# Conduct and Authority

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

Officers, regardless of rank or assignment, while in the state of Texas are required to take prompt, effective, and appropriate police action with respect to violations of the law coming to their attention. Officers shall adhere to this policy, whether they are on or off duty, unless doing so would compromise the safety of an employee or citizen.

Employees are held accountable for the manner in which they exercise the authority of their office or position. Reasonableness and sound judgment shall dictate the actions of all employees along with the boundaries of authority provided by federal, state, and local law, and the policies and procedures of the Texas Southern University Department of Public Safety.

This Department Manual Policy applies to all employees.

## Conduct and Behavior

### Personal Conduct

Employees shall exhibit professional conduct at all times and shall not engage in any activity, including unlawful activity, which would degrade or bring disrespect to the employee or the department.

Employees shall not communicate in any manner, directly or indirectly, any information that may delay an arrest or enable persons guilty of criminal acts to escape arrest or punishment, dispose of property of goods obtained illegally, or destroyed evidence of unlawful activity.

Employees shall not join, participate with, or frequent any organization that advocates, incites, or supports criminal acts or criminal conspiracies.

## Association with Criminals and Others

Employees shall not commence or maintain a relationship with or associate with convicted criminals or any person who is under criminal investigation, indictment, arrest, or incarceration by any criminal justice agency, excluding traffic or municipal ordinance violations.

Employees shall not knowingly fraternize nor associate socially with relatives, spouse, and/or friends of any person in the custody of the Texas Southern University Department of Public Safety. No employee shall provide, either directly or indirectly, or assist either directly or indirectly, in providing a person in the custody of the Texas Southern University Department of Public Safety with contraband or anything of value.

Employees shall avoid regular or continuous association with any person possessing a notorious reputation in the community.

Exceptions to the above restrictions are limited to employees performing their official duties or unavoidable family relationships. In the event that such person is a member of the employee's family, the employee shall notify the Captain.

## Respect for Others

Employees shall respect the rights of individuals and shall not engage in discrimination, oppression, or favoritism whether by language, act, or act of omission.

Employees shall maintain a civil and impartial attitude towards both complainants and violators.

Employees shall be courteous, civil, and respectful to all department employees and citizens, and shall not use threatening or insulting language.

Employees shall not engage in any form of speech likely to be construed as a racial or religious slur or joke.

## Use of discretion

When neither law nor policy provides clear guidance regarding a particular situation, employees shall exercise discretion in choosing the appropriate action. Employees shall make decisions based on sound judgment and the principles set forth in policies and procedures of the department. Discretion shall be exercised in such a manner that employees can reasonably assume that upon review their conduct shall be judged sound and reasonable by their supervisors.

Employee conduct shall always be consistent with the department's mission, values, ethics, guiding principles, and by instructions given by the employee's supervisors.

## Sound Judgment

Employees are expected to exercise sound judgment at all times. Employees' behavior shall be limited to conduct that is reasonable and prudent. No employee shall commit any act on or off duty in an official or private capacity that may bring reproach, discredit, or embarrassment to the department.

## Conflicts of Interest

If an employee has a personal interest, direct or indirect, financial or otherwise, in any decision pending before such employee or a body or group of which employee is a member, the employee shall not participate in the consideration of the matter. If such employee is in attendance at such meeting, he or she shall publicly disclose a conflict of interest to the body or group prior to any determination of the matter.

An employee shall not negotiate for or accept future employment or extra employment with any person, firm, association, or corporation that has a substantial interest in any proposed ordinance or decision within such person's area of responsibility and upon which the employee may or shall act or make a recommendation.

## Disruptive Activities

Employees shall not perform any action that may disrupt the performance of official duties or obligations of employees of the department or that tends to interfere with or subvert the reasonable supervision or proper discipline of employees of the department.

## Criticism of the Department

Employees shall neither publicly nor at internal official meetings criticize or ridicule the department or any of its policies or other employees by speech, writing, or other expression that is defamatory, obscene, or unlawful, or that undermines the effectiveness of the departments, interferes with the maintenance of discipline, or is made with reckless disregard for truth or falsity. Employees shall not communicate information of a sensitive nature concerning the Department or its employees to any person or agency unless the employee first submits a complete written report of the information to be provided and received authorization from the Captain.

## Giving Testimonials and Seeking Publicity

Employees acting as an agent of or representing the department in any way shall not give testimonials or permit their names or photographs to be used for commercial advertising purposes. Employees shall not seek personal publicity either directly or indirectly in the course of their employment.

## Recognition of Plainclothes Officers

A uniformed officer shall neither acknowledge nor show recognition of another police officer in civilian clothes unless that officer first addresses the uniformed officer.

## Surreptitious Recording

In order to maintain a unified and productive working environment and in keeping with the spirit of state Civil Service Law, the surreptitious audio or video recording of employees by other employees is prohibited. This section does not apply when the recording is done pursuant to the Texas Local Government Code or when conducted as part of a criminal investigation.

## Professionalism

Employees of the Texas Southern University Department of Public Safety and its personnel have certain responsibilities to the students, faculty, citizens, and other governmental agencies. All employees shall discharge all responsibilities in a professional manner.

## Provisions Governing Professional Demeanor

**Acceptance of Bribes.** No employee shall accept a bribe or engage in any act of extortion or other unlawful means of obtaining money or property.

**Disorderly Conduct.** No employee of the Texas Southern University Department of Public Safety shall become intoxicated or disorderly in a public place at any time.

**Emergency Equipment on Privately Owned Vehicles.** No employee shall use emergency equipment on his/her privately owned vehicle (e.g., light bar or siren) unless said employee is a certified Volunteer Fire Fighter or member of a certified Emergency Medical Service responding to a fire.

**Military Bearing.** While on duty, officers shall maintain a military bearing. A military bearing is defined as having or projecting a commanding presence and a professional image of authority.

**Neighborhood Disputes.** Employees shall not intentionally become involved in neighborhood quarrels or disputes, either on duty or off duty.

**Patriotic Courtesy.** Employees shall pay the proper patriotic courtesy to the flag.

  a. On approach of the Flag, Officers in uniform (with hat on) will face the Flag and render a military salute.

  b. In civilian clothes, stand at attention, remove hat, and place it over the left breast. If a hat is not worn, place right hand over left breast.

**Relations with Other Law Enforcement Officials.** Employees shall be respectful, courteous, and civil with all law enforcement officials.

**Representation of Supervisors.** An employee shall not cause any person or supervisor to intervene or make representation in his/her behalf in connection with their position in the Department.

**Solicitation of Free Admissions, Favored Treatment, Services, or Merchandise.** Employees shall not use their position with the Texas Southern University Department of Public Safety to solicit or obtain free admissions to places of amusement, sporting events, etc. Employees shall not solicit any favored treatment, service, merchandise, or any other thing of value that would not ordinarily be accorded or available to a private citizen.

**Threatening, Abusive, Vulgar, or Insulting Language.** An employee shall not use threatening, abusive, vulgar or insulting language, or behave in an arrogant manner toward any other member of the Texas Southern University Department of Public Safety, the students, the public, or prisoners in custody of the Department.

**Violations of Laws.** No employee of the Texas Southern University Department of Public Safety shall be charged with, indicted in, convicted of or willfully violate any federal statute, state law, or local ordinance, except minor traffic offenses.

## Truthfulness

Employees shall not make false, untrue, or misleading statements (verbal or written, made directly by or authorized by the employee). Any statement or omission of pertinent information that intentionally, knowingly, or recklessly misrepresents facts or misleads others shall be considered a false statement. A violation of this policy may result in discipline up to and including indefinite suspension.

## Knowledge of an Obedience to Laws and Department Directives and Performance of Duty

### Attention to Duty

Employees shall be attentive to their duties at all times. Employees shall perform all duties assigned to them. Officers while on duty shall not conceal themselves except for a police purpose. Employees shall keep themselves immediately and readily available at all times while on duty. Sleeping on duty is prohibited.

Employees shall cooperate, support, and assist each other whenever necessary. No employee shall display cowardice in the line of duty. Employees shall conduct themselves in a manner to ensure optimal cooperation with each other and with other divisions and units of the Department, as well with the employees of other Agencies and the public. Employees shall not devote any of their on-duty time to any activity that is not directly related to their duties, unless approved by a supervisor. Employees shall discharge their duties in the most efficient manner possible.

Employees shall report for duty properly prepared at the time and place required by assignment, subpoena, or orders. Employees shall remain at their posts or place of assignment until properly relieved by another employee or until officially dismissed by a supervisor.

## Failure to Perform Duty

An employee who in the performance of official duties displays reluctance to properly perform assigned duties, or who acts in a manner tending to bring discredit upon himself/herself or the Texas Southern University Department of Public Safety, or who fails to assume responsibility or to exercise diligence, proper demeanor, intelligence, and interest in the discharge of duties, may be deemed negligent or incompetent and shall be subject to disciplinary action, up to and including indefinite suspension.

## Notes and Reports

Employees shall maintain written notes on police matters such as calls for service, arrests, and investigations. The information contained in these notes shall be sufficient to the extent that it will assist with the completion of official reports and will allow for the employee to accurately testify in official proceedings. Employees shall retain these written notes (field notes) and make them available to the prosecutor upon request. Investigators shall include the written notes or notes taken during the course of an investigation in the appropriate investigate file so they can be retrieved by the investigators or the prosecution.

Unless otherwise directed, employees are responsible for ensuring that all reports are properly entered and uploaded in the department's records management system before going off duty. This requirement applies to each officer if riding a two-man unit.

## Reporting Crashes and Injuries

Employees shall immediately report all on-duty traffic crashes in which they are involved, all personal injuries received in the line of duty, and any illness or personal injury not received in the line of duty but that is likely to interfere with the performance of their official duties. Employees shall immediately report all property damage or injuries to other persons that resulted from the performance of their duties.

## Dealing with Citizens

Employees have contact with the public shall promptly serve the public by providing direction, counsel, and/or assistance, and shall not interfere with the lawful business or any person. Employees shall not use their official positions to intimidate persons engaged in a civil controversy.

Employees shall attempt to respond to each inquiry or request for assistance personally and shall not refer any citizens to another department or person when the employee has the capability to assist that citizen.

Officers shall give their names and other pertinent information to any person requesting such facts unless doing so would jeopardize the successful completion of a police assignment.

## Duty to Respond

Employees shall respond to the call of citizens or other employees in need of assistance. All employees shall perform their official duties promptly and thoroughly and shall respond without delay to calls for police service.

Employees shall promptly report all crimes, violations, emergencies, incidents, dangers, hazardous situations, or police information that come to their attention. Employees shall not conceal, ignore, or distort the facts of such crimes, violations, emergencies, incidents, situations, or information.

## Off-Duty Intervention Protocol

In determined the appropriate police action to take, off-duty officers shall consider the totality of the situation. Off-duty officers shall consider the offense involved, the operational and tactical difficulties that being off duty presents, and any other factors observed by the off-duty officer.

Off-duty officers who do not intervene in a situation shall in their best efforts try to be a good witness, unless exigent circumstances exist. When off-duty officers are outside the limits of their jurisdiction, but within the state of Texas, they shall assist any law enforcement officer who appears to be in need of immediate assistance by providing any action necessary to stop criminal activity or to stop a suspect trying to escape during a crime against a person.

When officers are outside the state of Texas, they do not have police authority or status, and therefore have only the rights and obligations of a private citizen of the state.

## Chain of Command

Each employee shall be under the direct control of one supervisor at a time. Employees are responsible for knowing their chain of command and shall operate within that chain of command. Employees initiating official correspondence to any supervisor shall forward such correspondence through the appropriate chain of command. Employees receiving correspondence from subordinates or supervisors shall sign and date the communication to indicate it was received, attach any appropriate comments, and forward the communication to the next level in the employee's chain of command. Correspondence shall be forwarded to the addressee.

## Obedience to Orders

### Insubordination

Employees shall promptly and respectfully obey all lawful orders and directions given by supervisors, Internal Affairs investigators, or dispatchers. Failure to obey an order is insubordination.

Employees shall not flout the authority of a supervisor by displaying disrespect or disputing a supervisor's orders.

**Conflicting and Unjust Orders**

Employees receiving an order that they believe is unjust or contrary to department policy or that appears to conflict with a previous order, shall respectfully notify the supervisor that a conflict exists. If the supervisor does not change the order, employees shall obey the order to the best of their ability.

Employees may then appeal the order up through their chain of command to the Chief of Police if necessary.

Orders shall be countermanded only when necessary for the safe and lawful completion of the police mission.

**Unlawful Orders**

No employee shall obey an order contrary to law. Employees receiving such orders shall notify the supervisor issuing the order that compliance with the order as issued is unlawful. Supervisors shall contact their immediate supervisor and request that person's presence at the scene. Employees receiving an unlawful order shall report the incident in writing to the Chief of Police through their chain of command.

## Supervisory Conduct

Supervisors shall actively enforce the law and the policies and procedures of the Texas Southern University Department of Public Safety. Supervisors shall not permit or otherwise fail to prevent violations of the law or the regulations, policies, or procedures of the Texas Southern University Department of Public Safety by any employee.

Supervisors who fail to take appropriate action when they are aware or should have been aware an employee was in violation of the law or department policy shall be held accountable. Supervisors shall report violations of law or department policy as required by policy.

No supervisor shall issue an order that violates the law or department policy. While on duty, supervisors shall be readily available to their subordinate and supervisors.

Supervisors shall not express personal opinions regarding department policy or other employees of the department while they are on duty or acting in their official capacity in the presence of subordinate employees.

## Delegation of Responsibility

Supervisors who delegate tasks to subordinate employees are ultimately accountable for ensuring the tasks are completed.

## Conduct Expectations

An exemplary employee:

- Always strives to be in compliance with the Department Manual.
- Completes a forty (40) hour workweek unless excused.
- Returns to duty station on time after lunch and breaks.
- Works diligently and to the best of their ability.
- Remains at assigned duty area during duty hours unless assigned elsewhere by a supervisor.
- Maintains a satisfactory standard of performance necessary for work assignment.
- Refrains from conducting unauthorized meetings, distributing literature or solicitation of employees for political activities or non-profit organizations during duty hours unless authorized by competent authority.
- Works overtime when required.
- Reports any unsafe act or condition to a supervisor.

Employee Behavior:

- Avoid excessive absenteeism or tardiness particularly in conjunction with regular scheduled days off.
- Do not smoke in an area where smoking is prohibited.
- Do not deface or damage Department or University property.
- Avoid the use of Department or University telephones for personal matters except in necessary and emergency situations.
- Do not use intoxicating beverages while on duty, except as may be plausible in the performance of duty.
- Do not participate in, or encourage others to call in or participate in, an illegal work slowdown or work sick-out.
- Do not participate in public displays of affection while in uniform or while on duty.
- Do not take excessive smoke breaks.
- Does not abuse sick time.

## Related Department Manual Policies and Reference Material

- 100.05, **Chain of Command**
- 100.10, **Disciplinary Process**
- 100.13, **Oath of Office and Promotional Oath**
- 200.03, **Drug Free Workplace**
- 200.06, **Consensual Relationships**
- 200.10, **Political Lobbying/Endorsement**
- 200.16, **Carrying Concealed Firearms**
- 200.17, **Discrimination, Harassment, and other Prohibited Conduct**
- 200.24, **Extra Employment**
- 200.31, **Acceptable Use of Computers**
- 400.06, **Testifying in Legal Proceedings**
- 400.23, **Solicitation, Gifts, and Bribery**
- Texas Southern University Department of Public Safety Standard Operating Procedure, Use of Discretion
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.05 Ethics & Conflicts of Interest Policy

# Drug Free Workplace

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

It is the policy of the Texas Southern University Department of Public Safety that employees shall not sell, purchase, provide, manufacture, possess, or ingest any controlled substance, whether on or off duty, unless the substance is used as and has been legally prescribed to the employee by a person licensed to do so or unless the normally prohibited behavior falls within the scope of the employee's duties in the course of fulfilling the police mission. The Texas Southern University Department of Public Safety shall comply with all federal, state, and local laws or regulations creating or fostering a drug free workplace.

This Department Manual Policy applies to all employees.

## Definitions

**Alcohol.** The intoxicating agent in beverage alcohol, ethyl alcohol, or other low molecular weight alcohols including methyl alcohol but excluding isopropyl rubbing alcohol.

**Alcohol Use.** Ingestion of any beverage, mixture, or preparation containing alcohol, including medication or mouthwash.

**Controlled Substance.** An illegal drug and/or drug listed in the Controlled Substances Act.

**Intoxicant.** Any drug, medicine, alcoholic beverage, or substance that affects the normal use of mental or physical faculties.

**Intoxicated.** Not having the normal use of mental or physical faculties by reason of the introduction of alcohol, a control substance, a drug, a dangerous drug, a combination of two or more of those substances, or any other substance into the body; or having an alcohol concentration at or above the concentration level as set by Section 49.01 of the Texas Penal Code.

**Reasonable Suspicion.** An articulable belief based on specific facts, reasonable inferences, or observations regarding the physical, behavioral, or performance indicators of alcohol or drug use, including the employee's speech, a ppearance, odors, actions, or performance.

**Under the Influence of Alcohol.** Having any measurable concentration of alcohol in one's blood, breath, or urine.

## Restrictions For All Employees

Employees shall not:

    a. Consume any alcoholic beverage or other intoxicant regardless of assignment (plainclothes or uniformed) while on duty.

    b. Report for or stay on duty while under the influence of alcohol or other intoxicant.

    c. Bring an alcoholic beverage into any police facility (unless it has been confiscated for destruction or evidence, or is intended to be used as a prop for undercover operations).

    d. Allow an alcoholic beverage container in any department vehicle (unless it is being confiscated for destruction or evidence, or is being use or transported as a prop for undercover operations).

    e. Purchase an alcoholic beverage while on duty unless it is intended to be used as a prop for undercover operations.

    f. Enter or visit an alcoholic beverage establishment as defined in Department Manual 200-24, Extra Employment, while on duty unless the purpose of the visit is to perform official duties.

In addition, employees who are off duty AND wearing a department issued uniform or wearing or displaying indices of the Police Department (e.g., displaying police identification), or who are otherwise readily identifiable as a Police Department employee, shall not:

    g.  Consume any alcoholic beverage or other intoxicant in public view.

    h.  Be intoxicated in public view.

    i.  Purchase an alcoholic beverage.

    j.  Enter or visit an alcoholic beverage establishment ad defined in Department Manual 200-24, Extra Employment, unless the employee is currently working approved extra employment at that location.

## Possession of Drugs in the Workplace

Possessing, dispensing, or using an illegal drug or a controlled substance without a medical prescription, is strictly prohibited.

    a.  Reporting to work or working under the influence of an illegal drug or controlled substance, without a prescription, is strictly prohibited. An employee who violates this policy will be subject to disciplinary action, which may include termination. Illegal use of a controlled substance will be presumed upon return of a positive drug test.

    b.  Employees are reminded that prescription drugs can have dangerous effects even when used properly. Caution should be used whenever medications are taken. Employees should use common sense and follow the advice of a physician before reporting to work under the influence of medication.

## Alcohol in the Workplace

Possessing, dispensing, reporting to work under the influence, or using alcohol during work hours (includes those extra employment jobs approved by the Department) is strictly prohibited, except as may be plausible in the performance of duty. An employee who violates policy will be subject to disciplinary action, which may include termination.

## Restrictions for Police Officers

Officer shall not exercise police authority while under the influence of alcohol or other intoxicant whether on or off duty.

## Exceptions

The Captain, Deputy Chief, or Chief of Police may make reasonable exceptions to this Department Manual if the normally prohibited behavior falls within the scope of the employee's duties or responsibilities (e.g., undercover operations). Such exceptions must be documented by the Captain.

## Related Department Manual Polices and Reference Material

- 100.10, **Disciplinary Process**
- 200.02, **Conduct and Authority**
- 200.08, **Work Hours**
- 200.16, **Carrying Concealed Firearms**
- 200.24, **Extra Employment**
- 200.34, **Vehicle Use and Assignment**
- 300.01, **Firearms and Qualifications**
- Texas Penal Code, Section 49.01
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.03 Discipline and Termination Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.06.01 Drug-Free Campus Policy

# Equal Employment Opportunity (EEO) and Non-Discrimination

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

It is the policy of Texas Southern University to provide a working and academic environment that provides equal opportunity to all members of the University community. In accordance with federal and state law, the University prohibits unlawful discrimination, including harassment, based on race, color, religion, national origin, gender, including sexual harassment, age, disability, citizenship, and veteran status in its programs, activities, admissions or employment policies. Pursuant to University policy, this policy also prohibits discrimination based on sexual orientation, gender identity, and gender expression.

This policy of equal opportunity is strictly observed in all University employment-related activities including but not limited to advertising, recruiting, interviewing, testing, employment training, compensation, promotion and termination. This policy also applies to academic activities, as well as University programs and activities that affect the general public.

This Department Manual Policy applies to all employees.

## Definitions

**Members of the University Community.** Any persons employed by or affiliated with the University in any way and persons participating in any University program or activity, including, but not limited to:

- University faculty, staff, administrators, employees, and independent contractors;
- University students;
- Volunteers and participants in any University program or activity;

**Members of the General Public.** Guests and visitors to campus, to any property owned or leased by the University, or to any property owned or leased by any University–affiliated organization or group.

**Discrimination.** Conduct directed at a specific individual or a group of identifiable individuals that subjects the individual or group to treatment that adversely affects their employment or education because of their race, color, religion, national origin, age, disability, citizenship, veteran status, sexual orientation, gender identity, or gender expression.

**Harassment.** As a form of discrimination is defined as verbal or physical conduct that is directed at an individual or group because of race, color, religion, national origin, age, disability, citizenship, veteran status, sexual orientation, gender identity, or gender expression when such conduct is sufficiently severe, pervasive or persistent so as to have the purpose or effect of interfering with an individual's or group's academic or work performance; or of creating a hostile academic or work environment.

**Verbal Conduct.** Oral, written, or symbolic expressions that personally describe or is personally directed at a specific individual or group of identifiable individuals; and is not necessary to an argument for or against the substance of any political, religious, philosophical, ideological, or academic idea.

**Policy Provisions**

a. Texas Southern University is committed to preventing discrimination in its policies and practices that may unfairly limit the employment prospects of qualified individuals. In this regard, the University will provide training and resources necessary to facilitate implementation of this policy.

b. In administering its employment policies, the University will base decisions on the principle of equal opportunity. It will also recruit, hire, train, and promote in all job classifications, without regard to race, color, sexual orientation, gender identity, religion, disability, national origin, age, or gender, except where gender is a bonafide occupational qualification.

c. Personnel actions including compensation, promotions, layoffs, return from layoff, institutional sponsored training, education, institutional grants for study and/or professional development, social and recreational programs will be administered without regard to race, color, religion, sexual orientation, gender, disability, national origin or age.

d. The University also reaffirms its policy of administering all of its educational programs and services in a manner that does not discriminate because of a student's or prospective student's race, color, religion, gender, disability, national origin, sexual orientation, gender identity, age, or other characteristics which cannot lawfully be a basis for denial of services.

e. Complaints of any allegations involving gender/sex discrimination identified in the EEO/Non-Discrimination Policy will be handled in accordance with the University's Title IX Grievance Procedures (MAPP 02.05.09). Complaints of any allegations involving all other types of discrimination identified in the EEO/Non-Discrimination Policy will be handled in accordance with this policy.

## Notification of Title VI

While compliance with the law is everyone's responsibility at the University, listed below is the University's Title VI Coordinator who has primary responsibility for Title VI Compliance.

Title VI Coordinator

Director of Human Resources
Department of Human Resources & Payroll Services
Hannah Hall, Room 126
Texas Southern University
Houston, TX 77004

## Related Department Manual Polices and Reference Material

- 200.17, **Discrimination, Harassment, and other Prohibited Conduct**
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.13 EEO/Non-Discrimination Policy

# Garnishment of Wages

**Reference:** *Supersedes all prior conflicting Policies and Directives*

**Policy**

All employees are encouraged to meet their financial obligations in a manner that will not involve the Texas Southern University Department of Public Safety in the resolution of such obligations. However, the department recognizes that failure to meet financial obligations may result in a garnishment of an employee's wages. A garnishment is a court ordered legal claim against the wages of an employee by a creditor for non-payment of a debt. An employee may be contacted by competent authority and encouraged to secure a prompt release of the court order.

An employee shall not use his/her position with the Texas Southern University Department of Public Safety to avoid the payment debt or liability, claim or judgment, which has been lawfully held against him or her.

This Department Manual Policy applies to all employees.

# Consensual Relationships
**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The purpose of this document is to outline the university's policy on consensual relationships involving employees and students. This document applies to all faculty, staff and students. All Texas Southern University employees and students are always required to maintain the highest level of professionalism.

The University has adopted a policy to prohibit consensual relationships and to advise all employees that consensual relationships are unwise and high risk, especially when students are involved.

It is the policy of the University that employees with direct teaching, supervisory, advisory, or evaluative responsibility over other employees, students, or student employees recognize and respect the ethical and professional boundaries that exist.

This Department Manual Policy applies to all employees.

## Definitions

**Conflict of Interest.** When individuals with the authority and the responsibility to evaluate the work or performance of an employee, student, or student employee initiate, acquiesce to, or engage in an intimate, romantic or sexual relationship with that employee, student, or student employee.

**Consensual Relationship.** A mutually acceptable, romantic, or sexual relationship between a University employee (including a student employee) with supervisory, teaching, evaluation, or advisory authority, and an employee, student, or student employee who is directly supervised, taught, evaluated, or advised by that employee.

## Rationale

a. Consensual relationships, as defined in this policy, may potentially create conflicts of interest or appearances of impropriety that impair the integrity of academic and employment decisions. Such relationships also contain the potential for exploitation of the subordinate employee, student, or student employee and the possible professional or academic disadvantage of third parties and can subject both the University and individuals to the risk of liability.

b. When a consensual relationship involves people, who differ in power within the University community, it is of special concern because of the potential for conflict of interest and/or abuse of power. Decisions, which must be made free from bias or favor, come under question when made by a person who has a romantic/sexual relationship with a person who may benefit from or be harmed by the decisions. The mere appearance of bias resulting from a consensual romantic/sexual relationship may seriously disrupt the academic or work environment. Equally important, such relationships have the potential to undermine our sense of community, mutual trust, and support.

# Prohibited Conduct/Relationships At Work

Texas Southern University Prohibits:

a. Consensual relationships between a supervisor and subordinate employee;

b. An administrator and a faculty member in a unit under that administrator's direction; and,

c. An administrator and a staff member in a unit under that administrator's direction.

## Special Note

The individual with a supervisory or other decision-making role is presumed to bear the primary responsibility for any negative consequences resulting from his/her relationship. A member of the University community who violates this policy will be subject to disciplinary actions, up to and including termination of employment.

## Related Department Manual Policy and Reference Material

- 100.10, **Disciplinary Process**
- 200.02, **Conduct and Authority**
- 200.17, **Discrimination, Harassment, and Other Prohibited Conduct**
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.03 Discipline and Termination Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.09 Title IX Grievance Procedure
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.10 Consensual Relationships

**200.07**

# Americans With Disability Act
**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The Texas Southern University Department of Public Safety shall ensure quality services are provided to all persons and shall comply with provisions of the Americans with Disabilities Act (ADA). All employees shall afford persons with *disabilities* the same rights, dignity, and access to police services as are provided to all citizens.

The Americans with Disabilities Act, Title II provides under 42 U.S.C. (U.S. Code) Section 12132 and 28 C.F.R. (Code of Federal Regulations) part 35, that no *qualified individual with a disability*, shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entry, or be subjected to discrimination by a public entity. The Texas Southern University Department of Public Safety is a public entity.

This policy covers the Americans with Disabilities Act (ADA), the ADA Amendment Act of 2008 (ADAAA), and section 504 of the Rehabilitation Act of 1973 as amended (Section 504). These acts mandate equal opportunities for persons with disabilities in all public facilities, programs, activities, service and benefits derived from them, including recipients of federal financial assistance. The ADA, ADAAA, and Section 504, and civil rights statutes which prohibit discrimination based on disability, obligate colleges and universities to make certain adjustments and accommodations and offer to persons with disabilities the opportunity to participate fully in all institutional programs and activities.

It is the policy of the Texas Southern University Department of Public Safety (TSUDPS) to provide reasonable accommodations upon request for qualified individuals with a disability who are students, employees, visitors, or applicants for employment. TSUDPS will adhere to all applicable state and federal laws, regulations, and guidelines with respect to providing reasonable accommodations as required in an effort to offer equal access and opportunities to qualified disabled individuals with regard to university employment, university educational opportunities, and the university's programs and services.

## Definitions

**ADA/Section 504 Coordinator.** The University's Employment Compliance Officer acts as the ADA/Section 504 Coordinator for faculty, staff and students, and ensures the University's compliance with relevant federal and state laws regarding ADA.

**Disability.** A disability is defined as a documented physical or mental impairment that substantially limits one or major life activities, a record of such impairment, or being regarded as having an impairment.

**Disability Resources Committee (DRC).** A university advisory group that offers informal advice and support to the administration in responding to persons with disabilities, their supervisors, visitors, and the university community at large.

**Documentation.** Those documents and reports that are required to be presented to the university by the person requesting an accommodation before any accommodation will be provided. Documentation includes, but is not limited to, an official written communication from a relevant qualified treating health professional (such as a physician, surgeon, psychiatrist, physical therapist, etc.). This communication must be current and must describe the diagnosis

and nature of the disability, the major life function(s) affected, the functional limitations of the disabilities, and the prognosis. The professional may also make suggestions regarding the accommodations being requested, and the university may ask the person requesting an accommodation to provide input from the professional concerning appropriate and meaningful accommodations.

**Essential Function.** A task or responsibility that is central (not marginal) to purpose of the job, the class, or the activity.

**Human Resources Department (HR).** The office that assists employees with disabilities in obtaining reasonable accommodations from the university to perform their job duties and assists supervisors and administration at the university analyzing requests for accommodations from employees with disabilities.

