# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| MARY YOUNG, §<br>*Plaintiff,* §<br>§<br>v. §<br>§<br>TEXAS SOUTHERN UNIVERSITY, §<br>*Defendant.* § | Civil Action No. 4:23-cv-03888 |

## ORDER GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

On this day came to be considered Defendant Texas Southern University's Motion for Summary Judgment. After considering the motion and any response, the Court is of the opinion that the motion is meritorious and should be granted. Accordingly, it is hereby ORDERED that Defendant's Motion for Summary Judgment is GRANTED and this case is dismissed in its entirety with prejudice. This is a final judgment, and all relief requested by Plaintiff is hereby denied.

Signed this the ___ day of _____, 2025.

_____
Honorable Judge Alfred H. Bennett