IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **MARY YOUNG** <br> *Plaintiff* <br><br> v. <br><br> **TEXAS SOUTHERN UNIVERSITY** <br> *Defendant* | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § | Civil Action No. 4:23-cv-03888 |

**PLAINTIFF'S SUBMISSION OF AGREED PROPOSED DEADLINES PURSUANT TO COURT ORDER**

**TO THE HONORABLE JUDGE ALFRED BENNETT:**

Pursuant to the Court's Order signed June 4, 2025, directing the parties to confer and submit a proposed scheduling order, Plaintiff respectfully submitted the deadlines which reflect the agreement between the parties:

- Dispositive Motions Deadline: November 17, 2025

- Joint Pretrial Order Deadlines: May 18, 2026 and June 1, 2026

- Docket Call: June 15, 2026

- Trial: June 22, 2026

The parties agreed to anchor the dispositive motions deadline to November 17, 2025 in order to allow sufficient time for the second deposition of Sergeant Daren Barnett. That deposition is expected to take place in mid-September 2025, following the production and review of subpoenaed documents that are currently outstanding. This sequencing is necessary to ensure that both parties have adequate opportunity to incorporate new evidence into their briefing.

Plaintiff files this notice to preserve clarity and memorialize the parties' agreed-upon schedule for the Court's consideration.

Respectfully submitted by:

**THE HALL LAW GROUP, PLLC**

*/s/ Taren Marsaw*
**Benjamin L. Hall, III**
State Bar No. 08743745
Federal Bar No. 8787
bhall@thlf.us
**Taren Marsaw**
State Bar No. 24109506
Federal Bar No. 3919232
tmarsaw@thlf.us
**William L. Van Fleet II**
State Bar No. 20494750
Federal Bar No. 3670
bvfleet@comcast.net
530 Lovett Blvd.
Houston, Texas 77006
Telephone: (713) 942-9600
Facsimile: (713) 942-9566
E-serve: myteam@thlf.us

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 11th, 2025, a true and correct copy of the foregoing document was filed via CM/ECF system all parties of record.

*/s/ Taren Marsaw*
**Taren Marsaw**