**Major Bodily Functions.** Major bodily functions include, but are not limited to, functions of the immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine, and reproductive functions.

**Major Life Activity.** Major life activities include, but not limited to caring for oneself, performing manual tasks, seeing, hearing, eating, sleeping, walking, standing, lifting, bending, speaking, learning, reading, concentrating, communication, and working and major bodily functions, which include functions of the immune system, normal cell growth, digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine, and reproductive functions. An individuals, ability to perform a major life activity is compared to most people in the general population.

**Qualified Individual with a Disability.** An individual who has a physical or mental impairment as defined above, has a record of such impairment, or is regarded as having such impairment, who possess the requisite skills, education, experience, and training for a position, and who can, with or without a reasonable accommodation, perform the essential functions of the position the individual desires or holds.

**Reasonable Accommodation.** A modification or adjustment to the job application process or the work or academic environment that enables a qualified person with a disability to be considered for a position, perform the essential functions of a position, or enjoy the same benefits and privileges of employment and academics as are enjoyed by similarly situated employees or students without disabilities. Reasonable accommodations include, but are not limited to, modifying written examinations, making facilities accessible, adjusting work schedules, restructuring jobs, providing assistive devices or equipment, providing readers or interpreters, and modifying work sites.

**Substantial Limitation.** An impairment that prevents the performance of a major life activity that the average person in the general population can perform, or a significant restriction as to the condition, manner or duration under which an individual can perform a particular major life activity as compared to the average person in the general population.

**Transitory Condition.** A condition that is short-lived, temporary, or brief. Under the ADAAA, an individual cannot show that they were regarded as having a disability for a transitory or minor impairment.

**Undue Hardship.** An action that is unduly costly extensive, substantial, disruptive, an act that would fundamentally alter the nature or operation of the business. An "undue hardship" is determined in accordance with the Americans with Disability Act (ADA), the Texas Commission

on Human Rights Act, and relevant case law. Factors to consider in determined whether an accommodation would impose an undue hardship, include, but not limited to, the nature and cost of the accommodation, financial considerations, the impact of the accommodation upon the nature and operation of the department and how the request affects the health and safety of other employees or students.

## Service Animals

The owner of a service animal must keep the service animal properly harnessed or leashed unless the person's disability prevents use of these devices. In this instance, the owner must be able to direct the animal by voice, signal, or other effective means to maintain control of the animal.

Owners of service animals may, but are not required to, present service animal cards or certificates, or have their animals wear special vests, leashes, or collars that identify their animal as a service animal. A person who uses a harness or leash normally used by persons with disabilities for service animals in order to represent an untrained animal as a trained service animal is guilty of a misdemeanor crime.

Service animals are permitted in all public establishments with the exceptions of places of worship. When accompanied by an approved trainer, service animals in training are afforded the same access rights as trained service animals that are with a person with a disability. Denying entry or service to a person with a disability who uses a service animal is discrimination and a misdemeanor crime. However, there are certain exceptions for public establishments that cannot accommodate a miniature horse pursuant to the ADA.

When a disability is not obvious, a public establishment is allowed to ask the owner of a service animal the following two questions:

    a.   Is the service animal required because of a disability?

    b.   What work or task has the animal been trained to perform?

Public establishments are not allowed to:

    c.   Inquire about the nature of a person's disability.

    d.   Require medical documentation.

    e.   Require a special identification card or training documentation for the service animal.

    f.   Request that the service animal demonstrate its ability to perform the work or task.

Officers who respond to calls for service involving persons with disabilities who are denied admittance into public establishments should educate the persons involved and attempt to resolve the situation before taking enforcement action.

### Related Department Manual Policies and Reference Material
- 200.17, **Discrimination, Harassment, and Other Prohibited Conduct**
- 300.02, **Effecting Arrests and Searches**
- 300.05, **Handling and Transporting Prisoners and Other Persons**
- 300.09, **Dealing with the Deaf or Hard of Hearing**
- 28 C.F.R. (Code of Federal Regulations) Park 35 of the Americans Disabilities Act, Title II
- 42 U.S.C. (U.S. Code) §12102 and §12132
- Human Resources Code, Chapter 121
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.13 EEO/Non-Discrimination Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.15 Americans with Disability Act/504 Policy

# Work Hours

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

All employees, regardless of exempt status, are accountable for working a full shift.
This Department Manual Policy applies to all employees.

## Definitions

**Absence.** The failure to report and remain at work as scheduled. It includes late arrive and early departures, as well as absence for an entire day.

**Adjusted Days Off.** A variation from an employee's regularly scheduled days off as posted on the employee's current personnel record. The variation must occur within the same workweek.

**Adjusted Shift.** A variation from a nonexempt employee's regularly scheduled shift as posted on the employee's current personnel record. The variation must occur within the same workday.

**Buddy Punching.** A prohibited action when someone modifies his own, or has another person modify his or another person's time card, whether electronic or manual. Such action may include punching into the time system for an employee who is not at work at this time. The only person who may punch in for the employee is the individual employee. Using someone else's card or punching in for someone else is considered, at a minimum, to be theft of department time and falsification of a government document.

**Exempt Employee.** For the purposes of this policy, an exempt employee is either a civilian employee whose job classification is exempt from the Fair Labor Standard Act (FLSA) overtime requirements and has been designated as such by the TSU Human Resources Department, or a classified employee who holds the rank of lieutenant or higher.

**Extra Hours.** The hours in excess of forty (40), when hours actually worked during a work week are fewer than forty (40), but total hours for pay including paid leave and holiday exceeds forty (40) hours.

**Flextime or Flexing.** The adjustment or regular workday hours (e.g., 8- or 10-hour shift) by an exempt employee to make up for a reduced workday or an extended workday.

**Nonexempt Employee.** An employee eligible for overtime compensation. For the purposes of this policy, a nonexempt employee is either a civilian employee whose job classification is covered by the FLSA overtime rules and has been designated as such by the TSU Human Resources Department, or a classified employee who holds the rank of sergeant or below.

**Overtime.** Hours actually worked over forty (40) in the standard work week by a non–exempt employee.

**Pay Period.** The one month period that starts at the beginning of each month and ends at the end of each month.

**Reporting Period (a.k.a. Workweek).** The expected or actual period of employment for the week, usually expressed in number of hours. Some uses the term may relate to the outside dimensions of a week (e.g., 7 consecutive days). At Texas Southern University, the normal expected workweek is defined as Sunday through Saturday, in which an employee must have worked forty (40) hours of productive time (excludes sick, vacation and other forms of leave).

## Workday

The standard workday for full time employees is eight hours of performing job related duties. An exception to the standard workday of eight hours for full time employees requires the approval of the Chief of Police (e.g., 40 hours worked over four ten hour regularly scheduled shifts).

The Captain shall set appropriate shift beginning and ending times to accomplish management objectives.

An employee's mealtime period shall be counted as time actually worked when computing the hours in a workday

Employees are required to be at their assigned post, completely dressed in proper attire, and ready to perform the work of their assigned job function at the start time of their workday, shift, or assignment.

Employees shall notify their supervisor of any delays in reporting to an assigned post.

## Workweek

The workweek for full-time employees consists of 40 hours of time actually worked within a consecutive 168-hour period beginning on Sunday and ending on the following Saturday.

## Regular Days Off

An employee usually works five days and receives two regular days off in each workweek. The regular days off shall be consecutive and the same from week to week unless the employee and the lieutenant agree to a variation for the employee's benefit.

## Adjusted Shift and/Or Days Off

Federal and state law recognize the department's right to manage and employee's assignment, shift, and days off for the best interest of the department and the community, and to ensure that essential police services are provided.

Although employees are assigned regularly scheduled shifts and regular days off, the department may adjust employees' shifts and/or days off, whether for classified or civilian employees, based on operational requirements.

The occasional adjustment of an employee's shift and/or days off at the employee's request requires prior approval by the employee's supervisor.

Officers attending on-duty training shall abide by the department's policies regarding overtime compensation. See Department Manual 200-33, Overtime Compensation.

Any adjusted days off for exempt employees and nonexempt employees must occur within the same workweek.

## Flextime

Flexing of an exempt classified or civilian employee's workday (e.g., changing the hours or duration of the shift) may be allowed if all of the following are true:

    a.  The flexing of time has prior approval by the supervisor.

    b.  The hours flexed are accounted for within the same pay period of the initial flexed time.

Flextime approval is not guaranteed and may be granted if it does not negatively impact the operations of the department. Approval is at the discretion of the exempt employee's supervisor.

## Compliance

Unless flextime has been approved as set forth herein, all employees shall work the full length of their approved workday and full workweek. It is the responsibility of the Captain to ensure that all employees comply with this policy.

The Captain shall develop work schedules for all units, offices, and divisions under their direction and submit them to the Chief of Police. In executing this policy, all personnel shall comply with the Fair Labor Standards Act (FLSA).

## Buddy Punching

"Buddy Punching" is strictly prohibited.

## Weekly Payroll Report (WPR)

Each officer will complete his/her WPR by the end of each week and turn it in into their immediate supervisor. Each officer is responsible for filling out his/her correct Webtime at the beginning of each month for upcoming month for any time that will be taken off.

## Essential Employees

All employees of the Texas Southern University Department of Public Safety are considered ESSENTIAL EMPLOYEES. All Department employees are required to report for duty, unless, otherwise determined by the Texas Southern University Department of Public Safety Chief of Police.

## Red Line Days

Employees are strictly prohibited from taking any time off during designated red line days or periods. Any and all exceptions will be approved by the Chief of Police or designee, including canceling of pre-approved red book days and regular days off.

## Absence From Duty/Approved Leave

### Vacation Leave

An employee will earn vacation entitlement beginning on the first day of employment with the state and terminating on the last day. Hours will be accrued and carried over to the next fiscal year, depending on the years of service employed with the state.

Vacation accruals will be used for absences due to illness after all accumulated sick leave has been exhausted. An employee who resigns, is dismissed, or separated from employment (including death) shall be entitled to be paid for all unused balance of vacation provided.

### Sick Leave

Employees accrue eight (8) hours per month. A sick leave pool for catastrophic illness is available for those employees deemed eligible.

Leave for medical appointments or elective procedures must be requested ahead of time and scheduled to accommodate work requirements whenever possible. When the employee is unable to work because of illness, he/she should contact his/her supervisor at the earliest practical time and the Application of Leave form must be submitted promptly upon return. A medical leave of absence of more than three (3) working days requires a written statement from the employee's health care provider.

### Abuse of Sick Leave

Abuse of sick leave occurs when an employee uses sick leave for reasons other than the employee's or family member's illness or medical condition. Sick leave abuse may be suspected when an employee uses an inordinate amount of sick days. Any abuse of sick leave shall be investigated in accordance with department policy.

# Family and Medical Leave Act (FMLA)

Officers who have worked for the State of Texas a total of at least 12 months (not necessarily consecutively) prior to the date of leave and have at least 1,250 hours worked for Texas Southern University in the 12 months immediately preceding the leave. Eligible officers are entitled up to a maximum of 12 weeks of approved FMLA in a year.

Officers may take FMLA for any of the following reasons:

    a.  The birth of a child and the care of the newborn.

    b.  The placement of a child with an employee in connection with the adoption or state-approved foster care of a child.

    c.  The serious health condition of a child, parent, or spouse of the employee.

    d.  A serious health condition of the employee.

    e.  Active Duty Leave.

    f.  Caregiver Leave.

Spouses who are employed by Texas Southern University, as eligible employees, are entitled together to a total of 12 weeks of leave between them (rather than 12 weeks each) for the birth or placement of a child.

In the case of sudden illness or other unforeseen need for leave, the employee is required to give notice to the supervisor within two (2) days of learning of the need for leave, except under extraordinary circumstances. The notice may be oral.

An eligible officer must use all applicable paid leave balances (including sick leave and vacation) while taking FMLA. Any sick leave of more than three (3) consecutive days or intermittent leave of any duration for a qualifying serious or chronic health condition must be counted as FMLA. When there is a question about whether a condition qualifies as FMLA, the supervisor should contact the Senior Benefits Specialist in the Human Resources Department. If it is determined that the leave qualifies as FMLA, the procedures for applying for and reporting FMLA must be initiated, including noting "Family and Medical Leave" on the officer's timesheet.

All requests for FMLA must be submitted on the Request for Family and Medical Leave form provided by the Human Resources Department and accompanied by the Department of Labor Certification of Health Care Provider for or alternative acceptable documentation certified by the health care provider.

When the need for family and medical leave can be planned, such as for the birth or placement of a child or for scheduled medical treatment, the officer is responsible for submitting both required forms to his or her supervisor at least 30 calendar days in advance of the leave. The supervisor is responsible for turning the forms into the Human Resources Department within three (3) days of receipts.

The officer is required to report to the supervisor periodically during the leave on the status of his or her leave. The officer must report if they will be unable to return to work at the end of the leave period. The officer must seek approval for additional leave beyond 12 weeks. If the officer plans to return to work earlier than expected by the department, the officer shall provide the department with two (2) business days notice where feasible.

Upon returning to work, the officer who has been on approved leave for more than three (3) days based on a serious health condition will be required to present a health care provider's release certifying fitness to return to work. At the end of authorized FMLA leave, the officer is entitled to return to the same or an equivalent position.

## Funeral Leave

Employees are eligible for up to three (3) days of funeral leave (up to five (5) days if the deceased lived outside of the City of Houston and surrounding area) due to a death in the employee's family. The employee's family is defined as the employee's spouse or the employee's or the employee's spouse's parents (or stepparents), brothers, sisters (or stepbrothers or stepsisters), children (or stepchildren), grandparents, or grandchildren). The employee must inform his/her or immediate supervisor on or before the first day of the leave.

## Military Leave

Under the General Provisions of the General Appropriations Act and the State Government Code, Texas Southern University employees who are members of the state military forces or a component of the armed forces are entitled to military leave of absence with pay for a maximum of fifteen (15) days per federal fiscal year for training or active duty authorized by a property authority. After exhausting fifteen (15) days of paid military leave, the employee may use accrued vacation leave for the remainder of the active duty period.

Employees called to active duty are entitled to re-employment following discharge if the employee received an honorable discharge, if application for re-employment is made within ninety (90) days of discharge, if the length of active duty does not exceed five (5) years, and if the employee is physically and mentally qualified to perform the essential functions of that position.

## Jury Duty

Officers shall be permitted to serve on a jury with no loss of pay even if it occurs during their shift. A copy of the jury summons shall be presented to the officer's immediate supervisor at the time of notification.

The period of absence shall not exceed the time specifically required for the officer to complete the jury duty. There shall be no additional compensation beyond the officer's regular shift.

## Voting

Officer shall be allowed to vote in local, state, of federal elections with no loss of pay provided the performance of official duties during their regularly scheduled off-duty time did not allow them adequate time to vote. Officers shall notify their supervisors of the need for time off to vote as soon as possible.

## Adverse Weather

All classified employees are required to report to their regular assignments during adverse weather conditions unless they are on approved leave or unless otherwise directed.

If officers are unable to report to their regular assignments because of adverse weather conditions, they shall notify the appropriate supervisor of the specific weather conditions preventing them from reporting to work. The officer shall make every effort to report to work as soon as weather permits.

The absent officer shall be carried on the payroll as present and shall make up the missed time as soon as possible by working additional hours comparable in number to those missed or by using any authorized leave. Information to work during an emergency response is addressed in Department Manual 400.10,

## Emergency Management.

Civilian personnel without immediate, specific emergency roles but who may be necessary to execute duties for the department under certain circumstances are to be on call and are essential when notified by a supervisor they are required to report to work. When severe weather conditions

or other emergency situations are anticipated or have occurred, civilian employees shall contact their supervisor to ascertain whether they are required to report to work or receive other directions as appropriate.

## Unpaid Leave of Absence

Unpaid leave of absence that are requested for reasons covered under the FMLA shall be addressed according to section *Family and Medical Leave Act (FMLA)*, of this policy. Other requests for unpaid leaves of absence shall be handled outline in this section.

Officers requesting an unpaid leave of absence due to personal illness or injury must exhaust all personal leave before unpaid leave can be authorized.

Officers requesting an unpaid leave of absence for any reason other than a personal illness or injury must exhaust all personal leave before unpaid leave can be authorized.

Requests for an unpaid leave of absence to pursue a career with another employer shall not be granted.

Employees requesting an unpaid leave of absence or an extension thereof shall submit correspondence via the employee's chain of command to the Chief of Police. The correspondence shall:

a. Outline the reasons for the request.

b. Include the effective date as to when leave without pay is scheduled to begin.

c. Provide an anticipated return to duty date.

The Captain shall attach written correspondence with a recommendation regarding the employee's leave request.

Officers absent without pay are required to immediately contact the TSU Human Resources Department to make arrangements for continuation of medical and other insurance benefits. Officers returning to work following an unpaid leave of absence shall contact the TSU Human Resources Department for information regarding reinstatement and/or continuation or benefits and pay.

## Unauthorized Absences

An unauthorized absence is an absence that was not approved by the department or that was properly denied. Officers who are absent from work for three or more consecutive workdays without notification to their supervisor may receive disciplinary action up to and including indefinite suspension.

## Unscheduled Leave

Employees shall comply with the requirements unless directed by a supervisor to meet more stringent requirements.

A leave event is considered to be unscheduled if the leave is requested less than 24 hours prior to the start of the leave, unless approved by a supervisor as a scheduled leave event.

In the event an employee is going to be tardy or unable to work due to an unscheduled event, the employee shall communicated with the direct supervisor or other on-duty supervisor before the employee's shift begins. As soon as possible, the supervisor shall advise the employee of receipt of the leave request or tardy notification. The employee shall ensure that the on-duty supervisor acknowledges the leave request or notification of tardiness. Sending a supervisor an email or text message is not sufficient to ensure the supervisor has been notified unless the supervisor responds to the employee.

All communications delivered by employees regarding an unscheduled leave or tardiness shall:

  a.  Clearly identify the employee.

  b.  Clearly explain the reason for the employee's absence or tardiness.

  c.  Provide the employee's anticipated return to or arrival for work, as applicable.

  d.  Provide a working telephone number at which the employee or a designated individual acting on behalf of the employee may be reached to discuss the condition or circumstance that has resulted in the employee's absence or tardiness.

Such communications may be delivered by a friend or family member on behalf of the employee in the event the employee is incapable of initiating and/or delivering a required communication. However, all such third-party communications shall expressly indicate the reason why the employee is not able to contact the supervisor, shall be delivered in accordance with this policy, and shall include the information required in items (a) through (d) above.

Supervisors shall track all unscheduled leave taken by their employees and the reason for each unscheduled leave. A supervisor may deny a request for unscheduled leave, if the supervisor believes the reason given for the request does not justify unscheduled leave or if the unscheduled leave would jeopardize the delivery of necessary police or university services during that day or shift. However, if the request for unscheduled leave is for health-related reasons, the supervisor shall approve the leave, but may request a health care provider's statement in any instance of potential abuse.

Officers shall not work extra employment or scheduled overtime within 24 hours following the start of a shift during which they were on unscheduled leave or on leave due to personal illness or injury.

**Related Department Manual Policies and Reference Material**

- 100.07, **Orders and Memoranda**
- 200.03, **Drug Free Workplace**
- 200.14, **Attendance**
- 200.15, **Job Abandonment**
- 200.24, **Extra Employment**
- 200.33, **Overtime Compensation**
- 200.36, **Workers' Compensation**
- 200.39, **Seniority**
- 200.40, **Temporary Alternative Assignments**
- 300.27, **Response Management**
- 400.06, **Testifying in Legal Proceedings**
- 400.10, **Emergency Management**
- 400.11, **Meal Period**
- 400.12, **Standards of Productivity**
- 400.24, **Training**
- City of Houston Code of Ordinances, Chapter 14
- Texas Southern University Department of Public Safety Standard Operating Procedures, Absenteeism

- Texas Southern University Department of Public Safety Standard Operating Procedures, Holiday Leave Request and Assignment
- Texas Southern University Department of Public Safety Standard Operating Procedure, Time and Attendance
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.02.03
- Overtime/Compensatory Time
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.03.01 Benefits Summary Guidelines
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.03.02 Family and Medical Leave Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.03.04 Leave of Absence Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.12 Work Schedules

# Safety and Health

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

All officers of the Texas Southern University Department of Public Safety are responsible for maintaining a safe and healthy working environment. Officers are responsible in preventing accidents and reporting all injuries and unsafe conditions to supervisors as soon as possible. Officers shall observe safety rules while operating equipment of machinery, while being familiar with the fire safety equipment. Officers shall observe all "No Smoking" rules. The Texas Southern University Department of Public Safety Fire, Life and Safety Specialist shall conduct periodic safety inspections of all campus facilities and notify the Chief of Police of any violations.

This Department Manual Policy applies to all employees.

## General Health and Physical Fitness

The functions of a law enforcement officer, as well as those of civilian personnel, employed by the Texas Southern University Department of Public Safety, can frequently require levels of fitness not demanded by other occupations.

The functions of a law enforcement officer, as well as those of civilian personnel, employed by the Texas Southern University Department of Public Safety, can frequently require levels of fitness not demanded by other occupations.

A satisfactory level of general health and physical fitness on the part of Department employees should be maintained so that work can be performed efficiently and without personnel shortages caused by excessive use of sick leave.

Texas Southern University Department of Public Safety employees are encouraged to have a physical examination at least once a year.

a. The physical examination should provide employees with feedback as to their general health and physical fitness.

b. Advice relating to methods on improving one's health and physical fitness should be obtained from a physician.

c. Employees are encouraged to improve and maintain one's level of health and physical fitness in order to protect their well-being and provide direction in helping them prevent any predictable health problems from developing.

d. Before beginning a physical fitness program, it is advisable to have a physical examination to determine if there should be any restrictions in the exercise program.

## Related Department Manual Policies and Reference Material

- 200.18, **Appearance and Grooming**
- 400.09, **Line Inspections**
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.03.08 Work-Life Wellness Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.06.02 Smoking Policy

# Political Lobbying/Endorsements

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The Texas Southern University Department of Public Safety recognizes the right of every citizen to lobby individual members of the state and federal legislatures, legislative committees, state and federal agencies, and members of the respective executive branches of government. Provided however, that it is the policy of the Texas Southern University Department of Public Safety that no employee may engage in lobbying while acting as an employee of the Texas Southern University Department of Public Safety, unless authorized by the Chief of Police or designee.

It is not the intent of this Department Manual to restrict any employee's right to lawfully participate in the political process as a citizen of the United States.

This Department Manual Policy applies to all employees.

## Definitions

**Lobby.** A group of people seeking to influence politicians or public officials on a particular issue or to communicate (either orally or in writing) directly with one or more members of the legislature or executive branch to influence legislation or administrative action.

## General Health and Physical Fitness

a.  Officers while in uniform or on duty will not take an active part in their own or another person's campaign for an elective position. This includes, not limited to, making political speeches, and passing out cards or other political literature, writing letters, signing petitions, soliciting votes, or making public derogatory remarks about candidates for such elective positions.

b.  Televised endorsements in uniform are explicitly prohibited unless authorized by the Chief of Police or designee.

c.  Officers will not use their position in any manner for the purpose of furthering their own or another's political interests.

d.  Officers will not place any written or graphic material whatsoever on Department vehicles or property without written permission from the Chief of Police. Officers will remove all such material from any department vehicle or property in their control.

e.  Officers will not prevent or obstruct any student or citizen from lawfully participating in the political process.

f.  Sworn officers or civilian employees may not wear Texas Southern University Department of Public Safety uniforms or identify themselves as a member of the department when lobbying, demonstrating, or protesting any issue unless authorized by the Chief of Police or designee.

## Related Department Manual Policies and Reference Material

•  100.12, **Department Mission, Values, and Code of Ethics**

•  200.02, **Conduct and Authority**

•  200.18, **Appearance and Grooming**

•  400.13, **Use of Social Media and the Internet**

# Personnel Early Warning System (PEWS)
**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

Supervisors are responsible for monitoring the performance and behavior of employees to ensure that both are consistent with the department's mission, values, ethics, and guiding principles. Supervisors shall monitor employees under their leadership for patters of inappropriate behavior or performance and initiate appropriate intervention in a timely manner. Supervisors shall utilize all available resources including the department's Personnel Early Warning System (PEWS) for personnel to assist employees in remedying inappropriate behavior and/or improving performance. The PEWS guidelines outlined in the policy will assist supervisors in tracking performance and behavioral indicators that may indicate an employee in need of remediation.

The department's Personnel Early Warning System (PEWS) facilitates the early identification of employee behavior or performance that may indicate a need for additional education, training, or other corrective action. If an employee is identified and *placed* in the PEWS program, an individually tailored Plan of Action is structured to give the employee the necessary remedial education or training necessary to assist the employee in correcting behavioral or performance deficiencies.

The PEWS Program (also referred to herein as Program) contains a structured framework of supervision that emphasizes the active involvement of first-line supervisors in coaching and guiding an employee in an effort to ensure that the employee successfully completes the Program requirements. While the supervisor is expected to play an active role coaching, guiding, and evaluating an employee, the employee has the primary responsibility for successful completion of the Program. Employees placed in the 180-day PEWS Program are expected to satisfactorily complete all Program requirements and exhibit a continuing desire to be a productive member of the department.

Employees who have previously been placed in the Program and again are recommended for placement in the Program, regardless of length of time between incidents, will be reviewed for possible indefinite suspension.

This Department Manual Policy applies to all employees.

## Definitions

**Accelerated Completion.** A process in which an employee's chain of command may request and the Chief of Police may approve early release from the Program due to substantial compliance with the Plan of Action requirements and outstanding performance.

**Case Study.** The report prepared by the employee's Lieutenant and/or Sergeant summarizing the result of an employee's work history and relevant data as they relate to the employee's identification as a possible candidate for the Program. This report is presented to the Captain for review and recommendation to the Chief of Police.

**End-of-Program Assessment.** An assessment by the Lieutenant and/or Sergeant of a participant's performance in the Program at the conclusion of the 180-Day Program Plan of Action. An End-of- Program Assessment may be completed earlier if warranted as outlined in this policy.

**Failure to Progress.** A condition in which a participant is removed from the Program for failing to make satisfactory progress towards the completion of the Plan of Action.

**Plan of Action.** A plan describing the education, training, and other remediation requirements an employee must complete to correct or modify improper behavior and/or performance.

**Program Day.** Any day employees actively participate in the Plan of Action while on duty and are given credit by the Lieutenant and/or Sergeant.

## Responsibilities

### Captain

The Captain shall oversee the Lieutenant and/or Sergeant and ensure that appropriate policies and procedures are established to effectively implement the PEWS objectives. The Captain shall establish content requirements for the Case Study, Plan of Action, and End-of-Program Assessment on a case-by-case basis.

The Chief of Police may appoint a designee in lieu of the Captain.

### Deputy Chief

The Deputy Chief shall make recommendations to the Chief of Police via the Captain regarding placement, non-placement, or additional review or employees referred to the Program.

In making this determination the Deputy Chief shall review the Case Study and any relevant data including, but not limited to, work history, complaint history, time and attendance records, and job performance evaluations to ensure a thorough assessment of the employee as a candidate for the PEWS Program. The Deputy Chief shall conduct this assessment in a manner consistent with the established priorities of the Chief of Police and in the best interests of the employee, Texas Southern University, and the department.

The Chief of Police may appoint a designee in lieu of the Deputy Chief.

### Lieutenants

Lieutenants will manage the PEWS and its Program as established by the Chief of Police and the Captain.

Lieutenants, shall prepare the Case Study, Plan of Action, and End-of-Program Assessment, and shall coordinate all pertinent reports, correspondence, documentation, and meetings related to the review or placement of an employee in the Program. The lieutenants are responsible for monitoring a participant's progress toward meeting the goals of the Plan of Action and shall submit reports to the Captain.

At the beginning of each month, the lieutenants shall perform a data scan of Internal Affairs records to identify any employees who were the target of four (4) or more Internal Affair complaints within a 12-month period (regardless of the outcome). Employees identified in this process shall be referred for possible placement in the program.

The Chief of Police may appoint a designee in lieu of lieutenants.

### Supervisors

In addition to other responsibilities described in this policy, all supervisors are responsible for scrutinizing and documenting the performance of the PEWS Program participants under their supervision in accordance with policies and procedures established by the Captain.

## Employee Identification

An employee should be referred for possible placement in the PEWS program when one of more of the following indicants reveal a pattern of inappropriate behavior or performance.

    a.  Low performance levels, unsatisfactory attendance, tardiness, or slow response times.

    b.  Disregard for policies or procedures.

    c.  Citizen injuries or deaths.

    d.  Misconduct, racial profiling, or disciplinary action.

    e.  Excessive or unnecessary response to resistance including, but not limited to, pursuits or the use of conducted energy devices (CEDs).

    f.  Extra employment violations or complaints.

    g.  Citizen or employee complaints.

    h.  Vehicle crashes or loss/damage of State Property.

    i.  Any other factors the employee's supervisor or the department believes need attention.

An employee shall be placed in the PEWS Program for any of the following incidents.

    j.  Three (3) or more documented complaints or policy violations of any type within a twelve (12) month period.

    k.  Two (2) or more sustained documented complaints or policy violations of any type within a twelve (12) month period.

    l.  Three (3) or more documented complaints or policy violations of the same type within a three (3) year period.

    m.  Two (2) or more at-fault fleet accidents within the previous twelve-month period.

    n.  Three (3) or more employee grievances involving the same subject, but in separate incidents.

## Referral Sources

While referrals for possible placement in the PEWS Program may originate from different sources as noted below, only the Chief of Police may authorize the placement of an employee in the Program. Additionally, only the Chief of Police can directly place an employee in the Program without the Deputy Chief's recommendation.

Referrals for possible placement in the program may be made by the following sources:

    a.  Chief of Police

    b.  Any supervisor

    c.  Monthly data scans of Internal Affairs records

    d.  Monthly data scans of other department records including, but not limited to, CED, response to resistance, performance, and behavioral indicants.

Referrals for possible placement in the Program shall be made by sending the Chief of Police a written request that includes written evidence supporting the referral. The Chief of Police will forward any referrals requiring review to the lieutenant.

A non-supervisory employee who observes or can factually attest to the performance or behavior of a second employee that warrants a Program assessment shall inform and provide supporting documentation to a supervisor. Supervisors who receive such information shall forward the information through their chain of command to the Chief of Police and attach correspondence indicating whether or not they concur that the behavior or performance warrants consideration for placement in the Program.

## Procedures

Once the Chief of Police forwards a referral for possible placement in the Program to the lieutenant for review, the lieutenant shall conduct a comprehensive background investigation.

The Captain shall ensure that the Lieutenant conducts a thorough assessment of the employee. The lieutenant shall complete this assessment by reviewing the employee's work history with the department, including a review of relevant data as described therein.

Within seven (7) days, the lieutenant shall schedule a meeting with the employee to provide the employee written notification of his/her identification as a possible candidate for the Program. The employee, the lieutenant, the employee's immediate supervisor, and possibly a higher supervisor shall be required to attend the meeting. All pertinent information in possession of the employee's division or unit shall be made available for consideration. Minutes of the meeting shall be taken by the lieutenant and placed in the Case Study. If for any reason this meeting cannot take place within seven (7) days, the lieutenant shall notify the Captain in writing, explaining the reason for the delay.

Within fourteen (14) days, the lieutenant shall prepare the Case Study encompassing the employee's career with the department and include documentation from various sources for review by the Deputy Chief. The Captain shall review each Case Study for accuracy and scope. Information complied in the Case Study shall not be placed in the employee's personnel file. The Case Study is confidential and may be released only with written permission from the Captain.

All other documentation shall be entered into the Texas Southern University Department of Public Safety employee's personnel file.

The Deputy Chief shall review the investigation to determine whether or not the employee will be recommended for placement in the Program. All recommendations by the Deputy Chief shall be submitted by the Captain in writing to the Chief of Police for review and Consideration. The Chief of Police shall notify the employee in writing of the final decision.

If an employee previously placed in the Program is subsequently again recommended for placement in the Program, regardless of the length of time between incidents, the recommendation shall be forwarded to the Chief of Police for further review by legal services for possible indefinite suspension.

If an employee is placed in the Program, a Plan of Action shall be prepared and distributed to the employee and the employee's chain of command through the Captain. The employee's performance shall be monitored and documented by the employee's immediate supervisor, lieutenant, and Captain.

Upon completion of the Program, Accelerated Completion, or Failure to Progress, the Lieutenant and/or Sergeant shall complete an End-of-Program Assessment and forward it to the Captain for review. Based on the End-of-Program Assessment, the Captain shall make a recommendation to the Chief of Police regarding the participant's release from the Program and continued employment with the department.

## Personnel Early Warning System Program

### Program Duration

If approved by the Chief of Police for placement in the PEWS Program, a classified employee and a civilian employee shall be placed in the program for 180 program Days. The Chief of Police or Deputy Chief may extend an employee's time in the Program.

**Restrictions**

An employee who is placed in the Program shall be prohibited from working extra employment for the duration of the Program. All current extra employment permits shall be canceled, and no new permits shall be approved for the duration of the Program. Employees shall be allowed to work certain overtime program or special events with the approval of the Captain.

The below restrictions shall apply to requests for time off to ensure the timely completion of the Program.

Classified employees are restricted to a total of 20 days of scheduled vacation leave while in the program, unless otherwise approved by the Captain. All other leave requests shall be for family, medical, or other emergencies as approved by the Captain.

Civilian employees are restricted to a total of ten (10) days of scheduled vacation leave while in the Program. All other leave requests shall be for family, medical, or other emergencies as approved by the Captain.

**Plan of Action**

After placement of an employee in the Program, the lieutenant shall prepare a Plan of Action. The Plan of Action shall address specific problems to be corrected and may mandate the participant's successful completion of specified training and/or provide information on various resources that may prove helpful to the participant's successful completion of the Program and ongoing positive behavioral pattern. Once prepared, the Plan of Action shall be submitted to the Captain for review and approval. The Plan of Action shall be distributed to the employee and the employee's chain of command in a meeting with the Captain. The following individuals shall attend the meeting unless the Captain authorizes the absence:

    a.   Employee

    b.   Immediate Supervisor

    c.   Lieutenant

    d.   Captain

The Captain may modify the Plan of Action at any point during the employee's participation in the Program.

Failure to satisfactorily progress in or complete the Program as outlined in the Plan of Action shall result in the Captain recommending to the Chief of Police that the participant be indefinitely suspended.

## Reports, Documentation, and Meetings

During the Program, the employee's immediate supervisor and lieutenant shall meet at least once per week with the employee. At these meetings, the employee's performance shall be reviewed and discussed. This information shall be included in the PEWS Weekly Report. The employee's lieutenant shall then review and sign the weekly report. The report along with documentation generated by the employee during the week shall be forwarded to the lieutenant who prepared the Plan of Action.

The lieutenant who prepared the Plan of Action shall meet at least once per month with the employee and the immediate supervisor. If the situation warrants, bi-monthly or weekly meetings would be appropriate.

Progress of the employee shall be reported monthly to the Captain.

# Release from the Program

Only the Chief of Police may authorize the release of an employee from the Program. Recommendations for release from the Program shall be considered under any of the following considerations:

    a. Accelerated Completion

    b. Failure to Progress

    c. Completion of the 180 program days

    d. Promotion eligibility (see below)

For each of the above circumstances, an End-of-Program Assessment shall be conducted.

A recommendation for release from the Program based on Accelerated Completion may be made by any of the participant's supervisors and must have the concurrence of the employee's lieutenant. Officers must complete at least 90 program days before being considered for Accelerated Completion.

A recommendation for removal from the Program for Failure to Progress may be made for Program participants consistently failing to meet the tenets of their Plan of Action. Anyone in participant's chain of command or the Captain may make the recommendation for such removal. Failure to satisfactorily progress in or complete the Program shall result in the Captain recommending to the Chief of Police that the participants be indefinitely suspended.

# Promotion

If an officer in the Program becomes eligible for promotion, the Lieutenant and/or Sergeant shall conduct, and End-of-Program assessment and the Captain shall forward a recommendation to the Chief of Police. The Chief of Police shall determine whether the employee remains eligible for promotion based on the employee's progress in the Program.

If the Chief of Police determines the employee is ineligible for promotion, the employee shall remain in the Program. If the Chief of Police permits the employee to be promoted, the employee shall be released from the Program.

# End-of-Program Assessment Meeting

When one of the circumstances for possible release from the Program arises, the Lieutenant shall conduct and End-of-Program Assessment and prepare an overview of the employee's performance in the Program. The criteria for successful completion of the Program include compliance with department policies and procedures, completion of all elements outlined in the corrective Plan of Action, and compliance with productive standards.

A meeting shall be convened with the Captain during which the employee's progress in the Program shall be assessed. The meeting with the Captain shall include the following personnel:

    a. Employee

    b. Immediate supervisor

    c. Lieutenant

# Employee Misconduct

Participation in the PEWS Program does not mitigate disciplinary action. Ongoing or future complaints shall be handled through the normal process.

**Annual Review**

The PEWS Program shall be reviewed annually by the Captain in order to assess the Program's effectiveness and make any necessary modifications.

Information obtained as a result of the Personnel Early Warning System is confidential and will only be released per confidentiality law or as authorized by the Chief of Texas Southern University Department of Public Safety.

## Related Department Manual Policies

- 100.10, **Disciplinary Process**
- 200.24, **Extra Employment**
- 300.12, **Response to Resistance**
- 400.12, **Standards of Productivity**

# Smoking, Tobacco Use, and Electronic Cigarettes

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

All employees shall comply with Code of Ordinances City of Houston, Texas, Chapter 21, Article IX–Smoking, which regulates smoking in public places.

In addition to the ordinance, employees are prohibited from using tobacco product or electronic cigarette or charging an electronic cigarette in any department owned building, enclosed area, or vehicle. This includes all premises and properties owned, leased, rented, or controlled by the department or State. Prohibited areas also include all stairwells, concourse areas, restrooms, elevators, etc. within department controlled facilities.

Employees are also prohibited from charging an electronic cigarette using any department owned or leased equipment including, but not limited to, computers.

This Department Manual Policy applies to all employees.

## Definitions

**Electronic Cigarette.** Also known as e-cigarette or e-cig, is an electronic cigarette or any other device that simulates smoking by using a mechanical heating element, battery, or electronic circuit to deliver nicotine or other substance to the individual inhaling from the device.

**Smoking.** Inhaling, exhaling, burning, or carrying any lighted cigar, cigarette, pipe, or any other lighted tobacco product, plant material, or other combustible substance.

## Restrictions

Employees wearing any department uniform shall not use any tobacco product or electronic cigarette at any time while on or off duty and in public view.

While on duty, non-uniformed employees and plainclothes officers:

   a.  May use tobacco products or electronic cigarettes outdoors, but only during meal periods and authorized breaks.

   b.  Shall not be within 25 feet of an entrance or exit of any department controlled facility while using any tobacco product or electronic cigarette.

   c.  Shall not use any tobacco product or electronic cigarette at or near any police scene or incident.

   d.  Shall not use any tobacco product or electronic cigarette near any uniformed employee while in public view.

## Related Department Manual Policies and Reference Material

- 200.18, **Appearance and Grooming**
- 200.34, **Vehicle Use and Assignment**
- Code of Ordinances City of Houston, Texas, Chapter 21, Article IX – Smoking

# TSUDPS Badges and Identification Cards

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

Employees shall not alter, duplicate, modify, substitute, exchange between employees, or transfer to another person their TSUDPS badge, TSUDPS hate shield, tiger card, or official identification card (ID card), unless otherwise authorized in the Department Manual Policy or approved by Chief of Police.

Employees shall not use any badge, hat shield, tiger card, or ID card that does not conform to the department policy or specifications. All department issued equipment remains the property of the department and shall be carried and used only as issued and authorized.

This Department Manual Policy applies to all employees.

## Badges and Identification Cards

The Fleet Coordinator, under direction of the Chief of Police, is responsible for issuing employee ID Cards, TSUDPS badges, and hat shields.

## Identification and Recognition

Employees shall carry their ID card with them while on duty, wearing a department uniform, performing police–related extra employment, or on police property (see Department Manual 200.01, **Keys, Passwords, and Personal Identification Numbers**). Officers who are not in uniform and who are acting in an undercover capacity are exempt from this requirement, although officers in plainclothes and civilian employees are always required to present their ID card to enter a police building.

Officers shall give their name, badge number, and other pertinent information to any person requesting such facts unless doing so would compromise a police assignment.

Whenever away from police property, uniformed police officers shall not acknowledge or show recognition of another police officer in civilian clothes unless that officer first addresses the uniformed officer.

Whenever employees are on police property, they shall wear the official TSUDPS identification prominently displayed at or above the waist on the front of their person, so that the employee's photograph and name are easily visible. Only classified officers wearing a department uniform are exempt from this requirement (see Department Manual 200.18, **Appearance and Grooming**).

## Retirement Status

A police officer who retires from the Texas Southern University Department of Public Safety may be granted honorary retired status if the officer qualifies as noted below and is eligible to receive TSUDPS pension payments, assuming no other disqualifiers exist.

To determine the retirement status of a retiring TSUDPS officer, the department shall utilize the separation criteria set forth on the *Separation of Licenses* (F-5) form from the Texas Commission on Law Enforcement (TCOLE). Retirement status for TSUDPS officers shall be based on the following three TCOLE separation categories:

   a. **Honorably Discharged.** If a retired officer meets one of the conditions for honorably discharged as listed in the F-5, the officer may receive, upon request, an identification card issued by TSUDPS identifying the officer as an honorably retired TSUPD officer, and the officer shall be afforded all rights and privileges of an honorably retired police officer.

b. **General Discharge.** If a retired officer meets one of the conditions for a general discharge as listed in the F-5, the officer shall not be given any type of TSUDPS identification unless the following circumstances exist:

If the officer retires during a pending internal investigation in which the officer is a target or potential target and the officer cooperates in the investigation and the Internal Affairs investigator determines the result of the investigation should not be held against the officer, the retired officer may be granted honorably discharged status and receive the rights and privileges of an honorably retired police officer.

c. **Dishonorably Discharged.** If a retired officer meets one of the conditions for dishonorably discharged as listed in the F-5, the officer shall not be given any type of TSUDPS identification.

## Retention of Badge and Hat Shield

Under certain circumstances, officers who honorably retire or promote may retain their badge and hat shield. Officers shall submit a written request through their chain of command to the Deputy Chief. The request must specify the badge and hat shield shall be mounted permanently on a plaque or other form of display.

A badge and hat shield may be retained or obtained if requested by:

a. An officer retiring honorably from the department with at least twenty years of sworn service from the Texas Southern University Department of Public Safety.

b. An officer receiving a promotion.

c. A designated beneficiary (or estate if no beneficiary exists) of a deceased officer who did or would have resigned or retired honorably from the department.

When a designated beneficiary or estate of a deceased officer requests an officer's badge and hat shield, the request shall be routed to the Deputy Chief. The Deputy Chief shall contact the beneficiary in writing with instructions regarding how to obtain the badge and hat shield. The department letter shall state that the badge and hat shield are to be mounted permanently on a plaque of other form of display.

An officer, designated beneficiary, or estate may retain obtain only one badge and hat shield for each rank obtained.

## Retirement ID Card

When retired officers meet the requirements of honorably retired, their TSUDPS retirement ID cards shall indicate such and they shall be afforded all rights and privileges of an honorably retired police officer (e.g., TSUDPS retirement ID card, retention of badge and hat shield). Retired officers may be eligible for certification of firearm proficiency. See Department Manual 300.01, **Firearms and Qualification**, and 200.16, **Carrying Concealed Firearms**.

If the investigative process has not been completed at the time of an officer's final separation, the retiring officer shall not receive any type of retirement identification and the officer's badge and hat shield will be temporarily retained. Upon determination that the officer meets the criteria for honorably retired status, the employee shall be allowed to pick up the requested items. Officers are required to sign a receipt for all items received.

Any retired officer failing to meet honorably retired status criteria shall not be given any type of TSUDPS ID card. The Chief of Police shall have the final say as to an employee's retirement status and whether or not the retired officer receives any badge, hat shield, or TSUDPS ID card upon retirement.

## Suspension

During suspensions the below procedures shall be followed regarding an employee's badge, hat shield, tiger card, ID card, and keys (see Department Manual 200.01, **Keys, Passwords, and Personal Identification Numbers**). These procedures apply to all employees except those approved for positive discipline.

When an employee receives disciplinary suspensions of 15 days or less and the discipline is handled at the division level, employees shall be allowed to retain their badge, hat shield, tiger card, ID card, and keys. The suspension paperwork shall instruct employees regarding limitation of activities and use of credentials during the term of suspension.

Suspensions of 16 days or greater shall be administered by the Internal Affairs Division (IAD). In these instances, the employee's badge, hat shield, tiger card, ID card, and keys shall be confiscated and stored in IAD.

## Relieved of Duty

When employees are relieved of duty, their badge, hat shield, tiger card, all official ID and security credentials, and keys (as defined in Department Manual 200.01, **Keys, Passwords and Personal Identification Numbers**) shall be confiscated and stored in IAD (see Department Policy 200.19, **Investigation of Employee Misconduct**).

## Replacement

Whenever a badge, hat shield, tiger card, or ID card is lost, stolen, or damaged, the employee's supervisor shall begin an investigation in accordance with the department's disciplinary range system.

The department may seek restitution from the employee for the total cost of the property if the loss or damage is a result of negligence. See Department Manual 400-05, State Property, for additional requirements on making restitution.

When employee's badges, hat shields, tiger card, or ID cards are lost, stolen, or damaged, employees shall do all of the following:

     a.   Report the incident immediately to their supervisor.

     b.   Have an incident report generated.

     c.   Send an administrative letter to the Captain via the chain of command.

The employee's immediate supervisor shall investigate the incident and submit to the Captain a written report that includes all of the following:

     e.   A copy of the incident report.

     f.   The employee's administrative letter.

     g.   A description of the item including its replacement or repair value as determined by the department.

Employees making restitution shall be directed to contact the Texas Comptroller of Public Accounts. The supervisor's administrative letter for the restitution indicating the amount to be paid by the employee shall be presented to the Texas Comptroller of Public Accounts. Single-payment reimbursements shall be accepted with only exact cash or check.

The Deputy Chief may establish additional procedures for replacement of lost, stole, or damaged ID cards, tiger card, badges, or hat shield. Such procedures shall be documented and shall not conflict with this Department Manual Policy. These replacement procedures shall be made available to employees upon request. Employees shall obey these additional procedures.

## Personal Business Cards

Employees are not permitted to have personal business cards that show a connection to the Police Department if such cards bear any information not directly pertaining to their work in the department.

### Related Department Manual Policies and Reference Material

- 100.10, **Disciplinary Process**
- 200.01, **Keys, Passwords, and Personal Identification Numbers**
- 200.02, **Conduct and Authority**
- 200.11, **Personnel Early Warning System (PEWS)**
- 200.16, **Carrying Concealed Firearms**
- 200.18, **Appearance and Grooming**
- 200.19, **Investigation of Employee Misconduct**
- 300.01, **Firearms and Qualifications**
- 400.05, **State Property**
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.03 Discipline and Termination Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 04.06.17 Password Security Policy

# Attendance

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

Prompt and regular attendance at work is required of all employees. Each employee is required and expected to work full scheduled duty. An absence from work will be charged to the employee as either authorized or unauthorized and will be supported by appropriate documentation.

Absenteeism and tardiness are disruptive and place an unfair burden on other employees and supervisors. An unsatisfactory attendance record will result in disciplinary action, up to and including indefinite suspension. An unsatisfactory attendance record may also affect an employee's eligibility for promotion or transfer.

This Department Manual Policy applies to all employees.

## Tardiness

Repeated tardiness may be considered as a basis for disciplinary action, up to and including indefinite suspension.

## Hours of Duty

Employees of the Texas Southern University Department of Public Safety shall have regular hours assigned to them for active duty each day. Employees are considered off duty when not engaged in their regular work hours. They shall, however, be held to be subject to duty as needed. The fact that an officer may be off duty, shall not be held as relieving them from the responsibility of taking proper police action on any matter coming to their attention at any time.

## Punctuality

Employees shall be punctual in reporting for duty at the time and place designed by their supervisor. Failure to report promptly at the time directed shall be deemed neglect of duty.

## Absence Without Proper Leave

No employee shall be absent from duty without proper leave, or shall be absent from duty without permission, except when unable to report for duty at the prescribed time because of sickness or injury to self or immediate family.

### Related Department Manual and Reference Material

- 100.10, **Disciplinary Process**
- 200.08, **Work Hours**
- 200.19, **Investigation of Employee Misconduct**
- 200.20, **Separation and Reinstatement**
- Texas Southern University Department of Public Safety Standard Operating Procedure, Absenteeism
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.03.04 Leave of Absence Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.12 Work Schedules

# Job Abandonment

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

An employee who fails to report for duty and is absent without excuse for more than three (3) working days without notice is deemed to have quit. When an employee fails to come to work and does not contact the Chief of Police, a certified letter will be sent to the employee's last address on record.

The letter will advise the employee that their employment with the Department is terminated effective as of the date of the notice letter, due to their abandonment of the job.

This Department Manual Policy applies to all employees..

## Related Department Manual and Reference Material

- 200.14, **Attendance**
- 200.08, **Work Hours**
- 200.20, S**eparation and Reinstatement**
- Texas Southern University Department of Public Safety Standard Operating Procedure, Absenteeism
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.12 Work Schedules

# Carrying Concealed Firearms

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

This Department Manual applies to all active and retired classified employees desiring to carry a concealed firearm under the Law Enforcements Officers Safety Act of 2004 (LEOSA) as amended by the Law Enforcement Officers Safety Act Improvements Act of 2010 and the National Defense Authorization Act of 2013.

Under LEOSA, qualified active and qualified honorably retired police officers may be allowed to carry a concealed firearm in any jurisdiction in the United States or United States Territories. However, the act does not create a right to do so. Active officers who are carrying a firearm while off duty in another state do not have law enforcement authority unless specifically granted that authority by that state. LEOSA pertains only to the authority to carry concealed firearms.

Any state may restrict where an officer may carry a concealed firearm while in their jurisdiction. LEOSA does not authorize active or retired officers to carry a firearm where otherwise prohibited locations. Officers should check the laws of the state where they intend to carry to ensure they are in compliance before traveling out of state.

Officers shall be responsible for adhering to carry a concealed firearm in Texas only shall see Department Manual 300.01, **Firearms and Qualification**, section entitled, *Qualification for Retired Officers*.

This Department Manual Policy applies to classified employees.

## Definitions

**Firearm.** For the purpose of this Department Manual Policy, a firearm is any weapon capable of expelling a projectile by the action of an explosive. This includes any lawful ammunition.

A firearm does NOT include any type of:

    a.  Machine gun.

    b.  Silencer for a firearm.

    c.  Destructive device (as defined in 18 United States Code Annotated [U.S.C.A.] §921).

    d.  Antique firearm (or replica) made in or before 1898 or firearm using ammunition no longer manufactured.

**Qualified Active Officer.** An employee of a governmental agency who meets all of the stipulations as outline in LEOSA. Stipulations include all of the following.

The officer:

    a.  Has statutory powers of arrest and is authorized by law to engage in or supervise the prevention, detection, investigation, or prosecution of, or the incarceration of any person for, any violation of law.

    b.  Is authorized by the employing agency to carry a firearm.

    c.  Is not the subject of any disciplinary action by the employing agency that could result in suspension or loss of police powers.

    d.  Meets all standards established by the employing agency requiring the employee to regularly qualify in the use of a firearm.

e.  Is not under the influence of alcohol or any intoxicating or hallucinatory drug or substance (See Department Manual 200.03, **Drug Free Workplace**).

f.  Is not prohibited by federal law from receiving a firearm.

**Qualified Retired Officer.** Any retired law enforcement officer who meets all of the stipulations as outlined in LEOSA.

LEOSA stipulations include that the individual:

a.  Separated from service in good standing with a public agency as a law enforcement officer.

b.  Prior to separation, had statutory powers of arrest and was authorized by law to engage in or supervise the prevention, detection, investigations, or prosecution of, or the incarceration of any person for, any violation of law.

c.  Served as a law enforcement officer for an aggregate of 10 years of more; or after completing any applicable probationary period separated from service as a law enforcement officer due to a service connected disability as determined by the employing agency.

d.  During the most recent 12-month period, met the agency's or state's standards for training and qualification for active law enforcement officers to carry a firearm of the same type (revolver, semiautomatic, or both) as the concealed firearm.

e.  Has not been officially found by a qualified medical professional employed by the agency to be unqualified for reasons relating to mental health.

f.  Has not entered into an agreement with the agency, in which that individual acknowledges he or she is not qualified for reasons relating to mental health.

g.  Is not under the influence of alcohol or any intoxicating or hallucinatory drug or substance (see Department Manual 200.03, **Drug Free Workplace**).

h.  Is not prohibited by federal law from receiving a firearm.

## Restrictions

Qualified active and qualified retired officers are permitted to carry a concealed firearm under LEOSA subject to the following restrictions:

## Federal Restrictions

a.  Federal, state, and local governments, and sovereign tribal nations can prohibit or restrict the possession of firearms on its properties, airports, buildings, bases, installations, parks, or other designated gun free zones. Additionally, any person, business, or entity is permitted to prohibit or restrict the possession of concealed firearms on property under the control of that person, business, or entity.

b.  Qualified active or qualified retired law enforcement officers must have on their person a current photographic identification (ID) issued by their employing agency or former employing agency if retired. It is also suggested employees carry on their person an additional government photographic ID (e.g., driver license or passport).

**TSUDPS Restrictions**

a. Employees shall comply with all department directives, orders, policies, and procedures concerning qualifications with and carrying and control of concealed firearms (see Department Manual 300-01, **Firearms and Qualification**).

b. Active and retired officers who have been issued an ID by TSUDPS are restricted from carrying a firearm if they are under the influence of alcohol or any intoxicating or hallucinatory drug or substance. Active and retired officers are also restricted from carrying a firearm if over-the-counter or prescribed medicine may impair their mental or physical condition.

## Photographic ID Requirements

Under 18 U.S.C.A. §926B(d), the photographic ID issued to qualified active officers by their employing governmental agencies is sufficient to comply with the requirements of LEOSA. The Texas Southern University Department of Public Safety's ID cards for active officers shall contain the language, "The holder qualifies for the right to carry a firearm under federal law, 18 U.S.C.A. §926B."

In order for a qualified retired officer with the requirements of LEOSA, the photographic ID must be issued by the agency from which the individual separated from service. The retired officer must also be tested and found to meet the standards for training and qualification for active law enforcement officers to carry a firearm of the same type as the concealed firearm.

The identification issued by the Texas Southern University Department of Public Safety to retired officers qualifying under LEOSA shall contain the language, "The holder qualifies for the right to carry a firearm under federal law, 18 U.S.C.A §926C."

When questions arise regarding the legal status of a person who is carrying a firearm under LEOSA, classified officers shall consult the Harris County District Attorney's Office. If there is a question regarding the validity of a particular ID, the issuing agency shall be contacted.

## Procedures After Separation From TSUDPS

Upon initial separation, honorably retired TSUDPS officer may be issued a photographic departmental identification indicating their retirement status.

Applications to carry a concealed firearm should be submitted to the department no more than two weeks prior to the retirement date. The Deputy Chief shall verify that all the requirements have been met prior to certification.

Upon approval, applicants shall be required to demonstrate firearm proficiency prior to receiving certification. The proof of proficiency shall be for the same type of firearm as the concealed firearm.

## Renewal of ID with Certificate of Firearm Proficiency

The Deputy Chief shall conduct an internal review, criminal history check, and state driver license verification on all renewal applicants. TCOLE licenses may be checked since retired police officers might be working as peace officers for other law enforcement agencies.

Correspondence, including the results of the background check and firearm proficiency test, shall be prepared by the Deputy Chief and forwarded to the Officer of General Counsel for review. Upon final review, the department shall issue the retiree the appropriate honorably retired ID with certificate of firearm proficiency.

**Related Department Manual Policies and Reference Material**

- 100.03, **Definitions and Terminology**
- 200.02, **Conduct and Authority**
- 200-03, **Drug Free Workplace**
- 200.13, **TSUDPS Badges and Identification Cards**
- 200.18, **Appearance and Grooming**
- 300.01, **Firearms and Qualifications**
- 300.02, **Effecting Arrests and Searches**
- 300.08, **Firearm and Soft-Impact Weapon Discharges**
- 300.12, **Response to Resistance**
- 300.18, **Property and Evidence**
- §921, §926B, and §926C, 18 U.S.C.A
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.06.01 Drug-Free Campus Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 04.06.29 Campus Carry Policy

# Discrimination, Harassment, and Other Prohibited Conduct

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The Texas Southern University Department of Public Safety shall maintain a model workplace free from discrimination based on the protected categories listed in this Department Manual and free from sexual harassment, retaliation, and other prohibited conduct.

To achieve this model work environment the Texas Southern University Department of Public Safety prohibits unlawful discrimination specifically including, but not limited to, disparate treatment, workplace harassment, and sexual harassment, as well as retaliation among its employees. Such aforementioned behavior and employee behavior that otherwise impairs the maintenance of a professional and dignified work environment is expressly prohibited and shall not be tolerated.

Some requirements and prohibitions listed in this policy exceed what is required by law. The department's policy is to prevent precursory conduct from occurring before it becomes severe or pervasive as to harm employees, interfere with effective management, or violate the law.

This policy governs employee conduct during working hours or during an off-duty, work-related social, or recreational activity. This policy also governs employee conduct in all Department workplaces and vehicles, during business travel, and in any other location where Department business is conducted, regardless of whether the property is owned or leased by the Department. Off-duty conduct may violate this policy if the subject matter or purpose of the conduct is not work related and adversely impacts working relationships or the work environment.

The department and its employees shall take immediate and appropriate action to address violations of this order.

This Department Manual Policy applies to all employees.

## Definitions

**Complainant.** The person making a complaint of prohibited conduct as defined by this policy. The complainant may also be a third party who witnesses such conduct.

**Family or Family Member.** Individuals who are related by blood or marriage, former spouses, or biological parents of the same child without regard to marriage. Family also includes foster children and foster parents regardless of residency. Family members may also include spouses, parents, grandparents, children, siblings, aunts, uncles, nephews, nieces, adopted children, cousins, and current in-laws.

**Gender Based Harassment.** Discrimination or workplace harassment that is not necessarily sexual in nature but is based upon the gender of the employee.

**Gender Identity.** An individual's innate identification as either male or female, although it may not correspond to the individual's body or gender as assigned at birth.

**Genetic Information.** Information about an individual's genetic tests or the genetic tests of an individual's family members, or information about any disease, disorder, or condition of an individual's family members (e.g., an individual's family medical history).

**Prohibited Conduct.** Disparate treatment, workplace harassment, sexual harassment, retaliation, and other prohibited workplace conduct as defined or described in this policy.

**Protected Categories.** Specific categories listed in this policy. These categories are based upon Title VII Civil Rights Act (1964), Age Discrimination in Employment Act (ADEA) (1967), Title I Americans with Disabilities Act (ADA) (1990), the Pregnancy Discrimination Act, the Genetic Information Nondiscrimination Act of 2008 (GINA), including applicable amendments to such acts, and department policy.

**Respondent.** The person or persons reported as the offender in a prohibited conduct complaint.

**Severe or Pervasive Conduct.** In assessing whether conduct is sufficiently severe or pervasive, the department shall take into consideration the totality of circumstances including, but not limited to:

    a.  The frequency of the conduct.

    b.  The severity of the conduct.

    c.  Whether the conduct is physically threatening, humiliating, or merely an offensive utterance.

    d.  Whether the conduct interferes with an employee's work performance.

       Under the totality of circumstances, a single incident, if sufficiently severe, could be in violation of this policy, as could a continuous or frequent pattern of much less severe incidents.

**Subordinate.** Subordinate is defined as an employee who reports, directly or indirectly, to a supervisor.

## Protected Categories

For conduct to be considered discrimination (e.g., disparate treatment, workplace harassment, or sexual harassment), it must involve misconduct based upon one of these nine protected categories:

    a.  Race

    b.  Color

    c.  Gender and/or gender identity

    d.  National origin

    e.  Religion

    f.  Pregnancy

    g.  Age

    h.  Disability

    i.  Sexual orientation

    j.  Genetic information

## Discrimination

Discrimination includes, but is not limited to, decisions regarding employment based on a protected category listed in section Protected Categories and that adversely affects an employee's pay, status, position, or assignment, including opportunities for overtime pay and advancement, and includes decisions regarding recruitment, appointment, compensation, promotion, discipline, demotion, transfers, layoff, recall, termination, and training opportunities. Discrimination can manifest as disparate treatment and/or workplace harassment as described below based on a protected category.

## Disparate Treatment

Disparate treatment is when an employee of a protected category is treated less favorably than others and such actions are motivated by a discriminatory intent or purpose for taking a job-related action. Disparate treatment takes place when all of the following occur:

a. The employee is a member of a protected category listed in section Protected Categories.

b. The employee is qualified for a position or other job benefit. For example, the employee applied for an open position for which he was qualified, or the employee held a position that he was performing adequately.

c. The employee is denied the position or other job benefit.

d. The benefit remains available or was given to someone who is not in the employee's protected category.

e. The employment action was motivated by a discriminatory intent or purpose.

## Workplace Harassment

Workplace harassment is any demeaning, hostile, or offensive conduct. For conduct to be workplace harassment, all of the following must be true:

a. The conduct is based upon a protected category.

b. The conduct is unwelcome.

c. The conduct is severe or pervasive enough to create a work environment that a reasonable person would consider intimidating, hostile, or abusive.

Workplace harassment may be in the form of words, deeds, or actions.

In cases alleging workplace harassment, all reasonable efforts shall be made to protect complainants and/or respondents.

## Sexual Harassment

Sexual harassment includes, but is not limited to, unwelcome sexual advances, unwelcome requests for sexual favors, or other unwelcome verbal or physical conduct of a sexual nature, or unwelcome displays or distribution of sexually oriented material. For conduct to be sexually harassing, at least one of the following must be true:

a. Submission to such conduct is either an explicit or implicit condition of employment.

b. Submission to or rejection of the conduct by an employee is used as the basis for an employment decision affecting the employee.

c. The conduct has the purpose or effect of unreasonably interfering with an employee's work performance

d. The conduct is severe or pervasive enough to create a work environment that a reasonable person would consider intimidating, hostile, or abusive.

In cases alleging sexual harassment, all reasonable efforts shall be made to protect complainants

It cannot be emphasized too strongly that the legal test for whether someone has been the subject of sexual harassment is a subjective one. In other words, if an employee perceives that he/she has been the victim of sexual harassment, it is no defense that the person doing the harassing did not intend to harass or that the harasser was merely "joking" or "teasing."

In the event that an employee feels that he/she has been a victim of sexual harassment, he/she is encouraged to bring the incident to the attention of the Texas Southern University's Title IX Coordinator or Deputy Coordinator as designated in TSU Manual of Administration Policies and Procedures (MAPP) 02.05.09, Title IX Grievance Procedure.

An employee or student who has a complaint of sexual harassment against an individual, including any professor, instructor, supervisor, co-worker, or visitor, should also report such conduct to his or her supervisor or department chair.

If the complaint involves the employee's supervisor or someone in the direct line of supervision, or if the employee for any reason is uncomfortable in dealing with his or her immediate supervisor, the employee should report the complaint directly to the Deputy Title IX Coordinator in the Office of Human Resources.

If the complaint involves the Deputy Title IX Coordinator, the employee should report the matter to the Associate Vice President/CHRO & Title IX Coordinator in the Office of Human Resources.

All complaints must be submitted in writing within one hundred eighty (180) days after the occurrence (or last of a series of incidents) of the alleged discrimination.

All employees are required to promptly report incidents of sex discrimination, sex harassment, and sexual assault that come to their attention to the University's Title IX Coordinator or Deputy Coordinator.

The University will work to investigate all complaints as quickly and as professionally as possible. All investigations will be resolved in accordance with the University's Title IX Grievance Procedures (MAPP 02.05.09).

When investigations confirm the allegations, appropriate corrective action will be taken, up to and including termination for employees, and up to any including expulsion for students.

## Retaliation

The Texas Southern University Department of Public Safety forbids retaliation against anyone for reporting prohibited conduct, assisting in making a prohibited conduct complaint, cooperating in a prohibited conduct proceeding (e.g. investigation or lawsuit), or otherwise opposing conduct prohibited by this policy.

## Other Prohibited Workplace Conduct

Other prohibited workplace conduct is conduct that does not rise to the level of discrimination (e.g., disparate treatment, workplace harassment, or sexual harassment) or retaliation as defined above but may impair the maintenance of a professional and dignified work environment. The other prohibited workplace conduct outlined in this section does not require any employee to find the conduct unwelcome.

## Workplace Misconduct

The following examples, if deemed not to rise to the level of discrimination or retaliation as defined above, may constitute prohibited workplace conduct:

a. Sexually based flirtations, advances, leering, whistling, or propositions.

b. Physical contact, including touching, grabbing, pinching, or massaging.

c. Sexually oriented communications regarding sexual history, sexual experience, or sexual desires.

d. Threatening, either directly or indirectly, to retaliate against an employee who refuses to comply with or submit to a request of a sexual nature.

e.  Withholding employment opportunities from an employee because a supervisor has chosen to provide those opportunities to another employee with whom the supervisor is sexually involved.

f.  Conduct of a sexual nature that is inappropriate in a professional work environment. This includes either of the following:

1.  Conduct of a sexual nature that is objectively offensive but does not meet the legal definition of sexual harassment.

2.  Conduct of a sexual nature that is consensual between two or more parties but is nonetheless inappropriate in a professional work environment.

g.  Verbal conduct such as insults, jokes, names, epithets, statements, or stories that are lewd, demeaning, derogatory, or objectively offensive.

h.  Nonverbal conduct of a sexual nature, including leering, whistling, exposing oneself, touching oneself, or making sexual gestures.

i.  Graphic verbal comments about an individual's body, bodily function, sexual prowess, sexual deficiencies, or sexual orientation.

j.  Inappropriate conduct or comments consistently or frequently aimed at a person or group based on a protected category.

k.  Displays in the workplace of written or graphic materials showing hostility or aversion towards or defamation of a protected category. Examples include, but are not limited to, computer generated or transmitted documents such as email depicting any message or image derogatory or demeaning toward a protected category. This includes jokes, pictures, screen savers, or other similar publications.

l.  Use of electronic equipment, including computer networks, cell telephones, or copy machines, to transmit or display objectively offensive material of a sexual nature.

m.  Deliberately sabotaging work areas or projects and/or deliberately withholding information or equipment necessary for an individual to perform his or her job.

n.  Failure of an employee who witnesses disparate treatment, workplace harassment, sexual harassment, retaliation, or other prohibited workplace conduct to report the conduct.

The above is not an exhaustive listing of all types of other prohibited workplace conduct that may be in violation of this policy.

## Fraternization

This subsection does not apply to marital relationships, which are addressed in the following subsection "Working with Family Members."

Employees in a supervisory position shall keep their relationships with subordinates on a professional basis and shall exercise good judgment by not dating or having intimate relationships with individuals who report, directly or indirectly, to the supervisor as described below.

a.  An employee and supervisor who are assigned to the same division, office, or unit are prohibited from dating or having an intimate relationship.

b.  Captains, Deputy Chiefs, and directors are prohibited from dating or having an intimate relationship with any employee who works for them.

Employees should not ride together on patrol or work as partners with persons with whom they are dating or have an intimate relationship.

The department may take remedial action any time a consensual relationship between employees becomes unwelcome, adversely affects any employee's work environment, or violates any other provision of this policy.

## Working with Family Members

This provision applies to all family members and those employees who share a residence. This subsection does not apply to employees who share a residence as roommates for financial reasons with no other relational ties.

Employees who hold the same rank and have a marital-type or other familial relationship with each other or share a residence are allowed to work at the same division or worksite. However, such employees are prohibited from riding together on patrol or working together as partners.

Employees who hold different ranks and have a marital-type or other familial relationship with each other or share a residence are prohibited from working in the same division or in the same chain of command with family members or other employees with whom they share a residence unless one of the following conditions exists:

a.   Separation by at least three ranks and no direct supervision.

b.   Separation by shift (Le. days, evenings, or nights).

c.   Separation by work site (e.g., different TSUDPS facilities).

Any exceptions to this subsection must be approved in writing by the Chief of Police or the Chief's designee.

## General Provisions

All cases of prohibited conduct shall be handled immediately and with sensitivity to protect the interests of all parties involved.

## Confidentiality

Employees, regardless of rank, who have specific information related to prohibited conduct shall keep this information confidential except when indicated otherwise by the policy, management necessity, or applicable laws. Even when required to reveal information related to such issues, employees shall maintain the confidentiality of the allegations to the fullest extent possible.

However, employees should be aware that confidentiality does not mean that incidents of prohibited conduct discussed with supervisors will not be reported. If employees notify supervisors regarding such issues, the supervisors shall report the incidents as directed in this policy. Confidentiality does not relieve supervisors of the duty to report prohibited conduct.

## Cooperation

All employees, regardless of rank, shall fully cooperate in any investigative process related to this policy.

## Rights of the Accused

The department recognizes the rights of the accused and the duty to protect respondents against false accusations. Respondents have the right to the following:

a.   A thorough investigation concerning the allegations.

b.   Confidentiality regarding the allegations to the fullest extent possible and a workplace free of defamation.

c. When permitted by law, access and review of any report compiled by an outside agency used adversely against the employee.

d. All legal protections afforded by laws, ordinances, and contracts as they relate to the investigation of employee misconduct.

## Support Resources

When requested, psychological counseling shall be afforded to both the complainant and respondent through Psychological Services.

Legal updates on current trends and issues relating to discrimination and harassment issues shall be available to employees.

## Reporting Procedures

Employees who witness prohibited conduct or who believe they are the subject of prohibited conduct shall report the conduct immediately as described in this section.

Failure to report prohibited conduct is a violation of this policy and shall not be tolerated.

## Supervisor Reporting and Response

Supervisors who witness, are advised of, or otherwise become aware of prohibited conduct are required to report the prohibited conduct and cannot agree to do otherwise. Once a supervisor is aware of prohibited conduct, the supervisor shall do both of the following:

a. Take immediate and appropriate action to stop and/or prevent further misconduct.

b. Promptly report the prohibited conduct (no later than 24 hours from the discovery of the incident).

## Employee Reporting

While employees may utilize any of the reporting methods listed below, the preferred method for employees to report prohibited conduct is to their immediate supervisor. This enables the department to take immediate action to:

a. Determine the nature of the complaint.

b. Ensure the complaint is properly assigned to the appropriate unit for handling.

c. Protect the complainant if necessary.

Employees who witness prohibited conduct or who believe they are the subject of prohibited conduct shall report the conduct immediately to one of the following:

- Their immediate supervisor
- Internal Affairs Division
- Equal Employment Opportunity Commission
- Texas Workplace Commission, Civil Rights Division

## Supervisor Responsibilities

The supervisory duties and responsibilities, and the standards of supervision discussed in this policy apply to all supervisory level personnel (classified and civilian) regardless of rank.

All supervisors shall be very familiar with the department's harassment and discrimination policies. The Employee Performance Evaluations (EPEs) for supervisors shall include documentation indicating they have read and understand the policy and their responsibilities under it.

Supervisors shall be held accountable for the manner in which they exercise the authority of their officers as outlined in this policy and Policy 200.02, **Conduct and Authority**.

Prevention is the best tool available to maintain a model workplace free from workplace harassment, sexual harassment, and other forms of discrimination. Therefore, supervisors shall take proactive measures to prevent prohibited conduct.

## Standards of Supervision

All supervisors are required to comply with the following standards of supervision. Supervisors shall:

a. Routinely inspect the workplace for inappropriate signs, posters, cartoons, screen savers, or other similar material, and shall order the removal of such material.

b. Ensure assignments are based on department needs and policies rather than being inappropriately based upon a protected category or in retaliation for participation in the reporting or investigation of a prohibited conduct complaint or otherwise opposing conduct prohibited by this policy.

c. Be a positive example for coworkers and subordinates concerning this policy.

d. Upon learning of prohibited conduct, follow the reporting procedures listed in this policy, subsection "Supervisor Reporting and Response."

e. Continue to monitor any previously reported situations and report related acts or allegations to supervisors.

f. Ensure marital, cohabitating, or dating relationships are in compliance with this policy.

g. Not participate in, condone, or allow offensive jokes or conversations.

## Chief of Police Notification

When supervisors determine a Chief of Police Notification is needed, supervisor shall forward written notification of the incident to the Chief of Police within 48 hours of receiving notice of the issue.

## Protective Measures

At times the supervisor or Title IX Coordinator/Deputy Coordinator may deem it necessary to recommend steps before or during an investigation to protect the rights and interests of the Complainant and/or Respondent. Those measures may be designed to reduce or eliminate contact between the Complainant and Respondent so that both parties feel safe in their work environment. Protective measures may also guard further actual or perceived discrimination or retaliation.

Protective measures may include but are not limited to temporary changes in working conditions (such as changes in supervisor, shift, job site, or office location) and directives to the Complainant and Respondent to avoid personal contact or refrain from such contact without a third party neutral person present. In severe cases a suspension could be appropriate.

## Disciplinary Action

Investigations resulting in a formal sustained finding of a violation of any provision of this policy shall subject the employee to appropriate discipline that could include indefinite suspension.

**Related Department Manual Policies and Reference Materials**

- 200.02, **Conduct and Authority**
- 200.04, **Equal Employment Opportunity (EEO)/Non-Discrimination**
- 200.06, **Consensual Relationships**
- 200.07, **Americans with Disabilities Act**
- 200.19, **Investigation of Employee Misconduct**
- 200.25, **Employee/Grievance Complaint Resolution**
- 200.27, **Employee Performance Evaluation**
- 200.31, **Acceptable Use of Computers**
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.09 Title IX Grievance Procedure
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.10 Consensual Relationships
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.11 Sexual Harassment Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.13 EEO/Non-Discrimination Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.14 Retaliation Policy

**200.18**

# Appearance and Grooming
**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The policy of the Texas Southern University Department of Public Safety Appearance and Grooming Standards are expected to be adhered to by all employees while on duty, and when representing the Department or University.

All officers shall possess and maintain in good repair an official uniform as issued or approved by the department, regardless of the nature of their assignments.

Each officer, regardless of assignment, must be dressed in a manner rendering them capable of safely carrying out the function of a police officer.

## Definitions

**Articles of Faith.** Head covers, clothing, jewelry, objects, symbols, and other items of dress of religious significance that are firmly established in an employee's religion and the religious belief requires wearing the items that differ from the department's dress code.

**Formal Occasions.** A classified employee's funeral, Police Week and award ceremonies, and any other occasion so deemed by the Chief of Police.

**Medical Necessity.** For the purposes of this Department Manual, refers to a bona fine medical condition documented by a physician that may be reasonably accommodated regarding the department's dress code and within the course and scope of the employee's normal job duties.

**Official Uniform.** The set of uniform items issued to employees or approved for wear by the Chief of Police upon becoming a Texas Southern University Department of Public Safety police officer. This excludes special assignment uniforms.

**Special Assignment (SA) Uniform.** Any special attire, uniform, or gear that deviates from the official classified uniform; displays colors, logos, and/or official patches of the Texas Southern University Department of Public Safety; and is worn by authority of the Chief of Police.

## Standards of Appearance

All employees wearing a department approved uniform, displaying on their person a Texas Southern University Department of Safety identification card, or representing in an official capacity shall follow the standards of appearance outlined in this policy. Except where noted, this policy does not apply to undercover officers when they act in that capacity. However, when undercover officers wear a department approved uniform they shall abide by this policy.

## Glasses and Sunglasses

All eyewear shall be conservative in color and style in keeping with the quasi-military image. Uniformed officers shall not hang eyewear from a cord or an epaulet.

## Facial Hair and Skin Conditions

### Beards and Goatees

Except for permitted mustaches and sideburns, all other facial hair is forbidden. This includes beards of any type and goatees (this includes a small patch of hair under the lower lip).

If a dermatologist diagnoses a Texas Southern University Department of Public Safety officer with a skin condition (e.g., pseudofolliculitis barbae) that precludes shaving or wearing a first responder respirator effectively (herein referred to as a respirator), that officer shall be permitted to temporary wear a beard, provided the dermatologist prescribes a treatment. If a beard is worn it shall not exceed a length of one-quarter inch. Affected officers shall submit to their supervisors a physician's report including documentation of the diagnosis, prognosis, and the anticipated period during which the officer shall need to refrain from shaving. In addition, the officer must submit a request in writing to the Chief of Police requesting to wear a beard. If written approval is granted by the Chief of Police, the employee must have a copy of the approval in their possession while on duty or in uniform.

Officers who are diagnosed with a skin condition that precludes them from shaving or wearing a respirator shall adhere to all of the following guidelines:

a. Officers must have a written excuse from a state of Texas certified doctor who specializes in dermatology.

b. Officers may go to a dermatologist of their choice but shall be responsible for all cost associated with the office visits and treatment.

c. Once the physician prescribes treatment directing the officer to wear a beard, the officer must have a written excuse from his physician every 30 calendar days.

It shall be the responsibility of the officer's immediate supervisor to verify all pertinent information within the doctor's statement.

If the attending physician continues to prescribe the wearing of a beard by the officer for longer than 90 calendar days, the department shall require the officer to sign a medical release. This medical release shall allow the appropriate supervisor and/or legal representatives to review any necessary medical reports and work with the officer's personal physician in developing a treatment plan that shall assist the officer to being within proper policy.

If it is determined by an officer's attending physician and appropriate supervisor and/or legal representatives that an officer's skin condition is such a nature as to permanently prevent the officer from shaving, then the officer may be reassigned within the Department as seen fit by the Chief of Police. If no available assignments are determined by the Chief of Police, the officer could be placed on temporary suspension and could result in indefinite suspension. Officers shall have written approval from the Chief of Police to work any extra employment in uniform with a beard.

## Mustaches

Male officers may have mustaches, but they must be neatly trimmed and not extend:

a. More than half an inch beyond the outer corners of the mouth.

b. Below the outer corners of the mouth.

c. Below the upper lip.

## Sideburns

Sideburns shall not extend farther than the lowest tip of the earlobe. Sideburns shall be of a naturally even width and shall end with a clean-shaven horizontal line.

## Hair

Any exceptions to the policies outlined in this subsection require approval by the Chief of Police.

All officers shall keep their hair clean and neatly groomed so as to present a professional appearance at all times.

Officers shall wear their hair in a manner suitable to a quasi-military organization and shall not wear their hair in such a way as to interfere with proper wearing of official uniform headgear. Hair is not be worn in unusual ways as to detract from the professional appearance of the uniform. Unusual styles include, but are not limited to, abnormal coloring or multi-coloring, carvings, ducktails, dreadlocks, Mohawks, and mullets.

## Female Uniformed Officers

The hair of female officers in uniform shall not extend more than four inches below the top of the collar of the official uniform shirt. Braids or a single ponytail shall be acceptable, but shall not hang below four inches from the top of the collar. Any braids must have a professional appearance. No style can interfere with the wearing of the uniform hat.

Hair restraints may be worn, but they must complement the hair color or be black, brown, silver, or gold in color and have no ornamentation.

## Male Officers

Hair shall not extend more than half an inch below the top of the collar of the official uniform shirt. Hair on the sides shall not cover more than half of the ears. Hairstyles must represent conservative and professional standards.

## Jewelry

All personnel shall have a professional appearance and any visible jewelry shall be conservative in style.

While wearing a department authorized uniform, officers shall abide by the appearance standards regarding the wearing of jewelry and accessories outlined below.

a. All jewelry shall be modest and conservatively styled.
b. Only one wristwatch at a time may be worn.
c. Only one ring per hand may be worn. (A wedding set is considered one ring.)
d. Necklaces of any type shall be concealed at all times.
e. Bracelets shall not be worn unless it is specifically for a medical alert notification.
f. No insignia, except that which is authorized by the Chief of Police shall be worn.
g. Female officers may wear on their earlobes, small, conservative, single colored earrings on their earlobes. Earrings shall not extend below the earlobes or have loose or dangling parts and shall not extend above the middle part of the outer ear. Only one earring per ear shall be permitted.
h. Male officers shall not wear earrings.
i. No jewelry or tie bar shall be worn on the uniform tie. Tie tacks may be worn, but must be concealed form view.
j. All jewelry, except that which is specifically authorized by this policy, shall be concealed and not visible while in uniform.

Employees shall not wear any type of exposed body piercing jewelry or articles (e.g., nose, tongue, eyebrow). This restriction does not apply to officers operating in an undercover capacity with written authorization from the Deputy Chief. Any method of concealment (e.g., bandage) is prohibited.

## Makeup and Fingernails

Employees fingernails shall be clean and neatly trimmed and shall not extend more than a quarter inch beyond the fingertip or be of such a length as to interfere with the efficient operation of police equipment or cause injury to the employee or others.

Only female officers may wear nail polish or makeup, but both must be subdued and moderate in tones and application.

When nail polish is worn by female employees, all fingernails shall be the same single color. When toenail polish is worn and exposed, all toenails shall be the same single color. No visible ornamentation on the nail is allowed.

## Physical Standards

All employees shall exercise good bodily hygiene and cleanliness by bathing daily.

All officers should, through regular exercise and moderate living habits, maintain themselves in such a physical condition as to be able to handle strenuous physical contacts or the demands required of a law enforcement officer.

All officers should maintain their weight proportionate to their height and age as advised by their physician.

## Tattoos and Body Art

No employee may have visible tattoos or body art. All tattoos and body art must be covered by the official uniform. All exceptions shall be approved by the Chief of Police.

## Court Attire

Judges of each court have the right to establish their own courtroom dress code standard, and officers shall adhere to that standard. However, when no standard exists, officers shall wear an official uniform.

Officers shall wear an official uniform, special assignment uniform, or professional conservative attire to municipal court.

When wearing plainclothes attire to court, employees shall be guided by the plainclothes regulations in this policy. Male employees shall wear a business suit with shirt and tie, or a sport coat and dress slacks with shirt and tie, and appropriate footwear. Female employees shall wear a business suit and blouse combination, or conservative dress, pantsuit, or blouse and skirt combination, and appropriate footwear.

## Official Uniform

When in uniform (on duty or off duty working extra employment) officers shall wear the official uniform or a special assignment uniform issued or approved by the Chief of Police. Off-duty officers wearing the departmental approved uniform shall respond to citizens or other law enforcement requesting assistance.

If flagged down or approached, officers shall stop and request assistance from on-duty personnel, if necessary.

All uniform officers shall be inspected at least once a month by their supervisor. The inspection shall ensure each officer's official uniform or special assignment uniform and equipment meet the standards of this policy.

All uniforms when worn shall be clean, neatly pressed, properly hemmed, in good repair, in working order, and worn in a manner that presents a professional appearance.

All weapons and accessory equipment shall be clean, in good repair, in working order, neatly polished, and worn in a manner that presents a professional appearance.

The official uniform shall include the following approved items or those issued by the Department and approved by the Chief of Police.

    a.   Headgear (hat with shield).

b.  Short- or long-sleeve dark navy blue uniform shirt.

c.  Badge, name tag, pins, and other approved insignias.

d.  Tie.

e.  Dark navy blue pants or dark navy blue battle dress uniform (BDU) pants.

f.  Sam Browne belt, firearm holster, closed case handcuff holder (single or double case), ammunition holder or case, accessory equipment holders or cases, keepers, and other equipment authorized by the Chief of Police

g.  Black footwear with black or navy blue socks.

Officers voluntarily choosing to replace equipment or insignias listed above shall do so at their own expense. Item (c) replacements shall mirror the shape, size, and color of the approved insignia.

Unless otherwise approved by their supervisor, officers assigned to uniformed divisions shall wear their official uniform or approved special assignment uniform while attending or engaged in any of the following activities:

h.  On-duty assignments or activities.

i.  Approved uniformed extra employment.

j.  Approved speaking assignments.

k.  Testifying for the state in courts of law, unless the court approves of or requires plainclothes attire.

Officers are issued a pair of dress pants that shall be worn in place of the patrol BDU pants when attending any of the following:

l.  Activities authorized by the Chief of Police.

m.  Formal occasions such as promotions, funerals, or other events for which the dress pants would be more appropriate.

n.  Disciplinary Review Hearings.

## Headgear

The official uniform headgear for all officers shall consist of the department issued military officer style dark navy blue hat. The gold (supervisors) or silver (officers) colored band and department shield is mandatory and shall be attached to the front of the headgear. The top of the shield shall be even with the upper seam of the crown.

The official uniform headgear for the Command Staff members shall be the same in appearance as for all supervisors; however, their visors will display the golden oak leaf embellishments. The gold-colored department shield is mandatory and shall be properly attached to the front center of the headgear. The top of the shield shall be even with the upper seam of the crown.

All uniformed officers shall wear the official uniform hat whenever performing extended assignments subject to high citizen visibility, whether on or off duty. Such specific assignments include traffic control, outside post assignments, and all occasions when the dress uniform is appropriate (e.g., parades, funerals, awards and promotion ceremonies). All headgear shall be worn level on the head, with the band of the hat parallel to the ground and the visor of that centered of the forehead.

## Shirts

All uniform shirts shall be clean and neatly tucked inside pants with no overhang. Shirts shall be worn with all buttons buttoned (except the top button) and all zippers zipped completely. When the long sleeve shirt is worn with a tie, the upper most button shall be buttoned. A tie shall not be worn with the shortsleeve shirt.

The cuffs of long-sleeve uniform shirts shall be buttoned and not rolled up. Officers shall not alter the sleeve length or width of the issued short-sleeve uniform shirt or special assignment uniform (issued or self-purchased).

All approved regular and special insignia items shall be attached to the uniform shirt in the manner prescribed by this policy. No shirt other than the one issued shall be worn as part of the official uniform of special assignment uniform unless specifically approved by the Chief of Police.

A crew neck undershirt of T-shirt may be work under the uniform shirt, but shall not be visible at the neck unless it is dark navy blue or black. Long-sleeve undershirts may be worn with only long-sleeve uniform shirts. Undershirts and T-shirts must be clean and in good repair. They shall not contain any inscriptions or decorative artwork.

There shall be no specific winter or summer uniform shirt. The wearing of either a short- or long-sleeve shirt shall be based entirely on individual comfort.

## Pants

The official uniform pants shall be the issued BDU pants or the issued dress pants hemmed to the proper length required for a good fit. The pant leg openings may be altered for length only, not width, and shall be worn as issued. Additionally, uniform pants shall not be work inside uniform boots unless the action is part of the officer's special assignment uniform.

An officer requiring nonstandard uniform pants is responsible for being measured by a department approved vendor in advance to ensure procurement of the pants prior to the date the officer is to receive the department issued piece of clothing.

## PD collar Emblems

Police Officers and Sergeants shall wear the 'PD' collar emblems (gold or silver according to rank) on their uniform shirt collar. Police Officers and Sergeants shall affix them to the official or special assignment uniform shirt collars. The leading edge of each emblem shall be one inch from the collar's leading edge.

The bottom of the emblem shall be positioned half an inch from the collar's lower edge. The base of the letters shall be parallel to the lowed edge of the collar.

## Badges

The badge shall be or sewn on the front left side of the uniform shirt. The badge is a mandatory item of the official uniform. No officer shall wear a badge or a hat shield of another officer at any time or for any reason.

## Name Tag

The name tag shall be worn affixed to the front of the uniform shirt, centered immediately above the right shirt pocket flag or in the allotted slots. Customized designs or attachments to the name tag are prohibited (e.g., miniature badges, "Serving Since…"). The name tag is a mandatory item of the official uniform.

Some specialized units, due to work environment, are authorized to have their name embroidered on the right chest area of a special assignment shirt.

## Rank Insignia

Sergeant chevrons shall be affixed to the official uniform shirts and select special assignment uniform shirts worn by all personnel holding the rank of sergeant. Sergeant chevrons shall be sewn on both sleeves of the long-sleeve shirt directly below the shoulder patch and centered laterally with the yoke seam. Smaller chevrons shall be worn on short-sleeve shirts in the same manner.

Insignia bars for the rank of captain and lieutenant shall be worn on the collar, parallel to and up against the front line of the top stitching on the collar in such a way that they are centered between the bottom point of the collar and the top fold.

Insignia stars for the ranks of Chief of Police and Deputy Chief shall be worn adjacent and parallel to the longer seem along the bottom of the collar beginning just inside the front seam.

Rank insignias are mandatory items of the official uniform and some special assignment uniforms.

## Shoulder Patches

Shoulder patches shall be worn on all approved official uniforms, jackets, windbreakers, dress coats, and some special assignment uniforms. The shoulder patches shall be sewn to the upper part of both sleeves. The top of each patch shall touch the shirt's yoke seam and be centered laterally.

## Ties

Wearing of the issued uniform tie is optional with the long-sleeve shirt expect as described below. Ties shall not be worn with the short-sleeve shirt. A buttoned long-sleeve shirt with tie shall be worn on formal occasions. When the tie is worn, it shall be worn in the appropriate manner and shall not be affixed to the epaulets or buttonhole of the open collar, or worn in any other fashion contrary to its generally accepted usage. Additionally, if wearing a tie, personnel shall wear their body armor under their official uniform shirt and not wear the outer vest cover.

## Sam Browne Equipment and Accessories

Mandatory equipment on the Sam Browne shall be as follows:

    a. Loaded approved primary weapon

    b. Issued or approved holster

    c. Handcuff case

    d. Handcuffs

    e. Loaded conducted energy device (CED), if assigned to the employee

    f. Portable radio and radio holder

    g. Fully loaded magazines or speedloaders

    h. Ammunition case

All issued equipment shall be worn, carried, and used only as authorized by the Chief of Police. No changes, alterations, modifications altering the appearance, or substitutions shall be made to department issued equipment unless approved by the Chief of Police.

All accessory equipment or carrying cases not issued by the department but authorized by the Chief of Police for self-purchase, shall be black and plain in design.

Specialized equipment items as tactical ear pieces or body worn cameras shall be worn when required or necessary for an officer's assignment, according to training, policy, and procedures. Such items must be those approved by the Chief of Police and shall be maintained in the same manner as regular accessory equipment.

## Baton:

The police baton is an optional accessory for uniformed officers. Officers shall maintain proper care of the baton and have the item readily available.

An approved wooden baton, expandable baton, or metal PR-24 baton may be carried, providing the officer has been properly trained in its use.

**Firearm Holster:**

The appropriate holster issued or approved by the department shall be the officer uniform holster.

**CED Holster:**

The CED holster issued or approved by the department shall be the official uniform holster.

Modification of the issued or approved holster in any form is prohibited. Officers shall wear this holster only in a cross-draw manner. Under no circumstances shall the CED be worn adjacent to the holstered primary weapon.

**Knives:**

Knives shall not be worn in any such a way that they are visible.

## Footwear

**Shoes:**

Shoes or boots are to be worn with all approved uniforms and shall be one of the following:

  a.   Lace-type military dress shoes of a high or low-quarter style with rubber walking heels.
  b.   Boots of Wellington or similar type with rubber walking heels and a rounded, smooth toe design.
  c.   Lace-type, low-quarter leather shoes with smooth toes and rubber walking heels.
  d.   Oakley SI Patrol Boots or a similar lace-type military boot that has mesh along the sides of the boot, as long as the boot has a smooth rounded toe capable of maintaining a shine.

Footwear must be capable of maintaining a shine. All approved footwear shall be black and have no ornate, decorative stitching or perforation that detracts from a professional appearance. Boot tops must be of sufficient height to prevent pant leg bottoms from falling into or hanging inside the boot.

Specifically approved shoes may be worn with the uniform if an officer has a bona fide medical reason that has been approved by the Captain.

Specifically approved shoes may be worn when required to perform a special assignment for when the official uniform shoes would be inappropriate or prohibitive to the task. Officers in specialized units shall use the shoes approved for their assignment.

**Socks:**

Plain black or dark navy blue socks shall be worn with all approved uniforms.

**Dress Uniforms**

When attending formal occasions, officers shall wear a dress uniform. The dress uniform for officers consists of the official uniform with the issued "dress" pants, long-sleeve shirt, tie, PD collar emblems, and official uniform headgear. Body armor shall be worn under the official uniform shirt.

## Cool or Cold-Weather Gear

**Coats, Jackets, Windbreakers:**

During periods of cold or cool weather, uniformed officers may wear their department approved coat, jacket, or windbreaker. These items are approved by the Chief of Police and may be worn while on duty.

Officers shall not wear any cool or cold-weather gear not approved by the Chief of Police.

Sergeants may individually purchase and affix gold metal sergeant chevrons to the collar areas of the cold weather gear in the same manner as indicated for the lieutenant bars. These bars shall not be affixed to the official uniform or special assignment uniform shirts.

### Cool or Cold-Weather Headgear:

The approved cool or cold-weather headgear for employees will be a knit sock cap (black in color). The approved cool or cold-weather headgear can be worn during the months of November through March and when the city of Houston temperature falls below 50 degrees Fahrenheit (10 degrees Celsius). Officers may sew on an official patch to the front of their cool or cold-weather headgear. The patch shall be stitched on the front portion of the cap (aligned and centered) in a permanent fashion.

Officers may wear black or dark navy blue earmuffs and mufflers along with the official cool or cold weather uniform headgear.

### Gloves:

Officers may self-purchase cool or cold-weather gloves (not to be confused with search gloves) that are plain black or dark navy blue to wear as long as the gloves allow for the proper hand and finger use and control of police equipment.

### Turtleneck Undershirts:

During periods of cool or cold-weather, uniformed officers may wear turtleneck undershirts beneath the long-sleeve uniform shirt. The turtleneck must be black or dark navy blue and may bear the embroidered "PD" insignia on the upper collar (silver or white for officers and gold or yellow for supervisors). No other inscription or alternative colors are permitted.

### Rain Gear

During periods of inclement weather, uniformed officers are advised to use the department approved rain gear for their own comfort and to avoid unnecessary damage to the official uniform and gear. Rain gear shall not be worn as a replacement for more appropriate department issued cool or cold-weather gear when the weather is cool or cold but not raining.

### Search Gloves

Officers may wear approved puncture resistant gloves only when searching suspects or prisoners. These gloves are not furnished by the department and purchasing the approved search gloves is the responsibility of the individual officer.

## Clerical and Communication Personnel Uniforms

All civilian personnel, not in uniform attire will at all times present a professional, business image in public view while on-duty.

Civilian employees shall wear department issued or approved civilian shirts with dress slacks or skirts unless otherwise approved by the Chief of Police.

Employee may wear business attire that is normally accepted in a professional business setting as approved by the Chief of Police.

### Females:

Female civilian employees may wear dresses with sleeves and/or jacket, dress slacks, blouses, skirts and, business suits. Pantyhose or knee-high hose may be worn with female civilian employee's business attire.

**Males:**

Male civilian employees may wear dress slacks, collared dress shirts, and a belt with optional jacket or sport coat. Male civilian employees may also wear approved Department golf-style knit shirts.

**Footwear:**

Female and male civilian employees should wear footwear that is appropriate for the office work environment. Footwear that is not appropriate for the office includes tennis shoes, flip flops, or beach shoes.

**Unacceptable Business Attire:**

No civilian employee shall wear suggestive attire, jeans, Docker style pants, athletic clothing, shorts, sandals, T-shirts, novelty buttons, baseball hats, or similar items of casual attire that do not present a businesslike appearance.

**Body Piercings:**

No civilian employees shall have visible body piercings.

**Casual Day attire:**

When approved by the Chief of Police, civilian employees may wear jeans, knit or cotton outfits, Docker style pants, capri pants with coordinating tops, tennis shoes, or sandals. Civilian employees shall not wear flip flops, thongs or beach shoes during any occasion. Unacceptable casual attire includes suggestive attire, ripped or disheveled clothing, athletic wear, shorts, T-shirts, or any item that has suggestive or an inappropriate logo, words or pictures on it.

**Communication and Security Officers:**

Communication and security officers shall wear the approved and issued department uniform for their appropriate Division.

## Special Assignment Uniforms

Special assignment uniforms authorized by the Chief of Police may be worn by employees to units that have a standard uniform instead of the official uniform. Special Assignment uniforms shall not be altered without written permission from the Chief of Police.

## Restrictions

Officers shall not wear any portion of a department issued or approved uniform while under suspension.

The uniform shall always be worn as a total unit except as authorized by policy or as directed by a supervisor. Officers shall not give or loan any part of their department uniform to a person who is not a classified employee of the department.

Officers shall wear department uniforms only when acting in an official capacity.

Officers shall not intentionally and publicly appear in or post or allow to be posted any print, photograph, video recording, or other representation of themselves while wearing any portion of a department uniform (or any other uniform that resembles what is issued by the department) without written consent from the Chief of Police. This prohibition is in effect even if the situation is not for personal gain or benefit.

This mandate does not prohibit employees from having personal or family pictures taken for display in their office or home.

## Exclusions and Exceptions

The dress code applies to all TSUDPS employees. TSUDPS does not discriminate against any employee because of that person's race, color, religion, sex, sexual or gender orientation, national origin, age, disability, handicap, or veteran status. Accordingly, the department is committed to accommodating an employee in regard to a dress code issue when the employee proves an unique need due to a medical necessity or a firmly-established religious belief and such condition or belief does not otherwise prevent the employee from fulfilling all of his or her normal assigned job duties.

An employee who believes that for religious or medical reasons he or she should be allowed to deviate from the dress code policy may request an accommodation from the Chief of Police. The request shall include the employee's:

a. Name

b. Present assignment

c. Immediate supervisor's name

d. Captain's name

e. Reason for requesting the accommodation

Each accommodation request shall be specific in nature and shall be submitted individually. The employee may request as many accommodations as may be required by his or her religion or medical condition.

The Chief of Police shall review each request on a case-by-case basis. All circumstances surrounding the request shall be investigated in order to determine whether the accommodation shall be granted or denied. Any and all potential safety issues and/or operational concerns the requested accommodation would have on the employee, the department other employees, prisoners and the public shall be taken into account.

In an accommodation that refers to the wearing of an article of faith is approved, the cost associated with the procuring of and maintaining of the article of faith shall be the responsibility of the employee.

Any approved accommodation shall be noted in writing and specifically describe the accommodation being made by the department. If an employee is not satisfied with the ruling of the department, the employee may request a hearing with the Chief of Police to present the reasons for the request for the accommodation and/or the objections to the specific nature of the approval or denial. A denial of a request for accommodation shall state the reasons for such denial.

In the event that an accommodation becomes a health or safety issue for any employee, prisoner, or the public TSUDPS reserves the right to cancel a previously approved accommodation. An employee may appeal the cancellation of an accommodation in the same manner as the employee would appeal the denial of an accommodation.

## Body Armor

The following shall wear their body armor while wearing the official uniform:

a. Officers regularly or temporarily assigned to a uniformed division at which they regularly interact with the public.

b. Officers working extra employment.

c. Plainclothes officers conducting high-risk operations (e.g., raids and high-risk warrants operations). The Captain will determine what is considered high-risk operations.

The Department shall issue body armor to only officers unless otherwise approved by the Chief of Police. Additionally, officers shall be provided with an instruction manual or a copy of the of the manual that outlines the proper maintenance and care procedures for department issued body armor.

Upon acceptance of the body armor, officers shall maintain and care for the vest in the manner prescribed in the instruction manual.

Body armor shall be worn by both instructors and students when shooting at a departmental range of at a departmental sponsored firearms training event.

## Exceptions

Officers may elect to not wear body armor under the following circumstances:

a. Uniformed officers who are assigned to administrative positions and do not normally have contact with suspects or prisoners.

b. Exempt status has been given in writing from the Chief of Police to a division or unit that requires a special assignment uniform.

Uniformed officers working an assignment listed above in this policy shall wear their body armor whenever they leave that assignment and go to lunch or any other place where they may possibly interact with the public.

Whenever the heat index reaches or exceeds 100 degrees Fahrenheit (37.77 degrees Celsius) anywhere in the city, the Chief of Police may give officers the option of wearing or not wearing their body armor during that shift. The Chief of Police is responsible for determining the official heat index for each shift.

To guard against the potential development of heat-related issues, supervisors should be cognizant of particular assignments that may have abnormal heat or humid conditions. In such circumstances, supervisors should ensure their subordinates have adequate breaks to cool down and remain hydrated.

Officers should notify their supervisors of the need for breaks during such assignments.

## Inspections

Supervisors shall hold regular division inspections to ensure compliance with this policy. Supervisors shall be held responsible for the appearance of their subordinates. In any case, immediate corrective action shall be taken when violations occur.

## Related Department Manual Policies and Reference Material

- 100.09, **Supervision**
- 100.10, **Disciplinary Process**
- 200.09, **Safety and Health**
- 200.10, **Political Lobbying/Endorsement**
- 200.12, **Smoking, Tobacco Use, and Electronic Cigarettes**
- 200.13, **TSUDPS Badges and Identification Cards**
- 200.16, **Carrying Concealed Firearms**
- 200.24, **Extra Employment**
- 300.01, **Firearms ad Qualification**
- 300.12, **Response to Resistance**

- 300.16, **Conducted Energy Devices**
- 400.01, **Body Armor Maintenance**
- 400.05, **State Property**
- 400.06, **Testifying in Legal Proceedings**
- 400.09, **Line Inspections**
- 400.11, **Meal Periods**
- 400.13, **Use of Social Media and the Internet**
- 400.14, **Criteria for Submitting Incident Reports**
- 400.24, **Training**
- Occupational Safety and Health Act of 1970, Administration Section 5(a) (1 & 2)
- Occupational Safety and Health, Respiratory Protection Standard 29 CFR 1910.134
- Texas Southern University Department of Public Safety Standard Operating Procedures, Body Armor
- Texas Southern University Department of Public Safety Standard Operating Procedure, Duty Weapons /Lethal & Less-Lethal
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.06.02 Smoking Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 04.06.12 Internet Use Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 04.06.29 Campus Carry Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 04.06.30 Location-Restricted Knives

# Investigation of Employee Misconduct

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The Texas Southern University Department of Public Safety shall investigate all incidents of alleged misconduct brought to its attention. All employees, regardless of rank, assignment, or function, are required to cooperate in the investigation of complaints. The department's disciplinary system shall be governed in accordance with all applicable state and federal law.

The department will investigate any report of improper or unprofessional conduct received against an employee, except criminal conduct being investigated by an outside agency, in order to ensure that:

    a.  The students, faculty, and citizens are served by public servants who are both professional and responsible for their actions.

    b.  The employees of the Texas Southern University Department of Public Safety are protected against false allegations and groundless complaints.

    c.  The reputation of the Texas Southern University Department of Public Safety is protected by enforcement of internal discipline.

    d.  An effective procedure exists to provide feedback and accountability in Department operations for the students, faculty, and citizens.

## Definitions

**Disciplinary Action.** Any action taken against an employee by the Texas Southern University Department of Public Safety due to improper conduct by the employee that will result in termination, suspension, demotion, reduction in rank, or refusal to rehire at end of a contractual period.

**Reasonable Opportunity.** This shall be generally construed as to allow sufficient time to locate counselor a representative, review the interrogatories and related documents, and obtain advice. However, this always depends on time and circumstances.

**Retaliation.** Conduct or decisions that a reasonable employee would view as materially adverse and whose purpose or effect is to discourage employees from exercising their rights under policy or under the law. These rights include filing a complaint under policy; filing a complaint with an external government agency such as the Equal Employment Opportunity Commission (EEOC); assisting another employee in the filing of a complaint; providing information during an investigation or testifying in a legal proceeding; or otherwise opposing conduct prohibited by policy.

## Types of Complaints

Cases which may be referred to the division for investigation will relate to issues involving:

- Minor violations of policies and procedures of the Texas Southern University Department of Public Safety.

- Citizens' complaints involving employees of the Texas Southern University Department of Public Safety.

Cases which shall be investigated by Internal Affairs will relate to issues involving:

- Violations of state and federal law.
- Allegations of excessive force.
- Officer involved shootings.
- Multiple personnel who are assigned to different divisions.
- Cases as directed by the Chief of Police.

## Disposition of Complaints

**Exonerated.** Incident occurred, but was lawful and proper.

**Never Formalized.** Complainant did not submit a formal sworn statement.

**Not Sustained.** The evidence was insufficient to either prove or disprove the allegation.

**Sustained.** Evidence is sufficient to prove the allegation. Any sustained allegation, regardless of classification, may form the basis for disciplinary action.

**Unfounded.** Allegation is false or not factual.

## Improper Conduct

Improper or unprofessional conduct shall mean any act or omission of an employee which violates a federal, state, county, or municipal statute, regulation, or ordinance, a court order, any of the policies, procedures, or rules of the Texas Southern University Department of Public Safety, including but not limited to the Department Manual, any Procedural Manual, and any applicable Department Memorandum.

Improper conduct is defined as any of the below listed reasons and shall be grounds for disciplinary action. Just cause shall be determined to be satisfied when one or more of the below reasons have been adequately documented by incident, evaluation report(s) or other supporting data.

- Absence without leave.
- Incapacity due to mental or physical disability. (A medical examination may be required).
- Incompetence and Inefficiency.
- Insubordination.
- Intoxication while on duty.
- Neglect of duty.
- Negligence or willful damage to, or misuse of, public property or waste of supplies or equipment.
- Violation of any lawful or reasonable regulation or order made and given by a supervisor.
- Fraud in securing appointment.
- Untruthfulness.
- Use of or addiction to illegal drugs or substances.
- Conviction of a misdemeanor or a felony.
- Physical or verbal abuse of a person in custody of the Texas Southern University Department of Public Safety.
- Failure to meet requirements for licensure by TCOLE.

- Failure to achieve and maintain weapons proficiency as required by State Law and Texas Southern University Department of Public Safety policy.
- Willful violation of any of the rules set forth in the Department Manual, Executive, Personnel or any Division written order or directive order.
- Violation of, or willful disregard of, any lawful regulation or order made and given by a Texas Southern University Department of Public Safety supervisor.

## Acts of Omission Contrary to a Good Order

No arbitrary rules of conduct can be established which will embrace all cases arising in the general discharge of law enforcement duties or in the personal activities of the individual employee. Therefore, any other act or omission contrary to good order and discipline shall also be the subject of disciplinary action.

## Violation of Rules and Regulations

Each employee of the department shall be subject to reprimand, suspension, reduction in rank, or dismissal from the Texas Southern University Department of Public Safety and from service, according to the nature of the offense, for violation of the rules and regulations and the code sections appearing in this manual, or for any of the other rules, regulations, general or special orders of the Texas Southern University Department of Public Safety.

## Establishment of Disciplinary Procedures

The following procedures have been Established in order that:

a. Every employee of the Texas Southern University Department of Public Safety may have confidence that, while proper performance of duty will be insisted upon, the same time due recognition of rights will be assured.

b. It is the aim to provide means whereby complaints, grievances, or alleged abuse of authority, involving any employee, will be fully and fairly considered, so that justice will be exercised.

c. Means are also provided whereby any commanding officer shall take proper steps to enforce rules and regulations by the Chief of Police, affecting the proper performance of employees under his/her command, and by which he/she may effectively correct, conduct, and accomplish suitable training.

d. A supervisor shall avoid, as far as circumstances permit, disciplining an employee in the presence of others.

## Employee Procedures

All complaints coming to the attention of an employee shall be reported to the employee's immediate supervisor.

Retaliation in any form is strictly prohibited. Any employee found to have retaliated against any employee or non-employee shall receive disciplinary action up to and including indefinite suspension.

Employees who receive information about or observe incidents involving unnecessary or excessive response to resistance, misconduct, violations of criminal statutes, or abuse of authority by any other employee shall first take immediate action to protect citizens. Employees who receive such information shall report the incident to their immediate supervisor. If there is a need to protect the confidentiality of the information, reporting employees may bring the matter directly to internal affairs.

If a complainant is anonymous, the employee receiving the anonymous complaint must certify under oath the complainant was in fact anonymous.

## Supervisor Procedures

First-line supervisors shall take an active role in the development, motivation, and when necessary, discipline of employees they supervise. Supervisors have broad discretion when implementing the disciplinary process.

All complaints shall be referred to a supervisor. The supervisor shall record all complaints (except as specified in the following) including complaints from third party witnesses, and forward them as provided by this policy. When receiving complaints, supervisors shall:

a. Accept complaints from third party witnesses to an incident.

b. Accept and record phone-in complaints that involve allegations of serious misconduct. Other phone-in complainants shall be advised to make the complaint in person in order that a notarized statement can be obtained with the complaint. Supervisors may also advise complainants they can mail their notarized statement with specific details of the incident directly to Department.

c. Immediately notify internal affairs of any serious complaints.

When supervisors discover possible infractions by employees not within their command, they should consult with the employee's immediate supervisor or a supervisor within the employee's chain of command.

Supervisors have the right, duty, and responsibility at any time to inquire as to the facts of a circumstance or situation in order to make management, operational, administrative, or organizational decisions.

However, if the inquiring supervisor becomes the complainant in a complaint, the same inquiring supervisor may not further investigate such alleged violation.

Additionally, if the inquiring supervisor becomes the complainant in a complaint, the same inquiring supervisor may not participate in the process of recommending discipline for the violation.

If a supervisor does conduct an internal investigation, they will obtain a case number from Internal Affairs, which will be included on all documents. Upon completion of the investigation, the Captain will forward a copy to the Deputy Chief.

## Internal Affairs

When a complaint is received by the Texas Southern University Department of Public Safety Internal Affairs, it will be formally compiled within a file, such file containing the sworn statement of the complainant and any supporting documents relating to the complaint (offense reports, supporting statements, etc.). This file will then be presented to the Captain. The Captain, after reviewing the compliant, will decide whether Internal Affairs will investigate the complaint or whether the complaint will be referred to the division for investigation by a supervisor. The Deputy Chief or his designee will receive notification of all complaints.

All complaints received by the Internal Affairs will be documented in a case file. The initial case file will contain the sworn affidavit of the complainant and any other supporting documents. Copies of the documented complaint will be made and the original documentation will be kept in a secured file. The Deputy Chief or his designee will be kept advised of any new initiated complaints and the status of ongoing investigations.

The Texas Southern University Department of Public Safety may also be listed as a complainant. This may occur when it comes to the attention of Internal Affairs that an employee may be engaged in conduct, which is criminal in nature or engaged in conduct, which is in direct violation

of the rules, regulations and procedures of the Texas Southern University Department of Public Safety. When this type of behavior is alleged to be occurring and there is no actual person who has brought forth the complaint, or when there is legitimate belief that a person with the information may fear retaliation, or is otherwise unavailable or is incapacitated, the Texas Southern University Department Public Safety itself may be listed as the complainant. When this occurs, the Captain of the employee engaged in the alleged conduct, the Deputy Chief, or the Chief may order Internal Affairs to open an investigation into this alleged activity.

A case assigned to Internal Affairs should be completed within ninety days (90) of assignment. The Deputy Chief or his designee will review on a monthly basis all cases assigned to Internal Affairs. An extension of the ninety days (90) will be granted upon the approval of the Chief of Police or the Deputy Chief.

## Employee Notification

When a complaint or allegations of misconduct is brought against an employee, verbal and written notification to the employee will be given advising him or her that they have become the subject of an Internal Affairs investigation. The written notification will include a written summary of the allegation(s) alleged against the employee, along with the employee's rights and responsibilities relative to the investigation.

If knowledge of a complaint or internal investigation would impede the investigation, notification of the employee may be withheld.

## Citizen Notification

After a citizen's complaint has been filed with the Texas Southern University Department of Public Safety, the complaining citizen will receive by mail a letter from Internal Affairs acknowledging the filing of the complaint along with the name of the investigator who has been assigned to investigate the complaint. If the complaint is assigned to the division for investigation, the letter will advise the citizen that the division is investigating the complaint along with the name of the Captain.

If the case is assigned to Internal Affairs for investigation the case will be reviewed every ninety days (90) to determine the status of the investigation. If an investigation takes more than ninety days (90), the citizen will be contacted to advise them of the status of the investigation and to let them know the investigation is still ongoing

Upon the conclusion of the investigation and the findings in regard to the complaint, the citizen will receive a letter by mail advising him/her as to the outcome of the investigation.

## Preinterrogation Procedures

If the complainant to an incident does not verify the complaint in an affidavit, an investigation may still be conducted. However, the employee cannot be required to respond to an interrogation.

Employees who are the subject of the following types of complaints may be required to respond to an interrogation.

     a.   When a peace officer is the complainant. (No affidavit is necessary).

     b.   If a third-party witness of police misconduct is a complainant.

If employees inquire, they must be told the identities of all investigators taking part in their interrogation. If the investigator or the employee intends to record the interrogation, prior notification must be given to the other party.

# Interrogation Procedures

## Supervisor's Presence

Accused employees have the option of having their immediate supervisor present during interrogations regarding investigations of non-criminal misconduct.

## Counsel's Presence

Accused employees are not permitted to have counsel present during an interview regarding an investigation of non-criminal misconduct.

Accused employees are permitted to have counsel present during an interrogation regarding an investigation of criminal conduct.

Investigators shall not threaten employees with punitive action during interrogations. Investigators may inform employees that failure to truthfully answer reasonable questions directly related to the investigation or failure to fully cooperate in the investigation may result in punitive action.

## Requirement to Answer Questions

Employees can be required to answer questions and are subject to discipline with measures up to and including indefinite suspension for refusal to answer questions. Any required statements may be used against employees in a disciplinary action or other civil proceeding. Employees may be required to provide a sworn statement regarding the investigation.

## Time, Place, and Length of Interrogations

Employees may be interrogated only during their normal duty hours, unless the Chief of Police determines the seriousness of the investigation requires interrogation at another time. If employees are interrogated during a time other than their normal duty hours, they shall receive overtime for that period. The Chief of Police shall not hold employees responsible for normal duty time missed because of their required participation in an investigation.

Employees shall not be interrogated at their home without their permission. The interrogation shall not be unreasonably long and provision must be made for physical necessities.

## Attorney General Letter

If a letter is sent to the Texas Attorney General, a copy shall be furnished to the employee under investigation at the time of the interrogation or at the time of issuance (if issued after the initial or subsequent interrogation).

## Photographs Taken of Employees

An employee can be required to be photographed to aid in conducting investigations in which the identity of the employee is in question or when it is necessary for comparison with other photographs. This could include the employee participating in a line-up for the investigation.

## Polygraph Examinations

The Chief of Police may order an employee to submit to a polygraph examination in compliance with state law.

## Submission to Examination

Employees can be required to submit to a medical or laboratory examination at the department's expense as part of an internal investigation.

## Additional Documentation

Employees can be required to disclose any item of his/her property, income, assets, source of income, debts, or personal or domestic expenditures (including those of any member of their family or household) if that information is necessary and material to the investigation, unless disclosure is prohibited by state or federal law.

## Disposition of Case

Supervisors shall prepare a written recommendation on all sustained investigations on employees under their supervision. Depending on the violation, the recommendation shall be forwarded through the offending employee's chain of command to at least the Deputy Chief.

After the Chief of Police receives the file of a completed investigation in which an allegation was sustained, the Chief of Police may:

    a.  Choose to sustain the allegation, impose the recommended discipline, or impose other disciplinary action.

    b.  Resubmit the file for further review and recommendations.

    c.  Return the case to the investigator for further investigation.

After the Deputy Chief receives the final recommended disposition signed by the Chief of Police, the Deputy Chief shall notify the employee of the disposition of the complaint in writing. The Deputy Chief must ensure the final disposition of the case is entered into the employee's permanent file.

If the recommended discipline is indefinite suspension, the Chief of Police shall have the affected employee relieved of duty by Deputy Chief. The Chief of Police shall allow a meeting with the affected employee. At the meeting, employees shall be allowed to state their case before the Chief of Police makes a final decision.

The Captain shall handle disciplinary suspensions. If employees are allowed to retain their TSUDPS identifications, badges, and hat shields, the suspension documentation shall instruct employees regarding any limitation of activities and use of credentials during the term of suspension. If employees are not allowed to retain their TSUDPS identification, badges, and hat shield, these items will be confiscated and safely stored at the Department.

## Progressive Discipline

The Texas Southern University Department of Public Safety values its employees and is committed to delivering fair and equitable treatment to them, including offering the best solutions to problems. Progressive discipline should be followed when a non-probationary employee fails to comply with the rules, procedures, and protocols that have been placed in the policy.

TSUDPS specifically retains the right to dismiss an employee without pursing progressive disciplinary procedures when it is determined that the employee's conduct or job performance warrants immediate dismissal. All formal discipline will be made a permanent part of the employee's personnel file.

    a.  **Oral Reprimand.** This is the least severe disciplinary action. The employee should clearly understand the gravity of the action and that the warning is disciplinary in nature. When presenting an oral reprimand, the supervisor should specifically point out the error or problem.

    b.  **Written Reprimand.** When the supervisor determines that an employee has failed to respond to an oral reprimand or has committed an infraction of sufficient severity to

warrant more severe disciplinary action, a written reprimand may be prepared and issued to the employee. To achieve its intended purpose or addressing and resolving issues of job-related conduct or job performance of employees, the written reprimand will, at a minimum:

- State explicitly the inappropriate job-related conduct or unacceptable job performance of the employee;

- Describe any previous efforts to make the employee aware of the need for a change in conduct or job performance pertinent to the situation or event;

- State precisely what corrective measures are expected, and within what time frame, if appropriate; and

- Specify the adverse personnel actions the employee may expect to take.

c. **Suspension without Pay.** An employee may be suspended without pay as a disciplinary measure for those causes that require more severe action than a written reprimand, but are not considered sufficiently serious to warrant dismissal from employment. Such suspensions may also be appropriate if the action of the employee would normally be cause for dismissal but mitigating circumstances are present which indicate that it is highly unlikely the employee would repeat the behavior.

d. **Suspension with Pay.** The employee is paid while suspended from regular duties. This type of suspension is used when an investigation needs to occur surrounding the circumstances of an alleged offense of violation of policy, and the continued presence of the employee alleged to have committed the offense is detrimental to operations.

e. **Transfer or Demotion.** The Chief of Police may transfer or demote an employee for disciplinary reasons because of work performance or job-related conduct that does not meet established standards.

- Demotion means a change in duty assignment to a position of lower rank. Such reduction in rank will normally be accompanied by a decrease in salary rate.

- Transfer means a reassignment and/or change in duty assignment to a position of similar rank.

f. **Termination.** Dismissal from employment or involuntary termination involves the discharge of an employee due to unsatisfactory job performance or misconduct.

## Relieved of Duty

The Chief of Police may relieve an employee of duty at any point during the course of a misconduct investigation, especially when allowing an employee to remain on duty may compromise the integrity of the department.

If any supervisor becomes aware of at situation requiring an employee be relieved of duty, the supervisor shall immediately contact the Deputy Chief. The Deputy Chief shall handle all cases in which an employee is relieved of duty and the Deputy Chief shall determine the course of action to be taken.

When the Deputy Chief places an employee on relieved-of-duty status, the Deputy Chief (and the employee when practical) shall sign a letter explaining what is expected of the employee. A copy shall be given to the employee.

The Deputy Chief shall take custody of the following items from the employee:

  a.   Official police identification

  b.   Badge and hat shield

  c.   Tiger card

  d.   Security identification

  e.   Any other items that are determined a security risk to the Department

The Deputy Chief shall notify the employee's supervisors of the relieved-of-duty status.

When an employee is relieved of duty, any leave requested by the employee must be approved by the Deputy Chief prior to being scheduled by the regular assigned division. In addition, the Deputy Chief shall be responsible for notifying the appropriate Human Resource Department employee of employees' relieved of duty status to ensure correct compensation and documentation of employment status.

## Return to Duty

Upon notification by the Chief of Police, the Deputy Chief shall formally reinstate an employee who is relieved of duty. The Deputy Chief receiving the information shall prepare a Return to Duty letter advising the affected employee of his or her status. The Deputy Chief shall return the employee's department issued property. A copy of the reinstatement letter shall be forwarded to the Captain and placed in the employee's permanent file.

## Records

The Texas Southern University Department of Public Safety will maintain a record of all complaints against the agency and its employees. All complaints against the agency and its employees originating through Internal Affairs will be kept in a secured area within Internal Affairs area. Access will be limited only to those personnel assigned to Internal Affairs and those individuals who are their supervisors within the chain of command.

The Deputy Chief or designee will complete an annual statistical summary of complaints which will be available to the public and Texas Southern University Department of Public Safety employees. This report is due on the last day of September and will be forwarded to the Chief of Police through the chain of command.

### Related Department Manual Policies and Reference Materials

- 100.09, **Supervision**
- 100.10, **Disciplinary Process**
- 200.01, **Keys, Passwords, and Person Identification Numbers**
- 200.13, **TSUDPS Badges and Identification Cards**
- 200.14, **Attendance**
- 200.17, **Discrimination, Harassment, and other Prohibited Conduct**
- 200.20, **Separation from Employment**
- 200.22, **Promotional Process**
- 200.27, **Employee Performance Evaluation**
- 200.36, **Workers' Compensation**
- 300.03, **Racial Profiling Prohibited**

- 300.05, **Handling and Transporting of Prisoners and Other Persons**
- 300.06, **Body Worn Camera**
- 300.12, **Response to Resistance**
- 300.16, **Carrying Concealed Firearms**
- 300.41, **Required Booking Information**
- 300.44, **Treatment of Prisoners, Suspects, and other Citizens**
- 400.04, **Employees Facing Legal Action**
- 400.05, **State Property**
- 400.13, **Use of Social Media and the Internet**
- 400.21, **Polygraph Examinations**
- 400.23, **Solicitation, Gifts, and Bribery**
- Texas Southern University Department of Public Safety Standard Operating Procedure, Internal Affairs
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.01 Complaint & Grievance Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.03 Discipline and Termination Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.14 Retaliation Policy

# Separation and Reinstatement

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

Employees separating from the Texas Southern Department of Public Safety shall follow the procedures listed in this policy. Former employees may be reinstated or rehired by the department if they are eligible as outlined in this policy.

## Definitions

**Indefinite Suspension.** Involuntary removal of an employee from employment with the department and Texas Southern University and after the probationary period.

**Medical Separation.** The non-punitive, non-disciplinary process or removing a recovering employee from a position of employment pursuant to Section 14–185 of the City of Houston Code of Ordinance or Section 143.1115 of Texas Local Government Code.

**Resignation.** Voluntary departure of an employee from employment with the department and Texas Southern University prior to retirement.

**Retirement.** The status of employees who have ended their employment with the department and Texas Southern University and who have completed the required number of years of service.

**Termination.** Involuntary removal of an employee from employment with the department and Texas Southern University during the probationary period.

## Checkout Procedure

All separating employees must follow the applicable checkout procedures as determined by the department.

All employees ending their employment with the department are required to return equipment provided by the department and Texas Southern University, specifically to the Department Equipment Control Officer.

The department shall conduct an exit survey with each resigning or retiring employee. The survey shall assess the employee's reason for separation. It shall also provide an opportunity for the employee to comment on department operations. The exit survey shall be voluntary.

## Resignation

When an employee of the Texas Southern University Department of Public Safety wishes to resign their employment, the procedures delineated below will be observed.

a. The employee will submit a letter of resignation to his/her immediate supervisor specifying the intent to resign and a specific date the resignation is to become effective. Provide as much notice as possible, however the TSUDPS requires a minimum two-week notice. The employee shall also forward a copy of the resignation letter to Texas Southern University Human Resources Department.

b. Upon receipt, the immediate supervisor shall promptly forward the resignation letter through his/her proper Chain of Command to the Chief of Police.

c. No later than the day the employee completes his/her last assigned shift, the Department Manual, Department uniforms, and all other state issued equipment not specifically

named, shall be turned into the Department Equipment Control Officer, Monday through Friday during normal business hours. The employee shall be given a receipt for all returned property.

d.   Failure to turn in all department and State issued equipment may delay receipt of the employee's final paycheck.

e.   After the employee has accounted for all issued equipment, he/she will be requested to complete an exit interview.

f.   The procedures as outlined above apply to all personnel regardless of rank or assignment.

## Retirement

When an employee of the Texas Southern University of Public Safety becomes eligible for retirement, the procedures delineated below will be observed.

a.   It will be the responsibility of the individual employee to contact Texas Southern University Human Resources Department to confirm their true retirement eligibility status. Prior to the employee's retirement date, he/she should make an appointment with that office to sign proper retirement paperwork.

b.   The employee will submit a letter of retirement to his/her immediate supervisor specifying the intent to retire and a specific date the retirement is to become effective. Provide as much notice as possible, however, the department requires a minimum two-week notice. The employee shall also forward a copy of the retirement paperwork to Texas Southern University Human Resources Department.

c   Upon receipt, the immediate supervisor shall promptly forward the retirement letter through his/her proper Chain of Command to the Chief of Police.

d.   If a retirement ceremony is planned, the employee's supervisor shall request through the chain of Command to the Chief of Police to retrieve a retirement badge and identification card prior to the ceremony.

e.   No later than the day after the employee completes his/her last assigned shift, the Department Manual, Texas Southern University Department of public Safety uniforms, and all other department and University issued equipment not specifically named, shall be turned in to the department Equipment Control Officer. The employee shall be given a receipt for all returned property. Failure to turn in all department and State issued equipment may delay receipt of the employee's final paycheck.

f.   Employee(s) will be expected to reimburse the Department and University for lost or unaccounted for department and University issued equipment. Lost or stolen equipment must be reported by the employee and a copy of the police report turned over to the Department Equipment Control Officer.

g.   After the employee has accounted for all issued equipment he/she will be requested to complete an exit interview.

h.   The procedures as outlined above apply to all personnel regardless of rank or assignment.

## Medical Separation

Employees medically separating from the department shall follow the same procedures as listed above for resignation. The appropriate paperwork should be filed with the department. All

department and University issued equipment shall be turned into the Department Equipment Control Officer.

## Indefinite Suspension or Termination

An employee whose employment is terminated will be discharged in accordance with the TSUDPS and Texas Southern University procedures. Employees should refer to Department Manual 200.19, Investigation of **Employee Misconduct** and 100.10, **Disciplinary Process** for additional details. All department and University issued equipment shall be turned into the Department Equipment Control Officer.

## Death of Active Employee

When the death of an active employee of the Texas Southern University Department of Public Safety occurs, questions regarding checkout procedures should be directed to the Captain. Any questions regarding benefits should be directed to the Human Resources Department.

## Leave of Absence

When an employee of the Texas Southern University Department of Public Safety is requesting a leave of Absence, he/she shall refer to the Texas Southern University Manual of Administrative Policies and Procedures (MAPPS) 02.03.04 Leave of Absence Policy.

a. In addition, the employee will submit a letter requesting a leave from employment to his/her immediate supervisor specifying the effective leave date and the anticipated return date as well the circumstances which relate to the employee's situation. Provide as much notice as possible, however the Department requires a minimum two week notice on a non-emergency basis.

b. Upon receipt, the immediate supervisor shall promptly forward the request for Leave from employment through his/her proper chain of command to the Chief of Police. The Chief will approve or disapprove the request.

c. If the request for leave from employment exceeds ten (10) consecutive days, than the day after the employee completes his/her last assigned shift before commencing leave, the Department Manual, Texas Southern University Department of Public Safety uniforms, badge, identification cards, and all other Department issued equipment not specifically named, shall be turned into the Equipment Control Officer. The employee will be given a receipt for all returned property. An exemption can be authorized by the Chief of Police.

d. Employee(s) will be expected to reimburse the department and University for lost or unaccounted for department/University issued equipment. Lost or stolen equipment must be reported by the employee and a copy of the police report turned over to the Equipment Control Officer.

e. To return to duty, the employee must submit a written request to the Deputy Chief, stating the exact date of return. The request should be received in his/her office at least two weeks prior to the date of return. Failure to do so could alter or permanently suspend a return to active status.

f. If the employee is on inactive duty for more than fifteen days (120 hours), regardless of the reason, he/she will be requested to submit to substance abuse testing and successfully demonstrate proficiency for the active position held by the employee before he/she will be allowed to return to duty. The proficiency testing will be coordinated through the Deputy Chief and the Department Training Coordinator. The employee will be required to

successfully past the Firearms proficiency testing, if the employee is unsuccessfully after three (3) attempts the employee will be terminated. An exemption can be authorized by the Chief of Police.

When an employee of the Texas Southern University Department of Public Safety is requesting a Military Leave of Absence, he/she shall refer to the Texas Southern University Manual of Administrative Policies and Procedures (MAPPS) Policy 02.03.04 Leave of Absence Policy.

g.  In addition, the employee will submit a letter requesting military leave from employment to his/her immediate supervisor specifying the effective leave date and the anticipated return date and a copy of the military orders. Provide as much notice as possible, however the department requires a minimum two-week notice on a non-emergency basis.

h.  Upon receipt, the immediate supervisor shall promptly forward the request for military leave through his/her proper chain of command to the Chief of Police.

i.  If the military leave is for a period longer that exceeds more than ten (10) consecutive days, than the day after the employee completes his/her last assigned shift before commencing leave, the Department Manual, Texas Southern University Department of Public Safety uniforms, badge, identification cards, and all other department issued equipment not specifically named, shall be turned into the Equipment Control Officer. The employee will be given a receipt for all returned property. An exemption can be authorized by the Chief of Police.

j.  Employee(s) will be expected to reimburse the Department and University for lost or unaccounted for department and University issued equipment. Lost or stolen equipment must be reported by the employee and a copy of the police report turned over to the Equipment Control Officer.

k.  If returning to active duty from an extended military leave (e.g., extended tour due to partial or total mobilization of the reserve components of the armed forces of the United States), the employee must submit a written request to the Deputy Chief stating the exact date of return. The request should be received in the office of the Deputy Chief at least two-weeks prior to the date of return. Failure to do so could alter or permanently suspend a return to active status.

l.  If the employee is on inactive duty for more than fifteen days (120 hours), regardless of the reason, he/she will be requested to submit to substance abuse testing and successfully demonstrate proficiency for the active position last held by the employee before he/she will be allowed to return to duty. The proficiency testing will be coordinated through the Deputy Chief and the Department Training Coordinator. The employee will be required to successfully past the Firearms proficiency testing, if the employee is unsuccessfully after three (3) attempts the employee will be terminated. An exemption can be authorized by the Chief of Police.

m.  If nearing the end of the allotted leave expiration date, and the employee is not prepared to return to duty, the employee must submit in writing the following:

  •  Request for an extension of the current leave, specifying the beginning and ending date. This request must be submitted to the Deputy Chief; and

  •  Submit a letter of resignation to his/her supervisor with a copy to the Deputy Chief.

When an employee of the Texas Southern University Department of Public Safety is requesting a Family Leave of Absence, he/she shall refer to the Texas Southern University Manual of Administrative Policies and Procedures (MAPPS) policy 02.03.04 Leave of Absence Policy.

n.   In addition, the employee will submit a letter requesting Family Leave of Absence to his/her immediate supervisor specifying the effective leave date and the anticipated return date. Provide as much notice as possible, however the Department requires a minimum thirty (30) day notice on a non-emergency basis.

o.   Upon approval of the request for Family Leave, and no later than the last day after completing his/her assigned shift, the employee will turn in his/her Department Manual, Texas Southern University Department of Public Safety uniforms, badge, identification cards, and all other Department issued equipment not specifically named, shall be turned into the Equipment Control Officer. The employee will be given a receipt for all returned property. An exemption can be authorized by the Chief of Police.

p.   Employee(s) will be expected to reimburse the Department and University for lost or unaccounted for Department and University issued equipment. Lost or stolen equipment must be reported by the employee and a copy of the police report turned over to the Equipment Control Officer.

q.   When returning to duty from Family Leave, the employee must submit a written request to the Deputy Chief stating the exact date of return. The request should be received in the office of the Deputy Chief at least two weeks prior to the date of return. Failure to do so could alter or permanently suspend a return to active status.

r.   If the employee is on inactive duty for more than fifteen days (120 hours), regardless of the reason, he/she will be requested to submit to substance abuse testing and to successfully demonstrate proficiency for the active position last held by the employee before he/she will be allowed to return to duty. The proficiency testing will be coordinated through the Deputy Chief of Police and the Department Training Coordinator. The employee will be required to successfully past the Firearms proficiency testing, if the employee is unsuccessfully after three (3) attempts the employee will be terminated. An exemption can be authorized by the Chief of Police.

s.   If nearing the end of the allotted leave expiration date, and the employee is not prepared to return to duty, the employee must submit in writing the following:

  •  Request for an extension of the current leave, specifying the beginning and the ending date. This request must be submitted to the Deputy Chief; and

  •  Submit a letter of resignation to his/her supervisor with a copy to the Deputy Chief.

## Workers' Compensation Leave

When an employee of the Texas Southern University Department of Public Safety is covered under provisions of the Texas Workers' Compensation Act, he/she shall refer to the Texas Southern University Manual of Administrative Policies and Procedures (MAPPS) policy 02.03.04 Leave of Absence Policy.

a.   In addition, the employee will submit a letter to his/her immediate supervisor specifying the effective approved Workers' Compensation date and the anticipated return date.

b.   Upon approval of Workers' Compensation, and no later than three (3) days after approval, the employee will make arrangements with his/her immediate supervisor to turn in his/her Department Manual, Texas Southern University Department of Public Safety uniforms, badge, identification cards, and all other department issued equipment not specifically named, shall be turned into the Equipment Control Officer. The employee will be given a receipt for all returned property. An exemption can be authorized by the Chief of Police.

c. When returning to duty from Workers' Compensation, the employee must submit a written request to the Deputy Chief stating the exact date of return. The request should be received in the office of the Deputy Chief at least two weeks prior to the date of return. Failure to do so could alter or permanently suspend a return to active status.

d. If the employee is on inactive duty for more than fifteen days (120 hours), regardless of the reason, he/she will be requested to submit to substance abuse testing and successfully demonstrate proficiency for the active position last held by the employee before he/she will be allowed to return to duty. The proficiency testing will be coordinated through the Deputy Chief and the Department Training Coordinator. The employee will be required to successfully past the firearms proficiency testing, if the employee is unsuccessful after three (3) attempts the employee will be terminated. An exemption can be authorized by the Chief of Police.

# Reinstatement of Former Texas Southern University Department of Public Safety

## Officers

Any former TSUDPS officer who voluntarily resigned from the department for personal reasons may reapply. Former TSUDPS officers requesting to be reinstated must meet all the same selection criteria as entry-level police officers and must successfully complete the entire recruiting process.

Former TSUDPS officers who were medically separated or terminated, or who resigned in lieu of termination, are not eligible for rehire without written approval from the Chief of Police.

If more than two years have lapsed since a former TSUDPS officer was employed as a licensed peace officer by any agency, the former officer shall pass the Texas Commission on Law Enforcement (TCOLE) reactivation exam.

In addition, if a former TSUDPS officer is favorably considered for reinstatement, the following training guidelines apply:

a. When less than one year has lapsed between the date of resignation and the date of reinstatement, former TSUDPS officers who have completed their probationary period and are seeking reinstatement, may return directly to the patrol division unless otherwise directed by the Chief of Police.

Such officers to complete any field training program provided the program was completed during the initial tenure of duty. However, the officers may be required to:

- Qualify with an approved primary weapon before reporting to their first assignment.

- Complete a brief orientation.

- Have their performance monitored by either a field training officer or a supervisor.

b. Any former TSUDPS officers seeking reinstatement and who has been away from the department for at least one year but less than three years from the date of resignation to the date of reinstatement shall:

- Complete a modified field training program.

- Qualify with an approved primary weapon before reporting to an assignment.

c. Former TSUDPS officers who have been away from the department for at least three years but less than five years from the date of resignation to the date of reinstatement shall be required to complete a modified field training program and any other additional training the department requires.

d. Former TSUDPS officers who have been away from the department for five years or more from the date of resignation to the date of reinstatement shall be required to complete the entire field training program and any other additional training the department requires.

## Rehire of Department Employees To A Civilian Position

Any former classified or civilian employee applying for rehire as a Texas Southern University employee for a civilian position in the Texas Southern University Department of Public Safety must follow the Texas Southern University guidelines for applying for a position and meet the selection criteria. Former TSUDPS employees are not eligible for rehire to a civilian position if there is a "no hire" letter in their personnel file, they were terminated or indefinitely suspended, or they resigned in lieu of termination or indefinite suspension.

**Related Department Manual Policies and Reference Material**

- 100.10, **Disciplinary Process**
- 200.14, **Attendance**
- 200.15, **Job Abandonment**
- 200.19, **Investigation of Employee Misconduct**
- 300.01, **Firearms and Qualification**
- City of Houston Code of Ordinances, Section 14-185
- Texas Local Government Code, Section 143.1115
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.03.04 Leave of Absence Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.03 Discipline and Termination Policy

# Commendations, Employee Awards, and Nominations

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The department honors employees who provide exception service to the department or the public at large.

This Department Manual Policy applies to all employees.

## Commendable Actions

a. Commendable incident reports shall be generated from meritorious actions of an employee. Outstanding execution of difficult or dangerous duty or assignments by an employee shall be made the subject of a commendable incident report, which is to be originated by the employee's immediate supervisor.

b. The supervisor shall give the original copy of the report to the employee being commended, and one copy of the report shall be forwarded to the next highest supervisor in the employee's immediate chain of command.

c. Each supervisor in the employee's immediate chain of command shall, in turn note on the report whether he/she concurs or does not concur with the report and then sign and date the report. Following the endorsement by the Captain, the report shall be forwarded to the Deputy Chief.

d. The Deputy Chief shall evaluate the report and recommend to the Chief of Police whether or not an official commendation is in order. If the Chief of Police determines that an official commendation is appropriate, it shall be prepared and addressed to the employee under the signature of the Chief of Police and a copy shall become a part of the employee's permanent personnel file.

e. If a report, in the opinion of the Deputy Chief and/or Chief of Police, does not warrant the preparation of an official commendation, the report shall be forwarded to the employee's permanent personnel files.

## Employee Awards

### Purpose

This directive prescribes the criteria that shall govern the eligibility of a Texas Southern University Department of Public Safety employee as the recipient of an award bestowed by an outside agency or organization, and the procedures for submitting such nominations. It is the intent of the Texas Southern University Department of Public Safety to submit to the agency or organization bestowing the award an array of nominees from which the agency or organization may make its final selection of the award recipient.

### Primary Criteria

Nomination of an employee for an award shall be predicated on achievement of any one of the following:

a   Significant and commendable action(s) performed in the line of duty.

b.  Outstanding performance of duty, documented by:

- The creation of innovative methods or procedures which enhance the Texas Southern University Department of Public Safety efficiency, or
- Exemplary solution of an unusual and/or difficult problem(s), event(s), or case(s)

c.  Significant contribution(s) to the community through off-duty participation in civic or service organizations, or community events.

d.  Unusual deeds accorded to citizens that bring honor to the Texas Southern University Department of Public Safety and to the law enforcement profession.

## Secondary Criteria

In the event a sufficient number of primary criteria nominations does not exist from which the agency or organization bestowing the award may have a choice of selecting recipients, a nomination may be based on a combination of any of any of the following:

a.  Consistent and continuing self-improvement efforts, demonstrated through:

- Off duty enrollment in training programs designed to improve proficiency and efficiency in performance of duty; and/or
- Outstanding record of attendance over a significant period of time; and/or
- Significant number and nature of letters of commendation received from citizens and/or other law enforcement agencies; and/or
- Outstanding driving record sustained over a significant period of time.

## Negative Considerations

Factors, which may negate the eventual nomination of an employee for an award, are:

- Letter of Reprimand issued, or disciplinary sanction imposed, during the calendar year in which the nomination is made; and/or
- Record of any grade below Average on a Personnel Evaluation Report during the calendar year in which the nomination is made; and/or
- A record of poor attendance during the calendar year in which the nomination is made; and/or
- A sustained record of poor driving during the calendar year in which the nomination is made.

## Types of Awards

- Medal of Honor
- Medal of Valor
- Purple Heart Medal
- Commendation Bar
- Chief's Letter of Recognition
- Senior Officer Bar
- Service Award Bar

## Procedure For Submitting Nominations

a.  Any employee within the Texas Southern University Department of Public Safety may initiate a nomination for an award. At any time an employee may achieve any one of the primary criteria established for an award. Such nominations shall be forwarded through the chain of command (with pertinent comment or recommendation by each succeeding supervisor) to the Captain.

b. Each nomination, to be acceptable, must contain concise and explicit justification that meets the criteria established for an award.

c. The Captain shall have the responsibility to continuously encourage the submission of any nomination for awards from supervisors under their command. It is anticipated that nominations may be received on a continuing basis.

d. At such times as nominations for an award may be solicited by an outside agency or organization, the Chief of Police shall direct the Captain to forward all nominations that are contained in the award files.

e. If a sufficient number of nominations based on primary criteria does not exist at the time the Chief of Police directs that nominations be forwarded, the Chief of Police may solicit additional nominations from the Captain based on secondary criteria.

f. Following receipt of nominations from the Captain, the Chief of Police shall provide a list of all nominees to the Deputy Chief for the express purpose of determining whether or not a negative consideration exists for any nominee which is sufficient to withhold the nomination.

g. All nominations which are processed through the Captain and approved by the Chief of Police shall be forwarded to the outside agency or organization making the award in accordance with its deadline for receipt of nominations.

**Related Reference Material**
- Texas Southern University Department of Public Safety Standard Operating Procedure, Procedures for issuance of Awards and Commendations

# Promotional Process

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The policy of the Texas Southern University Department of Public Safety is to promote qualified individuals in order to adequately support, supervise, and maintain the integrity of the department and the University.

## Procedures

To be eligible for promotion the following prerequisites must be followed for each position.

### Security Officer Supervisor

Eligible candidates for the position of security officer supervisor includes non-certified peace officer personnel, who meet the following requirements.

    a. Must have a minimum of thirty-six (36) months employment with the Texas Southern University Department of Public Safety as a security officer prior to the first day of the month in which the promotional eligibility list becomes effective or a total of (96) months security experience.

    b. Must have excellent verbal, writing, and communication skills.

    c. Must be knowledgeable of department policies and procedures, as well as University Manual of Administration Policies and Procedures.

    d. Must be willing and have the ability to speak at large and small forums on behalf of the Department.

    e. Must be proficient in the utilization of Microsoft word, Harris County Communication System, and the University computer system.

    f. Must be available to work various shifts and weekends.

### Sergeant

Eligible candidates for the position of Sergeant must be sworn peace officers, who meet the following requirements.

    a. Must be licensed by the Texas Commission on Law Enforcement as a peace officer.

    b. Must have a minimum of twenty-four (24) months employment with the Texas Southern University Department of Public Safety as a peace officer prior to the first day of the month in which the promotional eligibility list becomes effective; or must have a minimum of forty-eight (48) months combined law enforcement experience as a peace officer.

    c. Must be presently serving in a Rank below that of Sergeant.

    d. Must have an average or above personnel evaluation for the last reporting period previous to the promotional examination.

    e. Must not have been under any disciplinary action within the last twelve (12) months prior to the date of the examination.

    f. Must be available to work various shifts and weekends.

    g. Must have working knowledge of law enforcement methods, techniques, practices, equipment and procedures.

h. Must have college or an Associate Degree (A.A), and/or vocational or technical school, and/or specialized training or certification in area of law enforcement supervision.

i. Must have an average or above personnel evaluation for the last reporting period previous to the promotional examination.

j. Must be knowledgeable of department policies and procedures, as well as University Manual of Administration Policies and Procedures.

k. Must be able to read, correct, and review reports.

## Lieutenant

Eligible candidate for the position of Lieutenant must be sworn peace officers, who meet the following requirements:

a. Must be licensed by the Texas Commission on Law Enforcement as a peace officer.

b. Must have a minimum of forty-eight (48) months employment with the Texas Southern University Department of Public Safety as a peace officer prior to the first day of the month in which the promotional eligibility list becomes effective; or have served a minimum of sixty (60) months of combined experience, to include one (1) year of experience at the rank of sergeant.

c. Must have working knowledge of law enforcement methods, techniques, practices, equipment, and procedures.

d. Must have college or an Associate Degree (A.A), and/or vocational or technical school, and/or specialized training or certification in area of law enforcement supervision.

e. Must have an average or above personnel evaluation for the last reporting period previous to the promotional examination.

f. Must not have been under any disciplinary action within the last twelve (12) months prior to the date of the examination.

g. Must have an Advance Peace Officer Certificate.

h. Must have excellent verbal and written communication skills.

i. Must have experience in conducting criminal and personnel background investigations.

j. Must be knowledgeable of department policies and procedures, as well as University Manual of Administration Policies and Procedures.

k. Must be available to work various shifts and weekends.

## Procedures For Selection

a. The Texas Southern University Department of Safety will distribute a list of promotional study material by the first working day of June to be used for the written examinations to be administered in July of every year or month designated by the Chief of Police. The Chief of Police or her/his designee will maintain all promotional materials and access will be limited to her/his designee.

b. Each eligible employee desiring to take a promotional test shall submit a "Letter of Intent" to the Deputy Chief or his/her designee no later than the designated date of the calendar year, and month in which the test is being administered.

c. The Texas Southern University Department of Public Safety will conduct a promotional selection process at any other time as may be deemed necessary by the Texas Southern

University Department of Public Safety Chief of Police, for the purpose of maintaining an eligibility list of candidates qualified for promotion.

d.  Notification as to the location, date, and time for the promotional selection process to be administered will be posted on the second floor of General Service Building, suite 205, the East Garage–DPS, and the West Garage–DPS Parking Enforcement.

## Promotional Selection Process

### Written Examination

a.  A written examination will be administered which may include, but not be limited to, questions pertaining to law enforcement practices and procedures, criminal and applicable University Manual of Administration Policies and Procedures, supervisory principles, and departmental policies and procedures.

b.  The written examination shall be administered by the Texas Southern University Department of Public Safety at the location, date, and time designated in the announcement.

c.  The written examination requires a minimum score of 70 based upon a total score of 100 points in order for the candidate to be eligible to proceed to the oral interview or assessment phase of the promotional selection process.

### Oral Interview and Assessment Center

a.  To determine eligibility for candidates to proceed to the oral interview phase for the ranks of sergeant and lieutenant, the Deputy Chief will combine the written examination score, years of service credit, and TCOLE licensure points, to determine each candidate's preliminary score.

b.  The oral interview or assessment center will commence at the location, date, and time designated in the official Department announcement to those candidates who successfully passed the written examination.

c.  A Board of Examiners and alternates or panel of assessors shall be appointed by the Texas Southern University Department of Public Safety Chief of Police.

d.  The Board of Examiners shall assess each candidate appearing before them a numerical rating based upon his/her problem-solving ability, communication skills, and presentation. The panel of assessors shall examine each candidate based upon selected critical work factors or dimensions.

e.  Upon completion of each review board, the Deputy Chief will add each candidate's oral interview score to his/her primary score to give each candidate his/her cumulative score.

### Service Credit Computation

a.  The Department Training Coordinator will make available to the Deputy Chief each candidates Law Enforcement years of service.

b.  Candidates will receive one (1) point per year of creditable law enforcement service, not to exceed fifteen (15) years of service.

### TCOLE Licensure Credit

a.  The Department Training Coordinator will verify with TCOLE the current license status of each candidate.

b. License requirements must be met prior to the first day of the month in which the promotional eligibility list becomes effective. Candidates shall provide the Deputy Chief proof of required licensure prior to the posting of the promotional eligibility list.

## Computation of Promotional Selection Scoring

The Texas Southern University Department of Public Safety Chief of Police will determine an eligibility score for promotion.

### Points

| | | |
|---|---|---|
| a. | Written Exam Score (70-100 points) | 100 |
| b. | Oral Interview | 20 |
| c. | Law Enforcement Credit (1 point/year up to maximum of 15 years) | 15 |
| d. | TCOLE License (5 points/level: Intermediate, Advanced; Master) | 15 |
| e. | Service Credit for Security Officers (1 point/year up to maximum of 15 years) | 15 |

### Eligibility Test

a. Candidates will be ranked on an eligibility list, in descending order based upon the total cumulative score. Ties on the list for candidates will be decided by the candidate with the most creditable months of service with the Texas Southern University Department of Public Safety.

b. Eligibility lists shall be posted on the effective date designated by the Texas Southern University Department of Public Safety Chief of Police. All such lists shall specify the dates upon which the lists go into effect and the expiration date.

c. Upon completion of the Deputy Chief's review he will add each candidate's oral interview score to his/her preliminary score to give each candidate his/her total cumulative score.

d. The eligibility list will be formed based on the total scores of the candidates interviewed.

e. Reasons for Removal from the eligibility list shall be:

- Promotion
- Declining Promotion
- Resignation or Termination from the Department
- Disciplinary Reasons
- Voluntary request of employee
- Expiration of the list

f. Any employee on Leave of Absence, or Worker Compensation, with the exception of approved FMLA, are not eligible to take the promotional examination. Employee(s) who are on FMLA, and eligible to take the promotional examination, will not be eligible for promotion until he/she returns to active duty.

### Promotion

a. The Texas Southern University Department of Public Safety Chief of Police shall select from the appropriate promotional list a candidate from the top three ranked employees on the list.

b. Any candidate passed over two successive times on the current eligibility list shall have the right to appeal to the Texas Southern University Department of Public Safety Chief of Police.

c.   If the passed over candidate is successful, the candidate shall automatically receive the next promotion when a vacancy to that rank may occur.

d.   If the passed over candidate is unsuccessful, the candidate shall be removed from the appropriate eligibility list.

## Related Department Manual Policies

- 100.10, **Disciplinary Process**
- 100.13, **Oath of Office and Promotional Oath**
- 200.08, **Work Hours**
- 200.19, **Investigation of Employee Misconduct**
- 200.27, **Employee Performance Evaluation**

# Falsification of Records

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

Any employee who submits false, fraudulent, or misleading employment information, employee activity report, statement of facts, affidavit of any type, or documentation supporting absence(s) or overtime shall be subject to disciplinary action which may include termination.

# Extra Employment

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

   The policy of the Texas Southern University Department of Public Safety allows employees to hold extra employment when off-duty with specific conditions and restrictions. The extra employment must not interfere with an employee's performance of his official duties as an employee of Texas Southern University Department of Public Safety or cause conflicts of interest between the Department and extra employment. It is the purpose of this policy to set forth guidelines, conditions, and restrictions relating to extra employment.

   While engaged in extra employment, employees must comply with all rules, regulations, policies, and procedures set forth by the Texas Southern University Department of Public Safety, including but not limited to, the Department Manual, any Division Procedural Manual, and any applicable Texas Southern University Department of Public Safety Memorandum or Executive Order.

   Officers working extra employment must enforce and abide by all laws including county, state, and federal.

   The policy applies to all employees.

## Definitions

**After-hours club.** Any club that has extended hours beyond 2 a.m.

**Alcohol Beverage Establishment.** Any place at which the primary purpose is the sale of alcohol or 51 percent or more of its income is from the sale of alcoholic beverages for on premise consumption. This also includes rental or temporary facilities where alcoholic beverages are sold, served, or consumed.

**Business.** The term *business* means the owner, manager, or any person in control of the establishment, the physical location of the building, and all surrounding property related to the establishment (this includes the parking lot and any traffic control location that leads directly into the business). Businesses that share the same parking lot and are clearly operating independently are to be treated as separate extra employment.

**Eight Liners.** Illegal gambling devices as defined by the Texas Supreme Court.

**Escort of Convenience.** An escort conducted by a police officer either by vehicle or motorcycle with emergency equipment in use where no emergency exits (e.g., escorting sports teams, wedding parties, or corporate executives). Escorting funerals or oversized loads are not considered escorts of convenience.

**Extra Employment (extra job).** Any employment for a person or entity other than the Texas Southern University Department of Public Safety for which compensation is received, this also includes self-employment (this includes police related extra employment and non-police related extra employment). Extra employment also includes time volunteered without compensation, if the service provided includes police related work.

**Extra Employment Hours.** Time spent on extra employment.

**House Rules.** Rules of the extra employment employer that are not specifically authorized by state or federal law or city ordinance.

**Officer Coordinator.** Liaison between the employer and other officers. If the officer has administrative duties (including coordination with other officers) in addition to his/her regular duties for the employer, he/she may list himself/herself as a coordinator on his/her extra employment application. The coordinator will coordinate the job but will not have supervisory responsibilities unless he/she is the highest-ranking officer at the location.

**Permanent Extra Employment.** Extra employment lasting more than 1 week.

**Rave.** A large organized dance club type event promoted for young people. The typical age of participants is from 16 to 21 years old and a crowd can easily exceed one thousand participants. A rave generally does not open until midnight and is open well beyond the typical 2 a.m. closing time.

**Temporary extra employment.** Extra employment lasting one week in duration or less (an ending date must be included on the extra job request form).

## Duty To Respond and Offense Reports

When an officer is working extra employment and becomes aware of a reportable incident at that location, that officer is responsible for preparing the incident report or assisting the responding agency who has jurisdiction. Unless exigent circumstances exist, incident report will be completed by the end of the extra employment duty hours. An officer may be required to provide an account of the circumstances that prevented the officer from meeting this requirement. Extra employment incident reports will not be completed during regular duty hours unless authorized leave is taken.

Any employee who is involved in, or is aware of, an incident arising from extra employment which might adversely affect the Texas Southern University Department of Public Safety, and could require investigation or review, shall report such incident in writing to the on duty supervisor within twenty-four (24) hours.

If an arrest is made and transportation is required, the arresting officer will provide the necessary booking information to the on-duty officer who will then transport the prisoner and file all appropriate charges.

If an officer working extra employment is informed of an incident occurring at a location other than that of the extra employment, the officer will inform the appropriate dispatcher and request an on-duty unit to be assigned to investigate. Officers working extra employment will make a supplement report if they collect physical evidence, receive information about or from a suspect, or interview a complainant or witness.

Supplemental reports will be completed during the hours of extra employment or immediately following the extra employment. Extra employment supplemental reports will not be completed during regular duty hours unless authorized leave is taken.

## Racial Profiling

Officers while working extra employment are governed by the same rules and guidelines concerning racial profiling as if they were on duty (e.g., adequate field notes and racial profiling information should be entered into the system).

When racial profiling data is collected at extra employment, but no incident report is required (e.g., issuing a ticket), the racial profiling data will be entered into the department's computer before the officer's next regular duty shift. Extra employment racial profiling data will not be completed during regular duty hours unless authorized leave is taken.

Officers will not be compensated by the department for the time required to enter racial profiling data generated in an extra employment setting.

## Application Process

Supervisory approval is not required to submit any extra employment application. All employees shall complete the Texas Southern University Department of Public Safety Extra Employment Form and turn it into the Captain. The Captain will investigate all extra employment applications.

Employees working extra employment for a company with multiple locations (e.g., grocery stores, fast food restaurants, and banks) will complete only one application and list all locations where duties will be performed, provided the same locations are owned by the same person or entity. If a company is an owner franchise business, employees must fill out separate applications for each location that has a different owner.

Permanent extra employment shall remain in effect for one (1) year and must be renewed within the employees' birth month. It is the employee's responsibility to submit a new application by the fifteenth (15) day of their birth month. If an application for permanent extra employment is submitted during any month other than the employee's birth month, the permit must be renewed during the employee's subsequent birth month, regardless of the time elapsed since the original application was made.

Whenever an extra employment location, number of hours and/ or days worked change, the Captain shall be notified. Any changes shall be submitted on an application form. However, this does not apply to an officer that works for an employer that has special events, (e.g., NRG, Minute Maid, Toyota Center, etc.)

The officer will apply for one (1) application form that will cover that specific employer. The coordinator or highest-ranking supervisor shall submit a roster to the Captain upon completion of each event that provides the following information:

- Officers' full name and ranks; and
- Dates worked; and
- Hours of the day worked; and
- Total number of hours worked.

When permanent extra employment is terminated, the employee shall write the word "TERMINATED" and the date of termination on the face of a resubmitted application form.

Employees must complete all necessary training and prerequisites when an extra employment requires such preparation (e.g., traffic control training, bicycle training, TCOLE approved police motorcycle operator course).

### Classified Employees

If the Captain determines the number of officers or supervisors needed to work a location or an event is insufficient to ensure both officer and public safety, the Captain will stipulate how many officers and supervisors should be present. The application will be denied if the number of officers or supervisors is not adjusted to meet the Captain's stipulation.

### Civilian Employees

Civilian employees may work only non-police-related extra employment. Civilian employees will not display, wear, or utilize any portion of department issued uniforms, jackets, hats, caps, or equipment at an extra employment site.

Civilian employees working extra employment will notify the dispatcher of any reported or observed criminal activity.

**Supervisor's Responsibility**

All supervisors will be held accountable for monitoring the categories and hours of extra employment worked by employees under their direct supervision by reviewing each employee's extra employment application for compliance with department policy.

## Revocation of Permits/Privileges

### Permits

The Captain will temporarily suspend any extra employment permit in which an element of the extra employment violates department policy. The Captain will document the reasons for suspending the extra employment and forward the letter to the Chief of Police.

Supervisors have the authority to immediately suspend (temporarily) an extra employment permit of an officer who may be in violation of department policy, city ordinance, or any law. Any temporarily suspended permits will be immediately report to the Captain.

Any employee regardless of rank who becomes aware of infractions of this policy or other inappropriate circumstances involving extra employment, will immediately notify the Captain. Employees will also adhere to the requirements of reporting employee misconduct set out in Department Manual 200.19, **Investigation of Employee Misconduct**.

A supervisor may recommend an extra employment permit be revoked if it is found the extra employment is interfering with the employee's regular duties. The supervisor will document the justification for permit revocation in correspondence to the Captain. A copy of this correspondence should be forwarded to the Deputy Chief. The supervisor temporarily suspending the permit will provide a copy to the affected employee.

Anytime the Captain is notified of infractions at an extra employment site or receives a recommendation for revocation of extra employment, the Captain will investigate the extra employment. If it is determined the permit should be revoked, the Captain will revoke the permit and notify the affected employee.

An employee whose extra employment application is denied, or whose permit is revoked, may appeal the action, in writing, to the Deputy Chief within ten (10) working days of the date of revocation or denial. The decision of the Deputy Chief is final.

The Chief of Police may revoke an extra employment permit without any right of appeal. When the Chief of Police revokes a permit, the Captain will send notice to the affected employee and the employee's immediate supervisor.

### Privileges

When an employee's extra employment privileges have been revoked for more than 90 calendar days, the Captain may make a written request to the Chief of Police on behalf of the employee for reinstatement of extra employment privileges after the 90th day of the revocation period.

The Captain should make such requests only when an employee's performance is at or near the top of employee's division or unit productivity standards. All recommendations from the Captain require written concurrence or opposition from the Deputy Chief.

In the event that the Deputy Chief elects to reinstate an employee's extra employment privileges, the employee's immediate supervisor, lieutenant, and Captain will review the employee's productivity every 90 days until the revocation period has expired.

Each 90-day review will be forwarded to the Chief of Police through the chain of command.

## Limitations

It is possible for an employee to agree to work an extra employment without having all the facts of the job related to them, or situations may occur after an agreement to work has been made and approved (e.g., a night club turns into a rave event). If any of the following restrictions occurs or become known to the employee, the employee will immediately resign from the extra employment and contact the Captain with the details.

Extra Employment permits will not be approved or will be revoked if:

a.   Maximum extra employment hours are exceeded per day/week.

b.   The officer fails to qualify with his/her on-duty weapon according TCOLE standards.

c.   The officer has fails to meet the requisite training or qualification set forth in this policy.

d.   A portion of the extra employment occurs during the employee's scheduled duty hours and no authorized leave is being taken.

e.   As a normal practice to working permanent extra employment, the employee makes shift adjustments, takes authorized leave, or creates a pattern of taking leave.

f.   Any employee (sworn or non-sworn) who has been suspended, relieved of duty, is on injury leave, workers compensation, sick, any type of leave of absence, or has otherwise been instructed in writing not to work extra employment. Includes both police and non-police related extra employment.

g.   The business allows wet T-shirt or bikini contests, lingerie shows, or topless, bottomless, or nude performers (male or female) to appear on the premises.

h.   Requirements imposed on the business by licenses or permits or other regulations are not complied with the business during the hours of extra employment, or the business has been found to be consistently or frequently in violation of state or federal law or city ordinance.

i.   The business, its owner, or its manager of the business is of questionable reputation.

j.   The location or nature of the extra employment is considered to be controversial (e.g., labor dispute, civil dispute, collection of debts, repossession of property, or the servicing of civil process).

k.   The work location is considered foreign territory (e.g., an embassy).

l.   The employee's permit has been temporarily suspended or revoked.

m.   The business, or its management, expects the employee to enforce house rules.

n.   The business, or its management, restricts the employee from certain areas in which the public has access.

o.   The extra employment involves the hiring of classified officers and the business's primary purpose is the sale and on-premise consumption of alcoholic beverages. Under normal conditions, this restriction does not apply to establishments such as restaurants, hotels, and motels. However, if any of these establishments are accommodating any type of reception or gathering where alcoholic beverages are being consumed, they will fall under this restriction.

This restriction may be waived if at least two uniformed officers are working simultaneously at the establishment. The application shall be approved by the officer's immediate supervisor and through the chain of command to the Captain, prior to engaging in the extra employment.

Under no circumstances will classified employees work these establishments if any of the following are true:

- The business is located outside of the city limits of Houston
- The employee does not possess the valid training for working a club

p.   The business is involved in playing bingo, unless the employer is licensed in accordance with the Bingo Enabling Act.

When submitting an application for extra employment at these establishments, the employee will include the establishment's bingo license number on the permit.

q.   The business is involved in gambling, unless sanctioned by state law.

r.   The business is being investigated by the City Attorney's Office for violation of the nuisance abatement ordinance.

s.   Any employee of the business refuses to cooperate in an investigation related to the extra employment.

t.   The individual or business for which the employee works requires the employee to sign any type of hold harmless indemnity agreement as a condition of employment. An agreement of this type could hold the employee responsible for the employer's attorney fees and litigation expenses, should the employer be sued.

u.   The business employs reserve of full-time unpaid peace officers in a law enforcement capacity. (This type of employment is illegal within the city limits of Houston and officers should take the appropriate action).

v.   The officer is acting as an expert witness in any matter investigated by Texas Southern University or the department, or for the defense in any criminal case. This restriction is waived if the employee's testimony is given on behalf of the University or department or at the request of the prosecuting attorney.

w.   The business is a rave or rave type event.

x.   The establishment engages in the business of owning or operating amusement machines or similar devices that are currently defined by the state of Texas as illegal gambling devices (e.g., eight liners).

## Restrictions

The Captain will not approve any application or permit for extra employment that does not meet the requirements of this or any other department rule or policy. If the application is denied, the Captain will notify the employee's immediate supervisor. An employee whose extra employment is denied may appeal the action in writing to the Captain.

Employees will meet all requisite training requirements as outlined in this policy prior to application for an extra employment permit.

Prior to filling out an application, employees should verify the business is not an unauthorized location or person. Permits will not be approved if the location or person is unauthorized and that place or person is prohibited from employing police personnel. It is the employee's responsibility to verify that the place or person is not unauthorized. Failing to do so may result in disciplinary action up to an including indefinite suspension.

The Captain will ensure the following requirements and restrictions are adhered to by employees applying for or working extra employment. Employees will not:

a. Work any extra employment or scheduled overtime within 24 hours following the start of a shift for when unscheduled leave was taken or 16 hours following the start of a shift for when sick leave was used.

b. Work extra employment that the Captain has determined is not in the best interest of the department.

c. Own any interest in an alcoholic beverage establishment.

d. Obtain or possess a license or commission from or be registered with the Texas Board of Private Investigators and Private Security Agencies.

e. Be employed by any business or individual who holds a license issued by the Department of Public Safety Private Security (peace officer/security) except when:

   • The business if one holding a "P" number only.

   • The business is a medical care facility operating an electronic emergency response system designed to detect and summon aid for medical emergencies. However, employees will not have any duties connected with the operation of the emergency response system.

   • The employee is performing non-police-related tasks.

f. Solicit or advertise for police-related extra employment. Officers will not submit security proposals or sign extra employment contracts without the approval of the Captain. Officers will not form businesses under assumed names, DBA names, companies, or corporations for purposes of police-related extra employment.

g. Use department vehicles during the normal performance of the extra employment (employees may drive their take-home vehicle to and from the extra employment). For example, officers may use the take-home vehicle for protection from the weather, but not for patrolling or driving around an employment site.

h. Use, possess, or operate a vehicle deceptively similar to a marked department unit while working extra employment.

i. Work clubs or establishments considered after-hours clubs or businesses with eight liners.

j. Work clubs or drinking establishments while under investigation regarding activities related to the club or drinking establishment pending review by Internal Affairs and a concurrence by the Chief of Police.

k. Work as a traffic control officer for any entity that does not have and is required by city ordinance to have a Traffic Control Personnel Permit.

l. Work if injured or rendered incapable of performing normal job assignments. This includes a physical or mental condition.

m. Any officer who has not been a TCOLE certified peace officer for a minimum of six (6) months cannot work apartment security.

n. Employees who have called off duty three (3) calendar days within any forty-five (45) day period throughout a calendar year, are ineligible to apply for extra employment, unless approved by the Captain.

o.  Employees who have been approved for extra employment shall have those previously approved extra employment jobs revoked for six (6) months, if they have called off duty for three (3) calendar days or more within any forty-five (45) day period throughout a calendar year. The employee may appeal a decision to revoke their extra employment for six (6) months through their chain of command to the Deputy Chief, whose decision shall be final.

p   A reflective safety vest with the marking "POLICE" shall be worn with the uniform any time the extra employment requires the officer to direct traffic or be involved in a traffic control function, unless extenuating circumstances exist.

q.  Where extra employment would involve the sale of intoxicating liquor (e.g., clerk in a liquor store, bartender, bouncer, etc.)

r.  The employee may not use emergency equipment on his/her vehicle unless a justifiable need is demonstrated and approved in advance by the Captain for temporary usage on extra employment.

## Extra Employment At Alcoholic Beverage Establishments Minimum Requirements

Any classified employee seeking to work extra employment at an alcoholic beverage establishment must successfully complete any training required by the department.

The officer will attend only in an off-duty status and the training must be successfully complete annually in order to renew or apply for a permit to such locations.

The address of this location must be within the city limits of Houston.

### Probationary Officers

Probationary officer will not work any extra employment. The restriction may be waived if the probationary officers meets the below listed requirements or receives approval from the Chief of Police. The probationary officer:

a.  Is classified as a lateral entry or a reinstatement.

b.  Has been previously employed with a law enforcement agency as a police officer and has worked street duty for at least 12 months.

c.  Has completed the Texas Southern University Department of Public Safety's Field Training Program.

d.  Works with a non-probationary certified peace officer at the extra employment and the officer is present on the job site. The non-probationary officer's name will be listed on the probationary officer's extra employment application.

However, a probationary officer is not permitted to work at any alcoholic beverage establishment.

### Salary and Benefit Restrictions

Employees will not work any extra employment for compensation or as a courtesy while still on duty.

Benefits, workers' compensation, public liability, or legal representation provided by the city may not be available to employees while working extra employment. Workers' compensation may not be available who work extra employment and fail to obtain a permit number prior to working. Employees are advised to determine what coverage is available from their extra employment employers.

# Coordinators and Staffing

## Coordinators

Extra employment coordinators act as administrative liaisons between the employer and the officers who provide a police service. Coordinators will not accept payment for work performed by other officers or pay officers working for the employer.

Each officer must be paid directly and individually by the employer as an employee or individual contractor. Extra employment coordinators will not exercise hiring and firing authority over officers working for the employer. Only the employer may hire and fire officers.

Coordinators will arrange for the services of any higher-ranking supervisor in their chain of command to supervise extra employment. Coordinators may arrange for the services of supervisors who are not in their chain of command or who are of an equal rank or lower to work extra employment. Extra employment coordinators will adhere to the maximum work hour limit while coordinating extra employment.

Officer who coordinate extra employment will list themselves as the coordinator on their extra employment applications.

## Staffing Requirements

When six or more officers are simultaneously engaged in extra employment at the same location, one of the six will be of the rank of sergeant or higher and will be present at the extra employment site at all times.

When 12 or more officers are simultaneously engaged in extra employment at the same location, one of the 12 will be rank of lieutenant or higher, and one will be a sergeant. The lieutenant and the sergeant must both be present at the extra employment at all times.

## City-Owned Equipment

Use of city vehicles by employees engaged in extra employment is prohibited.

City-owned property and special assignment uniforms will not be used in performance of extra employment, unless approved by the Captain.

Exceptions to this rule are:

a. Officers working uniformed police-related extra employment will wear their department issued official uniform and comply with all department regulations concerning their personal appearance (See Department Manual 200.18, **Appearance and Grooming**).

b. Officers may use any assigned gear that conforms to the official uniform standard (e.g., baton, body armor, Taser) while engaged in extra employment.

c. Laptop computers, mobile digital terminals, and police radios may be used in police-related extra employment.

d. An employee who is a civilian and/or security officer may not display, wear, or utilize any portion of the Texas Southern University Department of Public Safety issued uniforms, jackets, hats, caps, or equipment at an extra employment location.

# Police-Related Extra Employment Outside of Harris County

Officers may work police-related extra employment in Harris County and the following adjacent counties: Brazoria, Chambers, Fort Bend, Galveston, Liberty, Montgomery, and Waller. This application shall be approved by the Officer's immediate supervisor and through the chain

of command to the Captain, prior to engaging in the extra employment. An exception to this restriction is a funeral or other escort requests made by motorcycle officers that originate within Harris County.

Officers are reminded that extra employment at an alcoholic beverage establishment outside the city limits of Houston is strictly prohibited.

### Work Hour Limits

Employees will not work extra employment, scheduled overtime, or special enforcement projects that they can reasonable foresee will cause them to exceed the maximum work hour limit.

### Military Leave

Officers will immediately notify the Captain of the date they are to report for active duty. The Captain will cancel all the officer's extra employment permits effective for that date. Officers who have reported for active military duty will not work extra employment.

### Polygraph Examiners

Employees holding a license as a polygraph examiner may work extra employment as an examiner only for law enforcement agencies or judicial prosecutors. Specific information as to the employee's duties must be placed on the extra employment application.

## Employees At Attorneys

Before engaging in private law practice, regardless of remuneration, all employees as attorneys will submit a letter to the Chief of Police. Also, all such employees will submit and have an approved extra employment application with the Captain.

Employees as attorneys will not represent, directly or indirectly, any person, group, or interest in action, proceeding or, litigation:

    a. Arising out of any complaint of employee misconduct investigated by the department.

    b. Against the department.

    c. In any criminal proceeding.

## Off–Duty Bicycle Patrol Minimum Requirements

Police uniform, bicycle, and equipment requirements for extra employment as a bicycle patrol officer are the same as those assigned to the bike unit. The department will not furnish a bicycle or related specialized equipment or uniform items to employees who are not assigned to the bike unit.

Officer's must successfully pass a TCOLE approved Bicycle Detail's riding evaluation to be eligible to work extra employment as a bicycle officer.

## Off–Duty Motorcycle Escort

The department will not furnish motorcycle related specialized equipment or uniforms items to officers that do not require these items as a regular part of their job assignment.

### Minimum Requirements

Officers must successfully complete a TCOLE approved basic 40-hour police motorcycle operator course to work motorcycle related extra employment.

Each year thereafter, officers will complete a TCOLE approved 16-hour police motorcycle operator recertification course. A certificate of completion must be provided to or be on file with the Captain before the extra employment is approved.

Escorts originating within the eight authorized counties and terminating no more than 10 miles outside of those counties' boundaries may be permitted.

Escorts of convenience will be made only with approval from the Deputy Chief. This does not apply to funeral, house, or oversized load escorts. All traffic laws must be obeyed when making escorts of convenience (e.g., offices will not exceed the speed limit, disregard red lights, or disregard stop signs).

## Related Department Manual Policies and Reference Material

- 200.02, **Conduct and Authority**
- 200.08, **Work Hours**
- 200.18, **Appearance and Grooming**
- 200.19, **Investigation of Employee Misconduct**
- 200.26, **Unit and Radio Numbering**
- 200.29, **Mobile Computing Devices**
- 200.33, **Overtime Compensation**
- 300.01, **Firearms and Qualification**
- 300.03, **Racial Profiling Prohibited**
- 300.12, **Response to Resistance**
- 400.14, **Criteria for Submitting Incident Reports**
- 400.18, **Auto Theft Reports**
- Texas Southern University Department of Public Safety Standard Operating Procedure, Extra Job Request
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.02.03
- Overtime/Compensation Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.03.04 Leave of Absence Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.12 Work Schedules

# Employee/Grievance Complaint Resolution

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

It is the policy of the Texas Southern University Department of Public Safety that any employee may initiate and present, for prompt and fair consideration, a grievance concerning the administration of policies, procedures, rules, regulations and operations of the Texas Southern University Department of Public Safety, without fear of reprisal or harassment.

Matters specifically excluded from the grievance process are:

- Department decisions pertaining to disciplinary actions
- Salaries and economic benefits
- Complaints of discrimination based on race, color, religion, sex, national origin
- Letter of Counseling
- Minor Incident Report or Letter of Reprimand
- Performance evaluation
- Promotional examination

## Grievance Process

a.  To file a grievance, an employee must file it:

- Within ten (10) days of the action or inaction giving rise to the grievance;
- Write a letter;
- To his/her supervisor, with a copy to the Captain

Each grievance and all documents related thereto will be maintained in the employee personnel file. Failure of the parties involved to act within the time limits established, will give the employee the right to proceed to the next highest level in the process.

b.  Upon receipt of the written grievance, the employee's supervisor will arrange a meeting with the employee within five (5) days.

c.  When the employee and the supervisor meet, they will strive to resolve the problem. If the grievance is resolved at the meeting both parties shall reduce the resolution to writing and attach it to the original grievance and forward it to the Captain. If the grievance is not resolved, both parties shall attach statements to the original grievance stating reasons for their positions. The original grievance, the statements, and any other attachments will be reproduced, and a copy sent to the Captain. The original grievance, statements and other attachments will then be forwarded through the chain of command.

d.  Upon receipt of the documents pertaining to the grievance, each supervisor in the chain of command has five (5) days to meet with the employee. After an informal meeting, the supervisor has five (5) days to render his decision. If the grievance is resolved at the meeting both parties shall reduce the resolution to writing and attach it to the original grievance and forward it to the Captain. If his decision is in favor of the employee, the supervisor will render his decision in writing and provide copies of his decision to the employee and the lower chain of command and copies of his letters will be forwarded

to the Captain. If the grievance is not resolved, both parties shall attach statements to the original grievance stating reasons for their positions. The original grievance, the statements, and any other attachments will be reproduced, and a copy sent to the Captain.

e. The employee has five (5) days to appeal the decision in writing to the Deputy Chief. Copies of all documents related to the grievance must be attached to the grievance when the grievance is appealed to the Deputy Chief.

f. Upon receipt of the grievance, the Deputy Chief will review the facts pertaining to the grievance and shall render his decision within ten (10) days. If his decision sustains the employee's grievance, the Deputy Chief shall notify the employee in writing and shall also notify the appropriate chain of command stating the reasons for his decision. Copies of his letter will be sent to the employee's personnel file. If his decision is adverse to the employee, the Deputy Chief shall notify the employee in writing and shall attach his decision, and any recommendation, to the grievance form. All documents will then be forwarded to the employee's personnel file.

g. The employee has five (5) days in which to appeal the Deputy Chief's decision to the Chief of Police.   Copies of all documents related to the grievance must be attached to the grievance when the grievance is appealed to the Chief of Police.

h. Upon receipt of the grievance, the Chief of Police shall review the facts pertaining to the grievance and render his/her decision in writing to sustain or deny. If the Chief of Police sustains the employee's grievance, the Chief of Police shall notify the employee and the appropriate chain of command in writing. If the Chief of Police decision is adverse to the employee, the Chief of Police shall notify the employee in writing. Upon completion of the Chief of Police review, the Chief of Police shall render his/her decision. His/her decision is final and binding upon all parties. Copies or originals of all documents generated at this level will be forwarded to the employee's personnel file.

## Annual Report

The Texas Southern University Department of Public Safety administrative sergeant, as designated by the Chief of Police shall generate an annual report, in January of each year, of all employee grievances filed in that reporting period to the Deputy Chief. This report shall analyze the nature of these grievances to determine any problem areas or trends, which may need research or policy modification as deemed necessary by the Chief of Police.

## Related Department Manual Policies and Reference Material

- 200.17, **Discrimination, Harassment, and Other Prohibited Conduct**
- 200.27, **Employee Performance Evaluation**
- 200.33, **Overtime Compensation**
- Texas Local Government Code, Chapter 143
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.01 Complaint and Grievance Policy
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.13 EEO/Non-Discrimination Policy

# Unit and Radio Numbering
**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The Communication Division has the responsibility for maintaining the roster of on-duty unit numbers for the department to facilitate accountability, employee safety, and the flow of information.

This Department Manual Policy applies to applies to all employees.

## Definitions

**Radio/Unit Number.** The on-duty radio call number for an employee utilizing a police radio.

## Unit Numbering System

The specific unit number assignments for the operations of the department shall be made by the Captain in accordance with the guidelines provided in this policy.

The unit numbering system for all uniformed divisions shall be a three- to four-part, alphanumeric code. The first part of the code is number representing the department. The second part is the letter representing the division to which the unit is assigned. The third part specifies the officer or security guard assigned unit. The fourth part (letter suffix) is the shift to which the unit is assigned.

## Assignment of Radio/Unit Numbers

Radio/unit number assignments shall be given to all personnel who are assigned a portable radio as deemed necessary by the Captain. Radio/unit number assignments are permanent for lieutenants and above for the duration of the employee's rank. Radio number assignments to officers, sergeants, and civilian personnel are temporary and are assigned from a block of available numbers.

## Use of Department Radios

The operation of use of department radios is restricted to department employees for official police business only. Unnecessary or improper communication is prohibited.

## Maintaining Communications

On-duty officers shall maintain radio contact with dispatch personnel at all times while in the call for service loop or while conducting field investigations. There are times when officers performing these duties are away from the radios in their vehicles or circumstances make it impractical to keep an assigned portable radio turned on (e.g., court attendance, participating in a school or civil function, in-service training). When such circumstances arise, officers shall contact their immediate supervisors and their dispatchers before turning their radios off. Upon becoming available, officers shall notify the dispatcher immediately.

Field sergeants shall monitor the police radio at all times and respond to scenes when appropriate or requested to do so by a field unit. A field sergeant shall make the scene of all significant or newsworthy events. At no time during their shift shall field sergeants be out of radio contact with the police dispatcher except during such impractical circumstances as outlined or unless:

    a. Ordered to turn off the radio by a lieutenant or higher-ranking officer. If this occurs, the dispatcher shall be notified the radio shall be off and on whose authority.

b.  A tactical situation occurs that requires the sergeant to turn off the radio. When possible, the sergeant shall notify the dispatcher of the situation in which radio contact is not possible.

Upon becoming available, the sergeant shall notify the dispatcher immediately.

When communicating, employees shall maintain the volume of their radios at a sufficient audible level so dispatched transmissions can be heard. Officers assigned take home vehicles shall refer to Department Manual 200.34, **Vehicle Use and Assignment** regarding maintaining communications.

## Radio Coverage

Personnel should become familiar with the channel arrangement of their radios and the appropriate channel to use. In an event a channel becomes non-operational, the dispatchers shall direct units to an alternate channel.

## Use Of Portable Radios During Extra Employment

An officer working an approved extra employment may utilize his department issued portable police radio; however, radio usage shall not disrupt normal dispatch operations. Specifically, officers shall refrain from utilizing radio communications to request incident numbers, call-back information, telephone numbers, or cab services. Officers shall contact the dispatch center to obtain incident numbers, warrant verification, and license plate or person inquiries.

### Related Department Manual Policies
- 200.24, **Extra Employment**
- 200.34, **Vehicle Use and Assignment**
- 300.10, **Motor Vehicle Pursuits**
- 300.24, **General Broadcasts**
- 300.27, **Response Management**
- 400.05, **State Property**

**200.27**

# Employee Performance Evaluation

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

To achieve its stated objectives, a law enforcement agency must be able to depend on satisfactory work performance from all employees. The nature and quality of the employees' performance have a direct bearing on their working life in the agency, on the manner in which they relate to management, and on their assignments and promotions. Therefore, a fair, impartial and functional performance evaluation system is imperative to optimize job satisfaction for the employee, and job performance for the Texas Southern University Department of Public Safety and our students and citizens.

It is the policy of the Texas Southern University Department of Public Safety that each employee of the Department shall be evaluated in order to determine his/her performance in relation to established standards. The evaluation process is designed to simulate and sustain superior performance, foster improvement by identifying employees' weak areas and offering constructive criticism and provide guidance and training to assist the employee in advancement within the Texas Southern University Department of Public Safety.

## Definitions

**Disciplinary Probation.** A probationary period to accompany certain disciplinary actions taken by the Texas Southern University Department of Public Safety.

**Employee.** A person legally occupying a position in the Texas Southern University Department of Public Safety.

**Performance of Service Rating.** The evaluation by an employee's supervisor of the manner in which said employee's service was rendered.

**Probationary Employee.** An employee who has not completed a period of probation after appointment in a classified position.

**Probationary Period.** Length of time during which an employee is expected to demonstrate his/her complete performance for his/her assignment. An employee may be placed on a probationary period after his/her assignment or his/her original appointment, transfer, after promotion, and/or for disciplinary reasons.

**Rater.** A supervisory employee completing the evaluation of an employee under his/her supervision.

**Reviewer.** A supervisory employee who reviews and signs each evaluation given an employee by a rater.

## Evaluation Procedures

### Measurement Definitions

Each of the following measurement definitions represent a specific description of performance. The rater should follow the measurement definitions for each employee factor when determining an employee's performance.

a. Unsatisfactory:
- Performance clearly inadequate in one or more critical factors.

- Employee has demonstrated inability or unwillingness to improve or improve or to meet standards.
- Performance not acceptable for the position held.

b.  Needs Improvement:
- Total performance occasionally or periodically falls short of acceptable standards.
- Specific deficiencies should be noted in supervisor's comment Section.
- The evaluation indicates the supervisor's belief that the employee can and will make the necessary improvements.

c.  Average:
- Refers to constantly renders acceptable and competent performance, meeting all standards of duty assignment.
- Most employees will be rated in this category.

d.  Above Average:
- Total performance is well above standards for the duty assignment, often demonstrating leadership qualities among his/her peers.
- Evaluations in this category must be addressed in Supervisor's Comment Section.

**Employee Factors**

The factors rated should address employee performance in their specific assignment during the rating period. Each employee shall be rated on each factor that best depicts the employee's performance in relation to his/her duty assignment. Employees shall not be rated by comparing their performance to that of other employees.

a.  Following Instructions:
- Does the employee demonstrate that he/she has accepted instructions by attempting to carry out instructions to the best of his/her ability or does he/she chronically challenge instructions?
- Does he/she have to be repeatedly given the same instructions in order to obtain the desired effect?

b.  Assumes Initiative:
- Refers to initiation of action by the employee.
- While initiative shows up in the form of suggestions and constructive criticism, it is most obvious when the employee originates investigations or acts to produce more efficient, productive, or economical methods or procedures.
- Does he/she take opportunities to exercise initiative or must he/she be prodded into action? Is he/she alert to operative efficiency? Is he/she inventive? Does he/she offer practical constructive criticism?

c.  Cooperates with Others:
- Is the employee a "team worker" and does he/she work well with others toward a desired goal?
- Does he/she readily assist others or work with others, or must he/she be ordered to do so?

d.  Adheres to the Texas Southern University Department of Public Safety Rules:
- Members of the Texas Southern University Department of Public Safety are subject to rules and regulations. Failure to observe reasonable directions and regulations is listed as a reason for disciplinary action.

- Does the employee consistently comply with rules and regulations applicable to him/her and his/her job?

- Does the employee constantly have to be reminded of Department rules or is his/her compliance voluntarily on his/her part?

e.  Observes Assigned Duty Hours:

- Refers to punctuality in reporting to or leaving a duty station in accordance with the prescribed schedule of working hours, breaks, and/or leaves of absence.

- Can the employee be relied upon to be working when and where he/she is supposed to be?

f.  Shows Concern for Quality of Work:

- The degree of excellence of the work performed over the entire rating period is measured here. In rating this factor, attention should be paid to the consequences of poor-quality work.

- Is the employee's work effective, accurate, thorough, and acceptable? Must the work be redone, thus reducing the potential volume of acceptable work that could have been produced?

- Do errors in the employee's work affect the efforts of others? Does poor work too often reflect adversely upon the Texas Southern University Department of Public Safety? Are reports clear, concise, and accurate?

- Does the employee exhibit any pride in the quality of his/her work?

g.  Competes Assignments in a Timely Manner:

- How well does the employee complete his/her assignments?

- Does someone else have to do the employee's work in order to meet time limits?

- How does the employee's completion of assignments affect others?

h.  Demonstrates Job Knowledge:

- This factor should not be confused with, or restricted to, the technical knowledge an employee is required to bring to a specialized job class. It is much broader and includes particularly the range of pertinent policies, regulations, and procedures relating to his/her assignment.

- Has the employee acquired an acceptable working level of job knowledge? Can the employee perform his/her assigned duties in an acceptable manner without being specifically told what to do? How well does the employee perform based on his/her direct knowledge of assigned duties?

i.  Quantity of Acceptable Work:

- Refers to the amount of work required to meet job standards.

- Does the employee consistently accomplish a day's work for a day's pay? Does he/she produce enough work so that he is clearly a net asset to the Department?

- Supervisors should not make undue allowances for such reasons as the employee's poor health, home problems, age or length of service. While short-term expectations to the volume standard can sometimes be made, care should be exercised to see that proper warnings are issued when indicated.

j.   Presents a Professional Image:

- This is not to be confused with the manner in which the employee complies with the Dress Code. It is much broader than that in the manner in which the employee performs his/her assigned duty, deals with the public, and deals with other agencies all reflect professionalism.

- Can other members of the Texas Southern University Department of Public Safety be proud of the image the employee presents or do we have to make excuses for the employee? This applies to the employee's conduct and image both while on duty and off duty.

## Supervisory Factors

a. Trains Subordinates:

- Refers generally to orientation of new employees or to the demonstration and exploration of technical methods, procedures, and rules in which the new employee cannot be expected to be competent.

- It also refers to introducing permanent employees to changing methods, procedures, and techniques as well as improving basic qualifying skills to their highest potential level.

- Refers also to instructions given in day-to-day or periodic observation and supervision of employee performance. It may be an occasional duty, or it may be a planned periodic meeting of a small group of employees in which effective methods, techniques, and standard procedures are explained, demonstrated, and reviewed.

- Does the supervisor plan and carry out a program of orientation and training for new employees?

    Does he provide for the correction of technical skill deficiencies in new employees? Does he provide training for permanent employees in new methods and procedure? Does he assist employees in self-development programs?

b.   Enforces Texas Southern University Department of Public Safety Rules:

- Refers generally to degree of compliance to Department rules and regulations of the supervisor's subordinates and span of control.

- Does the supervisor take the initiative to do so on his/her own or does he/she have to be reminded? Does he/she "look the other way" for certain subordinates? If he/she reluctant to enforce rules?

c.   Directs and Controls Subordinates:

- Refers to the maintenance of order in all areas of supervisory jurisdiction.

- Do the supervisor's employees perform their duties and functions in an orderly and disciplined manner that promotes work objectives? Do the employees have a clear understanding of behavior and performance standards that are expected? Does the supervisor enforce these standards consistently?

- Is the supervisor respected by his subordinates and in full control at all times? Is the discipline and control too oppressive?

d.  Makes Sound Decisions:

- Refers to the practical exercise of authority and responsibility by the supervisor.

- Does the supervisor exhibit firmness and fairness in judgments affecting functional goals? Does he/she cause resentment or other adverse reactions to his decisions because of poor timing or the manner in which he states them?

- Are his/her judgments always in accord with the best interests of the Texas Southern University Department of Public Safety? Does he/she balance employee and Department interests when these are not fully compatible?

e.  Sets Good Examples for Subordinates:

- Does the supervisor spur subordinates to their best efforts through example rather than by relying on the authority of his position?

- Does he/she mold them into a group or team whose cooperative endeavors surpass their individual performances collectively?

- Does his/her intelligent exercise of leadership create an atmosphere in which employee attitudes are optimistic and positive?

## Procedures for Utilization of Forms

Rate each employee on each factor by marking the number value for the category that best represents the employee's performance in relation to his/her specific duty assignment.

a.  Add all marked values and enter total score.

b.  Compare the Total Score Evaluations to the scale shown below:

- Unsatisfactory                        0 – 10 points

- Needs Improvement                11 – 19 points

- Average                                20 – 25 points

- Above Average                       26 – 30 points

If the employee being evaluated is a supervisor, complete Section II in the same manner as in above.

a.  Add all marked values and enter the total score for this section, add the total scores for both sections and enter in the space for Combined Total Score.

b.  Compare Combined Total Score to the scale below:

- Unsatisfactory                        0 – 15 points

- Needs Improvement                16 – 29 points

- Average                                30 – 38 points

- Above Average                       39 – 45 points

Complete the Supervisor's Comment Section.

a.  Any Total Scores falling within the "Unsatisfactory," Needs Improvement," and "Above Average" categories must be addressed.

b.  Raters shall substantiate each factor rating in the lowest or highest categories and give specific reasons for the ratings through a narrative comment or other written documentation.

## Schedule For Performance Evaluations

a. Each supervisor shall complete a Performance Evaluation Report, in duplicate, for each employee under his/her immediate supervision, twice each year, June 30 and December 31. This evaluation will rate the employee's performance in their assignment for the preceding six-month period.

b. Performance Evaluation Report shall be completed each time an employee completes the probationary period that is applicable to new employees, promotions, transfers, and discipline.

c. Unscheduled performance ratings may be completed at any time as deemed necessary for either probationary or permanent employees. The specific period being evaluated will be noted in the comments of the report.

d. Employee Performance Evaluation shall be completed by the immediate supervisor for all employees upon termination of employment with the Texas Southern University Department of Public Safety. This shall include resignation.

## Newly Hired or Promoted Employees

Newly hired or promoted employees will serve a probationary period one hundred eighty (180) days. (Please refer to Texas Southern University Manual of Administration Policies and Procedures [MAPP]).

a. The probationer shall be evaluated at least twice during the probationary period by his immediate supervisor.

b. One evaluation must be at the midpoint of the probationary period; and a second evaluation must be not less than ten (10) days prior to the end of the probationary period.

## Unsatisfactory Ratings

Should a supervisor at any time judge the performance of a classified employee to merit an Unsatisfactory Rating, he/she may:

a. Complete an Employee Performance Evaluation that specifically details the conduct or behavior leading to the Unsatisfactory Rating; and/or,

b. Counsel with the employee privately, advise him/her in specific terms what conduct, or performance has led to the Unsatisfactory Rating.

c. In order to encourage improvement and provide the employee with an opportunity to meet expectations, written notification in the form of an evaluation or other written documentation shall be provided to the employee at least 90 days prior to the next scheduled biannual evaluation.

## Completion of Performance Evaluation

Upon completion of the performance evaluation, the rater shall conduct a review of the said performance evaluation with the subject employee in privacy. During this interview, any progress, goals, suggestions for improvement, and deficiencies shall be discussed.

a. The rater will give the employee career counseling in such topics as advancement, specialization, and/or training appropriate for the employee's position

b. Any changes in performance ratings must be initialed in ink by the employee and the rater.

Upon completion of the review of the performance evaluation report, the employee shall be afforded an opportunity to enter any comments in the appropriate space.

a. The employee shall also indicate whether he/she wishes to discuss the performance evaluation report with the reviewer. The request shall be in writing and entered in the comment section of the performance evaluation.

b. The rater and employee shall sign and date all copies of the report. The employee's signature indicates that the conference has been held and an opportunity afforded to read the report.

c. If the employee refuses to sign for any reason, the refusal shall be recorded on the report, after which it shall be forwarded.

After the completion of the performance evaluation review, the employee shall be given a complete and true copy of the performance evaluation form.

Should the employee request additional review of the performance evaluation report with the reviewer, the rater will immediately forward the evaluation to the reviewer who will grant the request within five (5) working days.

a. The reviewer and the employee must initial any changes or modifications of evaluations/ratings.

b. If the employee does not receive a review within the prescribed time period, or after discussing the performance evaluation report with the reviewer, feels need for further review, the employee may appeal immediately in writing to the Captain.

c. The Captain's decision shall be final.

All completed evaluations shall be forwarded to the rater's supervisor for review. The supervisor will evaluate raters regarding the fairness and impartiality of the ratings given, the quality of the ratings given, their participation in counseling rated employees, and their ability to carry out the rater's role in the performance evaluation system. After review, the supervisor will sign and forward the evaluations to the Captain through the chain of command.

The original Employee Performance Evaluation Form shall be forwarded for processing and permanent retention in the Texas Southern University Department of Public Safety personnel files. A copy will also be maintained in the employee's personnel file.

## Related Department Manual Policy and Reference Materials

- 200.25, **Employee/Grievance Complaint Resolution**
- 200.17, **Discrimination, Harassment, and other Prohibited Conduct**
- 200.27, **Employee Performance Evaluation**
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.02.04 Staff Performance Appraisals
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.05.13 EEO/Non–Discrimination Policy

# Communicable Disease Policy

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

The Texas Southern University Department of Public Safety shall provide training for employees to minimize their exposure to contagious diseases. Also, the department shall furnish the appropriate equipment to protect employees from potential exposure to a communicable disease in situations that can be reasonably foreseen.

Employees who are potentially exposed to a communicable disease while in the line of duty, shall document the exposure as if it were an on-the-job injury.

This Department Manual Policy applies to all employees.

## Definitions

**Body Fluids.** Any liquid secretions that can be found in a human or animal body including, but not limited to, blood, semen, vaginal discharge, saliva, urine, feces, tears, nasal discharge, sputum, vomitus, or breast milk.

**Communicable Disease.** An illness due to a specific infectious agent or its toxic product that arises through transmission of that agent or its product from an infected person or animal to a susceptible person, either directly or indirectly, through an intermediate host (e.g., Human Immunodeficiency Virus [HIV] or Hepatitis B [HBV]. Some common communicable diseases can be prevented by vaccinations (e.g., Measles, Tetanus, and Hepatitis B Virus).

**Exposure.** Confirmed contact with an infectious agent, such as through inhalation, percutaneous inoculation (puncture or cut by a sharp object), or contact with an open wound, non-intact skin, or mucous membrane.

**Medical Waste.** Items to be disposed of that have been contaminated with body fluids or human or animal tissue, or any biological item requiring special handling precautions.

**Reportable Disease.** Communicable diseases and health conditions required to be reported to Texas Department of State Health Services in accordance with Texas Health and Safety Code, Section 81.041, as may be amended.

**Tuberculosis (TB).** A communicable disease that is caused by slow growing bacteria that are spread in airborne droplets. General symptoms of active TB include lethargy, weakness, weight loss, loss of appetite, fever, night sweats, chronic coughing, chest pain, or coughing up blood.

## Supplies

All department vehicles (undercover vehicles may be exempt) shall be continuously stocked with all communicable disease control supplies for the Emergency Response Kit. All Emergency Response Kits and replacement supplies shall be made available through the department.

The fleet coordinator is responsible for the dissemination and replacement of the below items, which are part of the Emergency Response Kit.

    a.   A First Aid Kit that includes:

        1.   Rubber gloves

        2.   CPR barrier

   3.  Alcohol wipes

   4.  Goggles

   5.  Paper towels

   6.  Plastic emergency thermal blanket

   7.  One-page instruction sheet

b.  A Clean-Up Kit that includes:

   1.  Rubbery gloves

   2.  Disposal bags

   3.  Liquid hospital disinfectant which is tuberculocidal

   4.  Paper towels

   5.  One-page instruction sheet

## Procedures

### Communicable Disease Prevention

In order to minimize potential exposure to communicable diseases, employees shall assume that all persons and animals are potential carriers of a communicable disease and employees shall take the following precautions:

a.  Disposable latex or nitrile gloves should be worn by employees when handling any wounded persons or animals or their clothing, or any items contaminated with body fluids. Employees should wear fresh, new, disposable latex or nitrile gloves if it is necessary to place fingers in or near any person's or animal's mouth. The gloves should be changed for each person or animal contacted.

Employees should be aware that rings, jewelry, and fingernails may compromise the structural integrity of disposable gloves. Employees should inspect gloves before and during each use to ensure the gloves have not been torn or compromised.

b.  A face mask, protective eyewear, and protective clothing should be worn when there is a potential for splashing of any body fluids.

c.  A face mask should be worn when the employee is near a coughing person suspected of having an active case of tuberculosis (TB).

d.  A plastic mouthpiece barrier resuscitation device should be used whenever an employee must perform mouth-to-mouth resuscitation.

e.  All sharp instruments, such as knives and needles that are collected for evidentiary or disposal purposes, should be handled with extraordinary care and placed in a puncture resistant container with a biohazard label on the outside of the container.

Employees should use caution when placing their hands in areas where sharp instruments might be hidden. All initial visual search of the area should be conducted.

Needles should not be recapped, bent, broken, or removed from a disposable syringe, or otherwise manipulated by hand. Needles and syringes may contain narcotic evidence. As such, the container shall be marked with a biohazard label to identify potential or known communicable disease contamination and delivered to lock box or property storage facility for further processing.

f.  Employees should not smoke, eat, drink, apply cosmetics or lip balm, or handle contact lenses around blood or body fluid spills.

g. Any evidence unrelated to narcotic investigations that is not a sharp instrument and is contaminated or reasonably believed to be contaminated with body fluids shall be placed and transported in bags that prevent leakage. The bags shall be marked to identify potential or known communicable disease contamination. The evidence shall then be delivered to the lock bock or property storage facility. See Department Manual 300.18, **Property and Evidence**, for additional on disposition of evidentiary material.

**Transport and Custody**

a. Employees who have been property equipped and trained shall not refuse to physically handle or administer first aid measures to any person just because that person may have a communicable disease.

b. Individuals who are contaminated with body fluids or coughing uncontrollably shall be transported in separate vehicles from other individuals.

c. Employees have an obligation to notify relevant support personnel during a transfer of custody when the suspects have body fluids present on their person or have stated they have a communicable disease.

d. Officers who are booking a prisoner into the jail are responsible for notifying the medical personnel and jail attendants about any prisoner who is contaminated with body fluids.

e. Employees shall indicate on the arrest forms when suspects taking into custody have body fluids present on their person or state they have a communicable disease; for example, "Suspect states…"

f. Prisoners with active TB should be encouraged to wear disposable face masks while being transported. Precautions should be taken when in close contact indoors or in a patrol vehicle with a coughing person suspected of having TB. Employees should ask the person to contain his or her cough in a handkerchief or cloth to reduce the number of airborne particles being spread. Employees should open the vehicle window to dilute the airborne particles.

**Disinfection**

a. Any employee's unprotected skin surface that comes into contact with another person's or animal's body fluids shall be immediately and thoroughly washed with warm running water and soap for at least fifteen seconds before rinsing or drying.

Alcohol, hand sanitizer, or antiseptic towelettes should be used when soap and water are unavailable. Using a disinfection solution including one part household bleach and ten parts water or a commercially available disinfecting cleaning solution is also recommended.

Protective disposable gloves should be worn during all phases of disinfection. Disposable gloves should then be removed from inside out. The hands and forearms should then be washed.

Following disinfection any open cuts and abrasions should be covered with waterproof bandages. Hand lotion may also be applied after disinfection.

b. Employees should remove their clothing that has been contaminated with body fluids as soon as practical. Any contacted skin area should then be disinfected in the prescribed fashion. Contaminated clothing should be bagged carefully and laundered in the normal fashion, but separated from family clothes.

c. Transporting personnel are responsible for the proper cleaning of the vehicle interior whenever an individual contaminated with body fluids has been transported.

d. Disposable latex or nitrile gloves and other protective covering should always be worn when handling blood products. All body fluids must be thoroughly cleaned from surfaces or objects. Contaminated materials should be placed in biohazard waste bags while in the field and disposed in a designated biohazard waste container.

## Disposal of Biohazard Waste

Non-evidentiary materials shall be disposed as follows:

a. Sharp items such as needles shall be placed in a "SHARPS" (puncture resistant) container. Glass items shall be disposed of in containers marked "GLASS."

b. The TSUDPS police station shall serve as biohazard storage sites for biohazard waste, sharps, and glass. Biohazard waste bags shall be made available at this site.

c. Biohazard storage sites shall be issued containers with lids for the disposal of biohazard waste. The containers shall be labeled with a biohazard symbol and lettering specifying BIOHARZARD. The containers shall be marked GLASS, SHARPS, or NONSHARPS.

d. A medical waste disposal company will transport and dispose of the waste according to Texas Department Health Services guidelines. Employees shall call the General Serves Department to arrange transport and disposal of all biohazard materials.

e. Non-contaminated waste shall be disposed of in the regular station trash.

# Exposures To Communicable Diseases

Employees who are potentially exposed to a communicable disease (e.g., employee is bitten by a person or animal, employee has open skin and comes into physical contact with another person's or animal's body fluids) while in uniform, on duty, or working approved extra employment shall document the exposure as if it were an on-the-job injury, even if it is not immediately evident that it is an "injury" (e.g., contamination of an open wound by a suspect's blood). The nature of the exposure should be placed in the incident report.

The employee shall contact a supervisor and advise of the exposure. The supervisor shall evaluate the injury and prepare a first report of injury. The forms for the first report of injury can be located on the Texas Southern University website. Additionally, the employee and supervisor shall follow the injury and exposure procedures in accordance with Department Manual 400.10, **Emergency Management** and **200.36, Workers' Compensation.**

The employee shall go to a hospital emergency room or urgent care facility to receive protective treatment at the earliest possible time. No employee may be forced to submit to a blood test as a result of reporting an exposure; however, workers' compensation may require any employee claiming exposure to submit to a baseline blood test within ten calendar days following the exposure.

An employee with a potential exposure shall notify the university's Office of Injured Employee Counsel of the potential exposure within 24 hours following the incident. Personnel with Houston Health Department (HHD) Bureau of Epidemiology, in cooperation with the Office of Injured Employee Counsel, will evaluate each situation and determine if in their judgment the incident qualifies as an exposure. HDD Bureau of Epidemiology will notify the Office of Injured Employee Counsel if they determine the incident constitutes an exposure.

After documenting the potential exposure as it were an on-the-job injury, an employee with a potential exposure shall fax all injured on duty (IOD) paperwork, including a notarized *Affidavit of*

*Exposure to a Communicable Disease* form, to the Office of Injured Employee Counsel within 24 hours.

The Office of Injured Employee Counsel shall serve as the liaison between the HHD Bureau of Epidemiology and the employee.

If the employee may have been exposed to a communicable disease during the course of delivering pre-hospital care to a suspect or other citizen who is transported to a hospital, the employee should follow the procedures above and notify the receiving hospital that a possible exposure has occurred. Notification is done by completing a *Report of Possible Exposure of Transporter* form, which should be provided by the hospital. Employees shall leave the completed form at the receiving hospital.

The hospital is not under any obligation to test a subject for communicable disease. The hospital is obligated to notify HHD Bureau of Epidemiology when the hospital has knowledge that the subject was infected with a communicable disease at the time of admittance.

HHD Bureau of Epidemiology will contact the Office of Injured Employee Counsel when results are received from the hospital. The Office of Injured Employee Counsel will contact the employee and advise him or her to contact HHD Bureau of Epidemiology for the results, as well as provide control measures and information on testing, if needed. All results are confidential and only personnel with a legitimate need to know shall be informed of the results.

Criminal charges may be sought against any person who intentionally acts to expose an employee to a communicable disease.

## Requesting Mandatory Testing of The Source

To request mandatory testing of the source of a potential exposure to a communicable disease, an employee shall complete an *Affidavit of Exposure to a Communicable Disease* form outlining the circumstances surrounding the potential exposure and detailing the nature of the potential exposure (e.g., bitten by a suspect whose saliva was contaminated with blood, pricked with a needle from a known drug user, exposed to a person coughing or suspected of having an active case of TB).

The Affidavit of Exposure to a Communicable Disease form shall include a detailed description of the exposure by specifying the body part(s) that may have been exposed and how the exposure occurred.

Failure to complete the affidavit correctly will result in a delay in determination of exposure, which can result in a delay in testing of the source. This sworn affidavit must be completed within 72 hours and submitted to the Texas Department of Health.

According to the Texas Health and Safety Code, if the court finds there was not reasonable cause for the employee to have requested the test, the court may assess the court cost against the employee who made the request. If the court upholds the order and requires the source to submit to the test, the Texas Department of Health shall be notified about the decision and they will take appropriate measures.

Any results of the tests shall be kept confidential and only personnel with a legitimate need to know shall be allowed access to test results. Legitimate need to know will be determined by the health authority.

## Additional Considerations

Employees who test positive for a communicable disease may continue working as long as they perform the essential function of the job, maintain acceptable performance, and do not pose a safety and health threat to themselves, the public, other employees, or the department. The department shall make all decisions concerning the employee's work status solely on the medical opinions and advised of the health care officials.

The department may require an employee to be examined by health care officials to determine if the employee is able to perform duties without hazard to the employee or others.

Communicable diseases that are not blood borne (for example, TB or measles) shall be assessed by the health authority on an individual basis depending on the circumstances of the exposure. Special recommendations shall be given to the employee involved.

## Workers' Compensation

An employee will not be entitled to workers' compensation benefits for a work-related exposure to a reportable disease unless the employee provides the employer (Texas Southern University) both of the following:

a.  The employee's sworn affidavit of the date and circumstances of the exposure.

b.  A copy of the results of the employee's test taken within ten calendar days after the exposure and indicating the absence of the reportable disease. Exposure criteria and testing protocol must conform to Texas Department of Health requirements.

## Related Department Manual Policies and Reference Material

- 200.36, **Workers' Compensation**
- 300.02, **Effecting Arrests and Searches**
- 300.18, **Property and Evidence**
- 300.33, **Animal Bites**
- 400.10, **Emergency Management**
- Texas Health and Safety Code, Section 81.003(1)
- Texas Health and Safety Code, Section 81.041
- Texas Health and Safety Code, Section 81.050
- Texas Department of Insurance, Division of Workers' Compensation, Section 122.3,
- Texas Workers' Compensation Rules, 28 Texas Administrative Code (TAC)
- Texas Southern University Department of Public Safety Standard Operating Procedure, Communicable Diseases
- Texas Southern University Manual of Administration Policies and Procedures (MAPP), 02.06.03 Communicable Disease Policy

**200.29**

# Mobile Computing Devices

**Reference:** *Supersedes all prior conflicting Policies and Directives*

## Policy

This Department Manual Policy sets forth guidelines and procedures for use of the department's mobile computing device system and access to and dissemination of data contained in local, state, and federal computer systems.

This Department Manual Policy applies to all employees.

## Definition

Mobile Computing Device (MCD). An MCD consists of the software and hardware that facilities communications of data between field personnel and stationary users or sources including, but not limited to, the CAD system, the department's records management system and Intranet systems, the Internet, and various local, state, and federal databases approved for law enforcement use.

## Authorization

The mobile computing device (MCD) system is intended as an aid to classified employees in the performance of their assigned duties. Employees shall therefore limit their transactions and activities duties. Employees shall therefore limit transactions and activities to necessary assigned duties. Security clearance and access to information is restricted to official police business and does not permit an employee to access data for personal reasons. Any misuse of the MCD system or violation of a provision of this Department Manual shall be considered grounds for disciplinary action.

## Use of Information

Much of the information obtained through the MCD system contains confidential and sensitive data that much be carefully controlled to ensure that the department is in compliance with applicable local, state, and federal guidelines and statutes. All employees accessing police files or obtaining information from the MCD system shall be held accountable for the appropriate and correct use of the information and for proper dissemination of the information.

Employees are reminded that all transactions performed over an MCD are logged for record keeping purposes. Employees shall not use an MCD or information obtained through an MCD for purposes other than official police business.

Information received through an MCD shall not be considered probable cause for arrest until it has been properly verified for accuracy. Information received through the MCD system should be considered in conjunction with other information about the circumstances of an offense before any arrest decision is made.

All outside requests for information shall be carefully considered in light of the Open Records Act of the Texas Civil Statutes and departmental resources. When appropriate, such requests for information shall be directed to the proper authority. For additional information, see Department Manual 400.15, **Police Records**.

## Maintaining Communications

While field personnel are on duty, they shall be directly available via radio and MCD or at least by radio if not in their vehicle. If not available, field personnel shall follow the procedures outlined in Department Manual 300.27, **Response Management**. Field personnel are responsible for maintaining their unit status in a timely and proper fashion. Deviations from established procedure shall not be condoned.